

Brian Lemon
Partner
T. 302-984-6374
F. 302.691.2911
blemon@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

July 14, 2020

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

Re:  *Shure Incorporated, et al. v. ClearOne, Inc.*, **C.A. No. 19-1343-RGA-CJB**

Dear Judge Burke:

This firm and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP represent Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. ("Plaintiffs") in the above-referenced case. With the consent of Defendant ClearOne, Inc. ("Defendant"), we submit this joint letter pursuant to the Court's June 18, 2020 Oral Order.

The parties met and conferred by telephone on July 13, 2020 at 4:30 p.m. to discuss the joint claim construction chart and the terms and issues that remain in dispute in anticipation of the *Markman* hearing scheduled for July 28, 2020 at 11:00 a.m. The parties were able to reach agreement on certain issues, as reflected in the parties' Amended Joint Claim Construction Chart filed contemporaneously herewith. The call lasted twelve minutes. Counsel who participated in the call were as follows:

**Delaware Counsel for Plaintiffs:**  Brian Lemon and Alexandra Joyce, MCCARTER & ENGLISH, LLP.

**Lead Counsel for Plaintiffs:**  Elliot Cook, Elizabeth Ferrill, Sydney English, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

**Delaware Counsel for Defendant:**  Michael Flynn, MORRIS NICHOLS ARSHT & TUNNELL

**Lead Counsel for Defendant:** Christina Rayburn, HUESTON HENNIGAN, LLP

The parties will be prepared to present their respective positions on the remaining claim construction issues in dispute at the hearing on July 28th. Counsel are available should the Court have any questions or need anything further.

ME1 33838634v.1

The Honorable Christopher J. Burke Page 2
July 14, 2020

Respectfully submitted,

*/s/ Brian R. Lemon*

Brian R. Lemon (#4730)

cc: All counsel of record (via CM/ECF and electronic mail)