IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHURE INCORPORATED, and SHURE ACQUISITION HOLDINGS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1343 (RGA) (CJB) |
| CLEARONE, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] SCHEDULE FOR PRETRIAL EXCHANGES**

Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. ("Shure") and Defendant ClearOne, Inc. ("ClearOne") hereby stipulate, subject to the approval of the Court, to the following schedule for Pretrial Exchanges:

| Event | Deadline |
|---|---|
| Mutual Exchange of Exhibit Lists | August 27, 2021 |
| Mutual Exchange of Deposition Designations | August 27, 2021 |
| Mutual Exchange of Witness Lists, Including Identification of Witnesses Being Made Available for Trial | August 27, 2021 |
| Shure to Serve Joint Statement of Uncontested Facts and Cover Pleading of Pre-Trial Order | August 27, 2021 |
| Mutual Exchange of Contested Facts and Issues of Law (Based on Burden of Proof) | September 10, 2021 |
| Mutual Deadline to Serve "Additional Matters" | September 10, 2021 |
| ClearOne to Serve its Response (Redline) to Joint Statement of Uncontested Facts and Cover Pleading | September 10, 2021 |
| Parties Deadline to Meet and Confer on Motions *in Limine* | September 13, 2021 |
| Mutual Deadline for Parties to Serve Opening Motions *in Limine* | September 17, 2021 |

| Event | Deadline |
|---|---|
| Shure to Serve Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form | September 20, 2021 |
| Mutual Deadline for Parties to Serve Objections to Exhibit Lists | September 24, 2021 |
| Mutual Deadline for Parties to Serve Objections to Deposition Designations and Counter-Designations | September 24, 2021 |
| Mutual Deadline for Parties to Serve Objections to Witness List | September 24, 2021 |
| ClearOne to serve Responses (Redlines) to Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form | September 27, 2021 |
| Initial Meet and Confer on Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form | September 29, 2021 |
| Initial Meet and Confer on Exhibit List, Deposition Designations, Witness List | September 29, 2021 |
| Mutual Deadline for Parties to Serve Oppositions to Motions *in Limine* | October 1, 2021 |
| Mutual Deadline for Parties to Serve Replies to Motions *in Limine* | October 8, 2021 |
| Exchange Near-Final Versions of All Filings | October 8, 2021 |
| File Proposed Pretrial Order | October 11, 2021 at 5:00 p.m. ET (no change) |
| File Motions *in Limine*; Proposed Voir Dire; Proposed Preliminary and Final Jury Instructions; Proposed Verdict Form | October 11, 2021 at 6:00 p.m. ET (no change) |
| Pretrial Conference | October 15, 2021  (no change) |

ME1 37099068v.1

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Alexandra M. Joyce* | |
| Michael P. Kelly (#2295) | */s/ Andrew M. Moshos* |
| Brian R. Lemon (#4730) | Michael J. Flynn (#5333) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| 405 N. King Street, 8th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 984-6300 | Wilmington, DE 19899 |
| mkelly@mccarter.com | (302) 658-9200 |
| blemon@mccarter.com | mflynn@morrisnichols.com |
| ajoyce@mccarter.com | amoshos@morrisnichols.com |
| *Of Counsel:* | *Of Counsel:* |
| Gerald F. Ivey | Douglas J. Dixon |
| Mareesa A. Frederick | Christina V. Rayburn |
| Elizabeth D. Ferrill | HUESTON HENNIGAN LLP |
| Sydney English | 620 Newport Center Drive, Ste. 1300 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Newport Beach, CA 92660 |
| 901 New York Avenue, N.W. | Sourabh Mishra |
| Washington, D.C. 20001-4413 | Michael Acquah |
| (202) 408-4000 | HUESTON HENNIGAN LLP |
| | 523 West 6th St., Suite 400 |
| Elliot C. Cook | Los Angeles, California CA 90014 |
| J. Derek McCorquindale | |
| Alexander M. Boyer | *Attorneys for Defendant* |
| David N. Lefcowitz | |
| Luke H. MacDonald | |
| Joseph M. Schaffner | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| 1875 Explorer Street, Suite 800 | |
| Reston, VA 20190-6023 | |
| (571) 203-2700 | |

*Attorneys for Plaintiffs*

Dated: August 2, 2021

    SO ORDERED this _____ day of _____, 2021.

                _____
                United States Magistrate Judge

3