IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHURE INCORPORATED, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 19-1343-RGA-CJB |
| | : | |
| CLEARONE, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

This **16th** day of September 2021, upon consideration of the Magistrate Judge's Report and Recommendation dated September 1, 2021, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 536) is **ADOPTED**.

2. Plaintiffs' motion for summary judgment (D.I. 435) is **DENIED.**

      /s/ Richard G. Andrews
      United States District Judge