IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHURE INCORPORATED, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 19-1343-RGA-CJB |
| CLEARONE, INC., | : |
| Defendant. | : |

**ORDER**

This ___ day of October 2021, upon consideration of the Magistrate Judge's Report and Recommendations dated September 23, 2021, and no objections to the Report and Recommendations having been received, and the Court having reviewed the matter, IT IS HEREBY ORDERED:

1. The Report and Recommendations (D.I. 555) is **ADOPTED**.

2. Defendant's motion for summary judgment (D.I. 449) is **DISMISSED AS MOOT.**

United States District Judge