IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHURE INCORPORATED, and SHURE
ACQUISITION HOLDINGS, INC.,

                    Plaintiffs;

          v.                                              Civil Action No. 19-1343-RGA

CLEARONE, INC.,

                    Defendant.

ORDER

For the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED**:

1. ClearOne's objection (D.I. 559) to the Magistrate Judge's Report and

   Recommendation (D.I. 545) is **OVERRULED**.

2. The Report and Recommendation (D.I. 545) is **ADOPTED**.

3. ClearOne's motion for summary judgment of noninfringement (D.I. 443) is

   **DENIED**.

Entered this 20th day of October, 2021.


                                             /s/ Richard G. Andrews
                                         _____
                                         United States District Judge