IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHURE INCORPORATED, and SHURE ACQUISITION HOLDINGS, INC.,

Plaintiffs;

v.

CLEARONE, INC.,

Defendant.

Civil Action No. 19-1343-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Shure's objections (D.I. 556) to the Magistrate Judge's Report and Recommendation (D.I. 541) are **OVERRULED**.

2. The Report and Recommendation (D.I. 541) is **ADOPTED**.

3. Shure's motion for summary judgment on ClearOne's tort counterclaims and affirmative defense of unclean hands (D.I. 433) is **GRANTED** in relation to the First Counterclaim and otherwise **DENIED.**

Entered this 20th day of October, 2021.

/s/ Richard G. Andrews
United States District Judge