IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHURE INCORPORATED, and<br>SHURE ACQUISITION HOLDINGS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CLEARONE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 19-1343 (RGA) (CJB)<br>)<br>)<br>)<br>)<br>) |

## JURY VERDICT FORM

We, the jury, unanimously answer the questions submitted as follows:

## INFRINGEMENT

**Question #1:** Has Shure proven by a preponderance of the evidence that ClearOne infringed the sole claim of U.S. Patent No. D865,723 (the "'723 Patent") by making, selling, offering to sell, and/or importing its BMA-CT, BMA-CTH (i.e. the COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT), BMA360 and BMA-CTX ("Xceed") products?

*Checking "yes" below indicates a finding for Shure.*

*Checking "no" below indicates a finding for ClearOne.*

> YES _____          NO _____

*Proceed to the next question.*

## INVALIDITY

**Question #2:** Has ClearOne proven by clear and convincing evidence that U.S. Patent No. D865,723 ("the '723 patent") is invalid?

*Checking "yes" below indicates a finding for ClearOne.*

*Checking "no" below indicates a finding for Shure.*

        **YES** _____        **NO** _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: _____        _____

                                                                        Jury Foreperson