# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHURE INCORPORATED,<br>and<br>SHURE ACQUISITION<br>HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARONE, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No.: 19-1343-RGA-CJB

███████████

PUBLIC VERSION FILED:
NOVEMBER 19, 2021

## PARTIES' JOINT PROPOSED FINAL PRETRIAL ORDER

ME1 37849439v.1

## TABLE OF CONTENTS

I.     NATURE OF THE ACTION AND THE PLEADINGS ........................................ 2

    A.    Pleadings ............................................................................................ 2

    B.    Claim Construction ............................................................................ 3

    C.    Summary Judgment and Daubert Motions ........................................ 4

    D.    Statements Regarding the Scope of the Issues to be Tried ............... 6

        1.    Shure's Statement ................................................................. 6

        2.    ClearOne's Statement .......................................................... 8

II.    FEDERAL JURISDICTION ........................................................................... 8

III.   JOINT STATEMENT OF ADMITTED FACTS ........................................... 9

    A.    The Parties ......................................................................................... 9

    B.    The Asserted Patent ........................................................................... 9

    C.    The Accused Products ........................................................................ 9

    D.    Shure's MXA910 and Patent Applications ...................................... 10

IV.   STATEMENTS OF ISSUES OF FACT THAT REMAIN TO BE LITIGATED ............... 10

V.    STATEMENTS OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED ................ 10

VI.   TRIAL EXHIBITS ....................................................................................... 10

    A.    Stipulations Concerning Trial Exhibits and Demonstrative Exhibits ...................... 10

    B.    Procedures for the Disclosure of Trial Exhibits and Demonstrative Exhibits ......... 16

VII.  TRIAL WITNESSES .................................................................................... 17

    A.    Witnesses to be Called ..................................................................... 17

    B.    Testimony by Deposition and Procedures for the Disclosure Thereof ................... 18

VIII. STATEMENTS OF INTENDED PROOFS ................................................ 20

    A.    Shure's Statement ............................................................................ 20

    B.    ClearOne's Statement ...................................................................... 23

IX.     AMENDMENTS TO THE PLEADINGS ............................................................ 23

X.      CERTIFICATION OF GOOD FAITH EFFORTS AT SETTLEMENT .............................. 23

XI.     MOTIONS *IN LIMINE* .................................................................................. 23

XII.    OTHER MATTERS ........................................................................................ 24

        A.      Jury Trial ..................................................................................... 24

        B.      Order of Presentation of Evidence ................................................. 24

        C.      Length of Trial ............................................................................. 25

        D.      Number of Jurors ......................................................................... 25

        E.      Jury Procedures ........................................................................... 25

        F.      Handling of Confidential Information at Trial .................................. 26

        G.      Sequestration of Witnesses ........................................................... 26

        H.      Set-Up of Electronic and Computer Devices ................................... 27

        I.      Federal Judicial Center Introduction to the Patent System Video .......... 27

        J.      Voir Dire, Jury Instructions, Verdict Form ...................................... 28

        K.      Presumption of Validity ................................................................ 28

        L.      Issues Related to COVID-19 .......................................................... 29

        M.      Order to Control the Course of Action ............................................ 29

On October 15, 2021, at 9:00 a.m., counsel for Shure Incorporated and Shure Acquisition

Holdings, Inc. (collectively, "Shure" or "Plaintiffs") and Defendant ClearOne, Inc. ("ClearOne" or

"Defendant") participated in a pretrial conference before this Court pursuant to Rule 16 of the

Federal Rules of Civil Procedure and Local Rule 16.3.  D.I. 73 ¶ 19.  This Joint Proposed Final

Pretrial Order incorporates the Court's guidance from the pretrial conference.

Pursuant to the Court's Amended Scheduling Order (D.I. 73), a jury trial will take place

beginning on November 1, 2021.  The trial will address Shure's claim that ClearOne infringes U.S.

Patent No. D865,723 ("the '723 Patent") and Shure's request for damages,[1] as well as ClearOne's

---

[1] [**ClearOne's Position**: Now that ClearOne's counterclaims have been severed, and the Court has struck Shure's damages expert's reasonable royalty opinions, *see* D.I. 575, the only damages issue remaining is Shure's request for disgorgement under 35 U.S.C. § 289.  This is an equitable remedy. *See, e.g.*, *Red Carpet Studios v. Midwest Trading Group, Inc.*, Case No. 12-cv-501, 2021 WL 1172218. *2-3 (S.D. Ohio Mar. 29, 2021) (court, without jury, determining article of manufacture and disgorgement, because "a claim for damages under § 289 is one for equitable relief"); *Texas Advanced Optoelectronic Sols., Inc. v. Renesas Elecs. Am., Inc.*, 895 F.3d 1304, 1324 (Fed. Cir. 2018) ("The apparent fact is that for patent infringement, disgorgement of profits was not historically available at law.").  Accordingly, it (and the article of manufacture determination underlying it) should be decided by the judge, not the jury.  *Cf. Am. Calcar v. Am. Honda Motor*, 651 F.3d 1318, 1333 (Fed. Cir. 2011) ("Inequitable conduct is equitable in nature, with no right to a jury, and the trial court has the obligation to resolve the underlying facts of materiality and intent.") (citations omitted).  ClearOne did not raise this issue previously because, until October 15, 2021, when the Court severed ClearOne's counterclaims, there were damages theories in the case that it was appropriate for the experts to address before the jury.  In addition, on October 15, 2021, the Court stated its strong preference that equitable issues not be tried before the jury.  2021-10-15 Tr. at 9:1-3 ("I have pretty much a 100-percent record of not trying equitable defenses to a jury with an advisory verdict.").  During claim construction briefing in this matter, the parties treated the article of manufacture issue, which underlies the disgorgement question, as an issue for the judge to decide.  *See, e.g.*, D.I. 268 at 31-33.  Shure then determined that the issue should be decided later, but never took the position that it should not be decided by the judge.  *Id.* at 78, n.15.]  [**Shure's Position**: ClearOne waived its untimely request to have infringers' profits under 35 U.S.C. § 289 tried separate from the jury because ClearOne failed to include any such request in the parties' pretrial order on October 12, 2021 (D.I. 594) or in any other fashion.  Not only did ClearOne fail to raise such a position, but *both sides* provided proposed jury instructions on the issue of infringers' total profits under 35 U.S.C. § 289.  *See* D.I. 598 at 50-53.  This is also consistent with the Court's handling of the same issue in *Gavrieli Brands LLC v. Soto Massini (USA) Corp.*, No. 1:18-cv-00462, D.I. 141 at 27 (D. Del. May 3, 2019) (final jury instructions for infringers' total profits).  In addition, the related issue of defining the "article of manufacture" is a factual question for the jury, and ClearOne does not contend that determining the "article of manufacture" is an equitable issue.

1

defenses of noninfringement and invalidity.  ClearOne's counterclaims have been severed for a separate trial.

The following matters as to the conduct of the trial have been stipulated by the parties and are hereby ordered by the Court:

## I.      NATURE OF THE ACTION AND THE PLEADINGS

1.      This is an action for design patent infringement.  Shure alleges that ClearOne has infringed, and continues to infringe, the '723 patent.

2.      Shure alleges that the '723 patent protects an ornamental design for an array microphone assembly.  Shure further alleges that ClearOne infringes the '723 patent by making, using, selling, offering to sell, and importing microphone products including the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX, including all versions and variants of the foregoing.

3.      ClearOne alleges that the '723 patent is invalid and not infringed.

### A.      Pleadings

4.      Shure filed its original complaint on July 18, 2019, asserting U.S. Patent No. 9,565,493 ("the '493 patent"), and alleging unfair competition under the Lanham Act, false advertising under the Lanham act, violation of the Delaware Deceptive Trade Practices Act, and tortious interference with business relations.  D.I. 1.  In its amended complaint filed on September 9, 2019, Shure removed its claim of unfair competition under the Lanham Act and added a claim of unfair competition under Delaware common law.  D.I. 19.  Through its second amended complaint filed on November 19, 2019, Shure added a claim of infringement of the '723 patent.  D.I. 64.

5.      Shure's claim of infringement under the '493 patent was stayed on November 1, 2019.  D.I. 53.  That stay remains in effect pending ClearOne's appeal to the U.S. Court of Appeals

for the Federal Circuit.  D.I. 391.

6.      On September 17, 2021, Shure confirmed to the Court and ClearOne that it was withdrawing its four non-patent claims from assertion at trial.  D.I. 548.  ClearOne moved for dismissal of these claims with prejudice.  D.I. 562.  Shure has filed its opposition (D.I. 589) to that motion and ClearOne filed its reply (D.I. 604).

7.      ClearOne's currently operative response to Shure's second amended complaint is ClearOne's amended answer and counterclaims filed on July 27, 2020.  D.I. 295.  In ClearOne's pleading, it denied infringement of the '723 patent and contended the patent is invalid, and also asserted violation of the Delaware Deceptive Trade Practices Act, tortious interference with business relations, and unfair competition under Delaware common law.  D.I. 295.  Shure filed its answer to ClearOne's counterclaims on August 11, 2020.  D.I. 314.  While ClearOne's amended answer and counterclaims also included a defense and counterclaim of unenforceability of the '493 patent, D.I. 295, and Shure moved to dismiss that defense and counterclaim, D.I. 312, the Court denied without prejudice that motion to dismiss in view of the stay of the '493 patent, D.I. 389 & 396.

### B.      Claim Construction

8.      On October 15, 2020, the Court issued its Report and Recommendation on claim construction.  D.I. 359.  The Court construed the '723 patent's claimed design as follows: "The ornamental design for an array microphone assembly, as shown in the solid lines and associated claimed surfaces of Figures 1-6 and described in the specification of the '723 patent.  The broken lines in Figures 1-6 of the '723 patent form no part of the claimed design.  The square shape of the claimed design is functional."  *Id*. at 20.  The Court also did not accept ClearOne's arguments that the claim was indefinite and not enabled at that stage, and instead decided that those arguments should go to the jury.  *Id*. at 23-25.  This Report and Recommendation was adopted by the Court on

November 12, 2020.  D.I. 375.

    **C.**    **Summary Judgment and *Daubert* Motions**

9.    Shure has filed the following summary judgment and *Daubert* motions:

    a.    Motion for summary judgment on ClearOne's non-patent claims and defense of unclean hands (D.I. 433);

    b.    Motion for summary judgment on ClearOne's inventorship invalidity theory (D.I. 435);

    c.    Motion to exclude testimony of ClearOne's damages expert, Julia Rowe (D.I. 437); and

    d.    Motion to exclude and strike testimony of ClearOne's market expert, Paul Waadevig (D.I. 439).

10.    ClearOne has filed the following summary judgment and Daubert motions:

    a.    Motion for summary judgment of invalidity (D.I. 441);

    b.    Motion for summary judgment of noninfringement (D.I. 443);

    c.    Motion to exclude opinions of Shure's design expert, Paul Hatch (D.I. 445);

    d.    Combined motion for summary judgment of no lost profits or disgorgement for Shure's false advertising claims and motion to exclude opinions of Shure's damages expert, Thomas Vander Veen (D.I. 447); and

    e.    Motion for partial summary judgment of no liability for certain alleged false statements (D.I. 449).

11.    Of these motions:

    a.    The Court has granted-in-part and denied-in-part Shure's motion to exclude and strike testimony of ClearOne's market expert, Paul Waadevig.  D.I. 533.

    b.    On October 7, 2021, the Court denied ClearOne's Motion for Summary

Judgment of Invalidity (D.I. 441).  D.I. 571.

c.  On September 16, 2021, the Court denied Shure's Motion for Summary

Judgment on ClearOne's Inventorship Invalidity Theory (D.I. 435).  D.I. 543.

d.  On September 16, 2021, Magistrate Judge Burke issued a Report and

Recommendation (D.I. 541) recommending that Shure's Motion for Summary

Judgment for Defendant's Business Tort Counterclaims and Affirmative Defense

of Unclean Hands (D.I. 433) be granted as to ClearOne's counterclaim under the

Delaware Deceptive Trade Practices Act, denied as to ClearOne's counterclaims

of tortious interference with business relations and unfair competition, and

denied as to ClearOne's unclean hands defense to Shure's then-pending business

tort claims.  Shure has filed an objection to that Report and Recommendation.

D.I. 556.  ClearOne has filed a response to Shure's objection.  D.I. 566.

e.  On September 17, 2021, Magistrate Judge Burke issued an Order (D.I. 544)

granting-in-part and denying-in-part ClearOne's motion to strike certain

opinions of Shure's expert, Paul Hatch (D.I. 445).  ClearOne has filed an

objection to that Report and Recommendation.  D.I. 560.  Shure has filed a

response to ClearOne's objection.  D.I. 569.

f.  On September 17, 2021, Magistrate Judge Burke issued a Report and

Recommendation (D.I. 545) recommending that ClearOne's Motion for

Summary Judgment of Non-Infringement (D.I. 443) be denied.  ClearOne has

filed an objection to that Report and Recommendation.  D.I. 559.  Shure has

filed a response to ClearOne's objection.  D.I. 568.

g.  In light of Shure's withdrawal of its non-patent claims, on October 8, 2021, the

Court dismissed as moot ClearOne's partial motion for summary judgment of no

liability for certain alleged false statement (D.I. 449).  D.I. 572.

 h. On October 5, 2021, Magistrate Judge Burke issued a Memorandum Order (D.I. 570) denying Shure's Motion to Exclude Testimony of ClearOne's Damages Expert, Julia Rowe (D.I. 437).

 i. On October 8, 2021, Magistrate Judge Burke issued a Memorandum Order (D.I. 575) granting ClearOne's Motion to Exclude Opinions of Shure's Damages Expert, Thomas Vander Veen.  Shure filed objections to this decision on October 14, 2021 (D.I. 605).

12. ClearOne also filed a motion to strike the supplemental expert reports of Paul Hatch, Ira Weinstein, and Thomas Vander Veen, as well as portions of Shure's Opposition to ClearOne's Motion for Summary Judgment of Non-Infringement.  D.I. 484.  That motion was granted on September 10, 2021.  D.I. 539.

 **D.** **Statements Regarding the Scope of the Issues to Be Tried**

  **1.** **Shure's Statement**

13. Shure alleges that ClearOne infringes the '723 patent by making, using, selling, offering to sell, and importing microphone products including the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX, including all versions and variants of the foregoing.

14. Upon a finding of infringement, Shure is entitled to recover ClearOne's total profits realized from selling the articles of manufacture to which the infringing design has been applied and/or a reasonable royalty.[2]  Shure also seeks recovery of its attorneys' fees in this case because of

---

[2] [**ClearOne's Position**: On Friday, October 8, Magistrate Judge Burke issued a Memorandum

the exceptional nature of the infringement and the litigation.  Shure further seeks pre-judgment and

post-judgment interest on any damages award.  Shure also seeks a permanent injunction for

ClearOne's infringement of the '723 patent.

---

Order (D.I. 575) granting ClearOne's motion to exclude the reasonable royalty opinions of Shure's damages expert, Dr. Vander Veen.  While Shure has refused to meet and confer on this issue, Shure did not disclose an alternate reasonable royalty theory at any point in fact or expert discovery.  As such, Shure should not be allowed to present a new, previously undisclosed reasonable royalty opinion to the jury.  *See MLC Intell. Prop., LLC v. Micron Tech., Inc.*, No. 2020-1413, 2021 WL 3778405, at *9 (Fed. Cir. Aug. 26, 2021) ("[B]ecause Rule 26(a)(1)(A)(iii) requires timely disclosure of damages information, the district court properly excluded the damages information under Rule 37.").  Further, contrary to Shure's suggestion, it is not entitled to reasonable royalty damages if it cannot prove them: "[t]he statute [35 U.S.C. § 284] does not require an award of damages if none are proven[.]" *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1291-92 (Fed. Cir. 2020) (affirming an award of zero damages despite a finding of infringement).  In addition, assuming that Shure no longer has a reasonable royalty case, now that ClearOne's counterclaims have been severed, the only damages issue remaining is Shure's request for disgorgement under 35 U.S.C. § 289.  This is an equitable remedy.  *See, e.g.*, *Red Carpet Studios v. Midwest Trading Group, Inc.*, Case No. 12-cv-501, 2021 WL 1172218. *2-3 (S.D. Ohio Mar. 29, 2021) (court, without jury, determining article of manufacture and disgorgement, because "a claim for damages under § 289 is one for equitable relief"); *Texas Advanced Optoelectronic Sols., Inc. v. Renesas Elecs. Am., Inc.*, 895 F.3d 1304, 1324 (Fed. Cir. 2018) ("The apparent fact is that for patent infringement, disgorgement of profits was not historically available at law.").  Accordingly, it should be decided by the judge, not the jury.] [**Shure's Response**: Shure has not refused to meet-and-confer.  Instead, on October 11, 2021, the day this Pretrial Order was due to be filed, ClearOne asked that Shure agree to drop all references to a "reasonable royalty" in the parties' pretrial submissions.  Shure declined to do so and noted that "[t]here does not appear to be a need to meet and confer on this" specific issue.  ClearOne is also wrong to state that reasonable royalty theories are out of the case.  ClearOne's own damages expert asserts a reasonable royalty theory.  And moreover, a reasonable royalty is required by law as the minimum statutory compensation for patent infringement.  35 U.S.C. § 284.  The Federal Circuit has explained that even where expert testimony is not available on a reasonable royalty, the factfinder may still consider the available evidence to set a royalty. *Dow Chem. Co. v. Mee Indus.*, 341 F.3d 1370, 1381-1382 (Fed. Cir. 2003).  "A party need not present expert testimony on damages or, as a corollary, on every aspect of damages, such as a single royalty rate." *Bayer HealthCare LLC v. Baxalta Inc*., 989 F.3d 964, 985 (Fed. Cir. 2021).  ClearOne's suggestion that "Shure did not disclose an alternate reasonable royalty theory at any point in fact or expert discovery" is also misleading; ClearOne never served an interrogatory inquiring about a reasonable royalty.  In terms of the remedy of infringers' total profits under 35 U.S.C. § 289, Shure explained above (*supra* note 1) that ClearOne waived such a request and ClearOne is incorrect in any event in urging that infringers' total profits be tried separate from the jury.]

### 2.    ClearOne's Statement

15.    ClearOne disputes that it infringes the '723 patent, and asserts the '723 patent is invalid.  Specifically, the '723 patent is invalid under 35 U.S.C. ¶¶ 102, 103, and 112.  Shure cannot claim priority earlier than the August 6, 2019 filing date of the '723 patent, so it is invalid as anticipated by Shure's prior sales of its MXA910 product.  Even if Shure can claim an earlier filing date, the patent is invalid as obvious.  The patent is further invalid because it fails to satisfy the requirements of 35 U.S.C ¶ 112, including enablement and definiteness.  ClearOne further contends that Shure's disgorgement request (which, as explained in footnotes 1 and 2 above, should be tried to the judge, not the jury) is inflated, and does not reflect appropriate disgorgement of profits for any alleged infringement.  ClearOne contends that pursuant to D.I. 575, Shure's request for a reasonable royalty is no longer at issue in this case in any way.  *See TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278 (Fed. Cir. 2020).  As a result, Shure's request for a trebling of damages is *also* no longer at issue in this case in any way, because such trebling applies only to reasonable royalty or lost profits damages under 35 U.S.C. § 284, and not to disgorgement under 35 U.S.C. § 289.  ClearOne further seeks its attorneys' fees and expenses.

## II.    FEDERAL JURISDICTION

16.    This is a civil action arising under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*, including §§ 271 and 281-289.  The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  No party contests personal or subject matter jurisdiction.

17.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and 1400(b).  No party contests venue.

### III.   JOINT STATEMENT OF ADMITTED FACTS

#### A.   The Parties

18.    Plaintiff Shure[3] is a corporation organized under the laws of Illinois with a principal place of business at 5800 W. Touhy Avenue, Niles, Illinois 60714.

19.    Defendant ClearOne is a corporation organized and existing under the laws of the State of Delaware, and is headquartered at 5225 Wiley Post Way, Suite 500, Salt Lake City, Utah 84116.

#### B.   The Asserted Patent

20.    The '723 patent is titled "Array Microphone Assembly" and was issued on November 5, 2019.  The '723 patent issued from U.S. App. No. 29/700,875, filed on August 6, 2019, which claims on its face to be a continuation of U.S. App. No. 15/833,404, filed on December 6, 2017, which claims to be a continuation of U.S. App. No. 15/631,310, filed on June 23, 2017, which claims to be a continuation of U.S. App. No. 15/403,765, filed on January 11, 2017, which claims to be a continuation of U.S. App. No. 14/701,376, filed on April 30, 2015.

21.    The '723 patent names three inventors: Elizabeth Ahra Cho, Gregory William Lantz, and John Matthew Miller.

#### C.   The Accused Products

22.    The ClearOne products accused of infringing the '723 patent include the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX, including all versions and variants of the foregoing.  ClearOne has made, used, sold, offered for sale, and imported these products in the United States.

---

[3] "Shure" includes Shure Incorporated and Plaintiff Shure Acquisition Holdings, Inc.

###### D.      Shure's MXA910 and Patent Applications

23.      The MXA910 was publicly known, in public use, offered for sale, and sold at least as early as February 2016.

24.      U.S. Patent No. 9,565,493 is based on U.S. Patent Application No. 14/701,376, filed on April 30, 2015.

25.      U.S. Patent Application Publication No. 2016/0323668 was published on November 3, 2016.

## IV.      STATEMENTS OF ISSUES OF FACT THAT REMAIN TO BE LITIGATED

26.      Shure's Statement of Issues of Fact That Remain to Be Litigated is attached as Exhibit 2.

27.      ClearOne's Statement of Issues of Fact That Remain to Be Litigated is attached as Exhibit 3.

28.      If the Court determines that any issue identified in a party's statement of contested issues of fact is more properly considered an issue of law, it should be so considered.

## V.      STATEMENTS OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED

29.      Shure's Statement of Issues of Law That Remain to Be Litigated is attached as Exhibit 4.

30.      ClearOne's Statement of Issues of Law That Remain to Be Litigated is attached as Exhibit 5.

31.      If the Court determines that any issue identified in a party's statement of contested issues of law is more properly considered an issue of fact, it should be so considered.

## VI.      TRIAL EXHIBITS

###### A.      Stipulations Concerning Trial Exhibits and Demonstrative Exhibits

32.      Shure's list of exhibits it may offer at trial, including ClearOne's objections, is

attached hereto as Exhibit 6.  Shure's trial exhibits will be identified with exhibit numbers, starting with X 0001.  Shure's demonstrative trial exhibits will be identified starting with D 001.  Shure reserves the right to use any exhibit identified by ClearOne, and use exhibits not listed for impeachment.  A party's inclusion of an exhibit on their exhibit list in no way, however, waives any objection to the other party's introduction of such exhibit.

33.     ClearOne's list of exhibits it may offer at trial, including Shure's objections, is attached hereto as Exhibit 7.  ClearOne's trial exhibits will be identified with exhibit numbers, starting with X 0010.  ClearOne's demonstrative trial exhibits will be identified starting with D 010.  ClearOne reserves the right to use any exhibit identified by Shure, and use exhibits not listed for impeachment.  A party's inclusion of an exhibit on their exhibit list in no way, however, waives any objection to the other party's introduction of such exhibit.

34.     The parties' respective trial exhibits shall alternate between numerical ranges as follows:

      a.  Shure: X 0001– X 0009

      b.  ClearOne: X 0010 – X 0019

      c.  Shure: X 0020 – X 0029

      d.  ClearOne: X 0030 – X 0039

      e.  Shure: X 0040 – X 0049

      f.  ClearOne: X 0050 – X 0059

      g.  Shure: X 0060 – X 0069

      h.  ClearOne: X 0070 – X 0079

      i.  Shure: X 0080 – X 0089

      j.  ClearOne: X 0090 – X 0099

      k.  ClearOne: X 0100 – X 0199

      l.   Shure: X 0200 – X 0299

      m. ClearOne: X 0300 – X 0399

      n.  … alternate by hundreds

      o.  ClearOne: X 1000 – X 1999

      p.  Shure: X 2000 – X 2999

      q.  ClearOne: X 3000 – X 3999

35.     The same numbering scheme shall apply for demonstrative exhibits, except that a single demonstrative slide deck (*e.g.*, D 0001) will be numbered with its page numbers coming after a decimal point, such that page one will be D 0001.1, page two will be D 0001.2, etc.

36.     The parties have agreed to a procedure with respect to demonstrative exhibits that does not require demonstrative exhibits to be included on the trial exhibit lists.  Those procedures for the exchange of demonstrative exhibits are addressed separately herein.  For purposes of this Pretrial Order, the following "demonstrative exhibits" are not subject to the exchange provisions set forth herein: (1) exhibits created in the courtroom during testimony or opening at trial or (2) the enlargement, highlighting, ballooning, excerption, or other emphasis of a trial exhibit (or parts of a trial exhibit) or a transcript of testimony, as long as the party has identified its intent to use the trial exhibit and/or deposition testimony according to the provisions of this Order, and such ballooning, excerption, highlighting, etc., accurately reflects the content of the exhibit.

37.     The exhibit lists attached as Exhibit 6 and Exhibit 7 include citations to the Federal Rules of Evidence to note any objections lodged by the parties.  In addition, any exhibits implicated by the parties' motions *in limine* are deemed objected to.  Exhibits not objected to may be introduced into evidence by the identifying party through any witness competent to testify regarding the exhibit, without the need for additional foundation testimony, provided, however, that an expert may not introduce any exhibit that was not relied upon in any of that expert's respective

report(s) submitted pursuant to Fed. R. Civ. P. 26(a)(2)(B) with the exception of different versions of an exhibit (e.g., more legible copies of the same document).

38.     Any description of a document, or any date associated with a document, on an exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding that document or any other listed document.  Similarly, failing to list a date is neither evidence nor an admission of whether the document is dated.

39.     This pretrial order contains the maximum universe of exhibits to be used at trial, as well as all objections to the admission of such exhibits, neither of which shall be supplemented without approval of all parties or leave of the Court, on good cause shown.  Exhibits not listed on any party's exhibit list will not be admitted into evidence absent good cause shown or by agreement of the parties.  However, any documents, deposition transcripts, or portion thereof, or other items, not specifically identified in any of the exhibit lists or offered into evidence, may still be used at trial for purposes of impeachment, or rehabilitation, if otherwise competent for such purposes, and may be admitted into evidence to the extent consistent with the requirements of the Federal Rules of Evidence.

40.     Each party may use an exhibit that is listed on the other party's exhibit list, to the same effect as though it were listed on its own exhibit list, subject to evidentiary objections, and if such evidentiary objections are overruled, any such exhibit may be admitted into evidence.  Any exhibit, once admitted, may be used equally by each party.  The listing of an exhibit by a party on its exhibit list does not waive any evidentiary or other objections to that exhibit by the listing party should the opposing party attempt to offer it into evidence.

41.     The parties agree that any exhibit identified in the lists attached hereto and otherwise unobjected to may be used and published to the jury in opening statements by the identifying party if the exhibit will be the subject of testimony and introduced by a witness at trial.

42.     Each party may use a subset or excerpt of an exhibit as a standalone exhibit, subject to evidentiary objections.  Such subset exhibit shall be marked with the entire exhibit's number followed by a letter, for example, X 0001-A.

43.     The parties will meet and confer regarding replacing any poor print or digital quality copies of exhibits with substantively identical improved or higher quality or color copies.

44.     Legible copies of exhibits may be offered into evidence in lieu of originals, subject to all foundational requirements and other objections that might be made to the admissibility of originals, and subject to the right of the party against whom it is offered to inspect an original upon request reasonably in advance of any proposed use of the copy.  Electronic versions of document exhibits in their native format, such as spreadsheets or presentations, may be offered into evidence in lieu of paper or PDF versions.  The parties will exchange replacement versions and/or native versions of exhibits prior to use in trial.

45.     Legible copies of United States patents and patent applications, including the '723 patent, and their file histories, may be offered into evidence in lieu of certified copies thereof. Further, nothing precludes a party from offering into evidence an original document where the party previously produced a PDF or other electronic copy of the document, provided that party provides the copy it intends to introduce into evidence to the other party.

46.     The parties agree that documents created by a party or third party and thereafter produced by that party or third party during the discovery phase of this litigation and identified in Exhibit 6 and Exhibit 7 to this Order are presumed prima facie genuine and authentic.  Nothing, however, shall prohibit a party from offering evidence to rebut the presumption, at which point the party presenting the exhibit into evidence must establish its authenticity.

47.     The parties will meet and confer in a further effort to refine and shorten their exhibit lists and to resolve objections without the Court's intervention.  On or before the first day of trial,

each party will deliver to the Courtroom Deputy a completed AO Form 187 exhibit list corresponding to their respective final exhibit lists.

48.     Each party shall be permitted, in the morning before a trial day begins, to make an omnibus motion for submission into evidence of exhibits used during the prior trial day.  The parties anticipate resolving objections to exhibits before witnesses take the stand, as described in Section B, below.

49.     Demonstratives are to be used for illustrative purposes only and will not be entered into evidence.  Following the conclusion of trial, demonstratives shown to the jury may be lodged with the Court.  The parties do not waive any objection to the admissibility of evidence cited or referenced in any demonstrative exhibit.

50.     For purposes of disclosure to the other party, a party shall provide either (1) a color PDF or PowerPoint copy of the demonstrative exhibit it is intending to use; or (2) for videos or animations, a digital interactive format, including, as applicable, flash format, PPT format, MPEG or other video format, of demonstrative video or animation it is intending to use.  Further, to the extent necessary, the parties will confer to the extent they are unable to provide a demonstrative in the specified format.  For irregularly sized physical demonstrative exhibits, the party seeking to use it shall provide a color representation in 8.5" x 11" PDF format.

51.     For each demonstrative exhibit that is based in whole or in part on an admissible trial exhibit, the party intending to use the demonstrative exhibit will disclose, either on the face of the demonstrative exhibit or in an accompanying writing provided at the time the demonstrative exhibit is disclosed to the opposing party, all trial exhibits that form the basis of the demonstrative exhibit.

52.     The provisions regarding the exchange of demonstrative exhibits do not apply to demonstrative exhibits created during testimony, demonstrative exhibits to be used for cross

examination, or demonstrative exhibits to be used in closing statements, none of which need to be provided to the other side in advance of their use.  The parties further agree that notice of a party's intended use of enlargements of trial exhibits and/or deposition testimony and of ballooning, excerption, highlighting, jumping-to-a-page, or other emphasis of the particular trial exhibit and/or deposition testimony, need not be provided to the other side in advance of their use, subject to the parties' evidentiary objections and compliance with the provisions of this Pretrial Order governing the use of trial exhibits and/or deposition testimony.

53.      During trial, a party providing an exhibit to a witness shall contemporaneously provide a copy to the court reporter.

**B.      Procedures for the Disclosure of Trial Exhibits and Demonstrative Exhibits**

54.      A party shall provide, together with its identification of a witness to be called (as provided in Section VII below) a list of trial exhibits to be used in connection with a direct examination of that witness, including any opposing party the party intends to call adversely, by 7:00 p.m. ET two calendar days before their intended use.  Any objections by the opposing party will be provided no later than 7:00 p.m. ET the following day.  The parties shall meet and confer within three hours of the exchange of objections to resolve any objections.  If the parties cannot resolve all objections, the parties will present the outstanding issue or issues to the Court at 9:00 a.m. ET on the trial day when the relevant witnesses or exhibits are intended to be presented.

55.      For non-documentary demonstratives, such as physical exhibits, that the parties plan to use at trial during direct examination, but not for cross examination:  the parties will identify and make available such non-documentary demonstratives/physical exhibits at 7:00 p.m. ET two calendar days before anticipated use.  The following day, the offering party will make the non-documentary demonstrative/physical exhibit available for inspection.  The parties will exchange any objections the following day by 7:00 p.m. ET, one calendar day before anticipated use, and

16

meet and confer by 10:00 p.m. ET.  If the parties cannot resolve all objections, the parties will present the outstanding issue or issues to the Court at 9:00 a.m. ET on the trial day when the relevant witnesses or exhibits are intended to be presented.

56.     A party shall provide demonstrative exhibits to be used in connection with a direct examination by 7:00 p.m. ET one calendar day before their intended use.  Objections to any such demonstrative exhibits shall be made by 9:00 p.m. ET that same day.  The parties will meet and confer on any objections by 10:00 p.m. ET that same day. If the parties cannot resolve all objections, the parties will present the outstanding issue or issues to the Court at 9:00 a.m. ET on the trial day when the relevant witnesses or exhibits are intended to be presented.

57.     With respect to opening statements, the parties shall identify any trial exhibits and demonstrative exhibits they intend to use by 5:00 p.m. ET one calendar day before opening statements.  Objections to any such trial exhibits shall be made by 7:00 p.m. ET that same day.  The parties will meet and confer on any objections by 8:00 p.m. ET that same day. If the parties cannot resolve any objections, the parties will present the outstanding issue or issues to the Court at 9:00 a.m. ET on the first day of trial.

## VII.    TRIAL WITNESSES

### A.    Witnesses to Be Called

58.     Shure may call the witnesses identified in Exhibit 8 to testify, either in person or by deposition, at trial in its case-in-chief or in its rebuttal case.

59.     ClearOne may call the witnesses identified in Exhibit 9 to testify, either in person or by deposition, at trial in its case-in-chief or in its rebuttal case.

60.     Any witness not listed on a party's witness list is precluded from testifying, absent good cause shown, except that each party reserves the right to call rebuttal witnesses as may be necessary, on reasonable notice to the opposing party.  No party shall be required to present

testimony from any witness on its list of witnesses.

61.     Should a party call a witness on the other party's witness list as part of their case in chief, the other party is limited to the scope of the direct examination in cross examination.  To the extent cross examination is limited to the scope of direct examination, the parties agree that any such witness will be fully available to be called during that other party's next presentation of evidence.

62.     The parties shall each provide a final list of those witnesses they will call in-person in their respective case-in-chief by 7:00 p.m. ET seven calendar days before the beginning of trial, including any opposing party witnesses they intend to call adversely as part of their case in chief. The parties shall each provide a final list of those witnesses they will call in-person in their rebuttal case by 7:00 p.m. ET five calendar days before the beginning of trial.  Should a party no longer wish to call a witness and instead wish to just present deposition testimony from them, the party shall notify the other party by 7:00 p.m. ET two (2) calendar days before they are to be called. Further, a party shall identify the specific witnesses it intends to call to testify, excluding opposing party witness they intend to call adversely, on each trial day by 7:00 p.m. ET two (2) calendar days before they are to be called.

**B.     Testimony by Deposition and Procedures for the Disclosure Thereof**

63.     With respect to witnesses who will be called to testify by deposition, the parties have designated specific page and line numbers of deposition testimony that they intend to read or play back at trial.  New material may not be added without good cause.

64.     Shure's preliminary list of designations and ClearOne's objections and counter designations are attached hereto as Exhibit 10.

65.     ClearOne's preliminary list of designations and Shure's objections and counter designations are attached hereto as Exhibit 11.

66.    A party intending to offer a witness by deposition shall provide the other party with a list of final deposition designations (from the previously designated testimony, and including counter-designations) it intends to introduce by 7:00 p.m. ET two calendar days before the deposition testimony is expected to be read or played in Court.  The parties will meet and confer on any objections by 10:00 p.m. ET that same day.

67.    Disputed designations shall be submitted to the Court by the party offering the testimony by 9:00 a.m. ET on the day before such deposition testimony is expected to be read or played in Court, except disputed designations expected to be read or played in Court on the first day of trial shall be submitted that day.  The submissions of disputed designations to the Court shall include highlighted copies of the disputed materials and an itemized list of the remaining objections.

68.    All of the parties' designations, counter-designations, and rebuttal designations will be read or played in chronological order.  The party offering the deposition testimony will provide a final video to be played, if applicable, by 10:00 p.m. the night before it is expected to be played in Court.  Regardless of whether deposition testimony is read or played by video, the time available for each party's trial presentation shall be reduced by the length of its own designations, counter-designations, and rebuttal designations.

69.    The parties will meet and confer to remove irrelevant and redundant material such as objections and colloquy between counsel when the deposition is read or viewed at trial to the extent feasible.

70.    Any party may use as a counter designation or rebuttal designation deposition testimony that was previously designated by another party (subject to any objection of the designating party), to the same effect as if it had initially designated the testimony as its own.

71.    Subject to the above provisions, the parties may offer some or all of the deposition

testimony set forth in the attachments hereto at trial.  A party's decision not to introduce some or all of the deposition testimony of a witness designated herein shall not be commented upon at trial.

72.     Prior to playing any deposition testimony, the party offering the testimony shall provide the court reporter with an excerpt of the relevant transcript with the relevant designations highlighted.

73.     Any deposition testimony may be used at trial for the purpose of impeachment, regardless of whether a party identified that testimony on its list of deposition designations, if the testimony is otherwise competent for such purpose.

74.     In order to reduce the number of duplicative exhibits, where a deposition excerpt refers to a document by exhibit number and that identical document was also marked as a different exhibit number, a party may substitute one exhibit for another.

## VIII.   STATEMENTS OF INTENDED PROOFS

### A.     Shure's Statement

75.     Shure's statement is limited to its expected proof with regard to its patent infringement and damages claims, and does not address the proof that it may choose to present in rebuttal to the defenses that ClearOne may present in its case-in-chief or rebuttal case at trial. Shure's statement is based upon the current status of the case and the Court's current rulings. Shure reserves the right to revise this statement in light of any further decisions or orders of the Court or any new issues raised by ClearOne.

76.     Shure intends to establish through its presentation of evidence that ClearOne's making, using, selling, and/or offering for sale of the accused products infringes under 35 U.S.C. § 271(a) the '723 patent.

77.     Shure intends to establish through its presentation of evidence that it is entitled to

ClearOne's profits and a reasonable royalty[4] due to ClearOne's infringement of the '723 patent.

78.     In the event of a finding of infringement, Shure intends to seek an equitable

accounting of any recoverable damages not captured by the verdict, including, but not limited to (1)

---

[4] [**ClearOne's Position**: On Friday, October 8, Magistrate Judge Burke issued a Memorandum Order (D.I. 575) granting ClearOne's motion to exclude the reasonable royalty opinions of Shure's damages expert, Dr. Vander Veen.  While Shure has refused to meet and confer on this issue, Shure did not disclose an alternate reasonable royalty theory at any point in fact or expert discovery.  As such, Shure should not be allowed to present a new, previously undisclosed reasonable royalty opinion to the jury.  *See MLC Intell. Prop., LLC v. Micron Tech., Inc.*, No. 2020-1413, 2021 WL 3778405, at *9 (Fed. Cir. Aug. 26, 2021) ("[B]ecause Rule 26(a)(1)(A)(iii) requires timely disclosure of damages information, the district court properly excluded the damages information under Rule 37.").  Further, contrary to Shure's suggestion, it is not entitled to reasonable royalty damages if it cannot prove them: "[t]he statute [35 U.S.C. § 284] does not require an award of damages if none are proven[.]" *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1291-92 (Fed. Cir. 2020) (affirming an award of zero damages despite a finding of infringement).  In addition, assuming that Shure no longer has a reasonable royalty case, now that ClearOne's counterclaims have been severed, the only damages issue remaining is Shure's request for disgorgement under 35 U.S.C. § 289.  This is an equitable remedy.  *See, e.g., Red Carpet Studios v. Midwest Trading Group, Inc.*, Case No. 12-cv-501, 2021 WL 1172218. *2-3 (S.D. Ohio Mar. 29, 2021) (court, without jury, determining article of manufacture and disgorgement, because "a claim for damages under § 289 is one for equitable relief"); *Texas Advanced Optoelectronic Sols., Inc. v. Renesas Elecs. Am., Inc.*, 895 F.3d 1304, 1324 (Fed. Cir. 2018) ("The apparent fact is that for patent infringement, disgorgement of profits was not historically available at law.").  Accordingly, it should be decided by the judge, not the jury.] [**Shure's Response**: As discussed above, *supra* note 3, Shure has not refused to meet-and-confer.  Instead, on October 11, 2021, the day this Pretrial Order was due to be filed, ClearOne asked that Shure agree to drop all references to a "reasonable royalty" in the parties' pretrial submissions.  Shure declined to do so and noted that "[t]here does not appear to be a need to meet and confer on this" specific issue.  ClearOne is also wrong to state that reasonable royalty theories are out of the case.  ClearOne's own damages expert asserts a reasonable royalty theory.  And moreover, a reasonable royalty is required by law as the minimum statutory compensation for patent infringement. 35 U.S.C. § 284.  The Federal Circuit has explained that even where expert testimony is not available on a reasonable royalty, the factfinder may still consider the available evidence to set a royalty.  *Dow Chem. Co. v. Mee Indus.*, 341 F.3d 1370, 1381-1382 (Fed. Cir. 2003).  "A party need not present expert testimony on damages or, as a corollary, on every aspect of damages, such as a single royalty rate." *Bayer HealthCare LLC v. Baxalta Inc.*, 989 F.3d 964, 985 (Fed. Cir. 2021).  ClearOne's suggestion that "Shure did not disclose an alternate reasonable royalty theory at any point in fact or expert discovery" is also misleading; ClearOne never served an interrogatory inquiring about a reasonable royalty.  In terms of the remedy of infringers' total profits under 35 U.S.C. § 289, Shure explained above (*supra* note 1) that ClearOne waived such a request and ClearOne is incorrect in any event in urging that infringers' profits be tried separate from the jury.]

any damages for infringement between the period last addressed by the damages experts and the date of the verdict and (2) any damages for infringement between the date of the verdict and the date of entry of judgment, and/or ClearOne's cessation of infringement and (3) any damages for the accused products not specifically covered by the jury's verdict.[5]

79.    In the event of a finding of infringement and award of damages, Shure intends to seek any and all recoverable pre-judgment and post-judgment interest.

80.    In the event of a finding of infringement, Shure intends to seek an award of an on-going royalty[6] and attorneys' fees and costs in this action, including on the basis that this case is an exceptional case under 35 U.S.C. § 285.  Shure will also seek a permanent injunction against

_____

[5] ClearOne objects to the language in point (3) in this sentence.  ClearOne believes that Shure has added this language in an attempt to recapture damages theories that the Court struck from the case in striking: (1) the reasonable royalty opinion of Shure's damages expert; and (2) some of the disgorgement opinion of Shure's damages expert.  D.I. 575.  ClearOne disagrees that Shure should be able to seek from the court damages, such as these, for which Shure failed to present admissible expert testimony.  *See, e.g.*, *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1291-92 (Fed. Cir. 2020) (affirming an award of zero damages despite a finding of infringement because "[t]he statute [35 U.S.C. § 284] does not require an award of damages if none are proven[.]")

[6] [**ClearOne's Position**: On Friday, October 8, Magistrate Judge Burke issued a Memorandum Order (D.I. 575) granting ClearOne's motion to exclude the reasonable royalty opinions of Shure's damages expert, Dr. Vander Veen.  While Shure has refused to meet and confer on this issue, Shure has not disclosed an alternate reasonable royalty theory at any point in fact or expert discovery.  *See* fn 8, *supra.*  As such, Shure should not be able to present any "on-going" royalty theory after trial.]
[**Shure's Response**: As discussed above, Shure has not refused to meet-and-confer.  Instead, on October 11, 2021, the day this Pretrial Order was due to be filed, ClearOne asked that Shure agree to drop all references to a "reasonable royalty" in the parties' pretrial submissions.  Shure declined to do so and noted that "[t]here does not appear to be a need to meet and confer on this" specific issue.  ClearOne is also wrong to state that reasonable royalty theories are out of the case.  ClearOne's own damages expert asserts a reasonable royalty theory.  And moreover, a reasonable royalty is required by law as the minimum statutory compensation for patent infringement.  35 U.S.C. § 284.  The Federal Circuit has explained that even where expert testimony is not available on a reasonable royalty, the factfinder may still consider the available evidence to set a royalty.  *Dow Chem. Co. v. Mee Indus.*, 341 F.3d 1370, 1381-1382 (Fed. Cir. 2003).  "A party need not present expert testimony on damages or, as a corollary, on every aspect of damages, such as a single royalty rate."  *Bayer HealthCare LLC v. Baxalta Inc*., 989 F.3d 964, 985 (Fed. Cir. 2021).  ClearOne's suggestion that "Shure did not disclose an alternate reasonable royalty theory at any point in fact or expert discovery" is also misleading; ClearOne never served an interrogatory inquiring about a reasonable royalty.]

ClearOne's ongoing infringement of the '723 patent.

### B.      ClearOne's Statement

81.     ClearOne's statement is limited to its expected proof with regard to its affirmative defenses and does not address the proof that it may choose to present in rebuttal to the claims or defenses that Shure may present at trial or in its rebuttal case.  ClearOne's statement is based upon the current status of the case and the Court's current rulings.  ClearOne reserves the right to revise this statement in light of any further decisions or orders of the Court or any new issues raised by Shure.

82.     ClearOne intends to establish through its presentation of evidence that Shure has not proven that ClearOne has infringed the '723 patent.

83.     ClearOne intends to establish through its presentation of evidence that the '723 patent is invalid.

84.     In the event of a finding of non-infringement or invalidity, ClearOne intends to seek an award of attorneys' fees and costs incurred in this action, including under 35 U.S.C. § 285.

## IX.    AMENDMENTS TO THE PLEADINGS

85.     Other than ClearOne's pending motion to dismiss certain of Shure's claims with prejudice, described above, the parties do not propose amendments to the pleadings at this time.

## X.    CERTIFICATION OF GOOD FAITH EFFORTS AT SETTLEMENT

86.     The parties have discussed settlement on prior occasions and respectfully submit that a resolution by settlement is not contemplated at this time.

## XI.    MOTIONS *IN LIMINE*

87.     In accordance with the Court's Amended Scheduling Order, the parties filed motions *in limine*.  D.I. 73 ¶ 20.  Copies of the parties' motions are not attached.  The Court ruled on some but not all of the motions *in limine* at the pretrial conference and thereafter on October 15, 2021.

*See* D.I. 606 & 607.

## XII.    OTHER MATTERS

### A.    Jury Trial

88.    This is a jury trial.

89.    In the morning of each trial day, before trial begins, the parties shall each provide

the court reporter a glossary of terms and names that they anticipate being used in the presentation

of evidence for that day.

90.    The parties shall provide to each other, to the Court, and to the court reporter, copies

of any witness binders used during trial.

### B.    Order of Presentation of Evidence

91.    Unless the Court specifies otherwise, the order of presentation of evidence will

generally follow the burden of proof, as stated below:

   a.   Opening statements (Shure first, followed by ClearOne);

   b.   Shure's presentation of evidence for issues for which Shure bears the burden of
        proof (Shure's case-in-chief);

   c.   ClearOne's presentation of evidence rebutting Shure's presentation of evidence
        in support of Shure's case-in-chief (ClearOne's rebuttal), and ClearOne's
        presentation of evidence for issues for which ClearOne bears the burden of proof
        (ClearOne's case-in-chief);

   d.   Shure's presentation of evidence rebutting ClearOne's presentation of evidence
        in support of ClearOne's case-in-chief;

   e.   Closing arguments (Shure first, followed by ClearOne, [**Shure's Position**:
        followed by Shure's rebuttal]).

92.    The parties reserve the right to request a different order of presentation of evidence

depending on the Court's rulings on dispositive motions, Daubert motions, and other considerations.

### C.      Length of Trial

93.      The case is currently scheduled for a three-day jury trial beginning on November 1, 2021.  Each trial day will begin at 9:30 a.m. and the jury will be excused at 5:00 p.m.  The trial will be timed, including six hours per side for opening statements and presentation of evidence, not including time for closing statements.

### D.      Number of Jurors

94.      There shall be eight jurors.  The Court will conduct jury selection through the struck jury method.

### E.      Jury Procedures

95.      On the first day of trial, each member of the jury will be provided a binder containing the '723 patent, including single-sided printouts of high-resolution SCORE versions of the figures, the figure descriptions, the claim of the '723 patent and its construction, the '493 patent, and several blank sheets for notes.  The parties agree to meet and confer on the preparation of the jury binder such that agreement is reached on its content by three calendar days before trial.

96.      The parties agree that the jurors be permitted to write notes by hand during the presentations of the parties and that jurors be permitted to bring these notes as well as the provided jury notebook into the deliberation room.   The parties further propose that the jurors be instructed not to exchange or share their notes with each other (though they may discuss the contents of their notes) and that the jurors' binders and notes be collected by the clerk each evening after daily recess, and collected and destroyed without review after the jury's discharge.

97.      Upon the end of all parties' presentation of evidence, the parties will compile one (1) set of binders for the jury containing copies of all exhibits in evidence.  The binders will include

a list of any physical exhibits admitted into evidence during the trial, which shall be available to the jury upon request.  This set of binders shall be distributed to the jurors before they commence deliberation and shall be collected from the jurors each night before they retire from deliberation.

**F.      Handling of Confidential Information at Trial**

98.      The parties agree to follow the provisions in the Protective Order entered in this case (D.I. 92) regarding the confidentiality of exhibits used at trial.  The Protective Order, insofar as it restricts the dissemination and use of "Protected Information," including documents marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," shall not apply to the introduction of evidence at trial.

99.      The parties' corporate representatives may view another party's "Protected Information" trial exhibits when shown in the courtroom during trial, though no employee or representative of a party may possess or review the "Protected Information" trial exhibits of the opposing party outside the courtroom.

100.      Persons entitled to have access to "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information under the Protective Order shall not be excluded from the courtroom and shall have the right to review any information presented by either party at trial, including, but not limited to, exhibits and trial transcripts.

**G.      Sequestration of Witnesses**

101.      Pursuant to Federal Rule of Evidence 615, the parties request that the Court prevent fact witnesses, other than witnesses who have already testified and been excused because they are not expected to be further called, from hearing the testimony of other witnesses.  The parties further request that in accordance with provision (b) of Rule 615, this exclusion rule will not apply to the officer or employee designated by each party as its representative.  The parties further request that expert witnesses disclosed under Federal Rule of Civil Procedure 26(a)(2)(B) not be excluded for

either fact or expert testimony.

**H.    Set-Up of Electronic and Computer Devices**

102.    The parties request that the Court grant access to the Courtroom on Friday, October 29, 2021, the business day before trial begins, to allow them to set up electronic and computer devices to be used during trial.  To the extent that both sides will be sharing common equipment in the Courtroom, each side will share the cost of that equipment.

**I.    Federal Judicial Center Introduction to the Patent System Video**

103.    The Court will play the Federal Judicial Center Introduction to the Patent System video (2013 version).  Before playing the video, the parties propose that the Court provide the following additional commentary regarding design patents:

    a.    Patents are granted by the United States Patent and Trademark Office (sometimes called the "Patent Office," "PTO" or "USPTO"). A patent gives the owner the right to exclude others from making, using, offering to sell, or selling the claimed invention within the United States or importing it into the United States.

    b.    I will now show you a video made by the Federal Judicial Center that provides a description of the U.S. Patent System.

    c.    The video focuses on utility patents.  As the video will note, utility patents focus on "inventions," and may be granted to anyone who invents or discovers any new and useful process, machine, article of manufacture, or composition of matter, or any new and useful improvement thereof.

    d.    This case focuses on a different kind of patent: a design patent.

    a.    A design patent focuses on "ornamental design" and may be granted to anyone who invents a new, original, and ornamental design for an article of

manufacture.

e.   While the subject matter of these two types of patents differs, the patents themselves and the application process at the USPTO are similar.

f.   [**Shure Proposal:** A patent includes what is called a "specification."  For a design patent, the specification must contain one or more drawings of the design as well as a description of the drawings, and it serves as a single claim.  The "claim" for design patents generally refers to the drawings and how they are described.  While the USPTO design patent examiners review the description, the examination process for design patent applications has a special focus on the figures because the claim of the design patent is closely related to the figures.] [**ClearOne Proposal**: Generally speaking, a design patent has more figures than a utility patent and a shorter "specification," typically limited to a few paragraphs of figure descriptions.  Also, a design patent is limited to a single patent claim and a design patent claim is required to incorporate the figures of the patent].

### J.   Voir Dire, Jury Instructions, Verdict Form

104.   In accordance with the Court's Amended Scheduling Order and guidance at the pretrial conference, the parties have filed their (i) proposed voir dire, (ii) proposed preliminary jury instructions, and (iii) proposed verdict forms concurrently herewith.  D.I. 73 ¶ 21.  Areas of dispute are identified therein.  Copies of these documents are not attached.

105.   The parties will submit their proposed final jury instructions by 8:00 pm on November 1, 2021.

### K.   Presumption of Validity

106.   No party shall make reference to the presumption of validity of a patent in front of

the jury, except in the context of the reasonable royalty hypothetical negotiation.

**L.     Issues Related to COVID-19**

107.    Given the evolving travel restrictions and guidelines related to the COVID-19 pandemic, the parties will meet-and-confer in good faith to address any accommodations necessary to facilitate witness participation at trial, including any adjustments to whether certain testimony will be presented live or via deposition transcripts.

**M.     Order to Control the Course of Action**

108.    This Order shall control the subsequent course of the action, unless modified by the Court.

109.    Subject to the approval of the Court, the parties reserve the right to seek leave to supplement or amend this final pretrial order based on subsequent events or by agreement.

Dated: October 19, 2021                         Respectfully submitted,

MCCARTER & ENGLISH, LLP                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alexandra M. Joyce*
Michael P. Kelly (#2295)                        */s/ Michael J. Flynn*
Brian R. Lemon (#4730)                          Michael J. Flynn (#5333)
Alexandra M. Joyce (#6423)                      1201 North Market Street
405 N. King St., 8th Floor                      P.O. Box 1347
Wilmington, DE 19801                            Wilmington, DE  19899
(302) 984-6300                                  (302) 658-9200
mkelly@mccarter.com                             mflynn@morrisnichols.com
blemon@mccarter.com
ajoyce@mccarter.com

ME1 37849439v.1

OF COUNSEL:

Gerald F. Ivey
Mareesa A. Frederick
Elizabeth D. Ferrill
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
gerald.ivey@finnegan.com
mareesa.frederick@finnegan.com
elizabeth.ferrill@finnegan.com

Elliot C. Cook
J. Derek McCorquindale
Alexander M. Boyer
David N. Lefcowitz
Luke H. MacDonald
Joseph M. Schaffner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700
elliot.cook@finnegan.com
derek.mccorquindale@finnegan.com
alexander.boyer@finnegan.com
david.lefcowitz@finnegan.com
luke.macdonald@finnegan.com
joseph.schaffner@finnegan.com

Vladimir I. Arezina
VIA Legal, LLC
(312) 574-3050
vladimir@arezina.com

*Attorneys For Plaintiffs*
*Shure Incorporated and*
*Shure Acquisition Holdings, Inc.*

OF COUNSEL:

Douglas J. Dixon
Christina V. Rayburn
Sourabh Mishra
HUESTON HENNIGAN LLP
620 Newport Center Drive
Suite 1300
Newport Beach, CA  92660
(949) 226-6741

Christine Woodin
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Attorneys For Defendant*
*ClearOne, Inc.*

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1343 (RGA)(CJB) |
| | ) | |
| CLEARONE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES IDENTIFYING
DEFENDANT'S ACCUSED PRODUCTS AND PLAINTIFFS' ASSERTED PATENTS**

Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. (collectively, "Shure"), provide these initial disclosures to Defendant ClearOne, Inc. ("ClearOne"), in accordance with Paragraph 7(a) of the Amended Scheduling Order and Paragraph 4(a) of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information. These disclosures are based on information reasonably available to Shure as of this date. Shure reserves the right to supplement or modify these disclosures as additional information becomes available, as its investigation continues, or through discovery in this action.

I. **Accused Products**

Based upon information reasonably available to Shure at this time, the accused products in this case include ClearOne's BMA CT, for example as identified by Part Numbers 910-3200-205 and 910-3200-205-I, as well as any reasonably similar products (e.g., the COLLABORATE Versa Pro CT, BMA CTH, etc.) that ClearOne may introduce in the future. As alleged in Shure's Second Amended Complaint, the accused products infringe through ClearOne and/or its

customers making, using, offering to sell, selling, and/or importing the accused products in the United States.  Dkt. 19 ¶¶ 26-41, 71-81.

## II.      <u>Asserted Patent</u>

Based on information reasonably available to Shure at this time, the asserted patents include U.S. Patent Nos. 9,565,493, titled "Array Microphone System and Method of Assembling the Same" (the "'493 patent") and D865,723, titled "Array Microphone Assembly" (the "'723 patent").

## III.     <u>File Histories</u>

Shure has produced certified copies of the file histories for the '493 patent (SHURE00000001 - SHURE00000494) and '723 patent (SHURE00000495 - SHURE00000665).

## IV.      <u>Damages Model</u>

Based on information reasonably available to Shure at this time, Shure seeks a reasonable royalty and compensation for its lost profits based on ClearOne's direct and indirect infringement of the '493 and '723 patents, as well as for ClearOne's willful infringement of both patents.  Shure also seeks recovery based on ClearOne's "total profit" with respect to ClearOne's infringement of the '723 patent under 35 U.S.C. § 289.  In addition, Shure seeks recovery for convoyed sales and derivative sales tied to ClearOne's infringement.  Shure also seeks to recover pre-judgment and post-judgment interest based on its recoverable damages.

With respect to Shure's non-patent claims, and without admitting that disclosures are required here for such claims, Shure seeks damages as set forth in the Second Amended Complaint in the Prayer for Relief.  This includes, without limitation, damages based on ClearOne's violation of 15 U.S.C. § 1125(a)(1)(B); damages pursuant to 6 Del. C. §§ 2532, 2533

based on ClearOne's violation of the Delaware Deceptive Trade Practices Act, 6 Del. C. § 2532;

attorneys' fees, costs, and enhanced damages under 6 Del. C. § 2533(b), (c) based on ClearOne's

violation of 6 Del. C. § 2532; and damages based on ClearOne's common law torts of

interference with business relations and unfair competition.

Dated:  December 23, 2019

McCARTER & ENGLISH, LLP

OF COUNSEL:

Gerald F. Ivey
Mareesa A. Frederick
Elizabeth D. Ferrill
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000

Elliot C. Cook
Alexander M. Boyer
Joseph M. Schaffner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

*/s/ Brian R. Lemon*
Michael P. Kelly (#2295)
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
blemon@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

ME1 32229821v.1

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SHURE INCORPORATED,** | ) | |
| **and** | ) | |
| **SHURE ACQUISITION** | ) | **C.A. No.: 19-1343-RGA-CJB** |
| **HOLDINGS, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CLEARONE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### Shure's Statement of Issues of Fact that Remain to Be Litigated

Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. (collectively, "Shure" or "Plaintiffs") allege that defendant ClearOne, Inc. ("ClearOne") infringes U.S. Patent No. D865,723 ("the '723 Patent"). At trial, Shure will seek damages to compensate for ClearOne's infringement. Following trial, to the extent appropriate, Shure further intends to seek pre-judgment and post-judgment interest, an accounting for any infringement excluded from the jury verdict, ongoing royalties, costs pursuant to 35 U.S.C. § 284, attorneys' fees pursuant to 35 U.S.C. § 285, and a permanent injunction.

This Statement of Issues of Fact that Remain to be Litigated is based on the arguments Shure expects to make to establish infringement and Shure's understanding of the arguments that ClearOne is likely to make in support of its defenses. This Statement of Issues of Fact that Remain to be Litigated is also based on the Court's ruling at the pretrial conference on October 15, 2021, bifurcating ClearOne's counterclaims into a separate trial. Shure thus does not address here issues relating to ClearOne's counterclaims. Shure reserves the right to modify and/or supplement this

statement should the Court issue any subsequent rulings.

To the extent the factual arguments ClearOne puts forth are different from or additional to Shure's understanding, Shure reserves the right to modify and/or supplement this statement and contest those factual arguments and to present any and all rebuttal evidence in response to those arguments.  By providing this statement, Shure does not concede that all the recited issues are appropriate for trial.

This statement is not exhaustive and Shure reserves the right to prove or rebut any issues identified in the pleadings, discovery, or expert reports.  To the extent any issue identified in Shure's Statement of Issues of Law that Remain to be Litigated, set forth in Exhibit 4, is more appropriately considered an issue of fact, those issues are incorporated herein by reference. Likewise, to the extent any issue identified in this Exhibit is more appropriately considered an issue of law, Shure incorporates such issue by reference to Exhibit 4.

## I.   INFRINGEMENT

1.      Whether Shure has proven by a preponderance of the evidence that ClearOne has infringed the sole claim of the '723 patent under 35 U.S.C. §§ 271(a), 289 through the making, use, sale, offer for sale, and importation in the United States of microphone array products, including the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX ("BMA Products").

2.      Who the ordinary observer is for the '723 patent, which Shure contends is a typical purchaser of microphone arrays, i.e., a purchaser or IT technician employed at a corporation, and/or an individual who duties include, among other things, the selection of fixtures or electronic devices for commercial spaces.  The ordinary observer may encounter such devices either in a retail environment or online.

## II.     ARTICLE OF MANUFACTURE

3.     Whether ClearOne has proven by a preponderance of the evidence that the claimed design of the '723 patent is directed to a multi-component article of manufacture, and if so, the identity of the component of the article of manufacture to which the claimed design has been applied.

## III.     DAMAGES FOR INFRINGEMENT AND OTHER RELIEF

4.     Whether Shure's MXA-910 products practice the sole claim of the '723 patent.

5.     The amount of total profits under 35 U.S.C. § 289 that Shure is owned from ClearOne due to ClearOne's infringement of the '723 patent.

6.     The amount of reasonable royalty damages that Shure is owed from ClearOne due to ClearOne's infringement of the '723 patent.

7.     Whether Shure has established that this is an exceptional case and that it is entitled to an award of attorneys' fees and costs under 35 U.S.C. § 285, and if so, the amount.

8.     Whether Shure is entitled to permanent injunctive relief enjoining ClearOne from further infringement of the '723 patent, or alternatively, whether it is entitled to an on-going royalty, and if so, how much.

## IV.     VALIDITY

9.     Whether ClearOne has proven by clear and convincing evidence that the sole claim of the '723 patent is invalid under 35 U.S.C. § 102 by operation of the on-sale bar.

10.     Whether the claim of the '723 patent is entitled to a priority date of April 30, 2015.

11.     Who a designer of ordinary skill is for the '723 patent, which Shure contends is a designer of ordinary skill is an Industrial Designer with a degree in Industrial Design or Product Design, with approximately two (2) years of professional design experience, including experience in consumer product design, or a designer without a degree may be an ordinary designer if they

have approximately two (2) to four (4) years of experience designing electronic devices, such as microphone array assemblies.

12.   Whether ClearOne has proven by clear and convincing evidence that the sole claim of the '723 patent is invalid under 35 U.S.C. § 103 as obvious.

    a.   The scope and content of the prior art.

    b.   The differences between the claimed inventions and the prior art.

    c.   The level of ordinary skill in the pertinent art.

    d.   Whether a person of ordinary skill in the art would be motivated to combine references relied upon by ClearOne in its obviousness combination.

    e.   Whether the design of the Nailor 4330 CB product is basically the same as the design claimed in the '723 patent.

    f.   Whether other prior art references are "so related" to the primary reference that each may be used to modify the Nailor 4330 CB design to create a design that has the same overall visual appearance as the design claimed in the '723 patent.

    g.   Whether secondary considerations support a finding of non-obviousness, including whether they outweigh any prima facie showing of obviousness, such considerations including commercial success, copying, long-standing problem or need, prior failure of others, commercial acquiescence of competitors, skepticism, lack of independent development by others, prior litigation, and unexpected results.

13.   Whether copying as a secondary consideration supports a finding of non-obviousness regarding the '723 patent.

14.   Whether commercial success as a secondary consideration supports a finding of non-obviousness regarding the '723 patent.

15.     Whether industry praise as a secondary consideration supports a finding of non-obviousness regarding the '723 patent.

16.     Whether secondary considerations of non-obviousness outweigh any showing regarding the alleged obviousness of the sole claim of the '723 patent.

17.     Whether ClearOne has proven by clear and convincing evidence that the sole claim of the '723 patent is invalid under 35 U.S.C. § 112 for lack of definiteness or enablement.

**V.     PRE-JUDGMENT INTEREST**

18.     The amount of pre-judgment interest on any damages awarded to Shure.

**VI.     POST-JUDGMENT INTEREST**

19.     The amount of any post-judgment interest on any damages awarded to Shure.

**VII.     COSTS**

20.     The amount of Shure's recoverable costs.

**VIII.     ATTORNEYS' FEES**

21.     The amount of Shure's recoverable attorneys' fees.

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHURE INCORPORATED, and | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1343 (RGA) |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF CLEARONE'S STATEMENT OF
ISSUES OF FACT REMAINING TO BE LITIGATED**

Defendant and Counterclaim Plaintiff ClearOne, Inc. ("ClearOne") respectfully submits the following Statement of Facts Remaining to Be Litigated at the November 1, 2021 trial based on ClearOne's current understanding of the claims asserted by Plaintiff and Counterclaim Defendant Shure Incorporated and Shure Acquisition Holdings, Inc. (collectively, "Shure"), and particularly in light of the Court's ruling at the pretrial conference on October 15, 2021, severing ClearOne's counterclaims into a separate trial.

ClearOne reserves the right to revise, amend, supplement or modify its statement based upon any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments.  ClearOne further reserves the right to supplement this statement to rebut or otherwise address the contested facts identified by Shure.  Should the Court determine that any issue identified in this statement is more properly considered an issue of law, it shall be so considered and ClearOne incorporates it by reference into its Statement of Issues of Law Remaining to Be Litigated.  ClearOne contends that the issues of fact (or mixed questions of fact and law) that remain to be litigated at trial are as follows:

## I.      INVALIDITY OF THE '723 PATENT

1.      Whether ClearOne has shown by clear and convincing evidence that U.S. Patent No. D865,723 ("the '723 patent") cannot claim priority to the disclose of U.S. Patent No. 9,565,493 ("the '493 patent") and is invalid as anticipated by Shure's MXA910 and/or ClearOne's BMA Accused Products.

2.      Whether ClearOne has shown by clear and convincing evidence that the design of the '723 patent would have been obvious to one of ordinary skill in the art at the time of the alleged invention.

1

3.     Whether ClearOne has shown by clear and convincing evidence that the '723 patent is indefinite and/or not enabled.

4.     If ClearOne prevails on invalidity or non-infringement of the '723 patent, whether ClearOne is entitled to attorneys' fees and expenses under 35 U.S.C. § 285.

## II.     SHURE'S PATENT CLAIM[1]

### A.     Infringement

5.     Whether Shure has proven by a preponderance of the evidence that ClearOne has infringed the '723 patent through the making, use, sale, offer for sale, and importation in the United States of microphone array products, including the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX ("BMA Products").

6.     Who the ordinary observer is for the '723 patent, which ClearOne contends is either: (1) a sophisticated organizational end-user purchaser of installed audio-conferencing equipment; or (2) a specialized intermediary in the audio-visual market, such as a distributor, integrator, consultant, and installer.

### B.     Damages[2]

7.     Whether Shure has proven by a preponderance of the evidence that the BMA Products are the "article of manufacture" to which the claimed design has been applied.

8.     What amount of total profits under 35 U.S.C. § 289 Shure has proven it is owned

---

[1] ClearOne reserves the right to identify issues of fact on all issues on which Shure bears the burden of proof, regardless of whether those issues are raised by a Shure claim or a ClearOne affirmative defense, including, for example, non-infringement of the '723 Patent.  ClearOne reserves all rights with respect to the stayed and severed claims in the case.

[2] ClearOne reserves the right to identify additional issues of fact related to reasonable royalty damages if the Court sustains Shure's forthcoming objection on D.I. 575.

by a preponderance of the evidence from ClearOne due to ClearOne's alleged infringement of the '723 patent.

9.     Whether Shure has established that this is an exceptional case and that it is entitled to an award of attorneys' fees and costs under 35 U.S.C. § 285, and if so, the amount.

10.     Whether Shure is entitled to permanent injunctive relief enjoining ClearOne from further infringement of the '723 patent, or alternatively, whether it is entitled to an on-going royalty, and if so, how much.

### III.    COSTS

11.    The amount of ClearOne's recoverable costs.

### IV.    ATTORNEYS' FEES

12.    The amount of ClearOne's recoverable attorneys' fees.

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SHURE INCORPORATED,** | ) | |
| **and** | ) | |
| **SHURE ACQUISITION** | ) | **C.A. No.: 19-1343-RGA-CJB** |
| **HOLDINGS, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CLEARONE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### Shure's Statement of Issues of Law that Remain to Be Litigated

Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. (collectively, "Shure" or "Plaintiffs") allege that defendant ClearOne, Inc. ("ClearOne") infringes U.S. Patent No. D865,723 ("the '723 Patent").  At trial, Shure will seek damages to compensate for ClearOne's infringement.  Following trial, to the extent appropriate, Shure further intends to seek pre-judgment and post-judgment interest, an accounting for any infringement excluded from the jury verdict, ongoing royalties, costs pursuant to 35 U.S.C. § 284, attorneys' fees pursuant to 35 U.S.C. § 285, and a permanent injunction.

This Statement of Issues of Law that Remain to be Litigated is based on the arguments Shure expects to make to establish infringement and Shure's understanding of the arguments that ClearOne is likely to make in support of its defenses.  This Statement of Issues of Law that Remain to be Litigated is also based on the Court's ruling at the pretrial conference on October 15, 2021, bifurcating ClearOne's counterclaims into a separate trial.  Shure thus does not address here issues relating to ClearOne's counterclaims.  Shure reserves the right to modify and/or

supplement this statement should the Court issue any subsequent rulings.

To the extent the legal arguments ClearOne puts forth are different from or additional to Shure's understanding, Shure reserves the right to modify and/or supplement this statement and contest those legal arguments and to present any and all rebuttal evidence in response to those arguments.  By providing this statement, Shure does not concede that all the recited issues are appropriate for trial.

This statement is not exhaustive and Shure reserves the right to prove or rebut any issues identified in the pleadings, discovery, or expert reports.  To the extent any issue identified in Shure's Statement of Issues of Fact that Remain to be Litigated, set forth in Exhibit 2, is more appropriately considered an issue of law, those issues are incorporated herein by reference. Likewise, to the extent any issue identified in this Exhibit is more appropriately considered an issue of fact, Shure incorporates such issue by reference to Exhibit 2.

## I.      ISSUES ON WHICH SHURE BEARS THE BURDEN OF PROOF

### A.      Design Patents Generally

1.      In general, statutes and cases that apply to utility patents apply to design patents, unless there is a design-specific statute or decision.  *See* 35 U.S.C. § 171(b) ("The provisions of [Title 35, Patents] relating to patents for inventions shall apply to patents for designs, except as otherwise provided."); *Automotive Body Parts Assoc. v. Ford Global Techs., LLC*, 930 F.3d 1314, 1322 (Fed. Cir. 2019) ("[W]e apply the same rules to design and utility patents whenever possible.").

### B.      Patent Infringement

2.      Shure will prove by a preponderance of the evidence that ClearOne directly infringes the claim and the figures of the '723 patent by making, using, selling, offering for sale,

and/or importing into the United States the accused products, including ClearOne's BMA CT,

BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT,

COLLABORATE Versa Room CT, BMA 360, Aura Xceed BMA, and BMA CTX ("BMA

Products").

3.      Design patent infringement like utility patent infringement is governed by 35

U.S.C. § 271, but 35 U.S.C. § 289 also applies to design patent infringement and sets forth an

additional remedy of "to the extent of [the infringer's] total profit" for applying to an article of

manufacture the patented design, or any colorable imitation for the purpose of sale or selling or

exposing for sale any such article of manufacture.  *See* 35 U.S.C. § 289.

4.      "Design patent infringement is a question of fact, which a patentee must prove by

a preponderance of the evidence."  *Richardson v. Stanley Works, Inc*., 597 F.3d 1288, 1295 (Fed.

Cir. 2010).

5.      The standard for assessing design patent infringement is whether, "in the eye of

an ordinary observer, giving such attention as a purchaser usually gives, two designs are

substantially the same, if the resemblance is such as to deceive such an observer, inducing him to

purchase one supposing it to be the other, the first one patented is infringed by the other."

*Gorham Co. v. White*, 81 U.S. 511, 528 (1871).  "[M]inor differences" should not prevent a

finding of infringement.  *Id.* at 517.  In 2008, the Federal Circuit modified the *Gorham* test to

make clear that the test is conducted "in light of the prior art" by "applying the ordinary observer

test through the eyes of an observer familiar with the prior art."  *Egyptian Goddess, Inc. v. Swisa,

Inc.*, 543 F.3d 665, 677 (Fed. Cir. 2008) (en banc).

6.      The analysis of design patent infringement is conducted in two parts.  The first

step is to consider whether the claimed design and accused products are "sufficiently distinct,"

3

also known as "plainly dissimilar." *Ethicon Endo-Surgery, Inc. v. Covidien, Inc.,* 796 F.3d 1312, 1335 (Fed. Cir. 2015) (citing *Egyptian Goddess*, 543 F.3d at 678).

7.      "[W]hen the claimed and accused designs are not plainly dissimilar, resolution of the question whether the ordinary observer would consider the two designs to be substantially the same will benefit from a comparison of the claimed and accused designs with the prior art[.]" *Egyptian Goddess*, 543 F.3d at 678.  "[I]f the accused design has copied a particular feature of the claimed design that departs conspicuously from the prior art, the accused design is naturally more likely to be regarded as deceptively similar to the claimed design, and thus infringing." *Id.* at 677.

8.      "Differences, however, must be evaluated in the context of the claimed design as a whole, and not in the context of separate elements in isolation.  Where . . . the claimed design includes several elements, the fact finder must apply the ordinary observer test by comparing similarities in overall designs, not similarities of ornamental features in isolation." *Ethicon*, 796 F.3d at 1335 (citing *Richardson*, 597 F.3d at 1295). *See also Crocs, Inc. v. Int'l Trade Comm'n*, 598 F.3d 1294, 1303-04 (Fed. Cir. 2010).  "The mandated overall comparison is a comparison taking into account significant differences between the two designs, not minor or trivial differences that necessarily exist between any two designs that are not exact copies of one another." *Int'l Seaway Trading Corp. v. Walgreens Corp*., 589 F.3d 1233, 1243 (Fed. Cir. 2009).

9.      "[I]f the accused infringer elects to rely on the comparison [to] prior art as part of its defense against the claim of infringement, the burden of production of that prior art is on the accused infringer." *Egyptian Goddess,* 543 F.3d at 678-79.

10.      Design patent infringement is determined through the "eyes of the ordinary

4

observer." *Gorham*, 81 U.S. at 528. The ordinary observer is a hypothetical person who is "not an expert in the claimed designs" but rather "one of ordinary acuteness who is a principal purchaser[]" of the product. *Ethicon*, 796 F.3d at 1337. Under *Gorham*, the ordinary observer is seeing through the "eyes of men generally" and not individuals "versed in designs in the particular trade in question" or "engaged in the manufacture or sale of articles containing such designs." *Gorham*, 81 U.S. at 527-28. *See also Goodyear Tire & Rubber Co. v. Hercules Tire & Rubber Co., Inc.*, 162 F.3d 1113, 1117 (Fed. Cir. 1998) (finding no error in considering "only the actual use of the accused infringing tread as the field of purchase by the ordinary observer" who is not an expert). More recently, the Federal Circuit has noted that the ordinary observer is one who is "aware of the great number of closely similar prior art designs" and "conversant with the prior art." *Egyptian Goddess*, 543 F.3d at 676, 678.

### C.   Article of Manufacture

11.    35 U.S.C. § 289 sets forth an infringer's total profits as an additional remedy for design patent infringement. Section 289 states (emphasis added):

> Whoever during the term of a patent for a design, without license of the owner, (1) applies the patented design, or any colorable imitation thereof, to *any article of manufacture* for the purpose of sale, or (2) sells or exposes for sale *any article of manufacture* to which such design or colorable imitation has been applied shall be liable to the owner to the extent of his total profit, but not less than $250, recoverable in any United States district court having jurisdiction of the parties.
>
> Nothing in this section shall prevent, lessen, or impeach any other remedy which an owner of an infringed patent has under the provisions of this title, but he shall not twice recover the profit made from the infringement.

12.    Section 289 allows a patent holder to recover the total profit an infringer makes from the infringement. "The 'total profit' for which §289 makes an infringer liable is thus all of the profit made from the prohibited conduct, that is, from the manufacture or sale of the 'article

of manufacture to which [the patented] design or colorable imitation has been applied.'"

*Samsung Elecs. Co. Ltd. v. Apple,* 137 S. Ct. 429, 434 (2016).

13.     The Supreme Court found the calculation of total profits to be a two-step process. First, "identify the 'article of manufacture' to which the infringed design has been applied." *Id*. Second, "calculate the infringer's total profit made on that article of manufacture." *Id*.

14.     With respect to the first step, the Court started by making a distinction between single-component articles of manufacture and multi-component articles of manufacture. "In the case of a design for a single-component product, such as a dinner plate, the product is the 'article of manufacture' to which the design has been applied. In the case of a design for a multicomponent product, such as a kitchen oven, identifying the 'article of manufacture' to which the design has been applied is a more difficult task." *Id.*

15.     The Supreme Court held that in the case of a multicomponent product, the relevant "article of manufacture" for arriving at a § 289 damages award need not be the end product sold to the consumer but may be only a component of that product. But the Supreme Court declined to adopt a test for identifying whether an infringing product was a single component or multi-component article of manufacture.

16.     No appellate court has further considered this test. However, the Solicitor General's brief to the Supreme Court in *Samsung v. Apple* is instructive. "While the plaintiff bears the ultimate burden of establishing the infringer's total profit, the defendant, as the manufacturer or seller of the product in question, should bear the burden of identifying any component that it views as the relevant article of manufacture." Solicitor General's Brief at 9, *available at* http://www.scotusblog.com/wpcontent/uploads/2016/ 06/15-777npUnitedStates.pdf (accessed April 17, 2020).

17.     Further in its brief, the Solicitor General set forth a four-factor test for

determining the underlying article of manufacture:

a.      "the scope of the design claimed in the plaintiff's patent, including the drawing

and written description, provides insight into which portions of the underlying product

the design is intended to cover, and how the design relates to the product as a whole.  In

addition, the patent identifies the article of manufacture that the patentee views as the

article to which the design is applied.  MPEP § 1503.01."  *Id.* at 27-28.

b.      "the factfinder should examine the relative prominence of the design within the

product as a whole.  If the design is a minor component of the product, like a latch on a

refrigerator, or if the product has many other components unaffected by the design, that

fact suggests that the "article" should be the component embodying the design.

Conversely, if the design is a significant attribute of the entire product, affecting the

appearance of the product as a whole, that fact might suggest that the "article" should be

the product[.]"  *Id*. at 28.

c.      "the factfinder should consider whether the design is conceptually distinct from

the product as a whole…  If the product contains other components that embody

conceptually distinct innovations, it may be appropriate to conclude that a component is

the relevant article."  *Id*. at 29-30.

d.      "the physical relationship between the patented design and the rest of the product

may reveal that the design adheres only to a component of the product.  If the design

pertains to a component that a user or seller can physically separate from the product as a

whole, that fact suggests that the design has been applied to the component alone rather

than to the complete product."  *Id*. at 29.

7

18.     According to the Solicitor General, "[t]he task of identifying the relevant article of manufacture is properly assigned to the finder of fact.  Context-specific judgments about the relationship of the design to the article as a whole—the design's effect on the product's appearance, the components' physical separability, how the components are manufactured—are quintessentially factual in nature."  *Id*. at 29.  Further, "[t]reating the identification of the relevant "article of manufacture" as a jury question is consistent with the jury's role in determining design patent infringement, and with this Court's longstanding recognition across a variety of doctrinal contexts that, when the relevant question is how an ordinary person or community would make an assessment, the jury is generally the decisionmaker that ought to provide the fact-intensive answer."  *Id*. at 30 (internal citations omitted).

19.     Finally, in the Solicitor General's view, "[t]he defendant should bear the burden of producing evidence that the relevant 'article of manufacture' in a particular case is a portion of an entire product as sold.  The plaintiff bears the ultimate burden of establishing the amount of the defendant's total profit.  But once the plaintiff has shown that the defendant profited by exploiting a product containing the plaintiff's patented design, the defendant should be required to identify, through the introduction of admissible evidence, the component that the defendant asserts is the article to which the design was applied.  The defendant, as the manufacturer or seller of the accused product, has superior knowledge of the identity of the product's components, as well as of some of the factors relevant to the "article" determination, including the physical relationship between the design and the product; the manner in which the product is manufactured; and the extent to which the product reflects the innovations of parties other than the plaintiff."  *Id*. at 30 (internal citations omitted).

**D.     Patent Damages**

8

20.     "[T]he amount of a prevailing party's damages is a finding of fact on which the plaintiff bears the burden of proof by a preponderance of the evidence." *Smithkline Diagnostics, Inc. v. Helena Labs. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991).

21.     Upon a finding of infringement of valid patent claims, a patentee is entitled to "damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court." 35 U.S.C. § 284; *Dow Chem. Co. v. Mee Indus., Inc.*, 341 F.3d 1370, 1381-82 (Fed. Cir. 2003). The reasonable royalty may be based on a determination of "the royalty upon which the parties wouldhave agreed had they successfully negotiated an agreement just before infringement began" the "hypothetical negotiation." *Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1324 (Fed. Cir. 2009). In determining a reasonable royalty, courts apply the fifteen factors enunciated in *Georgia-Pacific Corp. v. U.S. Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970), *modified and aff'd*, 446 F.2d 295 (2d Cir. 1971). *See Unisplay, S.A. v. Am. Elec. Sign Co.*, 69 F.3d 512, 517 n.7 (Fed. Cir. 1995) (citing *Georgia- Pacific* factors).

22.     The presence or absence of "non-infringing alternatives" is a "core economic question" in a hypothetical negotiation. *See Aqua Shield v. Inter Pool Cover Team*, 774 F.3d 766,770 (Fed. Cir. 2014) ("In hypothetical negotiation terms, the core economic question is what the infringer, in a hypothetical pre-infringement negotiation under hypothetical conditions, would have anticipated the profit-making potential of use of the patented technology to be, compared tousing noninfringing alternatives."); *AstraZeneca AB v. Apotex Corp*., 782 F.3d 1324, 1334-35 (Fed. Cir. 2015) ("[I]f avoiding the patent would be difficult, expensive, and time-consuming, the amount the infringer would be willing to pay for a license is likely to be greater").

9

23.     A patentee need not prove its damages with absolute certainty.  *See W.R. Grace &*

*Co.-Conn. v. Intercat, Inc.*, 60 F. Supp. 2d 316, 321 (D. Del. 1999) (citing *Lam, Inc. v. Johns-*

*Manville Corp.*, 718 F.2d 1056, 1065 (Fed. Cir. 1983)).  "[I]t will be enough if the evidence

show [sic] the extent of the damages as a matter of just and reasonable inference, although the

result be only approximate."  *Story Parchment Co. v. Paterson Paper Co*., 282 U.S. 555, 563

(1931).  Moreover, "[a]ny doubt about the correctness [of damages] is resolved against the

infringer."  *State Indus., Inc. v. Mor-Flo Indus., Inc.*, 883 F.2d 1573, 1577 (Fed. Cir. 1989); *Lam*,

718 F.2d at 1064; *W.R. Grace*, 60 F. Supp. 2d at 321.  "[F]undamental principles of justice

require us to throw the risk of any uncertainty upon the wrongdoer instead of upon the injured

party."  *Paper Converting Mach. Co. v. Magna-GraphicsCorp.*, 745 F.2d 11, 22 (Fed. Cir.

1984).

24.     Under 35 U.S.C. § 289 and the Supreme Court's decision in *Samsung*, upon a

finding of infringement of a design patent, the defendant is liable for its total profits on the article

of manufacture.  Absent marking, total profits is calculated as the profits from the article of

manufacture the time the patent owner gave notice of the infringement.

25.     Profit is determined by deducting certain expenses from gross revenue.  Gross

revenue is all of the infringer's receipts from using the design in the sale of the infringing

products (for a single component article of manufacture) or sale of the infringing component(s)

(for multi-component articles of manufacture).  Shure has the burden of proving ClearOne's

gross revenue by a preponderance of the evidence.  *Nike, Inc. v. Wal-Mart Stores, Inc.,* 138 F.3d

1437, 1447-48 (Fed. Cir. 1998); *Braun, Inc. v. Dynamics Corp. of Am*., 975 F.2d 815, 824 (Fed.

Cir. 1992); *Trans-World Mfg. Corp. v. Al Nyman & Sons, Inc*., 750 F.2d 1552, 1566-68 (Fed.

Cir. 1984); *Bergstrom v. Sears, Roebuck & Co.,* 496 F. Supp. 476, 495 (D. Minn. 1980).

26.     Expenses can include costs incurred in producing the gross revenue, such as the cost of the goods.  Other costs may be included as deductible expenses if they are directly attributable to the sales of the infringing products resulting in a nexus between the infringing products and the expense.  ClearOne has the burden of proving the deductible expenses and the portion of the profit attributable to factors other than use of the infringed design by a preponderance of the evidence.  *Nike, Inc. v. Wal-Mart Stores, Inc.,* 138 F.3d 1437, 1447-48 (Fed. Cir. 1998).

27.     To obtain a permanent injunction, a patent holder must show "(1) that it has suffered an irreparable injury; (2) that remedies available at law . . . are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction."  *eBay Inc. v. MercExchange, L.L.C*., 547 U.S. 388, 391 (2006).  The moving party "bears the burden of producing evidence sufficient to convince the court that [the preliminary injunction factors weigh in favor of granting an injunction.]"  *Bus Air, LLC v. Woods*, No. CV 19-1435-RGA-CJB, 2019 WL 6329046, at *7 (D. Del. Nov. 26, 2019) (citing *ECRI v. McGraw-Hill, Inc*., 809 F.2d 223, 226 (3d Cir. 1987)), *report and recommendation adopted* 2019 WL 8137577 (D. Del. Dec. 17, 2019).  "[T]he decision whether to grant or deny injunctive relief rests within the equitable discretion of the district courts, and ... such discretion must be exercised consistent with traditional principles of equity[.]"  *eBay*, 547 U.S. at 394.

### E.     Pre-Judgment Interest

28.     Upon a finding of damages, Shure may recover its costs and pretrial interest on damages.  Rule 54 of the Federal Rules of Civil Procedure states that "[u]nless a federal statute,

these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." "Prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award." *Nickson Indus., Inc. v. Rol Mfg. Co., Ltd*., 847 F.2d 795, 800 (Fed. Cir. 1988) (quoted source omitted). "[P]rejudgment interest should be awarded from the date of infringement to the date of judgment." *Id*.

### F.   Post-Judgment Interest

29.    Section 1961(a) of Title 28 of the United States Code states that "interest shall be allowed on any money judgment in a civil case recovered in a district court." 28 U.S.C. § 1961(a). "Post judgment interest is awarded on monetary judgments recovered in all civil cases," including ones for patent infringement. *Transmatic, Inc. v. Gulton Indus., Inc*., 180 F.3d 1343, 1347 (Fed. Cir. 1999). Post-judgment interest is governed by regional circuit law. *Id*. at 1348. In the Third Circuit, interest begins to accrue on the date of the entry of judgment. *Loughman v. Consol-Pennsylvania Coal Co*., 6 F.3d 88, 97 (3d Cir. 1993). Courts in this District routinely award post-judgment interest in patent infringement cases. *See nCUBE Corp. v. SeaChange Int'l, Inc*., 313 F. Supp. 2d 361, 392 (D. Del. 2004), *aff'd*, 436 F.3d 1317 (Fed. Cir. 2006) (awarding post-judgment interest to patentee for defendant's willful infringement); *TruePosition Inc. v. Andrew Corp*., 611 F. Supp. 2d 400, 414 (D. Del. 2009), *aff'd*, 389 F. App'x 1000 (Fed. Cir. 2010) (awarding post-judgment interest for patent infringement).

### G.   Costs

30.    Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, costs should be allowed to the prevailing party. Under 28 U.S.C. § 1920, the prevailing party may recover the following costs: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in this case; (3) fees and disbursements for printing and

witnesses; (4) fees for exemplification and the costs of making copies of any materials where the

copies are necessarily obtained for use in the case; (5) docket fees under 28 U.S.C. § 1923; and

(6) compensation of court appointed experts, compensation of interpreters, and salaries, fees,

expenses, and costs of special interpretation services under 28 U.S.C. § 1828.

## II.      ISSUES ON WHICH CLEARONE BEARS THE BURDEN OF PROOF

31.     ClearOne cannot prove by clear and convincing evidence that the sole claim of

the '723 patent is invalid under 35 U.S.C. §§ 102, 103, 112, or 115.

32.     Every issued patent claim is presumed valid. 35 U.S.C. § 282.  The presumption

of validity "exists at every stage of the litigation."  *Canon Computer Sys., Inc. v. Nu-Kote Int'l,

Inc.,* 134 F.3d 1085, 1088 (Fed. Cir. 1998).  A challenger bears the burden of establishing the

invalidity of each asserted claim.  *Id.*; *see also Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 95

(2011).  Design patents enjoy the same presumption of validity as utility patents under 35 U.S.C.

§ 282.  *L.A. Gear, Inc. v. Thom McAn Shoe Co.*, 988 F.2d 1117, 1123 (Fed. Cir. 1993).

33.     Invalidity must be proven by clear and convincing evidence.  *Takeda Chem.

Indus. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1355 (Fed. Cir. 2007); *Glaxo Grp. Ltd. v.

Apotex, Inc.,* 376 F.3d 1339, 1348 (Fed. Cir. 2004).  Accordingly, the sole claim of a design

patent is presumed to be valid unless the defendant proves by clear and convincing evidence that

it is invalid. That burden remains on the defendant, as the patent challenger, at all times.  *Eurand,

Inc. v. Mylan Pharms., Inc.* (*In re Cyclobenzaprine Hydrochloride Extended-Release Capsule

Pat. Litig*.), 676 F.3d 1063, 1077-78 (Fed. Cir. 2012).

34.     The clear-and-convincing evidence standard is meant to convey a significant

additional burden for the party challenging validity.  *Buildex, Inc. v. Kason Indus., Inc.,* 849 F.2d

1461, 1463 (Fed. Cir. 1988).  The Federal Circuit has likened the standard to "well-nigh

irrefragable" proof, which is "evidence that cannot be refuted or disproved; incontrovertible, incontestable, indisputable, irrefutable, undeniable." *Am-Pro Protective Agency, Inc. v. United States,* 281 F.3d 1234, 1240 (Fed. Cir. 2002) (internal quotation marks omitted).

35.     The ordinary observer test, the test used for design patent infringement, is "the sole test for anticipation" under 35 U.S.C. § 102. *Int'l Seaway Trading Corp. v. Walgreens Corp.*, 589 F.3d 1233, 1239-40 (Fed. Cir. 2009).

36.     Obviousness is determined as of the effective filing date of the claimed invention, from the viewpoint of a hypothetical person of ordinary skill in the art ("POSA"), which for design patents is sometimes referred to as the hypothetical designer of ordinary skill in the art. 35 U.S.C. § 103.

37.     The factors relevant to determining the attributes of the POSA are the "'(1) educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field.'" *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256-58 (Fed. Cir. 2007) (*quoting Envt'l Designs, Ltd. v. Union Oil Co.*, 713 F.2d 693, 696 (Fed. Cir. 1983)).

38.     A patent claim is invalid under 35 U.S.C. § 103 only "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains."  35 U.S.C. § 103(a) (2006).

39.     Obviousness is a question of law based on several underlying issues of fact: (1) the level of skill of the person of ordinary skill in the art; (2) the scope and content of the prior

art; (3) the differences between the claimed invention and the teachings of the prior art; and (4) objective indicia of nonobviousness. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007); *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966).  A determination of obviousness requires consideration of all four factors, "and it is error to reach a conclusion of obviousness until all those factors are considered." *Apple Inc. v. Samsung Elecs*. Co., 839 F.3d 1034, 1048 (Fed. Cir. 2016) (en banc) (citing *Eurand, Inc. v. Mylan Pharms., Inc.* (*In re Cyclobenzaprine Hydrochloride Extended- Release Capsule Patent Litig*.), 676 F.3d 1063, 1075-76 (Fed. Cir. 2012)).  To overcome a patent's statutory presumption of validity, a patent challenger must prove each of the four *Graham* factors by clear and convincing evidence. *Beckson Marine, Inc. v. NFM Inc*., 292 F.3d 718, 725 (Fed. Cir. 2002).

40.     "In the design patent context, the ultimate inquiry under section 103 is whether the claimed design would have been obvious to a designer of ordinary skill who designs articles of the type involved." *Durling v. Spectrum Furniture Co*., 101 F.3d 100, 103 (Fed. Cir. 1996) (citing *In re Rosen*, 673 F.2d 388, 390, 213 (C.C.P.A. 1982)).  Moreover, this inquiry "focuses on the visual impression of the claimed design as a whole and not on selected individual features." *In re Borden*, 90 F.3d 1570, 1574 (Fed. Cir. 1996) (citing *Petersen Mfg. Co. v. Central Purchasing, Inc*., 740 F.2d 1541, 1548-49 (Fed. Cir. 1984)) (emphasis added).  In applying the law of § 103 to the particular facts pertinent to the claimed design, the issue of obviousness is reviewed from the viewpoint of a designer of ordinary skill in the art to which the design pertains.  *In re Nalbandian*, 661 F.2d 1214, 1216, 211 USPQ 782, 784 (CCPA 1981).

41.     Establishing "whether one of ordinary skill would have combined teachings of the prior art to create the same overall visual appearance as the claimed design" involves a multi-step process. *Apple, Inc. v. Samsung Elec. Co.*, 678 F.3d 1314, 1329 (Fed. Cir. 2012) (internal

quotation marks and citation omitted).

42.     First, there must be a primary reference which is "in existence" where "the design characteristics [] are basically the same as the claimed design." *Durling*, 101 F.3d at 103.  The Federal Circuit has provided some guidance for determining when the reference is *not* basically the same, such as: (1) where the reference needs a major modification to make it look like the claimed design, *Jore Corp. v. Kouvato, Inc*., 117 F. App'x. 761, 763 (Fed. Cir. 2005) (citing *In re Harvey*, 12 F.3d 1061, 1063 (Fed. Cir. 1993)), and (2) where the court must revert to a design concept, *Durling v. Spectrum Furniture Co*., 101 F.3d 100, 104 (Fed. Cir. 1996) (citing *In re Harvey*, 12 F.3d 1061, 1064 (Fed. Cir. 1993)), instead of the visual appearance as a whole to find the references basically the same, *Titan Tire Corp. v. Case New Holland, Inc.*, 566 F.3d 1372, 1383-84 (Fed. Cir. 2009) (cautioning courts from focusing on searching for a specific element, or point of novelty, in the primary reference).

43.     Second, "other references may be used to modify [the primary reference] to create a design that has the same overall visual appearance as the claimed design."  *Apple*, 678 F.3d at 1329 (alteration in original) (quoting *Durling*, 101 F.3d at 103).  The "secondary references[, however,] may only be used to modify the primary reference if they are so related [to the primary reference] that the appearance of certain ornamental features in one would suggest the application of those features to the other."  *Durling*, 101 F.3d at 103 (alternation in original) (internal quotation marks and citation omitted).  Additionally, the "teaching of prior art designs may be combined only when the designs are 'so related that the appearance of certain *ornamental features* in one would suggest the application of those features to the other.'"  *Borden*, 90 F.3d at 1575 (emphasis added).

44.     Finally, if appropriate, the primary reference and any secondary references are

combined together into a single prior art reference for comparison with the claimed design.  *See Int'l Seaway Trading Corp. v. Walgreens Corp*., 589 F.3d 1233, 1240 (Fed. Cir. 2009).  "Once that piece of prior art has been constructed, obviousness, like anticipation, requires application of the ordinary observer test, not the view of one skilled in the art."  *Id.*

45.     As with utility patents, obviousness is not determined as if the designer had hindsight knowledge of the patented design.  *L.A. Gear, Inc. v. Thom McAn Shoe Co*., 988 F.2d 1117 (Fed. Cir. 1993); *see also Graham v. John Deere Co*., 383 U.S. 1, 36 (1966) (internal quotation marks omitted); *Procter & Gamble Co. v. Teva Pharm. USA, Inc*., 566 F.3d at 997; *Ecolochem, Inc. v. S. Cal. Edison Co*., 227 F.3d 1361, 1371-72 (Fed. Cir. 2000).

46.     For a claim to be obvious, the POSA must "have been motivated to combine the teachings of the prior art references to achieve the claimed invention."  *Procter & Gamble Co. v. Teva Pharm. USA, Inc.,* 566 F.3d at 994 (internal quotation marks omitted); *KSR Int'l Co. v. Teleflex Inc.,* 550 U.S. 398, 418-19 (2007); *Innogenetics, N.V. v. Abbott Labs*., 512 F.3d 1363, 1373-74 (Fed. Cir. 2008).  When the patented design is a combination of selected elements in the prior art, "to support a rejection of a design patent application under 35 U.S.C. § 103, the teachings of references must be such as to have suggested the overall appearance of the claimed design."  *In re Cho,* 813 F.2d 378, 382 (Fed.Cir.1987) (citing *Rosen*, 673 F.2d at 390).  "Thus, if the combined teachings suggest only components of the claimed design but not its overall appearance, a rejection under section 103 is inappropriate."  *Id.*

47.     "[T]o establish a prima facie case of obviousness based on a combination of elements in the prior art, the law requires a motivation to select the references and to combine them in the particular claimed manner to reach the claimed invention."  *Eli Lilly & Co. v. Zenith Goldline Pharm., Inc.,* 471 F.3d 1369, 1379 (Fed. Cir. 2006).  In other words, the party alleging

obviousness must prove that the POSA would have had an affirmative reason to both select particular features of the prior art and to modify or combine those features to achieve those inventions. *See, e.g., Unigene Labs., Inc. v. Apotex, Inc.*, 655 F.3d 1352, 1361 (Fed. Cir. 2011). If prior art designs are to be modified in more than one respect to render a claimed design obvious, then those modifications must be "*de minimis*" in nature and unrelated to the overall aesthetic appearance of the design. *In re Harvey*, 12 F.3d 1061, 1065 (Fed. Cir. 1993) (citing *In re Carter*, 673 F.2d 1378, 1380 (C.C.P.A. 1982)).

48.     Each prior art reference must be considered in its entirety; a party may not cherry-pick portions of references based on their relevance to the claim. It is improper to "'pick and choose from any one reference only so much of it as will support a given position, to the exclusion of other parts necessary to the full appreciation of what such reference fairly suggests to one skilled in the art.'" *Bausch & Lomb, Inc. v. Barnes-Hind/Hydrocurve, Inc*., 796 F.2d 443, 448 (Fed. Cir. 1986) (quoting *In re Wesslau*, 353 F.2d 238, 241 (C.C.P.A. 1965)).

49.     To rebut an allegation of obviousness, a patentee may refute the elements of the prima facie case. Thus, even where the prior art discloses each of the claimed elements, a patentee can establish that the invention would not have been prima facie obvious by showing that the POSA would have been motivated or had reason not to make the invention. *Star Scientific v. R.J. Reynolds Tobacco Co.*, 655 F.3d 1364, at 1375.

50.     The patentee may also refute the prima facie case through evidence of secondary considerations of non-obviousness. *See Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc*., 699 F.3d 1340, 1348 (Fed. Cir. 2012) (affirming jury's decision finding claims non-obvious, despite it having been established as a matter of law that the prior art taught "every limitation of the asserted claims and provide[d] a motivation to combine their

respective teachings," because the patentee "presented compelling objective evidence of nonobviousness").

51.     "Objective indicia of nonobviousness must be considered in every case where present." *Apple*, 839 F.3d at 1048.  A court's reliance on objective indicia of nonobviousness helps "guard against slipping into use of hindsight." *Graham*, 383 U.S. at 36 (internal quotation marks omitted).  Objective indicia "must be considered before a conclusion on obviousness is reached and is not merely 'icing on the cake.'" *Hybritech Inc. v. Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1380 (Fed. Cir. 1986).  Rather, objective indicia are "independent evidence of nonobviousness." *Ortho-McNeil Pharm.*, 520 F.3d at 1365.  *Id.*  Indeed, objective indicia "may often be the most probative and cogent evidence" of nonobviousness.  *Stratoflex, Inc. v. Aeroquip Corp.*, 713 F.2d 1530, 1538 (Fed. Cir. 1983).

52.     For "the evidence to be given substantial weight in an obviousness decision," there must be "a nexus between the merits of the claimed invention and" the objective indicia of nonobviousness.  *Muniauction, Inc. v. Thomson Corp.*, 532 F.3d 1318, 1327 (Fed. Cir. 2008) (quotation marks and citation omitted), overruled in part on other grounds by *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 797 F.3d 1020 (Fed. Cir. 2015).  The patent challenger bears the burden of clearly and convincingly proving the obviousness of the claimed invention in light of all the evidence, including objective indicia of nonobviousness.  *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d at 1077-79.

53.     Relevant objective indicia of nonobviousness may arise after the filing of the patent, and need not be described in the specification.  *See Genetics Inst. LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.3d 1291, 1307-08 (Fed. Cir. 2011) ("[I]t would be error to prohibit a patent applicant or patentee from presenting relevant indicia of nonobviousness,

whether or not this evidence was available or expressly contemplated at the filing of the patent application.").

54.     The Federal Circuit has consistently held that any objective indicia of nonobviousness presented by a patentee can only strengthen, not weaken, a conclusion of nonobviousness, since such evidence is not a requirement for patentability.  *See Miles Labs., Inc. v. Shandon Inc*., 997 F.2d 870, 878 (Fed. Cir. 1993) ("[The patentee] did not show objective indicia of non-obviousness.  Such evidence, if present, would weigh in favor of non-obviousness, although the lack of such evidence does not weigh in favor of obviousness.").

55.     "Copying may indeed be another form of flattering praise for inventive features." *Crocs, Inc. v. Int'l Trade Comm'n*, 598 F.3d 1294, 1311 (Fed. Cir. 2010).  The fact that a competitor copied technology suggests how it is nonobvious.  *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1336 (Fed. Cir. 2016).  Evidence of copying relevant to secondary considerations of non-obviousness may be shown, for example, evidence that the competitor analyzed the strengths of the patented design in comparison to its own approach and opted to copy the patented design. *Plantronics, Inc. v. Aliph, Inc.*, 724 F.3d 1343, 1356-57 (Fed. Cir. 2013).

56.     "Commercial success is relevant because the law presumes an idea would successfully have been brought to market sooner, in response to market forces, had the idea been obvious to persons skilled in the art."  *Merck & Co. v. Teva Pharm. USA, Inc*., 395 F.3d 1364, 1376 (Fed. Cir. 2005).  Evidence of commercial success can be the most probative evidence of nonobviousness in the record.  *Truswal Sys. Corp. v. Hydro-Air Eng'g, Inc*., 813 F.2d 1207, 1212 (Fed. Cir. 1987) (citing *Stratoflex*, 713 F.2d at 1538).

57.     "A prima facie case of nexus is generally made out when the patentee shows both that there is commercial success, and that the thing . . . that is commercially successful is the

invention disclosed in and claimed in the patent." *Demaco Corp. v. F. von Langsdorff Licensing, Ltd.*, 851 F.2d 1387,1392 (Fed. Cir. 1998). "A nexus to the design may be presumed when the patented product is coextensive with the claimed invention, i.e., it is the invention disclosed and claimed." *Campbell Soup Co. v. Gamon Plus, Inc.*, Nos. 20-2344 and 21-1019 (Fed. Cir. Aug. 19, 2021) (citing *Fox Factory, Inc. v. SRAM, LLC*, 944 F.3d 1366, 1373 (Fed. Cir. 2019)). Once the patentee has established a prima facie case of nexus, "the burden of coming forward with evidence in rebuttal shifts to the challenger." *Id.* at 1393 (holding that challenger did not rebut prima facie case); *see also J.T. Eaton & Co. v. Atl. Paste & Glue Co.*, 106 F.3d 1563, 1571 (Fed. Cir. 1997) ("If a patentee makes the requisite showing of nexus between commercial success and the patented invention, the burden shifts to the challenger to prove that the commercial success is instead due to other factors extraneous to the patented invention, such as advertising or superior workmanship.").

58.     Commercial success is "usually shown by significant sales in a relevant market." *Galderma Labs. L.P. v. Tolmar, Inc.*, 737 F.3d 731, 740 (Fed. Cir. 2013); *see also Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1579 (Fed. Cir. 1991).

59.     "Evidence that the industry praised a claimed invention or a product that embodies the patent claims weighs against an assertion that the same claimed invention would have been obvious." *Apple*, 839 F.3d at 1053-54. "Industry participants, especially competitors, are not likely to praise an obvious advance over the known art." *Id.*; *Power-One, Inc. v. Artesyn Techs., Inc*, 599 F.3d 1343, 1352 (Fed. Cir. 2010) ("evidence of praise in the industry that specifically related to features of the patented invention" supported jury's verdict of non-obviousness).

60.     ClearOne challenges the priority date of the '723 patent. When the alleged infringer argues invalidity by challenging the patentee's entitlement to an earlier priority date, the alleged infringer must first show by clear and convincing evidence that the asserted patent is invalid. *PowerOasis, Inc. v. T-Mobile USA, Inc*, 522 F.3d 1299, 1305 (Fed Cir. 2008). When a

party claims invalidity due to anticipation, the alleged infringer must present evidence that the claimed design is invalid based on prior art known or available before the filing date of the patent. *See id*. Once the alleged infringer has done so, the patentee must come forward with evidence that it is entitled to claim priority to an earlier filing date that predates the prior art. *Id.* at 1305-06.

61.     An application for patent for an invention disclosed in the manner provided by section 112(a) . . . in an application previously filed in the United States, . . ., which names an inventor or joint inventor in the previously filed application shall have the same effect, as to such invention, as though filed on the date of the prior application, if filed before the patenting or abandonment of or termination of proceedings on the first application or on an application similarly entitled to the benefit of the filing date of the first application and if it contains or is amended to contain a specific reference to the earlier filed application. 35 U.S.C. § 120.

62.     The test for sufficient written description, under 35 U.S.C. § 112, is "whether the disclosure of the application relied upon reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date." *Ariad Pharms., Inc. v. Eli Lilly & Co*., 598 F.3d 1336, 1351 (Fed. Cir. 2010). "[P]ossession" does not mean actual, physical possession of the claimed invention; the specification need only "describe an invention understandable to [the] skilled artisan and show that the inventor actually invented the invention claimed." *Ariad Pharms.*, 598 F.3d at 1351. "Written description is a question of fact, judged from the perspective of one of ordinary skill in the art as of the relevant filing date." *Falkner v. Inglis,* 448 F.3d 1357, 1363 (Fed. Cir. 2006). In the context of design patents, "[a]s a practical matter, meeting the remaining requirements of § 112 is, in the case of an ornamental design, simply a question of whether the earlier application contains illustrations, whatever form they may take, depicting the ornamental design illustrated in the later application and claimed therein by the prescribed formal claim." *Racing Strollers, Inc. v. TRI Indus., Inc.*, 878 F.2d 1418, 1420 (Fed. Cir.

22

1989).

63.     Section 112 does not require the patentee to describe unrecited elements or all compositions comprising the claimed invention; the patent's specification need only allow the POSA to recognize that the inventor possessed the claimed invention, not all potential infringing products.  *In re Application of Wakefield*, 422 F.2d 897, 903 (C.C.P.A. 1970); *see also Alcon Research Ltd. v. Barr Labs., Inc*., 745 F.3d 1180, 1189 (Fed. Cir. 2014).

64.     The definiteness requirements for a patent claim come from 35 U.S.C. § 112(b).  *See id*. ("The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.") (emphasis added).

65.     A design patent claim may potentially be indefinite if it includes multiple internally inconsistent drawings.  *In re Maatita*, 900 F.3d 1369, 1375 (Fed. Cir. 2018).  Errors and inconsistencies between drawings do not necessarily mean the claim is indefinite, however, if they "do not preclude the overall understanding of the drawing as a whole."  *See id.* at 1376 (citing *Ex Parte Asano,* 201 U.S.P.Q. 315, 317 (B.P.A.I. 1978)); *see also Antonious v. Spalding & Evenflo Cos.,* 217 F.3d 849, 1999 WL 777450, at *8 (Fed. Cir. 1999) (unpublished) (reversing summary judgment of indefiniteness when alleged inconsistencies between drawings could have been based on perspective and were not "sufficient to preclude a person from gaining an overall understanding of the total substance of the designs"); *Deckers Outdoor Corp. v. Romeo & Juliette, Inc.,* Case No. 2:15-cv-02812, 2016 WL 7017219, at *3-5 (C.D. Cal. Dec. 1, 2016) (holding that two patents covering a boot design met § 112's definiteness requirement, despite the fact that some figures showed a small "v-shaped notch" on the inward-facing side of the boot and other figures arguably did not).

66.     The Federal Circuit has held that it is clear that the standard for indefiniteness is

connected to the standard for infringement.  *Maatita*, 900 F.3d at 1376.  In the design patent context, one skilled in the art would look to the perspective of the ordinary observer since that is the perspective from which infringement is judged.  *Id.* at 1377.  Given that the purpose of indefiniteness is to give notice of what would infringe, in the design patent context, one skilled in the art would assess indefiniteness from the perspective of an ordinary observer.  *Id.*  Thus, a design patent is indefinite under § 112 if one skilled in the art, viewing the design as would an ordinary observer, would not understand the scope of the design with reasonable certainty based on the claim and visual disclosure.  *Id.*

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SHURE INCORPORATED, and<br>SHURE ACQUISITION HOLDINGS, INC., | )<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) | C.A. No. 19-1343 (RGA) |
| CLEARONE, INC., | )<br>)<br>) |  |
| Defendant. | ) |  |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF CLEARONE'S STATEMENT OF
ISSUES OF LAW REMAINING TO BE LITIGATED**

Defendant and Counterclaim Plaintiff ClearOne, Inc. ("ClearOne") respectfully submits the following Statement of Issues of Law Remaining to Be Litigated at the November 1, 2021 trial based on ClearOne's current understanding of the claims asserted by Plaintiff and Counterclaim Defendant Shure Incorporated and Shure Acquisition Holdings, Inc. (collectively, "Shure"), and particularly in light of the Court's ruling at the pretrial conference on October 15, 2021, severing ClearOne's counterclaims into a separate trial.

To the extent ClearOne's Statement of Issues of Fact Remaining to be Litigated contains issues of law, those issues are incorporated here by reference.  Likewise, should the Court determine that any issue identified in this statement is more appropriately considered an issue of fact, ClearOne incorporates such issue by reference into ClearOne's Statement of Issues of Fact Remaining to be Litigated.  By including a fact herein, ClearOne does not assume the burden of proof or production with regard to that fact.  ClearOne reserves the right to revise this statement in light of the Court's rulings and in light of Shure's identification of issues of law and fact to be litigated.  To the extent Shure intends or attempts to introduce different or additional legal arguments to those identified below, ClearOne reserves its right to contest those legal arguments and to present any and all rebuttal evidence in response to those arguments without being bound by this summary of remaining legal issues.

## I.  **INVALIDITY OF THE '723 PATENT**
### A.  **Issues**

1.  Whether ClearOne has shown by clear and convincing evidence that U.S. Patent No. D865,723 ("the '723 patent") cannot claim priority to the disclose of U.S. Patent No. 9,565,493 ("the '493 patent") and is invalid as anticipated by Shure's MXA910.

2.  Whether ClearOne has shown by clear and convincing evidence that the design of the '723 patent would have been obvious to one of ordinary skill in the art at the time of the alleged

invention.

3.      Whether ClearOne has shown by clear and convincing evidence that the '723 patent is indefinite and/or not enabled.

4.      If ClearOne prevails on invalidity or non-infringement of the '723 patent, whether ClearOne is entitled to attorneys' fees and expenses under 35 U.S.C. § 285.

**B.      Invalidity under 35 U.S.C. § 102**

5.      35 U.S.C. § 102(a) states that a person shall be entitled to a patent unless "the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention."  35 U.S.C. § 102.

6.      A design patent is invalid under the "on-sale bar" if, more than one year before the application was filed: "(1) [a] product embodying the claimed invention was the subject of a commercial offer for sale; and (2) the claimed invention was ready for patenting." *Fisher-Price, Inc. v. Safety 1st, Inc.,* 109 F. App'x 387, 391 (Fed. Cir. 2004).

7.      A design patent is invalid under the "public use bar" if, more than one year before the application was filed, the invention was "in public use and ready for patenting." *Barry v. Medtronic, Inc.*, 914 F.3d 1310, 1320 (Fed. Cir. 2019), cert. denied, 140 S. Ct. 869 (2020).

8.      In order for a patent to claim priority to an earlier filing date, the original application must have sufficient disclosure to support the claims.  "[T]he test for sufficiency is whether the disclosure of the application relied upon reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date." *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1351 (Fed. Cir. 2010).

9.      For a design patent to obtain the benefit of the earlier-filed disclosure, the drawings

of the application must specifically provide adequate written description.  *In re Owens*, 710 F.3dd

1362, 1366 (Fed. Cir. 2013).

     **C.**     **Invalidity under 35 U.S.C. § 112**

     10.     Under 35 U.S.C. § 112, a patent must have a clear description, enabling a person

of skill in the art to make or use the invention.

     11.     A design patent is indefinite for purposes of § 112 "whenever its claim, read in light

of the [drawings], fails to inform, with reasonable certainty, those skilled in the art about the scope

of the invention." *In re Maatita*, 900 F.3d 1369, 1376 (Fed. Cir. 2018).

     12.     "Given that the purpose of indefiniteness is to give notice of what would infringe,

… in the design patent context, one skilled in the art would assess indefiniteness from the

perspective of an ordinary observer" because that is the perspective from which infringement is

judged.  *In re Maatita*, 900 F.3d 1369, 1377 (Fed. Cir. 2018). "Thus, a design patent is indefinite

… if one skilled in the art, viewing the design as would an ordinary observer, would not understand

the scope of the design with reasonable certainty based on the claim and visual disclosure." *Id*.

     13.     "A visual disclosure may be inadequate—and its associated claim indefinite—if it

includes multiple, internally inconsistent drawings."  *Maatita*, 900 F.3d at 1375-76 (citing *Times

Three Clothier, LLC v. Spanx, Inc.*, 2014 WL 1688130 *7–9 (S.D.N.Y. Apr. 29, 2014)).

     **D.**     **Invalidity under 35 U.S.C. § 103**

     14.     Under 35 U.S.C. § 171, the Design Patent provision, a person may receive a patent

for a "new, original and ornamental design." 35 U.S.C. § 171.

     15.     "A patent for a claimed invention may not be obtained, notwithstanding that the

claimed invention is not identically disclosed as set forth in section 102, if the differences between

the claimed invention and the prior art are such that the claimed invention as a whole would have

been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains." 35 U.S.C. § 103.

16.    "The obviousness inquiry is whether one of ordinary skill would have combined teachings of the prior art to create the same overall visual appearance as the claimed design." *Durling v. Spectrum Furniture Co., Inc.*, 101 F.3d 100, 103 (Fed. Cir. 1996).

17.    For design patents, the question is "whether the claimed design would have been obvious to a designer of ordinary skill who designs articles of the type involved." *Titan Tire Corp. v. Case New Holland, Inc*., 566 F.3d 1372, 1380-81 (Fed. Cir. 2009), and that the obviousness inquiry "focuses on the visual impression of the claimed design as a whole and not on selected individual features," *In re Borden*, 90 F.3d 1570, 1574 (Fed. Cir. 1996.) Importantly, the obviousness inquiry is limited to the ornamental aspects of the claimed design. *See OddzOn Prod., Inc. v. Just Toys, Inc*., 122 F.3d 1396 1406-07 (Fed. Cir. 1997) ("Invalidating prior art must show or render obvious the ornamental features of a patented design.").

18.    The obviousness inquiry is a two-step process.  "First, the court must identify a single reference, a something in existence, the design characteristics of which are basically the same as the claimed design. The basically the same test requires consideration of the visual impression created by the patented design as a whole."  Then, second, "[o]nce the primary reference is found, other secondary references may be used to modify it to create a design that has the same overall visual appearance as the claimed design. These secondary references must be so related [to the primary reference] that the appearance of certain ornamental features in one would suggest the application of those features to the other."  *MRC Innovations, Inc. v. Hunter Mfg*., LLP, 747 F.3d 1326, 1331 (Fed. Cir. 2014).

19.    An "obvious extension[s] of the prior art" to a designer with ordinary skill can

support a finding of obviousness. *See Grand Gen. Accessories Mfg. v. United Pac. Indus. Inc*., 732 F. Supp. 2d 1014, 1025 (C.D. Cal. 2010). Slight differences between the prior art and the claimed design may not defeat a claim of obviousness, even if those differences are entirely absent from prior art designs. *See MRC Innovations, Inc. v. Hunter Mfg., LLP*, 747 F.3d 1326, 1333 (Fed. Cir. 2014), 1335 ("on numerous occasions we have invalidated design patents despite the inclusion of ornamental features that were entirely absent from prior art designs").

E.     **Exceptional Case**

20.     The patent statute authorizes the Court "in exceptional cases" to award reasonable attorney fees to the prevailing party.  35 U.S.C. § 285.  "This text is patently clear. It imposes one and only one constraint on district courts' discretion to award attorney's fees in patent litigation: The power is reserved for 'exceptional' cases." *Octane Fitness, LLC v. ICON Health & Fitness*, Inc., 572 U.S. 545, 553 (2014).  "[A]n 'exceptional' case is simply one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated. District courts may determine whether a case is 'exceptional' in the case-by-case exercise of their discretion, considering the totality of the circumstances." *Id*. at 554.  Entitlement to fees is established by a preponderance of the evidence.  *Id*.

II.     **SHURE'S PATENT CLAIM**

A.     **Issues**

21.     Whether Shure has proven by a preponderance of the evidence that ClearOne has infringed the '723 patent through the making, use, sale, offer for sale, and importation in the United States of microphone array products, including the BMA CT, BMA CTH, COLLABORATE Versa Pro CT, COLLABORATE Versa Lite CT, COLLABORATE Versa Room CT, BMA 360, Aura

Xceed BMA, and BMA CTX ("BMA Products").

22.     Who the ordinary observer is for the '723 patent, which ClearOne contends is either: (1) a sophisticated organizational end-user purchaser of installed audio-conferencing equipment; or (2) a specialized intermediary in the audio-visual market, such as a distributor, integrator, consultant, and installer.

23.     Whether Shure has proven by a preponderance of the evidence that the BMA Products are the "article of manufacture" to which the claimed design has been applied.

24.     What amount of total profits under 35 U.S.C. § 289 Shure has proven it is owned by a preponderance of the evidence from ClearOne due to ClearOne's alleged infringement of the '723 patent.

25.     Whether Shure has established that this is an exceptional case and that it is entitled to an award of attorneys' fees and costs under 35 U.S.C. § 285, and if so, the amount.

26.     Whether Shure is entitled to permanent injunctive relief enjoining ClearOne from further infringement of the '723 patent, or alternatively, whether it is entitled to an on-going royalty, and if so, how much.

**B.     Infringement**

27.     "[I]f, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other." *Egyptian Goddess*, 543 F.3d 665, 670 (Fed. Cir. 2008) (quoting Gorham Co. v. White, 81 U.S. 511, 528 (1871)); *Samsung Elecs. Co. v. Apple Inc*., 137 S. Ct. 429, 432 (2016). A patent owner must prove design patent infringement by a "preponderance of the evidence." *L.A. Gear, Inc. v. Thom McAn Shoe Co*., 988 F.2d 1117,1124 (Fed. Cir. 1993.).

28.     Only the novel, ornamental features of a patented design are protected by a design patent. In other words, the scope of a design patent does not extend to any functional elements. *Richardson v. Stanley Works, Inc.*, 597 F. 3d 1288, 1293 (Fed. Cir. 2010) (district court "properly factored out the functional aspects of Richardson's design as part of its claim construction."); *Amini Innovation Corp. v. Anthony California, Inc.*, 439 F.3d 1365, 78 U.S.P.Q.2d 1147 (Fed. Cir. 2006) ("The trial court is correct to factor out the functional aspects of various design elements"). To that end, a claimed design "must be construed in order to identify the non-functional aspects of the design as shown in the patent." *Richardson*, 597 F.3d at 1293; *see also Egyptian Goddess*, 543 F.3d at 680 ("a trial court can usefully guide the finder of fact by addressing a number of other issues that bear on the scope of the claim [such as] distinguishing between those features of the claimed design that are ornamental and those that are purely functional . . .").

29.     The "ordinary observer" test is used to determine whether a design patent is infringed: "if, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an ordinary observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other. *Gorham Mfg. Co. v. White*, 81 U.S. 511, 528, 20 L. Ed. 731 (1871); *see also Egyptian Goddess*, 543 F. 3d at 678. This comparison is limited to the ornamental features of a design. *See, e.g.*, *Read Corp. v. Portec, Inc.*, 970 F.2d 816, 825 (Fed. Cir. 1992), overruled in part on other grounds by *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995), *aff'd*, 517 U.S. 370 (1996) ("[A] design is composed of functional as well as ornamental features, to prove infringement a patent owner must establish that an ordinary person would be deceived by reason of the common features in the claimed and accused design which are ornamental."); *OddzOn Products, Inc. v. Just Toys, Inc.*, 122 F.3d 1396, 1405 (Fed. Cir. 1997) ("If … a design

contains both functional and ornamental features, the patentee must show that the perceived similarity is based on the ornamental features of the design. The patentee must establish that an ordinary person would be deceived by reasons of the common features in the claimed and accused designs which are ornamental." (internal quotes omitted).

30.     The first step of the infringement analysis is a direct comparison of the claimed and accused designs. If a properly construed claimed design and accused design are "sufficiently distinct," the analysis ends. *Egyptian Goddess*, 543 F.3d at 678. If not, then "resolution of the question whether the ordinary observer would consider the two designs to be substantially the same will benefit from a comparison of the claimed and accused designs with the prior art." *Egyptian Goddess*, 543 F.3d at 678. This three-way comparison of (1) the accused design with (2) the patented design and (3) the prior art is intended to provide a frame of reference for the infringement analysis, which can help the hypothetical ordinary observer better notice differences among the designs. *See Egyptian Goddess*, 543 F.3d 665, 678 ("differences between the claimed and accused designs that might not be noticeable in the abstract can become significant to the hypothetical ordinary observer who is conversant with the prior art.") The burden of production of that prior art is on the accused infringer because "[t]he accused infringer is the party with the motivation to point out close prior art, and in particular to call to the court's attention the prior art that an ordinary observer is most likely to regard as highlighting the differences between the claimed and accused design." *Egyptian Goddess*, 543 F. 3d at 678.  The ordinary observer is presumed to be aware of all the pertinent prior art. *In re Carlson*, 983 F.2d 1032 (Fed. Cir. 1993); *Egyptian Goddess*, 543 F.3d at 678.

31.     The overall appearance of the designs must be substantially similar for infringement to be found. Infringement analysis requires a determination of whether the patented design as a

whole is substantially similar in appearance to the accused design, and the patented and accused designs do not have to be identical for design patent infringement to be found. *Braun Inc. v. Dynamics Corp. of Am.*, 975 F.2d 815, 820 (Fed. Cir. 1992). It is the visual appearance of a design as a whole, and the visual impression it creates, which is key to determining infringement. *OddzOn*, 122 F.3d 1396. Because the focus should be on the design as a whole, courts have cautioned against doing an "element by element" analysis. *Amini Innovation Corp. v. Anthony California, Inc*., 439 F.3d 1365, 1372 (Fed. Cir. 2006) ("the trial court mistakenly analyzed each element separately instead of analyzing the design as a whole from the perspective of an ordinary observer."). I understand that the ornamental features illustrated in all figures of a design patent must be considered in the infringement analysis. *See Tristar Prod., Inc. v. E. Mishan & Sons, Inc.*, No. CV 17-1204 (RMB/JS), 2017 WL 1404315, at *3 (D.N.J. Apr. 19, 2017).

32.     Differences between the claimed and accused designs cannot be ignored. I, 836 F.2d 521, 527–28 (Fed. Cir. 1987) ("Contrary to [the patentee]'s intimation, differences between patented and accused designs are not irrelevant. Courts should take into account similarities and differences in determining 'if in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing one to be the other.'")

## C.     Damages[1]

33.     "[T]he amount of a prevailing party's damages is a finding of fact on which the plaintiff bears the burden of proof by a preponderance of the evidence." *Smithkline Diagnostics, Inc. v. Helena Labs. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991).

---

[1] ClearOne reserves the right to identify additional issues of law related to reasonable royalty damages if the Court sustains Shure's forthcoming objection on D.I. 575.

34.     Under 35 U.S.C. § 289, upon a finding of infringement of a design patent, the defendant can be liable for its total profits on the article of manufacture.

35.     "[I]n the case of a multicomponent product, the relevant 'article of manufacture' for arriving at a §289 damages award need not be the end product sold to the consumer but may be only a component of that product." *Samsung Elecs. Co. v. Apple Inc.*, 137 S. Ct. 429, 431 (2016). However, the Supreme Court did not set out a "test" by which to determine whether the relevant Article of Manufacture is a component of the infringing product, or the entirety of the infringing product, but instead reasoned that "the factfinder should identify the article in which the design prominently features, and that most fairly may be said to embody the defendant's appropriation of the plaintiff's innovation." *Id.*; *Apple Inc. v. Samsung Elecs. Co.*, 2017 WL 4776443 at *7 (N.D. Cal. Oct. 22, 2017).

36.     The following four-factor test, to assist the finder of fact in determining the appropriate article of manufacture, was proposed by the DOJ and adopted by the Northern District of California Court in its ruling in *Apple v Samsung* as well as other district courts. *See Apple Inc. v. Samsung Elecs. Co.*, 2017 WL 4776443 at *8 (N.D. Cal. Oct. 22, 2017); *see also* Final Jury Instructions, *Apple Inc. v. Samsung Electronics Co. Ltd.,* No. 5:11-cv-01846-LHK (N.D. Cal. May 18, 2018), p. 41; Jury Instructions, *Columbia Sportswear North America, Inc. v. Seirus Innovative Accessories, Inc.*, No. 3:17-cv-1781-HZ (S.D. Cal. Sept. 29, 2017), p. 16. In determining the article of manufacture, the DOJ test consists of the following proposed factors that the finder of fact should look to when determining the proper article of manufacture: (1) The scope of the design claimed in the plaintiff's patent, including the drawing and written description; (2) The relative prominence of the design within the product as a whole; (3)Whether the design is conceptually distinct from the product as a whole; and (4) The physical relationship between the patented design

and the rest of the product, including whether the design pertains to a component that a user or seller can physically separate from the product as a whole, and whether the design is embodied in a component that is manufactured separately from the rest of the product, or if the component can be sold separately. *Apple Inc. v. Samsung Elecs. Co.*, 2017 WL 4776443 at \*8 (N.D. Cal. Oct. 22, 2017).

37.     "If the rule be established that a design for a case enables the owner to collect damages for the case not only, but for the contents of the case as well, it will lead to results which shock the conscience." *Bush & Lan Piano Co. v. Becker Bros.* ("*Piano I*"), 222 F. 904, 905 (2d Cir. 1915).   "We are clearly of the opinion that … giving the owner of a design patent [of] a receptacle intended to hold an expensive article of manufacture the profits made on the sale of the receptacle and its contents, must certainly lead to inequitable results and cannot be sustained." *Id.* at 904-905; *see also Bush & Lane Piano Co. v. Becker Bros.* ("*Piano II*"), 234 F. 79, 81-82 (2d Cir. 1916) (noting that a "[book] binding and the printed record of thought respond to different concepts; they are different articles.").

38.     The plaintiff bears both the burden of production and persuasion in identifying the article of manufacture and total profit on the sale of that article. *Apple Inc. v. Samsung Elecs. Co. Ltd.*, No. 11-1846, 2017 WL 4776443, at \*13–14 (N.D. Cal. Oct. 22, 2017); *Junker v. Med. Components, Inc.*, No. CV 13-4606, 2021 WL 131340, at \*31 (E.D. Pa. Jan. 14, 2021). If the plaintiff satisfies its burden on these issues, then the burden shifts to the defendant to produce evidence of an alternative article of manufacture and any deductible expenses. *Apple Inc.*, 2017 WL 4776443, at \*13–14; *Junker*, 2021 WL 131340 at \*31 (citing *Henry Hanger & Display Fixture Corp. of Am. V. Sel-O-Rak Corp.*, 270 F.2d 635, 643 (5th Cir. 1959) ("The burden of establishing the nature and amount of [deductible costs], as well as their relationship to the infringing product,

is on the defendants.")).

39.     Profit is determined by deducting certain expenses from gross revenue.  Gross revenue is all of the infringer's receipts from using the design in the sale of the infringing products (for a single component article of manufacture) or sale of the infringing component(s) (for multi-component articles of manufacture).  Shure has the burden of proving ClearOne's gross revenue by a preponderance of the evidence.  *Nike, Inc. v. Wal-Mart Stores, Inc.*, 138 F.3d 1437, 1447-48 (Fed. Cir. 1998); *Braun, Inc. v. Dynamics Corp. of Am.*, 975 F.2d 815, 824 (Fed. Cir. 1992); *Trans-World Mfg. Corp. v. Al Nyman & Sons, Inc.*, 750 F.2d 1552, 1566-68 (Fed. Cir. 1984); *Bergstrom v. Sears, Roebuck & Co.*, 496 F. Supp. 476, 495 (D. Minn. 1980).

40.     Expenses can include costs incurred in producing the gross revenue, such as the cost of the goods.  Other costs may be included as deductible expenses if they are directly attributable to the sales of the infringing products resulting in a nexus between the infringing products and the expense.  ClearOne has the burden of proving the deductible expenses and the portion of the profit attributable to factors other than use of the infringed design by a preponderance of the evidence.  *Nike, Inc. v. Wal-Mart Stores, Inc.*, 138 F.3d 1437, 1447-48 (Fed. Cir. 1998).

41.     To obtain a permanent injunction, a patent holder must show "(1) that it has suffered an irreparable injury; (2) that remedies available at law . . . are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction."  *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006).  The moving party "bears the burden of producing evidence sufficient to convince the court that [the preliminary injunction factors weigh in favor of granting an injunction.]"  *Bus Air, LLC v. Woods*, No. CV 19-1435-RGA-CJB, 2019 WL 6329046, at *7 (D. Del. Nov. 26, 2019) (citing *ECRI v. McGraw-Hill,*

*Inc.*, 809 F.2d 223, 226 (3d Cir. 1987)), *report and recommendation adopted* 2019 WL 8137577 (D. Del. Dec. 17, 2019). "[T]he decision whether to grant or deny injunctive relief rests within the equitable discretion of the district courts, and ... such discretion must be exercised consistent with traditional principles of equity[.]"  *eBay*, 547 U.S. at 394.

# EXHIBIT 6

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0001 | 2017 02 07 | Certified U S  Patent No  9,565,493 B2 (Abraham et al ), Array Microphone System And Method Of Assembling The Same | | | | | | |
| X0002 | 2015 04 30 | Certified U S  File History of U S  Patent No  9,565,493, Application No  14/701,376 | | | | | | 402/403 |
| X0003 | 2019 11 05 | Certified U S  Patent No  D865,723 (Cho et al ), Array Microphone Assembly | | | | | | |
| X0004 | 2019 08 06 | Certified U S  File History of U S  Patent No  D865,723, Application No  29/700,875 | | | | | | |
| X0005 | 2016 02 09 | Shure Debuts Microflex Advance Ceiling and Table Array Microphones, Shure's website | | | | | | 401; 402/403; 802; 901; 1002 |
| X0006 | 2019 03 00 | BMA CT, Quick-Start Guide (rev  2 4, March 2019) | | | | | | Technical Issue |
| X0007 | 2019 00 00 | BMA CT, Datasheet (Rev  2 0, 2019) | | | | | | |
| X0008 | 2019 00 00 | BMA CT Specifications | | | | | | 401; 402/403; 602; 901 |
| X0009 | 2019 00 00 | BMA CT Product Overview | | | | | | 401; 402/403; 602; 901 |
| X0020 | 2020 02 06 | Subpoena to Testify at a Deposition issued to Unified Technology Systems, Inc | | | Payne 001 | Payne, Bill | 2020 05 07 | 401; 402/403 |
| X0021 | 2019 01 28 | ███████████████████████ | UNIFIED_013378 | UNIFIED_013379 | Payne 002 | Payne, Bill | 2020 05 08 | 401; 402/403; 602; 901 |
| X0022 | 2019 03 26 | ████████████ | UNIFIED_008802 | UNIFIED_008802 | Payne 003 | Payne, Bill | 2020 05 09 | 401; 402/403; 602; 802; 901 |
| X0023 | 2019 08 12 | ██████████████████████████ | UNIFIED_010427 | UNIFIED_010430 | Payne 007A | Payne, Bill | 2020 05 13 | 401; 402/403; 602; 802; 901 |
| X0024 | 2019 09 12 | ████████████████████████████tion | UNIFIED_014582 | UNIFIED_014582 | Payne 007B | Payne, Bill | 2020 05 14 | 401; 402/403; 602; 901 |
| X0025 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | UNIFIED_014583 | UNIFIED_014583 | Payne 008 | Payne, Bill | 2020 05 15 | 401; 402/403; 602; 901 |
| X0026 | 2019 02 04 | █████████████████ | UNIFIED_010615 | UNIFIED_010616 | Payne 009 | Payne, Bill | 2020 05 16 | 401; 402/403; 602; 901 |
| X0027 | 2019 02 05 | ████████████████████ | UNIFIED_012085 | UNIFIED_012087 | Payne 010 | Payne, Bill | 2020 05 17 | 401; 402/403; 602; 802; 901 |
| X0028 | 2019 03 00 | BMA CT Beamforming Microphone Array Ceiling Tile (March 2019), ClearOne presentation | UNIFIED_008740 | UNIFIED_008768 | Payne 011 | Payne, Bill | 2020 05 18 | 402/403; 602; 901 |
| X0029 | 2019 02 05 | ████████████████████ | UNIFIED_012067 | UNIFIED_012071 | Payne 012 | Payne, Bill | 2020 05 18 | 401; 402/403; 602; 701; 802; 901 |
| X0040 | 2019 02 21 | ███████████████████0 | HWPCO000074 | HWPCO000075 | Oates 002 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901 |
| X0041 | 2019 03 11 | ██████████████████ | HWPCO000077 | HWPCO000077 | Oates 003 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901 |
| X0042 | 2019 03 25 | █████████████ | HWPCO000092 | HWPCO000092 | Oates 004 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901 |
| X0043 | 2019 08 09 | ████████████ | HWPCO000137 | HWPCO000139 | Oates 005 | Oates, Patrick | 2020 05 13 | 402/403; 802; 901 |
| X0044 | 2019 09 04 | ████████████████ | HWPCO000160 | HWPCO000161 | Oates 006 | Oates, Patrick | 2020 05 13 | 106; 401; 402/403; 602; 802; 901 |
| X0045 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | HWPCO000162 | HWPCO000162 | Oates 007 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901; Cumulative |
| X0046 | | TeamConnect Ceiling 2 Ceiling microphone array Product Specification from Sennheiser electronic GmbH & Co  KG | | | Oates 008 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901 |
| X0047 | 2019 01 31 | ████████████████████ | HWPCO000052 | HWPCO000053 | Oates 009 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0048 | 2019 01 25 | Press release:  ClearOne Prevails Against Shure in Trial Before the U S  Patent & Trademark Office - U S Patent and Trademark Office upholds validity of ClearOne beamforming patent | | | Oates 010 | Oates, Patrick | 2020 05 13 | 401; 402/403 |
| X0049 | 2019 03 11 | | HWPCO000078 | HWPCO000079 | Oates 011 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 802; 901 |
| X0060 | 2019 12 19 | | HWPCO000204 | HWPCO000206 | Oates 013 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 802; 901 |
| X0061 | 2019 03 12 | | HWPCO000080 | HWPCO000081 | Oates 014 | Oates, Patrick | 2020 05 13 | 401; 402/403; 602; 802; 901 |
| X0062 | 2019 05 17 | | HIGHWAY_0020 | HIGHWAY_0020 | Yates 002 | Yates, Glenn | 2020 05 15 | 401; 402/403; 602; 802; 901; Cumulative |
| X0063 | 2019 05 14 | | HIGHWAY_0032 | HIGHWAY_0032 | Yates 003 | Yates, Glenn | 2020 05 15 | 401; 402/403; 602; 901 |
| X0064 | 2019 08 09 | | HIGHWAY_0122 | HIGHWAY_0125 | Yates 004 | Yates, Glenn | 2020 05 15 | 402/403; 602; 802; 901 |
| X0065 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | | | Yates 005 | Yates, Glenn | 2020 05 15 | 401; 402/403; Cumulative |
| X0066 | | TeamConnect Ceiling 2 Ceiling microphone array Product Specification from Sennheiser electronic GmbH & Co  KG | | | Yates 007 | Yates, Glenn | 2020 05 15 | 401; 402/403; 602; 802; 901 |
| X0067 | 2020 03 23 | Email from G  Yates to K  Smith, T  Valley re C1 Follow-up | HIGHWAY_0018 | HIGHWAY_0019 | Yates 012 | Yates, Glenn | 2020 05 15 | 401; 402/403; 602; 802; 901 |
| X0068 | 2019 05 13 | Commerical Integrator article: ClearOne and Shure: History of Their Legal Dispute Over Beamforming Microphone Arrays | | | Yates 013 | Yates, Glenn | 2020 05 15 | 401; 402/403; 602; 701; 802; 901 |
| X0069 | | Bencsik line card | BENCSIK_000001 | BENCSIK_000001 | Bencsik 001 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 901 |
| X0080 | 2020 04 15 | Subpoena to Testify at a Deposition issued to Bencsik Associates, Inc | | | Bencsik 002 | Bencsik, Chris | 2020 05 28 | 401; 402/403 |
| X0081 | | TeamConnect Ceiling 2 Ceiling microphone array Product Specification from Sennheiser electronic GmbH & Co  KG | | | Bencsik 003 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 802; 901; Cumulative |
| X0082 | 2019 04 11 | | BENCSIK_000099 | BENCSIK_000101 | Bencsik 004 | Bencsik, Chris | 2020 05 28 | 402/403; 602; 901 |
| X0083 | 2019 05 30 | | BENCSIK_000016 | BENCSIK_000017 | Bencsik 005 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 802; 901 |
| X0084 | | ClearOne North America Dealer Pricing Guide, effective February 26, 2019 | | | Bencsik 006 | Bencsik, Chris | 2020 05 28 | 402/403; 602; 901 |
| X0085 | 2019 05 28 | | BENCSIK_000021 | BENCSIK_000022 | Bencsik 007 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 802; 901; Cumulative |
| X0086 | 2019 06 04 | | BENCSIK_000026 | BENCSIK_000026 | Bencsik 008 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 802; 901; Cumulative |
| X0087 | 2019 01 25 | | BENCSIK_000112 | BENCSIK_000114 | Bencsik 010 | Bencsik, Chris | 2020 05 28 | 401; 402/403; 602; 901 |
| X0088 | 2019 01 25 | | CLRONEDE-00004445 | CLRONEDE-00004447 | Bencsik 014 | Bencsik, Chris | 2020 05 28 | 401; 402/403 |
| X0089 | 2019 01 25 | | CLRONEDE-00005711 | CLRONEDE-00005713 | Bencsik 015 | Bencsik, Chris | 2020 05 28 | 401; 402/403; Cumulative |
| X0200 | 2020 00 00 | | | | Kessler 002 | Kessler, Richard Alan | 2020 06 05 | 401; 402/403; 602; 901 |
| X0201 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | WPS_000016 | WPS_000016 | Kessler 012 | Kessler, Richard Alan | 2020 06 05 | 401; 402/403; 602; 901; Cumulative |
| X0202 | | ClearOne Connections Tour | CLRONEDE-00008749 | CLRONEDE-00008749 | Kessler 017 | Kessler, Richard Alan | 2020 06 05 | 401; 402/403 |
| X0203 | 2019 08 09 | | WPS_000025 | WPS_000027 | Kessler 018 | Kessler, Richard Alan | 2020 06 05 | 402/403; 602; 802; 901 |
| X0204 | | Nailor, Ceiling Diffusers | CLRONEDE-00007756 | CLRONEDE-00007756 | Bullard 005 | Bullard, Jonathan R | 2020 06 08 | 106; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0205 | 2019 03 26 | ███████████████████ | UNIFED_008802 | UNIFED_008802 | Bullard 008 | Bullard, Jonathan R | 2020 06 08 | 401; 402/403; 602; 802; 901 |
| X0206 | 2016 00 00 | ClearOne Beamforming Microphone Array Data Sheet | | | Bullard 010 | Bullard, Jonathan R | 2020 06 08 | 401; 402/403 |
| X0207 | | Nailor, Ceiling Diffusers | CLRONE08-00007756 | CLRONE08-00007756 | Staples 004 | Staples, Jason | 2020 06 10 | 106; Cumulative |
| X0208 | 2019 05 17 | ██████████████████its | HIGHWAY_0020 SHUREDDEL00050813 | HIGHWAY_0020 SHUREDDEL00050813 | Staples 009 | Staples, Jason | 2020 06 10 | 401; 402/403; 602; 802; 901; Cumulative |
| X0209 | | Pre Acoustics, Drop Ceiling Tile 2x2 Speakers | | | Staples 010 | Staples, Jason | 2020 06 10 | 602; 802; 901 |
| X0210 | 2016 00 00 | ClearOne Beamforming Microphone Array Data Sheet | | | Staples 011 | Staples, Jason | 2020 06 10 | 401; 402/403; Cumulative |
| X0211 | | Global Sales Leadership Meeting - Hong Kong Dec 14-15, 2018 | SHUREDDEL00033191 | SHUREDDEL00033204 | Schanz1 002 | Schanz, James | 2020 06 22 | 401; 402/403; 602; 802; 901 |
| X0212 | | BMA CT Diagram | SHUREDDEL00034332 | SHUREDDEL00034332 | Schanz1 005 | Schanz, James | 2020 06 22 | 401; 402/403; 602; 802; 901 |
| X0213 | 2019 03 07 | ███████████████████ | SHUREDDEL00035618 | SHUREDDEL00035619 | Schanz1 007 | Schanz, James | 2020 06 22 | 602; 802; 901 |
| X0214 | | Shure PowerPoint presentation | SHURE598972 | SHURE599004 | Schanz1 009 | Schanz, James | 2020 06 22 | 401; 402/403; 602; 802; 901 |
| X0215 | 2019 11 05 | U S Patent No D865,723 (Cho et al ), Array Microphone Assembly | | | Lantz 011 | Lantz, Gregory | 2020 06 23 | Cumulative; Technical Issue |
| X0216 | 2020 00 00 | Partners + Certifications - CTSI | | | Wilson 001 | Wilson, Michael | 2020 06 23 | 401; 402/403; 602; 802; 901; Technical Issue |
| X0217 | 2019 02 22 | █████████████████████ | CTSI_001 | CTSI_001 | Wilson 002 | Wilson, Michael | 2020 06 23 | 401; 402/403; 602; 901 |
| X0218 | 2016 00 00 | ClearOne Beamforming Microphone Array Data Sheet | | | Wilson 008 | Wilson, Michael | 2020 06 23 | 401; 402/403; Cumulative |
| X0219 | | Q&A in Response to Recent Us Court Ruling on Shure MXA910 | | | Wilson 009 | Wilson, Michael | 2020 06 23 | 402/403; 602; 802; 901 |
| X0220 | 2019 08 29 | ████████████████████ | CTSI_025 | CTSI_026 | Wilson 010 | Wilson, Michael | 2020 06 23 | 401; 402/403; 602; 901 |
| X0221 | 2019 01 25 | Press release:  ClearOne Prevails Against Shure in Trial Before the U S Patent & Trademark Office - U S Patent and Trademark Office upholds validity of ClearOne beamforming patent | | | Wilson 011 | Wilson, Michael | 2020 06 23 | 401; 402/403; 602; 901 |
| X0222 | | Stem Ceiling, Conference Room Ceiling Microphone | | | Graham1-1343 001 | Graham, Derek | 2020 07 10 | 401; 402/403; 602; 802; 901 |
| X0223 | | Armstrong Random Textured Square Edge 2 ft  x 2 ft  x 5/8 in  Lay-in Panel | | | Graham1-1343 002 | Graham, Derek | 2020 07 10 | 401; 402/403; 602; 802; 901 |
| X0224 | | ClearOne BMA CT fact sheet | | | Graham1-1343 003 | Graham, Derek | 2020 07 10 | 602; 901; Cumulative; Technical Issue |
| X0225 | 2020 05 22 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (Nos  4, 5, 6, 12), Case No  19-1343 (D  Del ) | | | Graham1-1343 004 | Graham, Derek | 2020 07 10 | 106; 402/403; 602; 901 |
| X0226 | 2019 11 05 | U S Patent No  D865,723 (Cho et al ), Array Microphone Assembly | | | Graham1-1343 005 | Graham, Derek | 2020 07 10 | Cumulative |
| X0227 | | ClearOne BMA Ceiling Tile drawings | CLRONE-00339555 | CLRONE-00339568 | Graham1-1343 006 | Graham, Derek | 2020 07 10 | 401; 402/403 |
| X0228 | 2018 00 00 | ███████████████ | CLRONE-00730846 | CLRONE-00730847 | Graham1-1343 009 | Graham, Derek | 2020 07 10 | 402/403 |
| X0229 | 2018 09 05 | ████ | CLRONE-00582594 | CLRONE-00582595 | Graham1-1343 010 | Graham, Derek | 2020 07 10 | 401; 402/403 |
| X0230 | | | CLRONEDE-00009372 | CLRONEDE-00009372 | Long 001 | Long, Ashanti | 2020 07 16 | |
| X0231 | | Armstrong Random Textured Square Edge 2 ft  x 2 ft  x 5/8 in  Lay-in Panel | | | Long 002 | Long, Ashanti | 2020 07 16 | 401; 402/403; 602; 802; 901; Cumulative |
| X0232 | | ClearOne BMA CT fact sheet | | | Long 003 | Long, Ashanti | 2020 07 16 | 602; 901; Cumulative; Technical Issue |
| X0233 | 2016 00 00 | ClearOne Beamforming Microphone Array Data Sheet | | | Long 005 | Long, Ashanti | 2020 07 16 | 401; 402/403; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0234 | 2019 01 02 | | CLRONE-00599126 | CLRONE-00599130 | Long 006 | Long, Ashanti | 2020 07 16 | 402/403 |
| X0235 | 2019 08 28 | | CLRONE-00669727 | CLRONE-00669770 | Long 007 | Long, Ashanti | 2020 07 16 | 402/403 |
| X0236 | 2019 09 17 | | CLRONE-00725043 | CLRONE-00725046 | Long 008 | Long, Ashanti | 2020 07 16 | 106; 401; 402/403; 802 |
| X0237 | 2020 02 25 | Email from Clearone News re Contempt Order against Shure Coverage | CLRONEDE-00001041 | CLRONEDE-00001044 | Long 009 | Long, Ashanti | 2020 07 16 | 402/403 |
| X0238 | | Native Excel document - Weekly Travel Report - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00001461 | CLRONEDE-00001461 | Long 010 | Long, Ashanti | 2020 07 16 | 402/403 |
| X0239 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00006116 | CLRONEDE-00006116 | Long 011 | Long, Ashanti | 2020 07 16 | 402/403 |
| X0240 | 2019 01 25 | | CLRONEDE-00004440 | CLRONEDE-00004441 | Long 012 | Long, Ashanti | 2020 07 16 | 401; 402/403 |
| X0241 | 2019 09 10 | | CLRONEDE-00005929 | CLRONEDE-00005930 | Long 013 | Long, Ashanti | 2020 07 16 | 401; 402/403 |
| X0242 | 2019 04 11 | Email from Z  Hakimoglu to A  Long and S  Floisand re Trailer BMA Demo | CLRONEDE-00008091 | CLRONEDE-00008094 | Long 014 | Long, Ashanti | 2020 07 16 | 402/403; 802; Cumulative |
| X0243 | | Sennheiser, TeamConnect Ceiling 2: Raise your meetings to a higher level | | | DiCampello 002 | DiCampello, Jason | 2020 07 22 | 401; 402/403; 602; 901 |
| X0244 | 2019 03 00 | Presentation, BMA CT: Beamforming Microphone Array Ceiling Tile | CLRONE-00659320 | CLRONE-00659348 | DiCampello 003 | DiCampello, Jason | 2020 07 22 | 402/403; Cumulative |
| X0245 | 2017 03 08 | | CLRONE-00168585 | CLRONE-00168588 | DiCampello 004 | DiCampello, Jason | 2020 07 22 | 401; 402/403 |
| X0246 | 2017 04 05 | | CLRONE-00168195 | CLRONE-00168204 | DiCampello 006 | DiCampello, Jason | 2020 07 22 | 402/403 |
| X0247 | 2019 10 22 | | CLRONE-00828866 | CLRONE-00828870 | DiCampello 008 | DiCampello, Jason | 2020 07 22 | 401; 402/403 |
| X0248 | 2019 09 27 | | CLRONE-00828794 | CLRONE-00828797 | DiCampello 010 | DiCampello, Jason | 2020 07 22 | 401; 402/403 |
| X0249 | | Native Excel document - Weekly Travel Report - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00001461 | CLRONEDE-00001461 | DiCampello 015 | DiCampello, Jason | 2020 07 22 | 402/403 |
| X0250 | | | CLRONEDE-00009372 | CLRONEDE-00009372 | Schnibbe 001 | Schnibbe, John | 2020 07 24 | Cumulative |
| X0251 | 2019 08 28 | | CLRONE-00669727 | CLRONE-00669770 | Schnibbe 002 | Schnibbe, John | 2020 07 24 | 402/403; Cumulative |
| X0252 | 2019 01 16 | | CLRONE-00656438 | CLRONE-00656445 | Schnibbe 003 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0253 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 004 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0254 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 005 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0255 | 2019 05 29 | | CLRONE-00832187 | CLRONE-00832195 | Schnibbe 006 | Schnibbe, John | 2020 07 24 | 401; 402/403 |
| X0256 | 2019 03 16 | | CLRONEDE-00005769 | CLRONEDE-00005770 | Schnibbe 007 | Schnibbe, John | 2020 07 24 | 401; 402/403 |
| X0257 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 009 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0258 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 010 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0259 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 011 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0260 | 2019 08 05 | | CLRONEDE-00004973 | CLRONEDE-00004975 | Schnibbe 012 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0261 | 2020 04 01 | ClearOne, Inc 's Second Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (No  3), Case No  19-1343 (D  Del ) | | | Schnibbe 013 | Schnibbe, John | 2020 07 24 | 401; 402/403; 602; 901 |
| X0262 | 2019 09 10 | | CLRONEDE-00005929 | CLRONEDE-00005930 | Schnibbe 014 | Schnibbe, John | 2020 07 24 | 401; 402/403 |
| X0263 | | Native Excel document - Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 015 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0264 | 2019 11 19 | Second Amended Complaint, Case No  19-1343 (D  Del ) | | | Schnibbe 016 | Schnibbe, John | 2020 07 24 | 402/403 |
| X0265 | | ClearOne BYOD Conferencing, Visual Collaboration, Collaborate Versa Pro CT | | | Schnibbe 017 | Schnibbe, John | 2020 07 24 | 602; 901 |
| X0266 | | Native Excel document - Weekly Travel Report - Pro Voice & AV Distribution Daily Visits Report | | | Schnibbe 018 | Schnibbe, John | 2020 07 24 | Cumulative |
| X0267 | | ClearOne BMA CT fact sheet | | | Weinstein3 010 | Weinstein, Ira | 2020 07 24 | Cumulative |
| X0268 | | | | | Wolffe 001 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 802; 901 |
| X0269 | | | | | Wolffe 002 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 802; 901 |
| X0270 | | | | | Wolffe 003 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0271 | 2019 08 07 | | SECOM_000001 | SECOM_000022 | Wolffe 006 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 901 |
| X0272 | 2019 08 07 | | SECOM_000208 | SECOM_000210 | Wolffe 007 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 901 |
| X0273 | 2020 02 25 | | SECOM_000193 | SECOM_000196 | Wolffe 008 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 901 |
| X0274 | 2019 05 29 | | CLRONE-00832187 | CLRONE-00832195 | Wolffe 010 | Wolffe, Ed | 2020 08 14 | 401; 402/403 |
| X0275 | 2019 02 25 | | CLRONEDE-00004614 | CLRONEDE-00004614 | Wolffe 011 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 802 |
| X0276 | 2019 08 08 | | CLRONEDE-00005021 | CLRONEDE-00005044 | Wolffe 012 | Wolffe, Ed | 2020 08 14 | 401; 402/403 |
| X0277 | 2019 08 12 | | CLRONEDE-00005148 | CLRONEDE-00005153 | Wolffe 013 | Wolffe, Ed | 2020 08 14 | 401; 402/403 |
| X0278 | 2017 04 27 | | SECOM_000099 | SECOM_000099 | Wolffe 014 | Wolffe, Ed | 2020 08 14 | 401; 402/403; 602; 901 |
| X0279 | | Dobbs Stanford website, About Us | | | Clingman 001 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 901 |
| X0280 | 2019 07 08 | | DOBBS00000014 | DOBBS00000014 | Clingman 002 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0281 | 2019 07 05 | | DOBBS00000015 | DOBBS00000018 | Clingman 003 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0282 | 2019 09 12 | | DOBBS00002253 | DOBBS00002254 | Clingman 004 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 901 |
| X0283 | | Sennheiser, Promotion Announcement, TeamConnect Ceiling 2 | DOBBS00002391 | DOBBS00002391 | Clingman 005 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0284 | | Sennheiser, TeamConnect Ceiling 2 Promotion Form | DOBBS00002331 | DOBBS00002331 | Clingman 006 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 901 |
| X0285 | 2019 09 09 | | DOBBS00002329 | DOBBS00002330 | Clingman 007 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0286 | 2019 08 23 | | DOBBS00002349 | DOBBS00002351 | Clingman 008 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0287 | 2019 10 03 | | DOBBS00001880 | DOBBS00001881 | Clingman 009 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0288 | 2019 06 19 | | DOBBS00000028 | DOBBS00000028 | Clingman 011 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0289 | 2019 07 18 | | DOBBS00000023 | DOBBS00000023 | Clingman 012 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0290 | 2019 06 18 | | DOBBS00000029 | DOBBS00000029 | Clingman 013 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0291 | 2019 06 18 | | DOBBS00000030 | DOBBS00000030 | Clingman 014 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0292 | 2019 07 08 | | DOBBS00000031 | DOBBS00000031 | Clingman 015 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0293 | 2019 07 08 | | DOBBS00000043 | DOBBS00000043 | Clingman 016 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0294 | 2019 06 19 | | DOBBS00000044 | DOBBS00000044 | Clingman 017 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0295 | 2019 06 18 | | DOBBS00000054 | DOBBS00000054 | Clingman 018 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0296 | 2019 06 19 | | DOBBS00000092 | DOBBS00000092 | Clingman 019 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0297 | 2019 08 07 | | DOBBS00000063 | DOBBS00000063 | Clingman 020 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0298 | 2019 08 12 | | DOBBS00000024 | DOBBS00000024 | Clingman 021 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0299 | 2019 08 06 | | DOBBS00000036 | DOBBS00000036 | Clingman 022 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0400 | 2019 08 06 | | DOBBS00000061 | DOBBS00000062 | Clingman 023 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0401 | 2019 08 15 | | DOBBS00002370 | DOBBS00002370 | Clingman 024 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0402 | 2019 08 06 | | DOBBS00000081 | DOBBS00000082 | Clingman 025 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0403 | 2019 08 15 | | DOBBS00002371 | DOBBS00002371 | Clingman 026 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0404 | 2019 08 15 | | DOBBS00002372 | DOBBS00002372 | Clingman 027 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0405 | 2019 09 13 | | DOBBS00000033 | DOBBS00000033 | Clingman 028 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0406 | 2019 09 16 | | DOBBS00002041 | DOBBS00002043 | Clingman 029 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0407 | 2019 08 23 | | DOBBS00000083 | DOBBS00000083 | Clingman 030 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 901 |
| X0408 | 2019 10 04 | | DOBBS00000084 | DOBBS00000084 | Clingman 031 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0409 | 2019 11 26 | | DOBBS00000073 | DOBBS00000074 | Clingman 032 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0410 | 2019 09 30 | | DOBBS00000079 | DOBBS00000080 | Clingman 033 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0411 | 2019 08 06 | | DOBBS00000061 | DOBBS00000062 | Clingman 034 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901; Cumulative |
| X0412 | 2019 11 26 | | DOBBS00000073 | DOBBS00000074 | Clingman 035 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901; Cumulative |
| X0413 | 2020 05 19 | | DOBBS00000237 | DOBBS00000240 | Clingman 036 | Clingman, Darrell M | 2020 08 19 | 401; 402/403; 602; 802; 901 |
| X0414 | 2019 11 25 | | DOBBS00000922 | DOBBS00000923 | Clingman 037 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0415 | 2019 07 25 | | DOBBS00002408 | DOBBS00002410 | Clingman 038 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0416 | 2019 10 15 | | DOBBS00001582 | DOBBS00001582 | Clingman 039 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0417 | | Native Excel document | | | Clingman 040 | Clingman, Darrell M | 2020 08 19 | 402/403; 602; 802; 901 |
| X0418 | | Audio BIZ linecard and territory | | | Mickel 001 | Mickel, Beth | 2020 09 23 | 401; 402/403; 602; 802; 901 |
| X0419 | 2016 02 09 | Shure, Shure Debuts Microflex Advance Ceiling and Table Array Microphones | | | Mickel 002 | Mickel, Beth | 2020 09 23 | 402/403; 602; 802; 901 |
| X0420 | 2019 02 04 | ClearOne press release: ClearOne Debuts Patent Ceiling Tile Beamforming Mic Array with a Superior Architecture for Reduced Complexity and Cost: Built in acoustic echo cancellation, noise cancellation, and beam selection eliminate the need for per-beam processing in a DSP mixer - requiring fewer DSP mixer resources | | | Mickel 003 | Mickel, Beth | 2020 09 23 | Technical Issue |
| X0421 | 2016 01 00 | Shure, Microflex Advance: The Invisible Audio Solution for AV Conferencing | | | Mickel 004 | Mickel, Beth | 2020 09 23 | 402/403; 602; 802; 901; Technical Issue |
| X0422 | 2019 12 05 | | AUDIOBIZ_000096 | AUDIOBIZ_000099 | Mickel 024 | Mickel, Beth | 2020 09 23 | 402/403; 602; 802; 901 |
| X0423 | | ClearOne Beamforming Microphone Array Data Sheet | | | Mickel 032 | Mickel, Beth | 2020 09 23 | 401; 402/403; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0424 | 2013 04 29 | ███████ | CLRONE-00339754 | CLRONE-00339756 | Christensen 002 | Christensen, Clifton | 2020 10 07 | 401; 402/403 |
| X0425 | | ClearOne BMA CT fact sheet | | | Christensen 003 | Christensen, Clifton | 2020 10 07 | Cumulative |
| X0426 | 2018 07 31 | Exhibit 16 - ██████████████ | | | Christensen 004 | Christensen, Clifton | 2020 10 07 | 402/403 |
| X0427 | | Document Change Request (DCR) - Produced in Native Format | CLRONE-00640843 | CLRONE-00640843 | Christensen 005 | Christensen, Clifton | 2020 10 07 | 402/403 |
| X0428 | | Document Change Request (DCR) - Produced in Native Format | CLRONE-00737594 | CLRONE-00737594 | Christensen 006 | Christensen, Clifton | 2020 10 07 | 402/403 |
| X0429 | | Exhibit 4 to the Declaration of Paul Hatch in Support of Plaintiffs' Motion for Preliminary Injunction | | | Christensen 007 | Christensen, Clifton | 2020 10 07 | 402/403; 602; 802; 901; Inadmissible expert report |
| X0430 | 2017 04 18 | U S Patent No D784,299 S (Cho et al ), Array Microphone Assembly | | | Christensen 009 | Christensen, Clifton | 2020 10 07 | 402/403; Cumulative; Technical Issue |
| X0431 | 2019 11 05 | U S Patent No D865,723 S (Cho et al ), Array Microphone Assembly | | | Christensen 010 | Christensen, Clifton | 2020 10 07 | Cumulative; Technical Issue |
| X0432 | 2019 00 00 | ClearOne Concise Catalog AV Solutions & Cloud Collaboration Services 2019 | | | Hakimoglu1-1343 001 | Hakimoglu, Zee | 2020 10 08 | Technical Issue |
| X0433 | | ClearOne Beamforming Microphone Array Data Sheet | | | Hakimoglu1-1343 002 | Hakimoglu, Zee | 2020 10 08 | 401; 402/403; Cumulative; Technical Issue |
| X0434 | 2020 03 30 | SEC Form 10-K for ClearOne, 2019 | | | Hakimoglu1-1343 003 | Hakimoglu, Zee | 2020 10 08 | 402/403 |
| X0435 | 2020 05 22 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (Nos  4, 5, 6, 12), Case No  19-1343 (D  Del ) | | | Hakimoglu1-1343 004 | Hakimoglu, Zee | 2020 10 08 | 402/403; 602; 901 |
| X0436 | 2018 09 21 | | CLRONE-00573552 | CLRONE-00573552 | Hakimoglu1-1343 005 | Hakimoglu, Zee | 2020 10 08 | |
| X0437 | 2018 10 01 | ██████████████ | CLRONEDE-00040526 | CLRONEDE-00040526 | Hakimoglu1-1343 006 | Hakimoglu, Zee | 2020 10 08 | |
| X0438 | 2020 07 14 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Second Set of Interrogatories (Nos  16 & 17), Case No  19-1343 (D  Del ) | | | Hakimoglu1-1343 007 | Hakimoglu, Zee | 2020 10 08 | 402/403; 602; 901 |
| X0439 | | 4 Photographs | CLRONEDE-00047566 | CLRONEDE-00047569 | Hakimoglu1-1343 009 | Hakimoglu, Zee | 2020 10 08 | 402/403; Technical Issue |
| X0440 | | Engineering Deliverable - Weekly Progress Tracking - September 29, 2020 | | | Hakimoglu1-1343 010 | Hakimoglu, Zee | 2020 10 08 | 402/403 |
| X0441 | 2019 03 18 | | CLRONE-00724740 | CLRONE-00724742 | Hakimoglu1-1343 012 | Hakimoglu, Zee | 2020 10 08 | 402/403; 701; 802 |
| X0442 | 2017 04 27 | ██████████████ | CLRONE-00289454 | CLRONE-00289455 | Hakimoglu1-1343 013 | Hakimoglu, Zee | 2020 10 08 | 402/403 |
| X0443 | 2017 07 07 | ██████████████ | CLRONEDE-00003518 | CLRONEDE-00003522 | Hakimoglu1-1343 014 | Hakimoglu, Zee | 2020 10 08 | 402/403; 802 |
| X0444 | 2019 04 11 | ██████████████ | CLRONEDE-00008087 | CLRONEDE-00008090 | Hakimoglu1-1343 015 | Hakimoglu, Zee | 2020 10 08 | 401; 402/403; 802; Cumulative |
| X0445 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00009367 | CLRONEDE-00009367 | Hakimoglu1-1343 016 | Hakimoglu, Zee | 2020 10 08 | 401; 402/403; Cumulative |
| X0446 | | Linkedin Post regarding ClearOne and Shure | | | Hakimoglu1-1343 017 | Hakimoglu, Zee | 2020 10 08 | 401; 402/403; 602; 802; 901; Technical Issue |
| X0447 | 2015 03 10 | ██████████████ | CLRONE-00357655 | CLRONE-00357655 | Hakimoglu1-1343 018 | Hakimoglu, Zee | 2020 10 08 | 106; 401; 402/403 |
| X0448 | 2018 08 09 | ██████████████ | CLRONE-00648749 | CLRONE-00648752 | Hakimoglu1-1343 019 | Hakimoglu, Zee | 2020 10 08 | 401; 402/403; 701; 802 |
| X0449 | 2019 02 04 | ██████████████ | CLRONEDE-00011404 | CLRONEDE-00011405 | Ambion 001 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0450 | 2019 02 28 | ██████████████ | CLRONEDE-00011494 | CLRONEDE-00011496 | Ambion 002 | Ambion, Jason | 2020 10 27 | 402/403 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0451 | 2019 04 02 | | CLRONEDE-00015821 | CLRONEDE-00015823 | Ambion 003 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0452 | 2019 05 30 | | CLRONEDE-00011556 | CLRONEDE-00011558 | Ambion 004 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0453 | | Excel spreadsheet of weekly MC & UC IT Channel Distribution Daily Visits Reports | CLRONEDE-00013757 | CLRONEDE-00013757 | Ambion 005 | Ambion, Jason | 2020 10 27 | 402/403 |
| X0454 | 2019 06 30 | | CLRONEDE-00013907 | CLRONEDE-00013911 | Ambion 006 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0455 | 2019 08 05 | | CLRONEDE-00013509 | CLRONEDE-00013509 | Ambion 007 | Ambion, Jason | 2020 10 27 | 402/403 |
| X0456 | 2019 08 06 | | CLRONEDE-00013934 | CLRONEDE-00013934 | Ambion 008 | Ambion, Jason | 2020 10 27 | 402/403 |
| X0457 | 2019 08 29 | | CLRONEDE-00002792 | CLRONEDE-00002793 | Ambion 009 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0458 | 2019 09 20 | | CLRONEDE-00025602 | CLRONEDE-00025603 | Ambion 010 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0459 | 2019 09 23 | | CLRONEDE-00013403 | CLRONEDE-00013410 | Ambion 011 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0460 | | Excel spreadsheet of weekly MC & UC IT Channel Distribution Daily Visits Reports | CLRONEDE-00014027 | CLRONEDE-00014027 | Ambion 012 | Ambion, Jason | 2020 10 27 | 402/403 |
| X0461 | 2020 03 11 | | CLRONEDE-00013774 | CLRONEDE-00013775 | Ambion 013 | Ambion, Jason | 2020 10 27 | 401; 402/403 |
| X0462 | | Web page of Pro Tech Marketing | | | Tunnell 001 | Tunnell, Shane M | 2020 11 10 | 401; 402/403; 602; 802; 901 |
| X0463 | 2016 02 09 | Shure, Shure Debuts Microflex Advance Ceiling and Table Array Microphones | | | Tunnell 002 | Tunnell, Shane M | 2020 11 10 | 402/403; 602; 802; 901; Technical Issue |
| X0464 | 2019 12 17 | | PROTECH002231 | PROTECH002234 | Tunnell 004 | Tunnell, Shane M | 2020 11 10 | 402/403; 602; 802; 901 |
| X0465 | 2019 09 03 | | SHURE943691 | SHURE943692 | Valley 027 | Valley, Timothy | 2020 11 17 | 401; 402/403; 602; 802; 901 |
| X0466 | 2020 01 16 | | SHURE940813 | SHURE940813 | Valley 051 | Valley, Timothy | 2020 11 17 | 402/403; 802 |
| X0467 | | Photograph of ceiling tile | CLRONEDE-00048218 | CLRONEDE-00048218 | Graham2-1343 004 | Graham, Derek | 2020 11 19 | Technical Issue |
| X0468 | | Photograph of ceiling tile pattern | CLRONEDE-00047984 | CLRONEDE-00047984 | Graham2-1343 005 | Graham, Derek | 2020 11 19 | 402/403; 602; 901; Technical Issue |
| X0469 | | Photograph of ceiling tile pattern | CLRONEDE-00047988 | CLRONEDE-00047988 | Graham2-1343 006 | Graham, Derek | 2020 11 19 | 402/403; 602; 901; Cumulative; Technical Issue |
| X0470 | | Exhibits 16 through 30 | | | Graham2-1343 007 | Graham, Derek | 2020 11 19 | 402/403; Cumulative |
| X0471 | | ClearOne BMA CT fact sheet | | | Hakimoglu2-1343 001 | Hakimoglu, Zee | 2020 11 19 | Cumulative |
| X0472 | | ClearOne BMA 360 fact sheet | | | Hakimoglu2-1343 002 | Hakimoglu, Zee | 2020 11 19 | |
| X0473 | 2019 02 20 | ClearOne Organizational Charts | CLRONE-00561399 | CLRONE-00561410 | Hakimoglu2-1343 003 | Hakimoglu, Zee | 2020 11 19 | 401; 402/403 |
| X0474 | 2019 08 29 | Exhibit 2 of ClearOne's amended answer and counterclaims - Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | | | Hakimoglu2-1343 004 | Hakimoglu, Zee | 2020 11 19 | 401; 402/403 |
| X0475 | 2019 09 17 | | CLRONEDE-00016094 | CLRONEDE-00016097 | Hakimoglu2-1343 005 | Hakimoglu, Zee | 2020 11 19 | 106; 402/403; 702; 802 |
| X0476 | 2019 12 16 | | SHURE864044 | SHURE864047 | DiFalco 024 | DiFalco, Joseph | 2020 11 20 | 401; 402/403; 602; 701; 802; 901 |
| X0477 | 2019 12 18 | | SHURE864048 | SHURE864048 | DiFalco 025 | DiFalco, Joseph | 2020 11 20 | 401; 402/403; 602; 802; 901 |
| X0478 | 2019 08 29 | | SHURE943692 | SHURE943692 | DiFalco 035 | DiFalco, Joseph | 2020 11 20 | 401; 402/403 |
| X0479 | | ClearOne Beamforming Microphone Array Data Sheet | | | Narayanan-1343 001 | Narayanan, Narsi | 2020 11 23 | 401; 402/403; Cumulative |
| X0480 | 2019 08 29 | Letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00002794 | CLRONEDE-00002794 | Narayanan-1343 002 | Narayanan, Narsi | 2020 11 23 | 401; 402/403 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0481 | 2019 08 29 | ▉ | CLRONEDE-00002792 | CLRONEDE-00002793 | Narayanan-1343 003 | Narayanan, Narsi | 2020 11 23 | 401; 402/403 |
| X0482 | | Excel spreadsheet | CLRONEDE-00871577 | CLRONEDE-00871577 | Narayanan-1343 004 | Narayanan, Narsi | 2020 11 23 | 402/403; Demonstrative |
| X0483 | | Excel spreadsheet | CLRONEDE-00096663 | CLRONEDE-00096663 | Narayanan-1343 005 | Narayanan, Narsi | 2020 11 23 | 402/403; Demonstrative |
| X0484 | | Document Produced Nativley slipsheet referring to Exhibit 5 | CLRONEDE-00009663 | CLRONEDE-00009663 | Narayanan-1343 006 | Narayanan, Narsi | 2020 11 23 | 401; 402/403; Demonstrative |
| X0485 | | Versa Pro CT from inception through 2020-01 Excel spreadsheet | | | Narayanan-1343 007 | Narayanan, Narsi | 2020 11 23 | 402/403; Demonstrative |
| X0486 | 2020 10 26 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc 's Objections to Defendant ClearOne, Inc 's Notice of 30(b)(6) Video Deposition of Shure Incorporated | | | Schanz2 001 | Schanz, James | 2020 11 23 | 402/403; 602; 802; 901 |
| X0487 | 2020 04 22 | Declaration of James Schanz, Case No  1:17-cv-03078 (N D  Ill ) | | | Schanz2 002 | Schanz, James | 2020 11 23 | 402/403; 602; 802; 901 |
| X0488 | 2019 11 19 | Second Amended Complaint, Case No  19-1343 (D  Del ) | | | Schanz2 004 | Schanz, James | 2020 11 23 | 802 |
| X0489 | 2019 01 23 | Shure Organizational Charts | SHURE780802 | SHURE780860 | Schanz2 005 | Schanz, James | 2020 11 23 | 402/403; 602; 802; 901 |
| X0490 | 2019 08 29 | ▉ | SHURE943692 | SHURE943692 | Schanz2 014 | Schanz, James | 2020 11 23 | 401; 402/403; Cumulative |
| X0491 | 2017 04 18 | U S  Patent No  D784,299 S (Cho et al ), Array Microphone Assembly | | | Miller 010 | Miller, John | 2020 12 01 | 402/403; Cumulative; Technical Issue |
| X0492 | | Instructions for FyreWrap Fire Protection Wrap System Installation, Installing the Array Microphone, Ceiling Installation (MXA910W-A) | SHURE947521 | SHURE947522 | Smith 023 | Smith, Kevin | 2020 12 02 | 402/403; 602; 802; 901 |
| X0493 | 2019 12 05 | ▉ | SHURE947567 | SHURE947568 | Smith 024 | Smith, Kevin | 2020 12 02 | 402/403; 602; 802; 901 |
| X0494 | 2020 02 17 | ▉ | SHURE939893 | SHURE939893 | Smith 032 | Smith, Kevin | 2020 12 02 | 402/403; 602; 802; 901 |
| X0495 | 2019 08 29 | Memorandum from N  Narayanan regarding Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | | | Smith 035 | Smith, Kevin | 2020 12 02 | 401; 402/403 |
| X0496 | 2019 11 05 | ▉ | SHURE944763 | SHURE944764 | Peden 004 | Peden, Todd Allen | 2020 12 07 | 402/403; 602; 802; 901 |
| X0497 | 2020 12 07 | Page Vault Reference and document entitled, "Tony (Stephen) Durham" LinkedIn Profile | | | Durham 002 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 602; 802; 901 |
| X0498 | 2020 12 07 | Page Vault Reference and document entitled, "Industry Partners / Vision Technologies" | | | Durham 003 | Durham, Stephen Anthony | 2020 12 08 | 401; 402/403; 602; 802; 901 |
| X0499 | 2017 11 14 | Page Vault Reference and document entitled, "ClearOne Appoints Tony Durham National Pro AV Consultant Liaison" | | | Durham 004 | Durham, Stephen Anthony | 2020 12 08 | 402/403 |
| X0600 | 2020 12 07 | Page Vault Reference and document entitled, "Facebook - Welcome to the Vision Team, Tony Durham" | | | Durham 005 | Durham, Stephen Anthony | 2020 12 08 | 401; 402/403; 602; 802; 901 |
| X0601 | 2018 03 12 | Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Durham 007 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 602; 802; 901 |
| X0602 | 2018 08 27 | Weekly Report - Pro Voice & AV Distribution Daily Visits Report | | | Durham 008 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 602; 802; 901 |
| X0603 | 2019 06 06 | Page Vault Reference and document entitled, "ClearOne to Offer Exclusive New BMA CT Product Briefing at InfoComm 2019" | | | Durham 014 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 602; 802; 901 |
| X0604 | 2019 04 26 | ▉ | CLRONE-00666527 | CLRONE-0666569 | Durham 015 | Durham, Stephen Anthony | 2020 12 08 | 402/403 |
| X0605 | 2019 09 10 | ▉ | CLRONE-00725029 | CLRONE-00725032 | Durham 017 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 602; 701; 802; 901; Cumulative |
| X0606 | 2019 08 29 | Letter from N  Narayanan regarding Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | | | Durham 018 | Durham, Stephen Anthony | 2020 12 08 | 401; 402/403; Cumulative |
| X0607 | 2019 10 21 | ▉ | CLRONE-00828862 | CLRONE-00828865 | Durham 023 | Durham, Stephen Anthony | 2020 12 08 | 402/403; 802 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0608 | 2018 04 25 | ███████ | CLRONE-00407386 | CLRONE-00407388 | Thurmond 002 | Thurmond, Edgar | 2020 12 08 | 401; 402/403 |
| X0609 | 2018 05 08 | ███████ | CLRONE-00553389 | CLRONE-00553390 | Thurmond 003 | Thurmond, Edgar | 2020 12 08 | 402/403; 701 |
| X0610 | 2018 05 02 | ███████ | CLRONE-00725379 | CLRONE-00725379 | Thurmond 004 | Thurmond, Edgar | 2020 12 08 | 402/403 |
| X0611 | 2018 06 02 | ███████ | CLRONE-00549504 | CLRONE-00549507 | Thurmond 005 | Thurmond, Edgar | 2020 12 08 | 402/403 |
| X0612 | 2018 05 15 | ███████ | CLRONE-00549649 | CLRONE-00549651 | Thurmond 007 | Thurmond, Edgar | 2020 12 08 | 402/403 |
| X0613 | 2018 04 24 | ClearOne Confidential 2018 Moab Preliminary Requirements | CLRONE-00728418 | CLRONE-00728418 | Thurmond 011 | Thurmond, Edgar | 2020 12 08 | 402/403 |
| X0614 | 2018 09 05 | ███████ | CLRONE-00582594 | CLRONE-00582595 | Thurmond 015 | Thurmond, Edgar | 2020 12 08 | 401; 402/403 |
| X0615 | | Diagram from patent of device | | | Thurmond 016 | Thurmond, Edgar | 2020 12 08 | 106; 401; 402/403 |
| X0616 | | Diagram | | | Thurmond 017 | Thurmond, Edgar | 2020 12 08 | 401; 402/403 |
| X0617 | 2017 04 05 | ███████ | CLRONE-00211808 | CLRONE-00211808 | Thurmond 023 | Thurmond, Edgar | 2020 12 08 | 401; 402/403 |
| X0618 | 2012 01 09 | ClearOne Ceiling Microphone Array Installation Manual | CLRONE-00342659 | CLRONE-00342678 | Thurmond 024 | Thurmond, Edgar | 2020 12 08 | 401; 402/403 |
| X0619 | 2009 12 07 | ███████ | CLRONE-00373180 | CLRONE-00373181 | Thurson 009 | Thurston, Darrin | 2020 12 09 | 401; 402/403 |
| X0620 | 2018 00 00 | Date sheet for BMA CT and BMA CTD, | CLRONE-00733761 | CLRONE-00733763 | Graham-2421 010 | Graham, Derek | 2020 12 11 | Cumulative |
| X0621 | 2020 12 08 | Page Vault Reference and document entitled, "ClearOne Announces New BMA 360 Beamforming Microphone Array Ceiling Tile - Setting Unrivaled Audio Performance Standard in the Industry" | | | Graham-2421 011 | Graham, Derek | 2020 12 11 | 602; 901 |
| X0622 | | Screenshot of YouTube Video titled, "BMA 360" | | | Graham-2421 012 | Graham, Derek | 2020 12 11 | 401; 402/403; 602; 901; 1002 |
| X0623 | | Article entitled, Xceed BMA | | | Waadevig3 017 | Waadevig, Paul | 2021 04 01 | 602; 901; Technical issue |
| X0624 | 2016 00 00 | ClearOne Beamforming Microphone Array Data Sheet | | | Waadevig3 020 | Waadevig, Paul | 2021 04 01 | 401; 402/403 |
| X0625 | 2016 00 00 | ███████ | SHURE413828 | SHURE413858 | Weinstein4 002 | Weinstein, Ira | 2021 04 05 | 402/403; 602; 702; 802; 901 |
| X0626 | 2019 00 00 | ███████ | CLRONEDE-00006619 | CLRONEDE-00006661 | Weinstein4 003 | Weinstein, Ira | 2021 04 05 | 402/403; 602; 702; 802; 901 |
| X0627 | 2019 10 25 | ███████ | CLRONEDE-00006616 | CLRONEDE-00006618 | Weinstein4 004 | Weinstein, Ira | 2021 04 05 | 402/403; 602; 702; 802; 901 |
| X0628 | 2018 00 00 | Competitive Overview ISE 2018 - Global Marketing | SHURE707069 | SHURE707087 | Weinstein4 005 | Weinstein, Ira | 2021 04 05 | 402/403; 602; 702; 802; 901 |
| X0629 | 2017 07 18 | ███████ | CLRONE-00413006 | CLRONE-00413020 | Weinstein4 006 | Weinstein, Ira | 2021 04 05 | 402/403; 802 |
| X0630 | 2019 01 28 | Email from ClearOne News regarding ClearOne Shure Patent Case Win Media Coverage | CLRONEDE-00004501 | CLRONEDE-00004501 | Weinstein4 007 | Weinstein, Ira | 2021 04 05 | 401; 402/403 |
| X0631 | 2021 04 04 | Article entitled, ClearOne Wins Patent Case Against Shure for Beamforming Technology - Commercial Integrator | | | Weinstein4 008 | Weinstein, Ira | 2021 04 05 | 401; 402/403; 602; 802; 901; Technical issue |
| X0632 | 2019 08 06 | ███████ | BENCSIK_000087 | BENCSIK_000088 | Weinstein4 018 | Weinstein, Ira | 2021 04 05 | 402/403; 602; 802; 901 |
| X0633 | | Table 10: Internal Components of the MXA910 and BMA 360 - Annotated Shure MXA910 from P Hatch Opening Expert Report | | | Hatch 014 | Hatch, Paul | 2021 04 06 | 401; 402/403; 602; 901; Demonstrative; Inadmissible expert report |
| X0634 | | Annotated ClearOne BMA 360 from P Hatch's Opening Expert Report | | | Hatch 015 | Hatch, Paul | 2021 04 06 | 401; 402/403; 602; 901; Demonstrative; Inadmissible expert report |
| X0635 | 2014 08 05 | ███████ | SHUREDDEL00141399 | SHUREDDEL00141418 | Hatch 017 | Hatch, Paul | 2021 04 06 | 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0636 | 2019 01 28 | Email from ClearOne News (news@clearone com) regarding ClearOne Shure Patent Case Win Media Coverage | CLRONEDE-00004501 | CLRONEDE-00004501 | Vander Veen 004 | Vander Veen, Thomas | 2021 04 07 | 401; 402/403 |
| X0637 | 2019 12 31 | ClearOne's 10-K Form from U S  Securities and Exchange Commission for the year ending December 31, 2019 | | | Rowe 003 | Rowe, Julia | 2021 04 09 | 402/403 |
| X0638 | 2021 01 26 | Tabs 3-9 to the Expert Report of Thomas D  Vander Veen, Ph  D | | | | | | 402/403; 702; 703 (improper bases for expert testimony); Inadmissible expert report |
| X0639 | 2021 02 22 | Tabs 1-3 to the Rebuttal Expert Report of Thomas D  Vander Veen, Ph  D | | | | | | 402/403; 602; 802; 901; Inadmissible expert report |
| X0640 | 2021 03 22 | Appendix A and Exhibit A to the Expert Reply Report of Paul Hatch | | | | | | 402/403; 602; 802; 901; Inadmissible expert report |
| X0641 | | Physical Exhibit Product Model BiAmp Parle | Physical Exhibit | | | | | Physical Evaluation Required |
| X0642 | | Physical Exhibit Product Model BiAmp Parle - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0643 | | Physical Exhibit Product Model Sennheiser | Physical Exhibit | | | | | Physical Evaluation Required |
| X0644 | | Physical Exhibit Product Model Sennheiser - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0645 | | Physical Exhibit Product Model MXA 910 60cm | Physical Exhibit | | | | | Physical Evaluation Required |
| X0646 | | Physical Exhibit Product Model MXA 910 60cm - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0647 | | Physical Exhibit Product Model BMA 360 | Physical Exhibit | | | | | Physical Evaluation Required |
| X0648 | | Physical Exhibit Product Model BMA 360 - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0649 | | Physical Exhibit Product Model Stem Audio | Physical Exhibit | | | | | Physical Evaluation Required |
| X0650 | | Physical Exhibit Product Model Stem Audio - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0651 | | Physical Exhibit Product Model MXA 910 US | Physical Exhibit | | | | | Physical Evaluation Required |
| X0652 | | Physical Exhibit Product Model MXA 910 US - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0653 | | Physical Exhibit Product Model BMA CT (24") | Physical Exhibit | | | | | Physical Evaluation Required |
| X0654 | | Physical Exhibit Product Model BMA CT (24") - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0655 | | Physical Exhibit Product Model MXA 910 W | Physical Exhibit | | | | | Physical Evaluation Required |
| X0656 | | Physical Exhibit Product Model MXA 910 W - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0657 | | Physical Exhibit Product Model Yamaha | Physical Exhibit | | | | | Physical Evaluation Required |
| X0658 | | Physical Exhibit Product Model Yamaha - packaging | Physical Exhibit | | | | | Physical Evaluation Required |
| X0659 | 2020 03 26 | ███████████████████ | AUDIOBIZ_000778 | AUDIOBIZ_000778 | | | | 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0660 | 2020 03 11 | Declaration of Ted Collier with Exhibits 1-2, Case No  19-1343 (D  Del ) | AVEX_000026 | AVEX_000033 | | | | 402/403; 602; 802; 901 |
| X0661 | 2019 05 30 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | BENCSIK_000016 | BENCSIK_000017 | | | | 401; 402/403; 602; 901 |
| X0662 | 2019 06 04 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | BENCSIK_000026 | BENCSIK_000026 | | | | 401; 402/403; 602; 901 |
| X0663 | 2019 08 06 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>Microphone | BENCSIK_000087 | BENCSIK_000088 | | | | 402/403; 602; 802; 901 |
| X0664 | 2019 01 25 | ▉▉▉▉▉▉▉ | BENCSIK_000112 | BENCSIK_000114 | | | | 401; 402/403; 602; 901 |
| X0665 | 2019 08 12 | ▉▉▉▉▉▉▉▉▉▉ | CCS_000044 | CCS_000045 | | | | 402/403; 602; 802; 901 |
| X0666 | 2013 07 00 | ClearOne White Paper, Advanced Beamforming Microphone Array Technology for Corporate Conferencing Systems | CLRONE-00000233 | CLRONE-00000242 | | | | 402/403 |
| X0667 | 2017 00 00 | ClearOne Beamforming Microphone Array 2 data sheet | CLRONE-00000249 | CLRONE-00000251 | | | | 401; 402/403; Cumulative |
| X0668 | 2016 09 09 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00132302 | CLRONE-00132307 | | | | 402/403; 802 |
| X0669 | 2015 11 04 | ▉▉▉▉ | CLRONE-00138158 | CLRONE-00138159 | | | | 401; 402/403 |
| X0670 | 2017 02 17 | Exhibit D - Competitive Manufacturers, Effective 2017-02-17 | CLRONE-00154573 | CLRONE-00154573 | | | | 402/403; 602; 701; 802 |
| X0671 | 2017 04 27 | Email from Z  Hakimoglu to E  Wolffe re ClearOne patent lawsuit news | CLRONE-00289454 | CLRONE-00289455 | | | | 402/403 |
| X0672 | 2015 09 00 | Frost & Sullivan presentation, Changing Landscape in Audio Conferencing Endpoints Market: Need for Smarter Work Environments Drives Demand for High-Quality Audio Conferencing Endpoints | CLRONE-00339906 | CLRONE-00339939 | | | | 402/403 |
| X0673 | 2017 07 18 | ▉▉▉▉ | CLRONE-00413006 | CLRONE-00413020 | | | | 402/403; 802 |
| X0674 | 2018 04 04 | Exhibit D - Competitive Manufacturers, Effective 2018-04-04 | CLRONE-00597647 | CLRONE-00597647 | | | | 402/403; 602; 702 |
| X0675 | 2019 03 00 | ClearOne presentation, BMA CT: Beamforming Microphone Array Ceiling Tile | CLRONE-00659320 | CLRONE-00659348 | | | | 402/403; 802 |
| X0676 | 2019 02 04 | ClearOne press release, ClearOne Debuts Patented Ceiling Tile Beamforming Mic Array with a Superior Architecture for Reduced Complexity and Cost | CLRONE-00665753 | CLRONE-00665755 | | | | |
| X0677 | 2014 04 18 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00808302 | CLRONE-00808303 | | | | 402/403; 602; 702 |
| X0678 | 2016 06 26 | ClearOne Product Portfolio and Market Opportunity | CLRONE-00818269 | CLRONE-00818270 | | | | 402/403; 602 |
| X0679 | 2019 05 29 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00832187 | CLRONE-00832195 | | | | 401; 402/403 |
| X0680 | 2017 09 00 | Frost & Sullivan presentation, Global Audio Conferencing Endpoints Market, Forecast to 2021: The Huddle Room Era Provides Growth Opportunities for Tabletop Audio Conferencing Endpoints | CLRONE-00839745 | CLRONE-00839788 | | | | 402/403; 602; 802 |
| X0681 | 2019 09 16 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00882500 | CLRONE-00882503 | | | | 402/403 |
| X0682 | 2019 08 08 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00882504 | CLRONE-00882514 | | | | 402/403; 802 |
| X0683 | 2019 04 29 | ▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00882524 | CLRONE-00882526 | | | | 402/403 |
| X0684 | 2019 09 05 | ▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00882632 | CLRONE-00882634 | | | | 401; 402/403 |
| X0685 | 2019 09 23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉ | CLRONE-00882703 | CLRONE-00882703 | | | | 401; 402/403 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0686 | 2019 10 22 | ███████████ | CLRONE-00882814 | CLRONE-00882814 | | | | 401; 402/403 |
| X0687 | 2019 09 04 | ███████████ | CLRONE-00882917 | CLRONE-00882918 | | | | 402/403; 802; Cumulative |
| X0688 | 2019 09 04 | ███████████ | CLRONE-00882919 | CLRONE-00882922 | | | | 402/403; 802; Cumulative |
| X0689 | 2019 09 04 | ███████████ | CLRONE-00882923 | CLRONE-00882928 | | | | 402/403; 802 |
| X0690 | 2019 09 04 | ███████████ | CLRONE-00882933 | CLRONE-00882934 | | | | 402/403; 802 |
| X0691 | 2019 09 10 | ███████████ | CLRONE-00882985 | CLRONE-00882987 | | | | 402/403; 602; 802 |
| X0692 | 2019 10 21 | ███████████ | CLRONE-00883103 | CLRONE-00883105 | | | | 402/403 |
| X0693 | 2019 10 22 | ███████████ | CLRONE-00883106 | CLRONE-00883110 | | | | 402/403; 802; Cumulative |
| X0694 | 2019 10 14 | ███████████ | CLRONE-00883179 | CLRONE-00883179 | | | | 401; 402/403 |
| X0695 | 2019 10 21 | ███████████ | CLRONE-00883260 | CLRONE-00883263 | | | | 402/403; 802; Cumulative |
| X0696 | 2019 08 06 | ███████████ | CLRONEDE-00000230 | CLRONEDE-00000230 | | | | 402/403 |
| X0697 | 2020 02 04 | ███████████ | CLRONEDE-00000494 | CLRONEDE-00000495 | | | | |
| X0698 | 2019 01 28 | Email from Clearone News re ClearOne Shure Patent Case Win Media Coverage | CLRONEDE-00004501 | CLRONEDE-00004501 | | | | 402/403 |
| X0699 | 2019 02 25 | ███████████ | CLRONEDE-00004614 | CLRONEDE-00004614 | | | | 402/403; 802; Cumulative |
| X0800 | 2019 04 12 | ███████████ | CLRONEDE-00004778 | CLRONEDE-00004781 | | | | 402/403; 802 |
| X0801 | 2019 03 16 | ███████████ | CLRONEDE-00005769 | CLRONEDE-00005770 | | | | 401; 402/403 |
| X0802 | 2019 00 00 | Futuresource Consulting, Dedicated Audio Conferencing Hardware Market Assesment | CLRONEDE-00006619 | CLRONEDE-00006661 | | | | 402/403; 602; 802 |
| X0803 | | ClearOne Connections Tour | CLRONEDE-00008749 | CLRONEDE-00008749 | | | | 401; 402/403; Cumulative |
| X0804 | | Declaration of Steven Athaide (unexecuted), Case No  19-1343 (D  Del ) | CLRONEDE-00009486 | CLRONEDE-00009490 | | | | 401; 402/403; 602; 802; 901; 1002 |
| X0805 | | Declaration of John Scruggs with Exhibits A-B (unexecuted), Case No  19-1343 (D  Del ) | CLRONEDE-00009492 | CLRONEDE-00009500 | | | | 401; 402/403; 602; 802; 901; 1002 |
| X0806 | 2019 02 04 | ███████████ | CLRONEDE-00011404 | CLRONEDE-00011405 | | | | 401; 402/403 |
| X0807 | 2019 02 28 | ███████████ | CLRONEDE-00011494 | CLRONEDE-00011496 | | | | 401; 402/403; Cumulative |
| X0808 | 2019 05 30 | ███████████ | CLRONEDE-00011556 | CLRONEDE-00011558 | | | | 401; 402/403; Cumulative |
| X0809 | 2019 08 05 | ███████████ | CLRONEDE-00013509 | CLRONEDE-00013509 | | | | 401; 402/403 |
| X0810 | 2020 03 11 | ███████████ | CLRONEDE-00013774 | CLRONEDE-00013775 | | | | 401; 402/403; Cumulative |
| X0811 | 2019 06 30 | ███████████ | CLRONEDE-00013907 | CLRONEDE-00013911 | | | | 401; 402/403 |
| X0812 | 2019 08 06 | ███████████ | CLRONEDE-00013934 | CLRONEDE-00013934 | | | | 401; 402/403; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0813 | 2020 01 13 | ███████████████████ | CLRONEDE-00015739 | CLRONEDE-00015741 | | | | 401; 402/403 |
| X0814 | 2019 04 02 | ███████████████████████████ | CLRONEDE-00015821 | CLRONEDE-00015823 | | | | 401; 402/403; Cumulative |
| X0815 | 2019 08 29 | ClearOne letter from N  Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00036642 | CLRONEDE-00036642 | | | | 401; 402/403; Cumulative |
| X0816 | | Griffin360 chart regarding ClearOne Placements and Distributions | CLRONEDE-00037395 | CLRONEDE-00037397 | | | | 401; 402/403; 802 |
| X0817 | 2019 09 06 | Email from E  Cornell to J  Budzinski re Preliminary Injunction - SHURE MX910x | CLRONEDE-00038192 | CLRONEDE-00038193 | | | | 402/403; 802 |
| X0818 | | Presentation on ClearOne Professional Microphones BMA 360 | CLRONEDE-00047741 | CLRONEDE-00047771 | | | | 402/403 |
| X0819 | 2018 00 00 | ██████████████████ | CQUENCE_000625 | CQUENCE_000688 | | | | 401; 402/403; 602; 802; 901 |
| X0820 | 2019 09 18 | ████████████████████ | DEB-00001159 | DEB-00001162 | | | | 402/403; 602; 802; 901 |
| X0821 | 2019 08 12 | ████████████████████████ | DOBBS00000026 | DOBBS00000026 | | | | 402/403; 602; 802; 901; Cumulative |
| X0822 | 2019 09 13 | ██████████████████ | DOBBS00000033 | DOBBS00000033 | | | | 402/403; 602; 802; 901; Cumulative |
| X0823 | 2019 08 06 | ██████████████████████ | DOBBS00000061 | DOBBS00000062 | | | | 402/403; 602; 802; 901; Cumulative |
| X0824 | 2019 08 15 | ██████████████████████ | DOBBS00002371 | DOBBS00002371 | | | | 402/403; 602; 802; 901; Cumulative |
| X0825 | 2019 08 12 | ████████████████████████████ | EPAAV_000047 | EPAAV_000047 | | | | 402/403; 602; 802; 901; Cumulative |
| X0826 | 2019 11 05 | █████████████████████████████████ | EPAAV_000061 | EPAAV_000065 | | | | |
| X0827 | 2019 05 17 | ██████████████████ | HIGHWAY_0020 | HIGHWAY_0020 | | | | 401; 402/403; 602; 802; 901 |
| X0828 | 2019 02 21 | █████████████████ | HWPCO000074 | HWPCO000075 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X0829 | 2019 03 11 | ███████████████████ | HWPCO000077 | HWPCO000077 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X0830 | 2019 08 09 | ████████████████████ | HWPCO000145 | HWPCO000149 | | | | 401; 402/403; 602; 802; 901 |
| X0831 | 2019 09 04 | ███████████████████████ | HWPCO000160 | HWPCO000161 | | | | 401; 402/403; 602; 802; 901 |
| X0832 | 2019 10 09 | █████ | MCFADDEN000451 | MCFADDEN000452 | | | | 402/403; 602; 802; 901 |
| X0833 | 2018 03 06 | ████████████████ | MCFADDEN000925 | MCFADDEN000925 | | | | 402/403; 602; 802; 901 |
| X0834 | 2016 08 03 | █████████████████████████████ | NETFLIX_000560 | NETFLIX_000561 | | | | 402/403; 602; 802; 901 |
| X0835 | 2016 08 23 | ████████████████ | NETFLIX_000613 | NETFLIX_000614 | | | | 402/403; 602; 802; 901 |
| X0836 | 2020 06 09 | █████████████████ | PROTECH001036 | PROTECH001040 | | | | 402/403; 602; 802; 901 |
| X0837 | 2014 03 00 | ████████████████████████████████ | SHURE000597 | SHURE000675 | | | | 402/403; 602; 802; 901 |
| X0838 | 2016 00 00 | Illuminas, 2016 United States Audio/Video Conferencing Study with C-level IT Decision-Makers, Comprehensive Report | SHURE244551 | SHURE244583 | | | | 402/403; 602; 702; 802; 901; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0839 | | Sennheiser, SL Ceiling Mic product Specification | SHURE250900 | SHURE250902 | | | | 402/403; 602; 802; 901 |
| X0840 | 2016 08 08 | Email from L. Sherwood to J. Ahlborn et al  and Formula Shure re Press Release Distributed: Shure Microflex Advance Microphones Are Now Shipping | SHURE635153 | SHURE635155 | | | | 402/403; 602; 802; 901 |
| X0841 | 2018 00 00 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHURE707069 | SHURE707087 | | | | 402/403; 602; 802; 901 |
| X0842 | | SEC Form 10-K for ClearOne, for fiscal year ending December 31, 2019 | SHURE778539 | SHURE778638 | | | | 402/403 |
| X0843 | | Shure ceiling tile picture | SHURE779672 | SHURE779672 | | | | 106; 402/403; 602; 802; 901 |
| X0844 | 2019 09 13 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHURE960809 | SHURE960809 | | | | 402/403; 602; 802; 901 |
| X0845 | 2019 10 29 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00014142 | SHUREDDEL00014145 | | | | 402/403; 602; 802; 901 |
| X0846 | 2019 03 00 | ▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00036177 | SHUREDDEL00036277 | | | | 402/403; 602; 802; 901; Technical issue |
| X0847 | 2019 08 09 | ▓▓▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00040045 | SHUREDDEL00040051 | | | | 402/403; 602; 802; 901 |
| X0848 | 2020 00 00 | Shure, Premium Audio for AV Conferencing: Microflex Advance | SHUREDDEL00052000 | SHUREDDEL00052014 | | | | 402/403; 602; 802; 901 |
| X0849 | 2020 00 00 | Shure, MXA910, MXA910-60CM, MXA910W-A, MXA910W-US Ceiling Array Microphone user guide | SHUREDDEL00052016 | SHUREDDEL00052077 | | | | 402/403; 602; 802; 901 |
| X0850 | | Notice stating that due to a preliminary finding by a federal court, Shure is only authorized to ship its 60 cm model of MXA910 for the time being | SHUREDDEL00093811 | SHUREDDEL00093812 | | | | 402/403; 602; 802; 901 |
| X0851 | 2020 11 00 | Sennheiser, TeamConnect Ceiling 2 Instruction manual | SHUREDDEL00124943 | SHUREDDEL00124960 | | | | 401; 402/403; 602; 802; 901 |
| X0852 | | Yamaha, ADECIA Ceiling Microphone Conference System | SHUREDDEL00125156 | SHUREDDEL00125161 | | | | 402/403; 602; 802; 901 |
| X0853 | 2020 05 26 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00127140 | SHUREDDEL00127141 | | | | 402/403; 602; 802; 901 |
| X0854 | 2020 07 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓eiser | SHUREDDEL00129837 | SHUREDDEL00129839 | | | | 402/403; 602; 802; 901 |
| X0855 | 2020 07 15 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00137799 | SHUREDDEL00137799 | | | | 402/403; 602; 802; 901 |
| X0856 | 2020 11 13 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | SHUREDDEL00140687 | SHUREDDEL00140687 | | | | 402/403; 602; 802; 901; Technical issue |
| X0857 | 2020 00 00 | ClearOne Aura data sheet | SHUREDDEL00141478 | SHUREDDEL00141482 | | | | |
| X0858 | 2021 00 00 | ClearOne Aura data sheet | SHUREDDEL00141483 | SHUREDDEL00141486 | | | | |
| X0859 | 2021 00 00 | ClearOne Xceed BMA | SHUREDDEL00141487 | SHUREDDEL00141494 | | | | 901; Technical issue |
| X0860 | 2021 00 00 | ClearOne Xceed BMA | SHUREDDEL00141495 | SHUREDDEL00141504 | | | | 901; Technical issue |
| X0861 | 2021 00 00 | ClearOne Xceed BMA Room | SHUREDDEL00141505 | SHUREDDEL00141512 | | | | 901; Technical issue |
| X0862 | 2021 00 00 | ClearOne Xceed BMA Room | SHUREDDEL00141513 | SHUREDDEL00141525 | | | | 901; Technical issue |
| X0863 | 2020 07 24 | ▓▓▓▓▓▓▓▓▓▓▓ | SPLUNK_000005 | SPLUNK_000005 | | | | 401; 402/403; 602; 802; 901 |
| X0864 | 2020 02 26 | Declaration of Curtis Church, Case No  19-1343 (D  Del ) | STRATEGIC_000001 | STRATEGIC_000003 | | | | |
| X0865 | 2020 02 26 | Declaration of Richard Clark, Case No  19-1343 (D  Del ) | STRATEGIC_000009 | STRATEGIC_000011 | | | | |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0866 | 2020 06 17 | ███ | TEXADIA_004008 | TEXADIA_004008 | | | | 402/403; 602; 802; 901 |
| X0867 | 2020 10 07 | ███ | TEXASAM_017417 | TEXASAM_017420 | | | | 402/403; 602; 802; 901 |
| X0868 | 2019 02 00 | ███ | UNIFIED_006956 | UNIFIED_007018 | | | | 402/403; 602; 802; 901 |
| X0869 | 2019 03 26 | ███ | UNIFIED_008802 | UNIFIED_008802 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X0870 | 2019 00 00 | ███ | UNIFIED_010780 | UNIFIED_010831 | | | | 402/403; 602; 802; 901 |
| X0871 | 2019 02 05 | ███ | UNIFIED_012085 | UNIFIED_012087 | | | | 402/403; 602; 802; 901 |
| X0872 | 2019 01 28 | ███ | UNIFIED_013378 | UNIFIED_013379 | | | | 402/403; 602; 901 |
| X0873 | 2019 08 07 | ███ 910 | UNIFIED_014481 | UNIFIED_014482 | | | | 402/403; 602; 802; 901 |
| X0874 | 2019 00 00 | Clockaudio Products, Boundary | WEINSTEIN000128 | WEINSTEIN000129 | | | | 402/403; 602; 802; 901 |
| X0875 | 2017 04 00 | Logitech MeetUp data sheet | WEINSTEIN000133 | WEINSTEIN000134 | | | | 401; 402/403; 602; 802; 901 |
| X0876 | 2019 09 10 | Audinate, Dante Audio Networking Debuts at CEDIA 2019 | WEINSTEIN000140 | WEINSTEIN000141 | | | | 402/403; 602; 802; 901 |
| X0877 | 2019 02 27 | ClearOne, ClearOne Now Shipping CONVERGE Pro 2 48VTD DSP Mixer Featuring VoIP, Telco and Dante Interfaces | WEINSTEIN000154 | WEINSTEIN000156 | | | | 402/403 |
| X0878 | 2017 02 00 | Audinate, Dante Now Integrated in Over 1,000 Commercially Available Products | WEINSTEIN000345 | WEINSTEIN000346 | | | | 402/403; 602; 802; 901 |
| X0879 | 2019 00 00 | Biamp, Parle Beamtracking Microphones | WEINSTEIN000357 | WEINSTEIN000361 | | | | 402/403; 602; 802; 901 |
| X0880 | 2019 09 04 | Commercial Integrator, AVIXA Research: Pro AV Market in Americas to Reach $112B in 2024, Trail Asia-Pacific | WEINSTEIN000382 | WEINSTEIN000385 | | | | 402/403; 602; 702; 802; 901 |
| X0881 | 2019 00 00 | Nureva HDL300 system, Advanced audio conferencing for mid-size rooms | WEINSTEIN000419 | WEINSTEIN000424 | | | | 402/403; 602; 802; 901 |
| X0882 | 2019 03 01 | Reuters Plus, Global Pro Audio Equipment Market Size, Share, Trends and Analysis by Leading Brands, Equipment Types, Demand, Sales and Forecast 2024 | WEINSTEIN000446 | WEINSTEIN000449 | | | | 402/403; 602; 702; 802; 901 |
| X0883 | 2019 00 00 | Sennheiser, TeamConnect Ceiling 2 Ceiling microphon | WEINSTEIN000585 | WEINSTEIN000591 | | | | 402/403; 602; 802; 901 |
| X0884 | | Sennheiser, TeamConnect Ceiling 2 Ceiling array microphone Product Specification (Preliminary) | WEINSTEIN000613 | WEINSTEIN000616 | | | | 402/403; 602; 802; 901 |
| X0885 | 2020 03 27 | Affidavit in Support of Service of Process by F  Schoenhofer | iVideo_000045 | iVideo_000046 | | | | |
| X0886 | 2020 03 27 | Affidavit in Support of Service of Process by T  Czyzak | iVideo_000049 | iVideo_000050 | | | | |
| X0887 | 2019 09 16 | ███ | CLRONE-00882500 | CLRONE-00882503 | | | | 402/403; 802 |
| X0888 | 2019 09 10 | ███ | CLRONE-00882985 | CLRONE-00882987 | | | | 402/403; 802; Cumulative |
| X0889 | 2019 10 21 | ███ | CLRONE-00883103 | CLRONE-00883105 | | | | 402/403; Cumulative |
| X0890 | 2019 10 22 | ███ | CLRONE-00883106 | CLRONE-00883110 | | | | 402/403; 802; Cumulative |
| X0891 | 2019 00 00 | Futuresource Consulting, Dedicated Audio Conferencing Hardware Market Assesment | CLRONEDE-00006619 | CLRONEDE-00006661 | | | | 402/403; 602; 802; 901; Cumulative |
| X0892 | | PCB Silkscreen Top and Bottom Overlay | CLRONEDE-00047726 | CLRONEDE-00047727 | | | | 401; 402/403; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X0893 | | Picture of ceiling tile design | CLRONEDE-00047984 | CLRONEDE-00047984 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X0894 | | Picture of ceiling tile design | CLRONEDE-00047988 | CLRONEDE-00047988 | | | | 401; 402/403; 602; 802; 901 |
| X0895 | 2019 09 18 | | DEB-00001159 | DEB-00001162 | | | | 402/403; 602; 802; 901 |
| X0896 | 2019 08 12 | | DOBBS00000026 | DOBBS00000026 | | | | 402/403; 602; 802; 901; Cumulative |
| X0897 | 2019 09 13 | | DOBBS00000033 | DOBBS00000033 | | | | 402/403; 602; 802; 901 |
| X0898 | 2019 09 12 | | DOBBS00000065 | DOBBS00000069 | | | | 402/403; 602; 802; 901 |
| X0899 | 2019 08 15 | | DOBBS00002371 | DOBBS00002371 | | | | 402/403; 602; 802; 901; Cumulative |
| X2000 | 2019 08 12 | | EPAAV_000047 | EPAAV_000047 | | | | 402/403; 602; 802; 901 |
| X2001 | 2019 10 09 | | MCFADDEN000451 | MCFADDEN000452 | | | | 402/403; 602; 802; 901 |
| X2002 | 2014 08 05 | | SHUREDDEL00124754 | SHUREDDEL00124754 | | | | 602; 802; 901 |
| X2003 | 2020 11 00 | Sennheiser, TeamConnect Ceiling 2 Instruction manual | SHUREDDEL00124943 | SHUREDDEL00124960 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2004 | | Yamaha, ADECIA Ceiling Microphone Conference System | SHUREDDEL00125126 | SHUREDDEL00125131 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2005 | 2020 07 16 | | SHUREDDEL00129837 | SHUREDDEL00129839 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2006 | 2020 07 15 | | SHUREDDEL00137799 | SHUREDDEL00137799 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2007 | | Excel spreadsheet re MXA910 Summary and P300-IMX Summary | SHUREDDEL00140688 | SHUREDDEL00140688 | | | | 602; 802; 901 |
| X2008 | | Picture of ceiling tile microphone | SHUREDDEL00141014 | SHUREDDEL00141014 | | | | 401; 402/403; 602; 802; 901 |
| X2009 | | Picture of ceiling tile microphone | SHUREDDEL00141041 | SHUREDDEL00141041 | | | | 401; 402/403; 602; 802; 901 |
| X2010 | | Picture of Sennheiser ceiling tile microphone | SHUREDDEL00141045 | SHUREDDEL00141045 | | | | 401; 402/403; 602; 802; 901 |
| X2011 | 2014 08 05 | | SHUREDDEL00141398 | SHUREDDEL00141398 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2012 | 2014 08 05 | | SHUREDDEL00141399 | SHUREDDEL00141418 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2013 | 2020 07 24 | | SPLUNK_000005 | SPLUNK_000005 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2014 | 2020 07 07 | | TEXADIA_004008 | TEXADIA_004008 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2015 | 2020 10 07 | | TEXASAM_017417 | TEXASAM_017420 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2016 | 2020 03 26 | | AUDIOBIZ_000778 | AUDIOBIZ_000778 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2017 | 2019 05 30 | | BENCSIK_000016 | BENCSIK_000017 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2018 | 2019 06 04 | | BENCSIK_000026 | BENCSIK_000026 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2019 | 2019 04 11 | | BENCSIK_000099 | BENCSIK_000101 | | | | 402/403; 602; 802; 901; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2020 | 2019 08 12 | | CCS_000044 | CCS_000045 | | | | 402/403; 602; 802; 901; Cumulative |
| X2021 | 2015 10 23 | | CLRONE-00234545 | CLRONE-00234548 | | | | 401; 402/403 |
| X2022 | 2017 04 27 | | CLRONE-00289454 | CLRONE-00289455 | | | | 401; 402/403; 802 |
| X2023 | 2016 11 12 | | CLRONE-00344892 | CLRONE-00344892 | | | | 402/403; 802 |
| X2024 | 2018 12 21 | | CLRONE-00575575 | CLRONE-00575577 | | | | 401; 402/403 |
| X2025 | 2018 10 11 | | CLRONE-00580642 | CLRONE-00580643 | | | | 401; 402/403 |
| X2026 | 2018 09 05 | | CLRONE-00582594 | CLRONE-00582595 | | | | 401; 402/403; Cumulative |
| X2027 | 2014 12 24 | | CLRONE-00659395 | CLRONE-00659398 | | | | 402/403 |
| X2028 | 2014 02 18 | | CLRONE-00659399 | CLRONE-00659412 | | | | 402/403 |
| X2029 | 2019 02 04 | ClearOne Debuts Patented Ceiling Tile Beamforming Mic Array with a Superior Architecture for Reduced Complexity and Costs | CLRONE-00672472 | CLRONE-00672474 | | | | |
| X2030 | 2018 04 24 | | CLRONE-00728418 | CLRONE-00728418 | | | | 401; 402/403; Cumulative |
| X2031 | 2018 03 15 | | CLRONE-00728851 | CLRONE-00728851 | | | | 401; 402/403 |
| X2032 | 2019 01 02 | | CLRONE-00729007 | CLRONE-00729010 | | | | 401; 402/403 |
| X2033 | 2019 01 02 | | CLRONE-00729069 | CLRONE-00729074 | | | | 401; 402/403 |
| X2034 | 2020 04 13 | | CLRONE-00751750 | CLRONE-00751754 | | | | 401; 402/403; 802 |
| X2035 | 2020 04 13 | Spreadsheet, ClearOne Project Registration - Communication to Dealer | CLRONE-00756152 | CLRONE-00756152 | | | | 401; 402/403; Technical Issue |
| X2036 | | Collaborate Versa Lite CT | CLRONE-00787723 | CLRONE-00787727 | | | | 402/403; Demonstrative |
| X2037 | | Collaborate Versa Room CT | CLRONE-00787728 | CLRONE-00787732 | | | | 402/403; Demonstrative; Cumulative |
| X2038 | 2019 05 29 | | CLRONE-00832187 | CLRONE-00832195 | | | | 401; 402/403; 802 |
| X2039 | | Spreadsheet ( ods) with various reports | CLRONE-00871577 | CLRONE-00871577 | | | | 401; 402/403; Technical Issue |
| X2040 | 2020 12 02 | | CLRONE-00881514 | CLRONE-00881514 | | | | 402/403 |
| X2041 | 2019 09 16 | | CLRONE-00882500 | CLRONE-00882503 | | | | 401; 402/403; Cumulative |
| X2042 | 2019 09 05 | | CLRONE-00882632 | CLRONE-00882634 | | | | 401; 402/403; 802 |
| X2043 | 2019 09 23 | | CLRONE-00882703 | CLRONE-00882703 | | | | 401; 402/403; 802; Cumulative |
| X2044 | 2019 09 04 | | CLRONE-00882919 | CLRONE-00882922 | | | | 401; 402/403; 802; Cumulative |
| X2045 | 2019 09 04 | | CLRONE-00882933 | CLRONE-00882934 | | | | 401; 402/403; 802; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2046 | 2019 10 21 | ███████████████ | CLRONE-00883103 | CLRONE-00883105 | | | | 401; 402/403; 802; Cumulative |
| X2047 | 2019 10 22 | ███████████████ | CLRONE-00883106 | CLRONE-00883110 | | | | 401; 402/403; 802; Cumulative |
| X2048 | 2019 10 14 | ██████████ | CLRONE-00883179 | CLRONE-00883179 | | | | 401; 402/403; 802; Cumulative |
| X2049 | 2019 01 28 | █████████████████ | CLRONEDE-00004501 | CLRONEDE-00004501 | | | | 401; 402/403 |
| X2050 | 2019 02 25 | ██████████████████████ | CLRONEDE-00004614 | CLRONEDE-00004614 | | | | 401; 402/403; 802; Cumulative |
| X2051 | 2019 03 16 | ███████████████ | CLRONEDE-00005769 | CLRONEDE-00005770 | | | | 401; 402/403; 802; Cumulative |
| X2052 | 2019 00 00 | ClearOne Connections Tour | CLRONEDE-00008749 | CLRONEDE-00008749 | | | | 401; 402/403; Cumulative |
| X2053 | 2019 02 04 | ███████████ | CLRONEDE-00011404 | CLRONEDE-00011405 | | | | 401; 402/403 |
| X2054 | 2019 02 28 | ██████████ | CLRONEDE-00011494 | CLRONEDE-00011496 | | | | 401; 402/403; Cumulative |
| X2055 | 2019 09 06 | ██████████████████ | CLRONEDE-00038192 | CLRONEDE-00038193 | | | | 401; 402/403; 802; Cumulative |
| X2056 | 2018 11 26 | ███████████ | CLRONEDE-00041277 | CLRONEDE-00041279 | | | | 402/403; Demonstrative |
| X2057 | 2020 00 00 | ClearOne Microphones BMA 360 Audio Conferencing | CLRONEDE-00047737 | CLRONEDE-00047740 | | | | 402/403; Cumulative |
| X2058 | 2020 12 29 | Spreadsheet contains various ClearOne Sales Worksheets | CLRONEDE-00048650 | CLRONEDE-00048650 | | | | 401; 402/403; Technical Issue |
| X2059 | 2019 08 06 | ████████████████ | DOBBS00000061 | DOBBS00000062 | | | | 401; 402/403; 802; Cumulative |
| X2060 | 2019 08 12 | ████████████████████████ | EPAAV_000047 | EPAAV_000047 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2061 | 2019 05 17 | ██████████████ | HIGHWAY_0020 | HIGHWAY_0020 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2062 | 2019 10 09 | ████████████ | MCFADDEN000451 | MCFADDEN000452 | | | | 402/403; 602; 802; 901; Cumulative |
| X2063 | 2010 07 22 | ███████████████████ | SHURE057476 | SHURE057497 | | | | 401; 402/403; 602; 802; 901 |
| X2064 | 2016 04 13 | ████████████████████████ | SHURE614867 | SHURE614868 | | | | 401; 402/403; 602; 802; 901 |
| X2065 | 2019 05 09 | MXA910 with IntlliMix Pre-Launch Training | SHURE779580 | SHURE779624 | | | | 402/403; 602; 802; 901 |
| X2066 | | Spreadsheet containing worksheets of MXA910 and P300-IMX Sales Summaries | SHURE891679 | SHURE891679 | | | | 401; 402/403; Technical Issue |
| X2067 | | Spreadsheet containing worksheets of Gross Sales Data from US, Canada, Latin America, Europe, and Asia | SHURE891681 | SHURE891681 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2068 | 2019 12 12 | ████████████ | SHUREDDEL00046679 | SHUREDDEL00046680 | | | | 402/403; 602; 802; 901 |
| X2069 | 2020 07 16 | ███████████████ | SHUREDDEL00129837 | SHUREDDEL00129839 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2070 | | Spreadsheet containing worksheets of Gross Sales Data from US, Canada, Latin America, Europe, and Asia | SHUREDDEL00141450 | SHUREDDEL00141450 | | | | 401; 402/403; 602; 802; 901; Technical Issue; Cumulative |
| X2071 | | Spreadsheet containing worksheets of MXA910 and P300-IMX Sales Summaries | SHUREDDEL00140688 | SHUREDDEL00140688 | | | | 402/403; 602; 802; 901; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2072 | 2020 06 17 | ██████████ | TEXADIA_004008 | TEXADIA_004008 | | | | 402/403; 602; 802; 901; Cumulative |
| X2073 | | Picture of ceiling unit | UILLINOIS_000081 | UILLINOIS_000081 | | | | 402/403; 602; 802; 901 |
| X2074 | | Bencsik Associates, Inc  Electronic Systems listing of coporate information and websites | BENCSIK_000001 | | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2075 | 2019 01 16 | ██████████ | CLRONE-00656438 | | | | | 401; 402/403 |
| X2076 | 2019 10 19 | Spreadsheet with various worksheets of revenue and sales data | CLRONE-00659768 | | | | | 402/403 |
| X2077 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00666924 | | | | | 402/403 |
| X2078 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00667149 | | | | | 402/403 |
| X2079 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00667189 | | | | | 402/403 |
| X2080 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00667191 | | | | | 402/403; Cumulative |
| X2081 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00667193 | | | | | 402/403; Cumulative |
| X2082 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00669406 | | | | | 402/403; Cumulative |
| X2083 | 2019 08 28 | Presentation, Q2 2019 Board of Directors Meeting - Great Ideas Need to be Heard | CLRONE-00669727 | | | | | 402/403; 802; Cumulative |
| X2084 | 2019 08 28 | Presentation, Board of Directors Meeting - Executive Overview - Great Ideas Need to be Heard | CLRONE-00670276 | | | | | 402/403; 802; Cumulative |
| X2085 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00670377 | | | | | 402/403; Cumulative |
| X2086 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00670548 | | | | | 402/403; Cumulative |
| X2087 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00672399 | | | | | 402/403; Cumulative |
| X2088 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00672625 | | | | | 402/403; Cumulative |
| X2089 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00673210 | | | | | 402/403; Cumulative |
| X2090 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00673218 | | | | | 402/403; Cumulative |
| X2091 | 2019 07 02 | Presentation, Board of Directors Meeting - Executive Overview - Great Ideas Need to be Heard | CLRONE-00673368 | | | | | 402/403; 802; Cumulative |
| X2092 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00732518 | | | | | 402/403; Cumulative; Technical Issue |
| X2093 | 2020 00 00 | Spreadsheet with various Weekly Reports from Dec  2019 - March 2020 - Pro Voice & AV Distribution Daily Visits Report | CLRONE-00732523 | | | | | 402/403; Cumulative |
| X2094 | 2020 01 27 | ██████████ | CLRONE-00732524 | | | | | 401; 402/403 |
| X2095 | 2019 04 18 | ██████████ | CLRONE-00734689 | | | | | 402/403 |
| X2096 | 2019 04 26 | ██████████ | CLRONE-00734692 | | | | | 402/403 |
| X2097 | 2019 05 03 | ██████████ | CLRONE-00734695 | | | | | 402/403; Cumulative |
| X2098 | 2019 10 22 | ██████████ | CLRONE-00828866 | | | | | 402/403; 802; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2099 | 2019 00 00 | Spreadsheet with various Weekly Reports from Oct 2019 - Dec 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00000469 | | | | | 402/403; Cumulative |
| X2100 | 2020 00 00 | Spreadsheet with various Weekly Reports from Dec 2019 - March 2020 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00000488 | | | | | 402/403; Cumulative |
| X2101 | 2019 00 00 | Spreadsheet with various Weekly Reports from July 2019 - Sept 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00002600 | | | | | 402/403; Cumulative |
| X2102 | 2019 00 00 | Spreadsheet with various Weekly Reports from July 2019 - Sept 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00003024 | | | | | 402/403; Cumulative |
| X2103 | 2019 00 00 | Spreadsheet with various Weekly Reports from Dec 2018 - April 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00005763 | | | | | 402/403; Cumulative |
| X2104 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00005843 | | | | | 402/403; Cumulative |
| X2105 | 2019 00 00 | Spreadsheet with various Weekly Reports from July 2019 - Sept 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00005918 | | | | | 402/403; Cumulative |
| X2106 | 2019 00 00 | Spreadsheet with various Weekly Reports from July 2019 - Sept 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00005932 | | | | | 402/403; Cumulative |
| X2107 | 2019 00 00 | Spreadsheet with various Weekly Reports from Sept 2019 - Dec 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00005963 | | | | | 402/403; Cumulative |
| X2108 | 2020 00 00 | Spreadsheet with various Weekly Travel Reports from Dec 2019 - March 2020 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00006111 | | | | | 402/403; Cumulative |
| X2109 | 2019 00 00 | Spreadsheet with various Weekly Reports from April 2019 - July 2019 - Pro Voice & AV Distribution Daily Visits Report | CLRONEDE-00006556 | | | | | 402/403; Cumulative |
| X2110 | 2016 02 15 | | SHURE087043 | | | | | 401; 402/403; 602; 802; 901 |
| X2111 | 2016 02 09 | ardus | SHURE116549 | | | | | 402/403; 602; 802; 901 |
| X2112 | 2016 06 17 | | SHURE251385 | | | | | 402/403; 602; 802; 901 |
| X2113 | | Spreadsheet of Gross Sales data from the U.S., Canada, Latin America, Europe, and Asia | SHURE891681 | | | | | 402/403; 602; 802; 901 |
| X2114 | 2014 04 04 | | SHUREDDEL00000873 | | | | | 402/403; 602; 802; 901 |
| X2115 | 2019 03 12 | | SHUREDDEL00005092 | | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2116 | 2019 05 17 | | SHUREDDEL00005096 | | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2117 | 2020 03 04 | | SHUREDDEL00005780 | | | | | 402/403; 602; 802; 901; Cumulative |
| X2118 | 2019 05 30 | | BENCSIK_000016 | BENCSIK_000017 | | | | 402/403; 602; 802; 901; Cumulative |
| X2119 | 2019 03 00 | ClearOne BMA CT PowerPoint dated March 2019 | CLRONE-00659320 | CLRONE-00659348 | | | | 402/403 |
| X2120 | 2019 01 28 | ClearOne News email regarding ClearOne Shure Patent Case Win Media Coverage | CLRONEDE-00004501 | CLRONEDE-00004501 | | | | 401; 402/403; Cumulative |
| X2121 | 2019 02 25 | | CLRONEDE-00004614 | CLRONEDE-00004614 | | | | 401; 402/403; 802; Cumulative |
| X2122 | | ClearOne Sales Manager Territories | CLRONEDE-00009372 | CLRONEDE-00009372 | | | | 402/403; Cumulative |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2123 | 2019 02 04 | ███████████████ | CLRONEDE-00011404 | CLRONEDE-00011405 | | | | 401; 402/403; Cumulative |
| X2124 | 2019 02 28 | ███████████████ | CLRONEDE-00011494 | CLRONEDE-00011496 | | | | 401; 402/403; 802; Cumulative |
| X2125 | 2019 05 30 | ███████████████████ | CLRONEDE-00011556 | CLRONEDE-00011558 | | | | 401; 402/403; Cumulative |
| X2126 | 2019 08 05 | ████████████████ | CLRONEDE-00013509 | CLRONEDE-00013509 | | | | 401; 402/403; Cumulative |
| X2127 | 2020 03 11 | ██████████████████████ | CLRONEDE-00013774 | CLRONEDE-00013775 | | | | 401; 402/403 |
| X2128 | 2019 08 06 | █████████████████████ | CLRONEDE-00013934 | CLRONEDE-00013934 | | | | 401; 402/403; Cumulative |
| X2129 | 2019 01 13 | ███████████████████████ | CLRONEDE-00015739 | CLRONEDE-00015741 | | | | 401; 402/403; Cumulative |
| X2130 | 2019 04 02 | ████████████████ | CLRONEDE-00015821 | CLRONEDE-00015823 | | | | 401; 402/403; 802; Cumulative |
| X2131 | 2019 08 29 | Narsi Narayanan letter regarding Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00036642 | CLRONEDE-00036642 | | | | 401; 402/403; Cumulative |
| X2132 | 2019 05 17 | ███████████████ | HIGHWAY _0020 | HIGHWAY _0020 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2133 | 2019 01 28 | █████████████████ | HWPCO000048 | HWPCO000051 | | | | 402/403; 602; 802; 901; Cumulative |
| X2134 | 2019 02 21 | █████████████████ | HWPCO000074 | HWPCO000075 | | | | 402/403; 602; 802; 901; Cumulative |
| X2135 | 2019 03 11 | ██████████████ | HWPCO000077 | HWPCO000077 | | | | 402/403; 602; 802; 901; Cumulative |
| X2136 | 2019 04 11 | ███████████████████ | SECOM_000340 | SECOM_000343 | | | | 402/403; 602; 802; 901 |
| X2137 | 2020 06 01 | Shure MXA910 with IntelliMix, https://www.shure.com/en-US/products/microphones/mxa910 (June 1, 2020) | SHURE891638 | SHURE891647 | | | | 402/403; 602; 802; 901 |
| X2138 | 2014 08 13 | ████████████ | SHUREDDEL00001296 | SHUREDDEL00001301 | | | | 402/403; 602; 802; 901 |
| X2139 | 2014 04 16 | ██████████ | SHUREDDEL00052410 | SHUREDDEL00052416 | | | | 402/403; 602; 802; 901; Cumulative |
| X2140 | 2014 08 13 | █████████████████ | SHUREDDEL00052431 | SHUREDDEL00052432 | | | | 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2141 | 2014 08 14 | | SHUREDDEL00052442 | SHUREDDEL00052442 | | | | 602; 802; 901 |
| X2142 | 2014 08 05 | | SHUREDDEL00124754 | SHUREDDEL00124754 | | | | 602; 802; 901; Cumulative |
| X2143 | 2014 08 05 | | SHUREDDEL00141398 | SHUREDDEL00141398 | | | | 602; 802; 901; Cumulative |
| X2144 | 2019 08 09 | | UNIFIED_006470 | UNIFIED_006473 | | | | 402/403; 602; 802; 901 |
| X2145 | 2019 03 26 | | UNIFIED_008802 | UNIFIED_008802 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2146 | 2013 07 00 | ClearOne White Paper, Advanced Beamforming Microphone Array Technology for Corporate Conferencing Systems | CLRONE-00000233 | CLRONE-00000242 | | | | 401; 402/403; Cumulative |
| X2147 | 2016 11 00 | Modern Meeting Rooms, Conferencing Mics and Systems by B  Liles, SVCONLINE COM | CLRONE-00129707 | CLRONE-00129713 | | | | 402/403; 602; 802 |
| X2148 | 2017 05 01 | | CLRONE-00164003 | CLRONE-00164009 | | | | 401; 402/403 |
| X2149 | 2012 08 23 | | CLRONE-00023545 | CLRONE-00023556 | | | | 401; 402/403; 802 |
| X2150 | 2017 07 18 | | CLRONE-00413006 | CLRONE-00413020 | | | | 401; 402/403; 802; Cumulative |
| X2151 | 2014 03 00 | Shure MX net (Project: Olympus) Development Panel presentation | SHURE000597 | SHURE000675 | | | | 402/403; 602; 802; 901 |
| X2152 | | | SHURE250900 | SHURE250902 | | | | 401; 402/403; 602; 802; 901 |
| X2153 | 2017 07 18 | | SHURE353101 | SHURE353102 | | | | 401; 402/403; 602; 802; 901 |
| X2154 | | Picture of Shure ceiling speaker | SHURE779672 | | | | | 402/403; 602; 802; 901; Cumulative |
| X2155 | 2019 11 19 | Clockaudio, Products, Boundary | WEINSTEIN000128 | WEINSTEIN000129 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2156 | 2017 04 00 | Logitech Super-Wide Field of View for Small Spaces, Logitech Meetup | WEINSTEIN000133 | WEINSTEIN000134 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2157 | 2019 09 10 | Dante Audio Networking Debuts at CEDIA 2019 | WEINSTEIN000140 | WEINSTEIN000141 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2158 | 2019 02 27 | ClearOne Now Shipping CONVERGE Pro 2 48VTD DSP Mixer Featuring VoIP, Telco and Dante Interfaces | WEINSTEIN000154 | WEINSTEIN000156 | | | | 401; 402/403; 802; Cumulative |
| X2159 | 2019 11 04 | Zoom Enchances Interoperability with Zoom Rooms Direct Guest Join Capability for Microsoft Teams Meetings - Zoom Blog | WEINSTEIN000184 | WEINSTEIN000186 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2160 | 2017 08 00 | Global Audio Conferencing Endpoints Market, Forecast to 2021, Frost & Sullivan | WEINSTEIN000202 | WEINSTEIN000213 | | | | 401; 402/403; 702; 802; Cumulative |
| X2161 | 2018 04 19 | CEO Refuses to Pay for Frost & Sullivan Award | WEINSTEIN000218 | WEINSTEIN000223 | | | | 401; 402/403; 602; 802; 901 |
| X2162 | 2015 03 11 | Cisco and Microsoft Extend Relationship with New Cloud Platform | WEINSTEIN000257 | WEINSTEIN000260 | | | | 401; 402/403; 602; 802; 901 |
| X2163 | 2019 09 13 | The Pulse - Q2 2019 - Hardware Video Conferencing Solutions | WEINSTEIN000271 | WEINSTEIN000273 | | | | 402/403; 602; 702; 802; 901 |
| X2164 | 2019 01 11 | Spreadsheet: Shure Customer Price List | WEINSTEIN000297 | WEINSTEIN000297 | | | | 401; 402/403; 602; 802; 901 |
| X2165 | | Acoustic Design Guide, Rooms for Video Conferences, Marshall Day Acoustics | WEINSTEIN000312 | WEINSTEIN000322 | | | | 401; 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2166 | 2019 11 21 | Architectural Acoustics - Acceptable Room Sounds Levels - archtoolbox com | WEINSTEIN000335 | WEINSTEIN000340 | | | | 401; 402/403; 602; 802; 901 |
| X2167 | 2017 00 00 | Dante Now Integrated in Over 1,000 Commercially Available Products - Audinate | WEINSTEIN000345 | WEINSTEIN000346 | | | | 402/403; 602; 802; 901 |
| X2168 | 2019 00 00 | Parle TCM-X Ceiling Beamtracking Microphones | WEINSTEIN000357 | WEINSTEIN000361 | | | | 401; 402/403; 602; 802; 901 |
| X2169 | 2019 00 00 | Sennheiser TeamConnect Ceiling Mic 2 Microphone - 507488 - Microphones & Accessories - CDW com | WEINSTEIN000364 | WEINSTEIN000367 | | | | 402/403; 602; 802; 901 |
| X2170 | 2019 09 04 | AVIXA Research: Pro AV Market in Americas to Reach $112B in 2024, Trail Asia-Pacific | WEINSTEIN000382 | WEINSTEIN000385 | | | | 402/403; 602; 702; 802; 901 |
| X2171 | 2019 00 00 | Event Info - InfoComm 2020 - The Audiovisual and Integrated Experience Event, June 13-19, 2020, Las Vegas, Nevada | WEINSTEIN000400 | WEINSTEIN000402 | | | | 401; 402/403; 602; 802; 901 |
| X2172 | 2019 00 00 | Advanced audio conferencing for mid-size rooms, Nureva HDL300 | WEINSTEIN000419 | WEINSTEIN000424 | | | | 402/403; 602; 802; 901 |
| X2173 | 2019 03 01 | Global Pro Audio Equipment Market Size, Share, Trends and Analysis by Leading Brands, Equipment Types, Demand, Sales and Forecast 2024 | WEINSTEIN000446 | WEINSTEIN000449 | | | | 402/403; 602; 702; 802; 901 |
| X2174 | 2019 00 00 | TeamConnect Ceiling 2 Ceiling microphon - Sennheiser | WEINSTEIN000585 | WEINSTEIN000591 | | | | 402/403; 602; 802; 901 |
| X2175 | | TeamConnect Ceiling 2 Ceiling array microphone, product specification | WEINSTEIN000613 | WEINSTEIN000616 | | | | 402/403; 602; 802; 901; Cumulative |
| X2176 | 2015 00 00 | QSC brings Dante into Q-Sys | WEINSTEIN000637 | WEINSTEIN000639 | | | | 402/403; 602; 802; 901 |
| X2177 | 2017 03 22 | ██████████████████████████ | ZURICH 0024 | ZURICH 0026 | | | | 401; 402/403; 602; 802; 901 |
| X2178 | | Loudspeakers, Spot SoundMasking Speaker with Noise Generator by Valcom | CLRONEDE-00008001 | CLRONEDE-00008001 | | | | |
| X2179 | | Spot Soundmasking Ceiling Speaker Model V-9422 by Valcom - Technical Specification | CLRONEDE-00007999 | CLRONEDE-00008000 | | | | |
| X2180 | 2010 00 00 | Lay-in Tile Packaged Speaker System specifications by Lowell | CLRONEDE-00007991 | CLRONEDE-00007992 | | | | |
| X2181 | 2020 05 13 | Speedi-Grille TB-Pra 10 24-inch by 24-inch White Drop Ceiling T-Bar Perforated Face Return Air Vent Grille with a 10-inch Collar - Heating Vents on Amazon com | CLRONEDE-00007726 | CLRONEDE-00007730 | | | | |
| X2182 | 2020 05 13 | Amazon com: Lay-In Ceiling Mount Speaker (5Q, 25/75V): Home Audio & Theater | CLRONEDE-00007672 | CLRONEDE-00007675 | | | | |
| X2183 | 2013 08 19 | AMK - Innovators In High Performance Commerical Loudspeaker System | CLRONEDE-00007637 | CLRONEDE-00007639 | | | | |
| X2184 | 2012 04 22 | CSD2X2/CSD2X2VR/CSD2X2L Image | CLRONEDE-00007654 | CLRONEDE-00007655 | | | | |
| X2185 | 2015 02 17 | Extron Ceiling Speakers - SF 228T | CLRONEDE-00007710 | CLRONEDE-00007711 | | | | |
| X2186 | 2018 06 05 | Ex  4 to Declaration of P  Hatch ISO Plaintiff's Opening Claim Construction Brief (D I  238): U S  Patent No  D819,607 (Chui et al ) | | | | | | Technical Issue |
| X2187 | 2015 02 22 | Ex  5 to Declaration of P  Hatch ISO Plaintiff's Opening Claim Construction Brief (D I  238): Audix Microphones - Installed Sound Microphone - Tri-Element Ceiling Microphone | | | | | | 402/403; 602; 802; 901 |
| X2188 | 2012 03 00 | Ex  6 to Declaration of P  Hatch ISO Plaintiff's Opening Claim Construction Brief (D I  238): ClearOne Beamforming Microphone Array | | | | | | 401; 402/403; Technical Issue |
| X2189 | 2020 04 21 | Ex  7 to Declaration of P  Hatch ISO Plaintiff's Opening Claim Construction Brief (D I  238): Sennheiser TeamConnect C2 Mounting Configurations | | | | | | 402/403; 602; 802; 901 |
| X2190 | 2020 04 14 | Exhibits 1-25 to Ex  F (D I  No  154) P  Hatch's Declaration  Opening Brief In Support of Plaintiffs' Motion for Preliminary Injunction & Limited Temporary Restraining Order | | | | | | 402/403; Cumulative; Inadmissible expert report; Technical Issue |
| X2191 | 2020 01 03 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (Nos  1-12) | | | | | | 106; 402/403; 602; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2192 | 2020 02 18 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (Nos  1-12) - Highly Confidential - Attorneys' Eyes Only | | | | | | 106; 402/403; 602; 901 |
| X2193 | 2020 04 01 | ClearOne, Inc 's Second Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (No  3) - Highly Confidential - Attorneys' Eyes Only | | | | | | 402/403; 602; 901 |
| X2194 | 2020 05 01 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Second Set of Interrogatories (Nos  13-17) | | | | | | 106; 402/403; 602; 901 |
| X2195 | 2020 05 22 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (Nos  4, 5, 6, 12) - Highly Confidential - Attorneys' Eyes Only | | | | | | 402/403; 602; 901 |
| X2196 | 2020 06 22 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Third Set of Interrogatories (Nos  18-19) | | | | | | 402/403 |
| X2197 | 2020 07 14 | ClearOne, Inc 's Second Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's First Set of Interrogatories (No  12) - Highly Confidential - Attorneys' Eyes Only | | | | | | 106; 402/403; 602; 901 |
| X2198 | 2020 07 14 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Second Set of Interrogatories (Nos  16 & 17) - Highly Confidential - Attorneys' Eyes Only | | | | | | 402/403; 602; 901 |
| X2199 | 2020 08 07 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Fourth Set of Interrogatories (Nos  20-21) - Highly Confidential - Attorneys' Eyes Only | | | | | | 106; 402/403; 602; 901 |
| X2200 | 2020 09 18 | ClearOne, Inc 's First Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Interrogatories (No  20) - Highly Confidential - Attorneys' Eyes Only | | | | | | 402/403; 602; 901 |
| X2201 | 2020 11 16 | ClearOne, Inc 's Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Fifth Set of Interrogatories (Nos  22-25) | | | | | | 402/403; 602; 901 |
| X2202 | 2020 11 23 | ClearOne, Inc 's Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Fourth Set of Interrogatories (No  21) | | | | | | 402/403; 602; 901 |
| X2203 | 2020 04 23 | ClearOne, Inc 's Second Supplemental Objections and Responses to Shure Incorporated and Shure Acquisition Holdings, Inc 's Second Set of Interrogatories (No  17) - Highly Confidential - Attorneys' Eyes Only | | | | | | 402/403 |
| X2204 | 2018 03 00 | Letter from Dr  Zec to P  Wilkie regarding Red Dot Award | SHUREDDEL00004874 | SHUREDDEL00004874 | | | | 402/403; 602; 802; 901 |
| X2205 | 2018 00 00 | Red Dot Design Awards 2018 Press Release | SHUREDDEL00050013 | SHUREDDEL00050014 | | | | 402/403; 602; 802; 901 |
| X2206 | 2019 00 00 | 2019 Infocomm Daily - Day One | SHUREDDEL00050015 | SHUREDDEL00050128 | | | | 402/403; 602; 802; 901 |
| X2207 | 2019 06 12 | Sound & Communcations - Changes In Auditorium Uses and Auditorium AV: Networked and Immersive | SHUREDDEL00050129 | SHUREDDEL00050270 | | | | 402/403; 602; 802; 901 |
| X2208 | 2018 06 07 | Ex  2008 - Shure Wins Two Red Dot Design Awards In 2018 - Lighting&Sound America - www Lightingandsoundamerica Com | SHUREDDEL00050271 | SHUREDDEL00050271 | | | | 402/403; 602; 802; 901 |
| X2209 | 2016 06 08 | Ex  2002 - 52 Best Products Of 2016 - Commercial Integrator - www Commercialintegrator Com | SHUREDDEL00050272 | SHUREDDEL00050272 | | | | 402/403; 602; 802; 901 |
| X2210 | 2019 06 14 | Ex  2009 - Sound & Video Contractor Announces Best Of Show Infocomm 2019 Awards - www Svconline Com | SHUREDDEL00050273 | SHUREDDEL00050273 | | | | 402/403; 602; 802; 901 |
| X2211 | 2017 03 03 | Ex  2005 - Nsca Announces 2017 Excellence In Product Innovation Award Winners - Www Nsca Org | SHUREDDEL00050274 | SHUREDDEL00050274 | | | | 402/403; 602; 802; 901 |
| X2212 | 2017 02 12 | Ex  2004 - 15 Products Win Top New Technology (Tnt) @ Ise Award - My Techdecisio - Mytechdecisions Com | SHUREDDEL00050275 | SHUREDDEL00050275 | | | | 402/403; 602; 802; 901 |
| X2213 | 2017 00 00 | Ex  2006 - Winners 2017 Installawards - Www Nbmevents Uk | SHUREDDEL00050276 | SHUREDDEL00050276 | | | | 402/403; 602; 802; 901 |
| X2214 | 2019 08 07 | Ex  2011 - The Best Of Infocomm 2019 Awards – Rave [Pubs] - www Ravepubs Com | SHUREDDEL00050277 | SHUREDDEL00050277 | | | | 402/403; 602; 802; 901 |
| X2215 | 2016 07 11 | Ex  2003 - Infocomm Best Of Show Awards 2016 | SHUREDDEL00050278 | SHUREDDEL00050290 | | | | 402/403; 602; 802; 901 |
| X2216 | 2019 06 03 | Ex  2010 - Here Are The Winners Of The 2019 Rave Readers' Choice Awards! – Rave  - www Ravepubs Com | SHUREDDEL00050291 | SHUREDDEL00050291 | | | | 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2217 | 2017 03 08 | Ex  2007 - Shure Wins Three Awards At Ise 2017 - www Shure Com | SHUREDDEL00050292 | SHUREDDEL00050292 | | | | 402/403; 602; 802; 901 |
| X2218 | 2016 06 08 | 52 Best Products Of 2016 - Commercial Integrator | SHUREDDEL00050293 | SHUREDDEL00050299 | | | | 402/403; 602; 802; 901 |
| X2219 | 2016 06 10 | 3rd Annual Best Of Infocomm Winners | SHUREDDEL00050300 | SHUREDDEL00050306 | | | | 402/403; 602; 802; 901 |
| X2220 | 2016 06 15 | Show Central News  New Products From Infocomm 2016 - Prosoundweb | SHUREDDEL00050307 | SHUREDDEL00050310 | | | | 402/403; 602; 802; 901 |
| X2221 | 2016 04 08 | Watch Shure Microflex Advance Table And Ceiling Mic Briefing In Nyc - My Techde | SHUREDDEL00050311 | SHUREDDEL00050319 | | | | 402/403; 602; 802; 901 |
| X2222 | 2016 07 20 | Advice And Reflections On The Best Of Infocomm 2016 -- Campus Technology | SHUREDDEL00050320 | SHUREDDEL00050323 | | | | 402/403; 602; 802; 901 |
| X2223 | 2016 08 11 | Shure Now Shipping Microflex Advance Microphones | SHUREDDEL00050324 | SHUREDDEL00050328 | | | | 402/403; 602; 802; 901 |
| X2224 | 2016 09 02 | Live From The Us Open In Year 2 Of Rights Deal, Espn Looks To Refine, Enhance P | SHUREDDEL00050329 | SHUREDDEL00050338 | | | | 401; 402/403; 602; 802; 901 |
| X2225 | 2016 11 17 | 28 Products Redefining Meeting Spaces - Commercial Integrator | SHUREDDEL00050339 | SHUREDDEL00050344 | | | | 402/403; 602; 802; 901 |
| X2226 | 2016 11 28 | Creating Conference Room Standards For Av – Rave [Pubs] | SHUREDDEL00050345 | SHUREDDEL00050351 | | | | 402/403; 602; 802; 901 |
| X2227 | 2016 07 13 | The Best Of Infocomm 2016 Awards Are Announced – Rave [Pubs] | SHUREDDEL00050352 | SHUREDDEL00050358 | | | | 402/403; 602; 802; 901 |
| X2228 | 2016 06 16 | Minimalistic & Modern_ Infocomm Booth Designs Hint At Trends To Come (And Stay) | SHUREDDEL00050359 | SHUREDDEL00050365 | | | | 402/403; 602; 802; 901; Technical Issue |
| X2229 | 2017 01 10 | Shure Microflex Integrated Into Q-Sys | SHUREDDEL00050366 | SHUREDDEL00050369 | | | | 402/403; 602; 802; 901 |
| X2230 | 2017 02 12 | 15 Products Win Top New Technology (Tnt) @ Ise Award - My Techdecisions | SHUREDDEL00050370 | SHUREDDEL00050377 | | | | 402/403; 602; 802; 901 |
| X2231 | 2017 03 06 | Santa Clara University Refreshes Graduate School Of Business Classrooms With Shure - Prosoundweb | SHUREDDEL00050378 | SHUREDDEL00050387 | | | | 402/403; 602; 802; 901; Technical Issue |
| X2232 | 2017 03 20 | 18 Av Products Fit For The Network Answering All Your Nodes' Needs With Solid Av  Avnetwork | SHUREDDEL00050388 | SHUREDDEL00050411 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2233 | 2017 04 04 | Preparing For The Collaborative Classrooms Of Tomorrow _ Avnetwork | SHUREDDEL00050412 | SHUREDDEL00050429 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2234 | 2017 03 23 | Shure Provides Microphones Inside Jailhouse Walls For Reality Show 60 Days In | SHUREDDEL00050430 | SHUREDDEL00050440 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2235 | 2016 02 10 | Shure Lays Its Cards On Table     And Ceiling With Microflex Advance - Commercial | SHUREDDEL00050441 | SHUREDDEL00050449 | | | | 402/403; 602; 802; 901 |
| X2236 | 2019 07 17 | Shure'S MXA910 Ceiling Mic | SHUREDDEL00050450 | SHUREDDEL00050453 | | | | 402/403; 602; 802; 901 |
| X2237 | 2018 02 22 | Aesthetics, Part The First — Minimalism And The Tyranny Of The Black Rectangle – Rave [Pubs] | SHUREDDEL00050454 | SHUREDDEL00050459 | | | | 402/403; 602; 802; 901 |
| X2238 | 2018 06 07 | Shure Wins Two Red Dot Design Awards In 2018 - Lighting&Sound America Online - News | SHUREDDEL00050460 | SHUREDDEL00050460 | | | | 402/403; 602; 802; 901; Cumulative |
| X2239 | 2018 08 24 | Shure's New Experience Center Showcases Av Products In Action  Avnetwork | SHUREDDEL00050461 | SHUREDDEL00050474 | | | | 401; 402/403; 602; 802; 901; Cumulative; Technical Issue |
| X2240 | 2018 09 06 | Building Values, Culture & Relationships | SHUREDDEL00050475 | SHUREDDEL00050485 | | | | 401; 402/403; 602; 802; 901 |
| X2241 | 2019 06 13 | Infocomm 2019 Chris Lyons Of Shure Focuses On Mxa910 Ceiling Array Mic With Intellimix Dsp – Rave [Pubs] | SHUREDDEL00050486 | SHUREDDEL00050488 | | | | 106; 401; 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2242 | 2019 06 13 | Shure Is Making Audio The Number One Priority At Infocomm 2019 - Youtube | SHUREDDEL00050489 | SHUREDDEL00050491 | | | | 106; 402/403; 602; 802; 901 |
| X2243 | 2020 05 14 | 1st Day Of Infocomm 2019 | SHUREDDEL00050492 | SHUREDDEL00050492 | | | | 106; 402/403; 602; 802; 901 |
| X2244 | 2019 05 22 | Previewing Infocomm 2019 With Shure - Avnation | SHUREDDEL00050493 | SHUREDDEL00050498 | | | | 106; 401; 402/403; 602; 802; 901 |
| X2245 | 2019 06 14 | Shure Unveils Mxa910 With Intellimix Dsp At Infocomm 2019 - Broadcastpro Me | SHUREDDEL00050499 | SHUREDDEL00050506 | | | | 402/403; 602; 802; 901; Technical Issue |
| X2246 | 2019 06 14 | Sound Video Contractor Announces Best Of Show Infocomm 2019 Awards - Sound  Vi | SHUREDDEL00050507 | SHUREDDEL00050513 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2247 | 2019 06 15 | Infocomm 2019 Shure Adds Intellimixdsp | SHUREDDEL00050514 | SHUREDDEL00050516 | | | | 401; 402/403; 602; 802; 901 |
| X2248 | 2019 06 18 | Infocomm 2019 Big Sound For Sports Is Big Business | SHUREDDEL00050517 | SHUREDDEL00050522 | | | | 401; 402/403; 602; 802; 901 |
| X2249 | 2019 06 12 | 2019 Best Awards The 46 Winning Av Products In Every Category - Commercial Inte | SHUREDDEL00050523 | SHUREDDEL00050531 | | | | 401; 402/403; 602; 802; 901 |
| X2250 | 2020 05 14 | Microflex Gets Smarter At Infocomm 2019  Pro Avl Asia | SHUREDDEL00050532 | SHUREDDEL00050534 | | | | 402/403; 602; 802; 901 |
| X2251 | 2019 06 14 | Sound Video Contractor Announces Best Of Show Infocomm 2019 Awards - Sound | SHUREDDEL00050535 | SHUREDDEL00050541 | | | | 401; 402/403; 602; 802; 901; Cumulative; Technical Issue |
| X2252 | 2019 06 03 | Here Are The Winners Of The 2019 Rave Readers' Choice Awards! – Rave [Pubs] | SHUREDDEL00050542 | SHUREDDEL00050546 | | | | 401; 402/403; 602; 802; 901 |
| X2253 | 2019 08 07 | The Best Of Infocomm 2019 Awards – Rave [Pubs] | SHUREDDEL00050547 | SHUREDDEL00050555 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2254 | 2016 04 22 | Proav@Nab Best Of Show Winners | SHUREDDEL00050556 | SHUREDDEL00050560 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2255 | 2016 06 10 | 3rd Annual Best Of Infocomm Winners | SHUREDDEL00050561 | SHUREDDEL00050567 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2256 | 2020 00 00 | Winners 2017 - Av Awards | SHUREDDEL00050568 | SHUREDDEL00050571 | | | | 401; 402/403; 602; 802; 901 |
| X2257 | 2018 00 00 | Winners 2017 Installawards | SHUREDDEL00050572 | SHUREDDEL00050574 | | | | 401; 402/403; 602; 802; 901 |
| X2258 | 2017 02 07 | 2nd Annual Top New Technology (TNT) @ Ise 2017 Award Winners Announced - Commer | SHUREDDEL00050575 | SHUREDDEL00050582 | | | | 401; 402/403; 602; 802; 901 |
| X2259 | 2017 06 13 | SCN and Rental Staging Announce 2017 Infocomm Award Winners - Avnetworkcom | SHUREDDEL00050583 | SHUREDDEL00050587 | | | | 401; 402/403; 602; 802; 901 |
| X2260 | 2016 06 13 | Government video - Government Video Announces Recipients of 2016 Infocomm16 | SHUREDDEL00050588 | SHUREDDEL00050589 | | | | 401; 402/403; 602; 802; 901 |
| X2261 | 2016 06 08 | 52 Best Products of 2016 - Commercial Integrator | SHUREDDEL00050590 | SHUREDDEL00050596 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2262 | 2017 03 03 | NSCA Announces 2017 Excellence In Product Innovation Award Winners | SHUREDDEL00050597 | SHUREDDEL00050600 | | | | 401; 402/403; 602; 802; 901 |
| X2263 | 2017 09 30 | Presenting Our Av News Awards 2017 Winners! | SHUREDDEL00050601 | SHUREDDEL00050609 | | | | 401; 402/403; 602; 802; 901 |
| X2264 | 2018 06 07 | Lighting & Sound America - Shure Wins Two Red Dot Design Awards In 2018 Digital Edition: | SHUREDDEL00050610 | SHUREDDEL00050610 | | | | 401; 402/403; 602; 802; 901; Cumulative |
| X2265 | 2019 00 00 | Video: Previewing Infocomm 2019 With Shure (Mp4) | SHUREDDEL00050611 | SHUREDDEL00050611 | | | | 401; 402/403; 602; 802; 901 |
| X2266 | 2019 00 00 | Video: Shure Is Making Audio The Number One Priority At Infocomm 2019 (Mp4) | SHUREDDEL00050612 | SHUREDDEL00050612 | | | | 401; 402/403; 602; 802; 901 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Depo. Ex. No. | Deponent | Depo. Date | C1 Objection |
|---|---|---|---|---|---|---|---|---|
| X2267 | 2019 06 12-14 | Video: 1St Day Of Infocomm 2019 (Mp4) | SHUREDDEL00050613 | SHUREDDEL00050613 | | | | 401; 402/403; 602; 802; 901 |
| X2268 | 2019 06 12-14 | Video: Infocomm 2019 Chris Lyons Of Shure Focuses On Mxa910 Ceiling Array Mic With Intellimix Dsp (Mp4) | SHUREDDEL00050614 | SHUREDDEL00050614 | | | | 402/403; 602; 802; 901 |
| X2269 | 2019 07 04 | KPMG Enjoys Better Meetings With Shure Voice Lift | SHUREDDEL00050615 | SHUREDDEL00050620 | | | | 401; 402/403; 602; 802; 901 |
| X2270 | 2019 09 03 | Sounds Like A Winner, AV Magazine | SHUREDDEL00050621 | SHUREDDEL00050629 | | | | 401; 402/403; 602; 802; 901 |
| X2271 | 2019 06 12-14 | Video: Infocomm 2019 Shure Adds Intellimixdsp To Mxa910 Ceiling Array Microphone (Mp4) | SHUREDDEL00050630 | SHUREDDEL00050630 | | | | 402/403; 602; 802; 901 |
| X2272 | 2019 02 10 | Desk Mics Go Beyond The Operational Ceiling, AV Magazine | SHUREDDEL00050631 | SHUREDDEL00050637 | | | | 401; 402/403; 602; 802; 901 |
| X2273 | 2019 06 11 | Institute of Acoustics Selects Shure Microflex Advance Mics For Voice Lift | SHUREDDEL00050638 | SHUREDDEL00050643 | | | | 401; 402/403; 602; 802; 901 |
| X2274 | 2020 00 00 | Interbee 2016 Shure Microflex Advance Mxa910 - A Mic Array For Your Ceiling | SHUREDDEL00050644 | SHUREDDEL00050650 | | | | 401; 402/403; 602; 802; 901 |
| X2275 | 2019 07 22 | Spinitar Meeting Room Overhaul Helps Customers And Employees - Commercial Integ | SHUREDDEL00050651 | SHUREDDEL00050661 | | | | 401; 402/403; 602; 802; 901 |
| X2276 | 2018 02 26 | Microphone Systems Six Of The Best Wired And Wireless Options | SHUREDDEL00050662 | SHUREDDEL00050672 | | | | 401; 402/403; 602; 802; 901; Technical Issue |
| X2277 | 2020 00 00 | Shure History | SHUREDDEL00125818 | SHUREDDEL00125821 | | | | 401; 402/403; 602; 802; 901 |
| X2278 | | Product Photos | | | | | | 401; 402/403; 602; 802; 901; Demonstrative; Technical Issue |
| X2279 | 2019 10 01 | Declaration of Derek Graham In Support of Defendant ClearOne, Inc 's Motion to Transfer Venue (D I  No  32) | | | | | | 402/403 |
| X2280 | 2019 10 01 | Declaration of Narsi Narayanan In Support of Defendant ClearOne, Inc 's Motion to Transfer Venue (D I  No  33) | | | | | | 401; 402/403 |
| X2281 | 2019 10 01 | Declaration of Jim Mergens In Support of Defendant ClearOne, Inc 's Motion to Transfer Venue with Exhibits 1-4 (D I  No  34) - Filed Under Seal | | | | | | 401; 402/403 |
| X2282 | 2019 10 01 | Declaration of Jason DiCampello In Support of Defendant ClearOne, Inc 's Motion to Transfer Venue (D I  No  35) | | | | | | 401; 402/403 |
| X2283 | 2020 04 17 | Declaration of Zee Hakimoglu In Support of ClearOne, Inc 's Opposition to Shure's Motion for a Temporary Restraining Order with Exhibits 1-3 (D I  No  163, Ex  D) | | | | | | Technical Issue |
| X2284 | 2020 07 31 | Declaration of Derek Graham In Support of ClearOne, Inc 's Opposition to Shure's Motion for a Preliminary Injunction with Exhibits A-D (D I  No  303, Ex  4) | | | | | | |
| X2285 | 2020 04 17 | Declaration of Zee Hakimoglu In Support of ClearOne, Inc 's Opposition to Shure's Motion for a Temporary Restraining Order D I  No  451, Ex  15) | | | | | | Technical Issue |
| X2286 | 2017 08 06 | Declaration of Zee Hakimoglu In Support of ClearOne, Inc 's Motion for Preliminary Injunction (D I  No  480, Ex  114) | | | | | | 402/403 |
| X2287 | | Physical Exhibit Product Model – ClearOne BMA 2 | Physical Exhibit | | | | | |
| X2288 | | Physical Exhibit Product Model – ClearOne BMA 2 - packaging | Physical Exhibit | | | | | |

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| and | ) | |
| SHURE ACQUISITION | ) | C.A. No.: 19-1343-RGA-CJB |
| HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' UPDATED OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's Amended Scheduling Order (D.I. 73), Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. ("Shure") hereby provide their updated objections to the exhibit list served by Defendant ClearOne, Inc. on August 27, 2021, and revised on September 15, 2021, September 17, 2021, September 22, 2021, October 1, 2021, and October 11, 2021.

In Shure's objections, the following abbreviations are used:

- A = authenticity (Fed. R. Evid. 901-903)

- H = hearsay (Fed. R. Evid. 801-05)

- P = prejudice, confusing issues, misleading jury, undue delay, wasting time, needlessly presenting cumulative evidence (Fed. R. Evid. 403)

- R = relevance (Fed. R. Evid. 401-02)

- S = settlement communication Fed. R. Evid. 408

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| Exhibit | Date | Description | BegBates | EndBates | Shure's Objections |
|---------|------|-------------|----------|----------|--------------------|
| X0010 | 1997 | Cerra Deposition, Exhibit 32, "R. 367-1, Exhibit 20 filed in *Shure Incorporated v. ClearOne Inc.,* Case No. 1:17-CV-03078, Applications Engineering Technical Bulletin re Microphones on the Ceiling? Shure Strongly Advises NO!"" | N/A | N/A | R |
| X0011 | 2015 | Donahoe Deposition, Exhibit 5, " Advanced Network Devices PoE Product Catalog" | SHURE070281 | SHURE070296 | R |
| X0012 | 2016 | Weinstein Deposition, Exhibit 2, "Illuminas Presentation, "2016 United States Audio/Video Conferencing Study with C-level IT Decision-Makers"" | SHURE413828 | SHURE413858 | R |
| X0013 | 2017 | Klegon Deposition, Exhibit 16, "Spreadsheet, "Chris Rieger Project Task List"" | SHURE013284 | | R |
| X0014 | 2018 | Weinstein Deposition, Exhibit 5, "ISE 2018 Competitive Overview: Global Marketing" | SHURE707069 | SHURE707087 | |
| X0015 | 2019 | Shure Supplier Partnership Handbook, Volume 1 | N/A | N/A | R |
| X0016 | 2019 | Kessler Deposition, Exhibit 17, "ClearOne Connections Tour Brochure" | CLRONEDE-00008749 | CLRONEDE-00008749 | |
| X0017 | 2019 | Weinstein Deposition, Exhibit 3, "Futuresource Consulting Presentation, "Dedicated Audio Conferencing Hardware Market Assessment"" | CLRONEDE-00006619 | CLRONEDE-00006661 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0018 | 12/9/2002 | Cerra Deposition, Exhibit 27, "Patel Exhibit 21 - Broadband Digital Array Microphone Research Summary with Emphasis on Improved Low Frequency Beamforming Techniques: Technology Summary/Transfer by Steve Smith" | SHURE364389 | SHURE364632 | R |
|---|---|---|---|---|---|
| X0019 | 12/7/2005 | Guerra Deposition, Exhibit 3, ████████ | SHURE389261 | SHURE389261 | R |
| X0030 | 12/13/2006 | Weinstein Deposition, Exhibit 8; Wiggins Deposition, Exhibit 4, "Shure slide deck titled "2006 U.S. Corporate Boardroom Research"" | SHURE000355 | SHURE000382 | R |
| X0031 | 3/9/2010 | Excel spreadsheet with filename, "1st Qrt 2020 Pro Voice AV" | CLRONEDE-00001461 | CLRONEDE-00001461 | R |
| X0032 | 6/1/2010 | Article by Colin B. Harris and Andrew M. Ollis published in *Landslide*, Volume 2, No. 5 titled, "Design Patent Damages: An Additional Remedy and Other Considerations" | N/A | N/A | R, H, A |
| X0033 | 10/10/2011 | Abraham Deposition, Exhibit 1, "████████ | SHURE053093 | SHURE053094 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0034 | 11/10/2011 | Miller Deposition, Exhibit 22, "Research Panel Summary: Microflex Millennium" | SHURE053543 | SHURE053554 | R |
| X0035 | 12/6/2011 | Miller Deposition, Exhibit 21, ▮ | SHURE053542 | SHURE053542 | R |
| X0036 | 12/13/2011 | Cho Deposition, Exhibit 11, "Page Vault screen capture taken of archived McNichols online product page with item specifications and description for McNichols Quality Round Perforated, 24 Gauge Galvanized, 1/8" Round on 3/16" Staggered, 48.0000" x 120.0000"" | N/A | N/A | R, A, H |
| X0037 | 1/4/2012 | ClearOne press release titled, "ClearOne to Unveil Beamforming Microphone Array with Adaptive Steering and Next Generation Acoustic Echo Cancellation Technology, at InfoComm 2012" | N/A | N/A | R, H |
| X0038 | 1/27/2012 | Miller Deposition, Exhibit 24, "Shure Blue Ribbon Project Charter" | SHURE748667 | SHURE748685 | |
| X0039 | 2/6/2012 | ▮ | SHURE282623 | | R |
| X0050 | 2/7/2012 | Exhibit 28 to Joint Claim Construction Brief, US Patent 8,109,360 at D.I. 246 | N/A | N/A | R, P, H |
| X0051 | 2/8/2012 | Miller Deposition, Exhibit 23, ▮ | SHURE748666 | SHURE748666 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0052 | 3/12/2012 | Schyvinck Deposition, Exhibit 21, "Shure Blue Ribbon Project Charter Olympus" | SHURE053830 | SHURE053848 | |
| X0053 | 6/9/2012 | Schyvinck Deposition, Exhibit 19, " ███████ | SHURE053817 | SHURE053817 | R |
| X0054 | 8/23/2012 | Corporate Boardroom Microphone Array Phase 1 Report | SHURE282861 | SHURE282872 | |
| X0055 | 4/5/2013 | Klegon Deposition, Exhibit 3, " ███████ | SHURE783253 | SHURE783253 | R, P |
| X0056 | 4/17/2013 | Klegon Deposition 12/14/2018, Exhibit 13; Klegon Deposition 11/17/2020, Exhibit 1, ███████ | SHURE282951 | SHURE282951 | R, P |
| X0057 | 5/30/2013 | Klegon Deposition, Exhibit 2, ███████ | SHURE407739 | SHURE407739 | R, P |
| X0058 | 6/6/2013 | ███████ | SHURE283156 | SHURE283167 | |
| X0059 | 6/6/2013 | ███████ | SHURE271673 | SHURE271684 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0070 | 8/26/2013 | Klegon Deposition, Exhibit 4, ████████ | SHURE783284 | SHURE783284 | R, P |
| X0071 | 8/26/2013 | Abraham Deposition, Exhibit 5, "████████ | SHURE065612 | SHURE065613 | |
| X0072 | 8/28/2013 | Abraham Deposition, Exhibit 8, "Screen capture taken via Page Vault of Reliable Hardware Custom Speaker Grills product webpage" | N/A | N/A | R, A, H |
| X0073 | 8/31/2013 | Abraham Deposition, Exhibit 6; Lantz Deposition, Exhibit 1, ████████ | SHURE065608 | SHURE065609 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0074 | 9/8/2013 | Abraham Deposition, Exhibit 7; Lantz Deposition, Exhibit 2, " ██████████ "" | SHURE279442 | SHURE279442 | |
| X0075 | 9/11/2013 | Miller Deposition, Exhibit 1, ██████████ | SHUREDDEL00052297 | SHUREDDEL00052297 | |
| X0076 | 9/27/2013 | ██████████ | SHURE108282 | SHURE108282 | |
| X0077 | 10/1/2013 | Cho Deposition, Exhibit 1, ██████████ | SHUREDDEL00000436 | SHUREDDEL00000446 | |
| X0078 | 1/27/2014 | Cho Deposition, Exhibit 3, " ██████████ | SHUREDDEL00000721 | SHUREDDEL00000729 | |
| X0079 | 3/1/2014 | ██████████ | SHURE000597 | SHURE000675 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0090 | 3/10/2014 | Lantz Deposition, Exhibit 3, ████████ | | SHURE065007 | SHURE065008 |
| X0091 | 3/25/2014 | ████████ | | SHUREDDEL00052337 | SHUREDDEL00052343 |
| X0092 | 3/28/2014 | Abraham Deposition, Exhibit 9, ████████ | | SHURE064903 | SHURE064982 |
| X0093 | 4/16/2014 | Excepted page from Shure internal slide deck titled, ████████ | | SHUREDDEL00001133 | SHUREDEL00001133 |
| X0094 | 5/5/2014 | Cerra Deposition, Exhibit 34, "Shure Blue Ribbon Charter for Olympus" | | SHURE064775 | SHURE064802 |
| X0095 | 7/19/2014 | Lantz Deposition, Exhibit 4, ████████ | | SHURE367209 | SHURE367264 |
| X0096 | 8/5/2014 | Hatch Deposition, Exhibit 17, "████████ | | SHUREDDEL00141399 | SHUREDDEL00141418 |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0097 | 8/5/2014 | Klegon Deposition, Exhibit 1, ████████ | SHUREDDEL00124775 | SHUREDDEL00124776 | |
| X0098 | 8/5/2014 | Exhibit 18 to Delman Expert Report, ████████ | SHUREDDEL00124755 | SHUREDDEL00124756 | |
| X0099 | 8/5/2014 | Exhibit 17 to Delman Expert Report, ████████ | SHUREDDEL00124754 | SHUREDDEL00124754 | |
| X0100 | 8/13/2014 | Deposition of Cho, Exhibit 6, "Exhibit 42 to Declaration of Christina Von Der Ahe Rayburn in Support of ClearOne Inc.'s Opposition to Shure's Motion for a Preliminary Injunction, ████████ | SHUREDDEL00052431 | SHUREDDEL00052433 | R, H, P |
| X0101 | 8/14/2014 | Cho Deposition, Exhibit 8, ████████ " | SHUREDDEL00052444 | SHUREDDEL00052444 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0102 | 8/21/2014 | Email from Elizabeth Cho to Gregory Lantz, Robert Klegon, Bob Abraham, Melanie Koskamp, and John Miller | SHUREDDEL00052445 | SHUREDDEL00052446 | |
| X0103 | 8/22/2014 | Cho Deposition, Exhibit 13, " | SHUREDDEL00001432 | SHUREDDEL00001432 | |
| X0104 | 8/22/2014 | Cho Deposition, Exhibit 10, " | SHURE279662 | SHURE279662 | |
| X0105 | 9/1/2014 | | SHURE000784 | | |
| X0106 | 9/11/2014 | Abraham Deposition, Exhibit 10, " | N/A | N/A | R, A, H |
| X0107 | 10/8/2014 | Abraham Deposition, Exhibit 11; Lantz Deposition, Exhibit 5, | SHURE279751 | SHURE279752 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0108 | 10/17/2014 | Schanz Deposition, Exhibit 20; Klegon Deposition, Exhibit 14, ██████████ | SHURE261148 | SHURE261148 | |
|---|---|---|---|---|---|
| X0109 | 11/3/2014 | ██████████ | SHURE412009 | SHURE412015 | |
| X0110 | 11/5/2014 | ██████████ | SHURE064387 | SHURE064388 | |
| X0111 | 11/20/2014 | Klegon Deposition, Exhibit 9, ██████████ | SHURE233571 | SHURE233571 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0112 | 12/22/2014 | Lantz Deposition, Exhibit 7, " ███████ | SHURE442962 | SHURE442970 | |
| X0113 | 3/2/2015 | Lantz Deposition, Exhibit 9, " ███████ | SHURE442631 | SHURE442638 | |
| X0114 | 3/20/2015 | Lantz Deposition, Exhibit 10, ███████ | SHURE279826 | SHURE279832 | |
| X0115 | 6/8/2015 | ███████ | SHURE125505 | SHURE125509 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0116 | 7/20/2015 | Guerra Deposition, Exhibit 5; Klegon Deposition, Exhibit 6, " ██████████ | SHURE783362 | SHURE783363 | |
| X0117 | 8/20/2015 | Guerra Deposition, Exhibit 6, " ██████████ | SHURE783375 | SHURE783380 | |
| X0118 | 8/21/2015 | Wiggins Deposition, Exhibit 4; Klegon Deposition, Exhibit 7, " ██████████ | SHURE783387 | SHURE783393 | |
| X0119 | 8/21/2015 | Capture taken via Page Vault of article in *Harvard Business Review* by Amy Gallo titled, "A Refresher on Price Elasticity", accessed at https://hbr.org/2015/08/a-refresher-on-price-elasticity | N/A | N/A | R, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0120 | 8/31/2015 | Wiggins Deposition, Exhibit 5; Guerra Deposition, Exhibit 8; Klegon Deposition, Exhibit 8, "███████████████ e" | SHURE783460 | SHURE783467 | R, P |
| X0121 | 9/1/2015 | Wiggins Deposition, Exhibit 2; Guerra Deposition, Exhibit 1, ███████ | SHURE344816 | SHURE344820 | |
| X0122 | 9/28/2015 | Vander Veen Deposition, Exhibit 5, ███████ | CLRONE-00005737 | CLRONE-00005737 | R, H |
| X0123 | 10/9/2015 | Frost and Sullivan Presentation, "Changing Landscape in Audio Conferencing Endpoints Market" | CLRONE-00339906 | CLRONE-00339939 | R, A, H |
| X0124 | 10/14/2015 | Klegon Deposition, Exhibit 15, ███████ | SHURE350468 | SHURE350468 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0125 | 11/17/2015 | Cho Deposition, Exhibit 12, "Page Vault screen capture taken of archived McNichols online product page with item specifications and description for McNichols Quality Round Perforated, 24 Gauge Galvanized, 1/8" Round on 3/16" Staggered, 48.0000" x 120.0000" - product page contains same content as Cho Deposition Exhibit 11 but is dated as the closest capture after the date of Cho Deposition Exhibit 10 (August 22, 2014)" | N/A | N/A | R, A, H |
| X0126 | 1/21/2016 | Ramachandiran Deposition, Exhibit 337, ███████ | CLRONE-00184173 | CLRONE-00184175 | R, H |
| X0127 | 2/9/2016 | Shure press release titled, "Shure Debuts Microflex Advance Ceiling and Table Array Microphones" | N/A | N/A | |
| X0128 | 2/15/2016 | Cerra Deposition, Exhibit 29, "███████ | SHURE087043 | SHURE087044 | |
| X0129 | 2/16/2016 | U.S. Patent No. 9,264,553 (Pandey et al.) | N/A | N/A | R, P, H |
| X0130 | 3/1/2016 | Schanz Deposition, Exhibit 7, ███ | SHURE244585 | SHURE244585 | R, P |
| X0131 | 3/22/2016 | Klegon Deposition, Exhibit 22, ███████ | SHURE252844 | SHURE252850 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0132 | 3/31/2016 | Donahoe Deposition, Exhibit 4, " ████████ | SHURE070267 | SHURE070267 | |
| X0133 | 4/6/2016 | Klegon Deposition, Exhibit 17, ████████ | SHURE252726 | SHURE252731 | |
| X0134 | 4/18/2016 | Weinstein Deposition, Exhibit 4, "Executed consulting agreement entered between ClearOne and Ira Weinstein (affiliated with Wainhouse Research)" | N/A | N/A | R, P |
| X0135 | 4/21/2016 | Cerra Deposition, Exhibit 38, " ████ | SHURE06701 | SHURE06714 | |
| X0136 | 6/1/2016 | ClearOne press release titled, "ClearOne Launches Second Generation of its Groundbreaking Beamforming Microphone Array" | N/A | N/A | R, H |
| X0137 | 6/3/2016 | Klegon Deposition, Exhibit 10, ████████ | SHURE783663 | SHURE783663 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0138 | 6/7/2016 | Wiggins Deposition, Exhibit 2; Klegon Deposition, Exhibit 20, ▮▮▮ | SHURE251500 | SHURE251501 | R |
| X0139 | 6/20/2016 | Klegon Deposition, Exhibit 23, ▮▮▮ | SHURE412188 | SHURE412189 | R, P |
| X0140 | 6/22/2016 | Klegon Deposition, Exhibit 27, ▮▮▮ | SHURE251276 | SHURE249378 | R |
| X0141 | 6/27/2016 | Klegon Deposition, Exhibit 3, "Shure Press Release by Rob Klegon, "Achieve Invisible Audio with the MXA910 Ceiling Array Microphone"" | N/A | N/A | |
| X0142 | 8/6/2016 | Cerra Deposition, Exhibit 31, "Screenshot of article on Shure website 'Shure Microflex Advance Microphones Are Now Shipping'" | N/A | N/A | |
| X0143 | 8/8/2016 | Schyvinck Deposition, Exhibit 5, ▮▮▮ | SHURE635153 | SHURE635155 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0144 | 8/8/2016 | Capture taken via Page Vault of Shure online press release titled, "Shure Microflex Advance Microphones Are Now Shipping", accessed at https://www.shure.com/en-US/about-us/press/shure-microflex-advance-microphones-are-now-shipping | N/A | N/A | |
| X0145 | 8/17/2016 | Klegon Deposition, Exhibit 18, ███████ | SHURE412959 | SHURE412959 | R |
| X0146 | 9/2/2016 | Klegon Deposition, Exhibit 2, ███████ | SHURE254767 | SHURE254767 | R |
| X0147 | 9/19/2016 | Schanz Deposition, Exhibit 25; Klegon Deposition, Exhibit 34, ███████ | SHURE254556 | SHURE254563 | R |
| X0148 | 10/4/2016 | Weinstein Deposition, Exhibit 9, ███████ | SHURE413931 | SHURE413931 | R |
| X0149 | 10/10/2016 | Roy Deposition, Exhibit 41, "Shure blog post by Criss Niemann, "The IT Professional's Guide to Great Corporate Sound"" | Schonfeld002888 | Schonfe1d002900 | R, H, A |
| X0150 | 10/12/2016 | Klegon Deposition, Exhibit 13, ███████ | SHURE606312 | SHURE606312 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0151 | 10/27/2016 | Klegon Deposition, Exhibit 8, █████████████ | SHURE16565 | SHURE16565 | R |
| X0152 | 11/16/2016 | Klegon Deposition, Exhibit 41, █████████████ | SHURE015793 | SHURE015794 | R |
| X0153 | 11/21/2016 | Morrow Deposition, Exhibit 4, "█████████████ | SHURE414906 | SHURE414906 | |
| X0154 | 11/27/2016 | Klegon Deposition, Exhibit 9, █████████████" | SHURE607815 | SHURE607821 | |
| X0155 | 12/2/2016 | Klegon Deposition, Exhibit 12, █████████████" | SHURE255636 | SHURE255637 | R, P |
| X0156 | 12/5/2016 | Klegon Deposition, Exhibit 30, █████████████ | SHURE249370 | SHURE249372 | R |
| X0157 | 12/22/2016 | Frost and Sullivan Presentation, "The Growth of Collaborative Spaces and the Proliferation of Collaborative Services Cultivate the Growth of the Audio Conferencing Endpoints Market" | CLRONE-00339989 | CLRONE-00340019 | R, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0158 | 1/23/2017 | Schanz Deposition, Exhibit 21; Klegon Deposition, Exhibit 19, ███████ | SHURE404210 | SHURE404210 | R, P |
| X0159 | 2/1/2017 | Klegon Deposition, Exhibit 32, ███ | SHURE256474 | SHURE256478 | R |
| X0160 | 2/1/2017 | Klegon Deposition, Exhibit 6, "███████ | SHURE244503 | SHURE244504 | R, P |
| X0161 | 2/7/2017 | Exhibit 07 to Delman Expert Report, US Patent No. 9,565,493 | N/A | N/A | |
| X0162 | 2/7/2017 | Hatch Deposition, Exhibit 3, "U.S. Patent No. 9,565,493 ('493 Patent)" | N/A | N/A | |
| X0163 | 2/7/2017 | Hatch Deposition, Exhibit 3A, "U.S. Patent No. 9,565,493 ('493 Patent) with Highlights to Pages with Fig. 2 and Fig. 3" | N/A | N/A | |
| X0164 | 2/27/2017 | Morrow Deposition, Exhibit 2, "███████ | SHURE248504 | SHURE248507 | |
| X0165 | 2/28/2017 | ███████ | SHURE612108 | SHURE612111 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0166 | 3/10/2017 | Klegon Deposition, Exhibit 43, " ███████ | SHURE418412 | SHURE418414 | R |
| X0167 | 3/15/2017 | ClearOne Inc. Form 10-K Annual Report for Year Ended December 31, 2016 | N/A | N/A | R, H |
| X0168 | 4/25/2017 | U.S. Patent No. 9,635,186 (Pandey et al.) | N/A | N/A | R, P, H |
| X0169 | 4/27/2017 | Wolffe Deposition, Exhibit 14, ███████ | SECOM_000099 | SECOM_000099 | R, A, H |
| X0170 | 5/9/2017 | Klegon Deposition, Exhibit 11, ███████ | SHURE008877 | SHURE008881 | R, P |
| X0171 | 5/18/2017 | Miller Deposition, Exhibit 10, "US Design Patent, "US D784,299 S"" | N/A | N/A | R, P |
| X0172 | 5/19/2017 | Klegon Deposition, Exhibit 10, ███████ " | SHURE008285 | SHURE008293 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0173 | 5/20/2017 | Schyvinck Deposition, Exhibit 8, "Crain's Chicago Business Article by John Pletz, "A microphone industry leader's next act"" | N/A | N/A | R, H, A |
|---|---|---|---|---|---|
| X0174 | 5/31/2017 | ██████████████████ | SHURE247288 | SHURE247292 | R, P |
| X0175 | 6/19/2017 | Klegon Deposition, Exhibit 21, ████ | SHURE007032 | SHURE007042 | |
| X0176 | 6/19/2017 | Cerra Deposition, Exhibit 35, " | SHURE095283 | SHURE095293 | |
| X0177 | 7/17/2017 | Cerra Deposition, Exhibit 36, ████ | SHURE264509 | SHURE264524 | |
| X0178 | 7/18/2017 | Weinstein Deposition, Exhibit 6, ██████████████ | CLRONE-00413006 | CLRONE-00413020 | R, H |
| X0179 | 8/1/2017 | Klegon Deposition, Exhibit 5, ████████████████ | SHURE259918 | SHURE254767 | R |
| X0180 | 8/14/2017 | Guerra Deposition, Exhibit 4, " ████████████████ | SHURE352274 | SHURE352274 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0181 | 8/23/2017 | Schyvinck Deposition, Exhibit 9, " ███████ | SHURE629134 | SHURE629135 | R |
| X0182 | 8/23/2017 | Morrow Deposition, Exhibit 5, " ███████ | SHURE260336 | SHURE260337 | R |
| X0183 | 9/8/2017 | Schanz Deposition, Exhibit 19, ███████ | SHURE711733 | SHURE711736 | R |
| X0184 | 9/15/2017 | Exhibit Deposition, Exhibit 2, "Declaration of James Schanz in Support of Shure's Motion to Quash Third-Party Subpoenas and for a Protective Order" | SHURE714136 | SHURE714138 | R, P |
| X0185 | 9/15/2017 | Shure Incorporated's Response to ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-9) | N/A | N/A | R, P |
| X0186 | 10/12/2017 | Wiggins Deposition, Exhibit 9, " ███████ | SHURE675824 | SHURE675843 | R |
| X0187 | 11/7/2017 | U.S. Patent No. 9,813,806 (Graham et al.) | N/A | N/A | R, P, H |
| X0188 | 12/5/2017 | Shure Incorporated's First Supplemental Response to ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-9) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0189 | 12/9/2017 | Exhibit 65 to Joint Claim Construction Brief, Declaration of Chad Wiggins in support of Shure's Opposition to ClearOne's Motion for Preliminary Injunction at D.I. 249 | N/A | N/A | R, P |
| X0190 | 12/9/2017 | Wiggins Deposition, Exhibit 1, "Declaration of Chad Wiggins" | N/A | N/A | R, P |
| X0191 | 12/11/2017 | R. 171, SEALED Declaration of Chad Wiggins in Support of Shure's Opposition to ClearOne's Motion for Preliminary Injunction as to '186 Patent | N/A | N/A | R, P |
| X0192 | 12/19/2017 | R. 183, SEALED Shure's Memorandum in Opposition to ClearOne's Motion for Preliminary Injunction as to '186 Patent | N/A | N/A | R, P |
| X0193 | 1/2/2018 | ███████████████ | SHURE693128 | SHURE693132 | R |
| X0194 | 1/30/2018 | R. 237, SEALED Shure's Sur-Reply in Opposition to ClearOne's Motion for Preliminary Injunction as to '186 Patent | N/A | N/A | R, P |
| X0195 | 3/16/2018 | R. 278, Memorandum Opinion and Order (Under Seal) Denying ClearOne's Motion for Preliminary Injunction as to United States Patent No. 9,635,186, filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P |
| X0196 | 3/22/2018 | Schanz Deposition, Exhibit 4, ███████████████ | SHURE702896 | SHURE702896 | R, P |
| X0197 | 4/4/2018 | Donahoe Deposition, Exhibit 7, ███████████████ | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0198 | 4/10/2018 | ███████████ | SHURE684607 | SHURE684634 | |
| X0199 | 4/10/2018 | Donahoe Deposition, Exhibit 11, "Advanced Network Devices Web Page, "Advanced Network Devices Dealer Portal"" | N/A | N/A | R, A, H |
| X0300 | 4/16/2018 | Wolffe Deposition, Exhibit 15, "███████████ | SECOM_000057 | SECOM_000057 | R, A, H |
| X0301 | 5/1/2018 | Shure Incorporated's Response to ClearOne, Inc.'s Second Set of Interrogatories (Nos. 10-18) | N/A | N/A | R, P |
| X0302 | 6/15/2018 | Donahoe Deposition, Exhibit 6, "███████████ | AND-000100 | AND-000100 | R, P |
| X0303 | 6/21/2018 | Donahoe Deposition, Exhibit 9, "███████████ | AND-000032 | AND-000042 | R, P |
| X0304 | 6/29/2018 | Donahoe Deposition, Exhibit 8, "Declaration of Brian Donahoe in 03078" | N/A | N/A | R, A, H |
| X0305 | 7/12/2018 | Morrow Deposition, Exhibit 6, ███████████ | SHURE786917 | SHURE786917 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0306 | 7/12/2018 | Abraham Deposition, Exhibit 13, █████████ | SHURE786914 | SHURE786914 | R, P |
| X0307 | 7/31/2018 | Exhibits 16-27 to Declaration of Christina von der Ahe Rayburn in Support of ClearOne's Opposition to Shure's Motion for a Preliminary Injunction, ████████ | CLRONE-00552600 | CLRONE-00552625 | R, P, H |
| X0308 | 8/20/2018 | Donahoe Deposition, Exhibit 10, "Advanced Network Devices Web Page, "Where to Purchase"" | N/A | N/A | R |
| X0309 | 8/20/2018 | Donahoe Deposition, Exhibit 12, "Starin Web Page, "ClearOne Dealer Portal"" | N/A | N/A | R, P, H, A |
| X0310 | 8/20/2018 | Donahoe Deposition, Exhibit 13, "VoipSupply.com page, "Voip Supply Works with the Best Brands in VoIP"" | N/A | N/A | R, P, H, A |
| X0311 | 9/6/2018 | Newman Deposition, Exhibit 1, "Subpoena to Testify at a Deposition in a Civil Action to Conference Technology Group, LLC c/o David Newman" | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0312 | 10/19/2018 | ███████████████ | SHURE955595 | SHURE955595 | R |
|---|---|---|---|---|---|
| X0313 | 10/22/2018 | Cerra Deposition, Exhibit 25, "Declaration of David Cerra filed in *Shure Incorporated v. ClearOne Inc., Case No. 1:17-CV-03078 (N.D. Ill.)* | N/A | N/A | R, P |
| X0314 | 10/24/2018 | R. 417, SEALED Declaration of David Cerra in Support of Shure's Opposition to ClearOne's Motion for Preliminary Injunction as to '806 Patent | N/A | N/A | R, P |
| X0315 | 10/24/2018 | R. 413, SEALED Shure's Memorandum in Opposition to ClearOne's Motion for Preliminary Injunction as to '806 Patent | N/A | N/A | R, P |
| X0316 | 10/29/2018 | Hatch Deposition, Exhibit 9, "Docket No. 175-32 to Spigen Korea Co., Ltd. v. Ultraproof, Inc., Case No. 2:16-cv-09185, Declaration of Benjamin A. Campbell in Support of Defendants' Motion for Summary Judgment" | N/A | N/A | R, H |
| X0317 | 10/29/2018 | Klegon Deposition, Exhibit 24, "AcousticMagic Product Page, "Voice Tracker I Array Microphone (Multiple Options)" | N/A | N/A | R, H, A |
| X0318 | 11/21/2018 | Schanz Deposition, Exhibit 1, "Notice of Deposition of Shure Incorporated Pursuant to Federal Rule of Civil Procedure 30(b)(6)" | N/A | N/A | R, P |
| X0319 | 1/11/2019 | Schanz Deposition, Exhibit 1, ███████████████ | SHUREDDEL00033142 | SHUREDDEL00033142 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0320 | 1/23/2019 | DiFalco Deposition, Exhibit 5 ███████ | SHURE821760 | SHURE821761 | R |
| X0321 | 1/23/2019 | DiFalco Deposition, Exhibit 1; Schanz Deposition, Exhibit 5, "Shure Slide Deck Entitled, "Organizational Charts"" | SHURE780802 | SHURE780860 | R |
| X0322 | 1/23/2019 | Shure Incorporated's Second Supplemental and Amended Response to ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-9) | N/A | N/A | R, P |
| X0323 | 1/24/2019 | Wolffe Deposition, Exhibit 17, "USPTO Inter Partes Review Final Written Decision re 9,264,553" | SECOM_000220 | SECOM_000269 | R, P |
| X0324 | 1/25/2019 | Wolffe Deposition, Exhibit 18, ███████ | SECOM_000125 | SECOM_000125 | R, P |
| X0325 | 1/25/2019 | Bencsik Deposition, Exhibit 14, ███████ | CLRONEDE-00004445 | CLRONEDE-00004447 | R, P |
| X0326 | 1/26/2019 | Wolffe Deposition, Exhibit 16, "███████ | SECOM_000218 | SECOM_000219 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0327 | 1/28/2019 | Weinstein Deposition, Exhibit 7; Vander Veen Deposition, Exhibit 4, " ▮▮▮▮ | CLRONEDE-00004501 | CLRONEDE-00004501 | R, P, H |
| X0328 | 1/29/2019 | ▮▮▮▮ | SHURE864865 | SHURE864867 | R |
| X0329 | 1/29/2019 | Exhibits 28-39 to Declaration of Christina von der Ahe Rayburn in Support of ClearOne's Opposition to Shure's Motion for a Preliminary Injunction, ▮▮▮▮ | CLRONE-00737595 | CLRONE-00737629 | R |
| X0330 | 1/31/2019 | ▮▮▮▮ | HWPCO000052 | HWPCO000053 | R, P |
| X0331 | 2/4/2019 | ClearOne press release titled, "ClearOne Debuts Patented Ceiling Tile Beamforming Mic Array with a Superior Architecture for Reduced Complexity and Cost" | N/A | N/A | |
| X0332 | 2/4/2019 | ClearOne press release titled, "ClearOne Debuts Patented Ceiling Tile Beamforming Mic Array with a Superior Architecture for Reduced Complexity and Cost" | N/A | N/A | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0333 | 2/5/2019 | Payne Deposition, Exhibit 12, " ███████ | UNIFIED_012067 | UNIFIED_012071 | |
| X0334 | 2/5/2019 | Shure Incorporated's Second Supplemental Response to ClearOne, Inc.'s Interrogatories (No. 16) | N/A | N/A | R, P |
| X0335 | 2/6/2019 | Schanz Deposition, Exhibit 4, ███████ | SHUREDDEL00034331 | SHUREDDEL00034331 | |
| X0336 | 2/6/2019 | Wiggins Deposition, Exhibit 4, ███████ | SHURE784159 | SHURE784159 | |
| X0337 | 2/13/2019 | Schanz Deposition, Exhibit 3, ███████ | SHUREDDEL00034627 | SHUREDDEL00034630 | |
| X0338 | 2/26/2019 | Wiggins Deposition, Exhibit 6, ███████ | SHURE865141 | SHURE865141 | |
| X0339 | 3/1/2019 | Miller Deposition, Exhibit 12, ███████ | SHUREDDEL00125503 | SHUREDDEL00125534 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0340 | 3/7/2019 | Schanz Deposition, Exhibit 7, ████████ | SHUREDDEL00035618 | SHUREDDEL00035619 | R |
| X0341 | 3/12/2019 | ████████ | SHUREDDEL00005092 | SHUREDDEL00005093 | R, P |
| X0342 | 3/16/2019 | Email chain from John Schnibbe to Zee Hakimoglu, cc Stephanie Floisand re Bi-Weekly Update | CLRONEDE-00005769 | CLRONEDE-00005770 | |
| X0343 | 3/25/2019 | ████████ | HWPCO000092 | HWPCO000092 | |
| X0344 | 3/25/2019 | Bencsik Deposition, Exhibit 20, "Email from John Scnibbe to Ed Wolffe, Stephen Scheffer, Carl Yandle, Jon Ferren, Todd Koebke, Victor Clites, Tim Dykes, Chris Bencsik re PDF-BMA CT with attachment re BMA CT sales presentation rev12.pdf (Attachment not included)" | CLRONEDE-00005774 | CLRONEDE-00005774 | |
| X0345 | 3/26/2019 | Payne Deposition, Exhibit 3, ████████ | UNIFIED_008802 | UNIFIED_008802 | |
| X0346 | 3/26/2019 | Payne Deposition, Exhibit 4, ████████ | UNIFIED_008800 | UNIFIED_008801 | |
| X0347 | 4/11/2019 | Bencsik Deposition, Exhibit 16, "████████ " | BENCSIK_000108 | BENCSIK_000109 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0348 | 4/11/2019 | Bencsik Deposition, Exhibit 19, " ██████ ████████ | BENCSIK_000104 | BENCSIK_000107 | R, P |
|---|---|---|---|---|---|
| X0349 | 4/12/2019 | ClearOne Inc. Form 10-K Annual Report for Year Ended December 31, 2018 | N/A | N/A | R, H |
| X0350 | 4/12/2019 | Bencsik Deposition, Exhibit 17, " ██████ ████████ | BENCSIK_000030 | BENCSIK_000032 | R, P, H, A |
| X0351 | 4/15/2019 | Shure Incorporated's Response to ClearOne, Inc.'s Third Set of Interrogatories (Nos. 19-22) | N/A | N/A | R, P |
| X0352 | 4/15/2019 | Shure Incorporated's Third Supplemental and Amended Response to ClearOne, Inc.'s First Set of Interrogatories | N/A | N/A | R, P |
| X0353 | 4/15/2019 | Shure Incorporated's Second Supplemental and Amended Response to ClearOne, Inc.'s Second Set of Interrogatories | N/A | N/A | R, P |
| X0354 | 4/16/2019 | Bencsik Deposition, Exhibit 18, " ██████ ████████ | BENCSIK_000093 | BENCSIK_000098 | R, P, H, A |
| X0355 | 4/30/2019 | Shure Incorporated's Responses to ClearOne's First Set of Requests for Admission to Shure Incorporated (Nos. 1-140) | N/A | N/A | R, P |
| X0356 | 5/7/2019 | R. 508, SEALED Shure's Opening Claim Construction Brief Pursuant to Local Patent Rule 4.2 | N/A | N/A | R, P |
| X0357 | 5/14/2019 | Yates Deposition, Exhibit 3, " ██████ | HIGHWAY_0032 | HIGHWAY_0032 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0358 | 5/17/2019 | Yates Deposition, Exhibit 2, ██████ ██████ " | HIGHWAY_0020 | HIGHWAY_0020 | |
| X0359 | 5/17/2019 | Staples Deposition, Exhibit 9, ██████ | HIGHWAY _0020 | HIGHWAY _0020 | |
| X0360 | 5/21/2019 | Klegon Deposition, Exhibit 36, ██████ | N/A | N/A | R, P |
| X0361 | 5/28/2019 | Maselbas Deposition, Exhibit J, "Excel spreadsheet with filename, "Revised MSRP"" | SHURE784272 | SHURE784272 | R, P |
| X0362 | 5/29/2019 | ██████ | CLRONE-00832187 | CLRONE-00832195 | R, H, P |
| X0363 | 6/18/2019 | Clingman Deposition, Exhibit 18, ██████ | DOBBS00000054 | DOBBS00000054 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0364 | 6/18/2019 | Clingman Deposition, Exhibit 14, ██████ | DOBBS00000030 | DOBBS00000030 | |
| X0365 | 6/18/2019 | Clingman Deposition, Exhibit 13, ██████ | DOBBS00000029 | DOBBS00000029 | |
| X0366 | 6/19/2019 | Staples Deposition, Exhibit 8, "Audio Video System Bulletin 16 for GCGV Infrastructure" | FISK000004 | FISK000027 | |
| X0367 | 6/19/2019 | Clingman Deposition, Exhibit 19, "██████ | DOBBS00000092 | DOBBS00000092 | |
| X0368 | 6/19/2019 | Clingman Deposition, Exhibit 17, ██████ | DOBBS00000044 | DOBBS00000044 | |
| X0369 | 6/19/2019 | Clingman Deposition, Exhibit 11, ██████ | DOBBS00000028 | DOBBS00000028 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0370 | 6/25/2019 | R. 535, Shure's Claim Construction Reply Brief | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X0371 | 6/26/2019 | Schanz Deposition, Exhibit 6, " ███████ | SHURE910073 | SHURE910081 | R, P |
| X0372 | 6/26/2019 | Wiggins Deposition, Exhibit 7, ███████ "" | SHURE865429 | SHURE865431 | R |
| X0373 | 7/1/2019 | DiFalco Deposition, Exhibit 6, " ███████ | SHURE840896 | SHURE840897 | R |
| X0374 | 7/5/2019 | Clingman Deposition, Exhibit 3, ███████ MXA910 Ceiling Array with IntelliMix"" | N/A | N/A | |
| X0375 | 7/8/2019 | Clingman Deposition, Exhibit 15, ███████ | DOBBS00000043 | DOBBS00000043 | |
| X0376 | 7/8/2019 | Clingman Deposition, Exhibit 15, ███████ | DOBBS00000031 | DOBBS00000031 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0377 | 7/18/2019 | Guerra Deposition, Exhibit 10, ███████ | SHURE784290 | SHURE784290 | |
| X0378 | 7/18/2019 | Guerra Deposition, Exhibit 9; Klegon Deposition, Exhibit 11, ███████ | SHURE784289 | SHURE784290 | |
| X0379 | 7/18/2019 | Clingman Deposition, Exhibit 12, ███████ | DOBBS00000023 | DOBBS00000023 | |
| X0380 | 7/26/2019 | ███████ | SHUREDDEL00005098 | SHUREDDEL00005101 | R |
| X0381 | 8/4/2019 | Memorandum Opinion and Order (PI Order) in Shure Inc. v. ClearOne, Inc. (Case No. 17-cv-03078) | N/A | N/A | R, P |
| X0382 | 8/5/2019 | R. 550, Memorandum Opinion and Order (Under Seal) Granting ClearOne's Motion for Preliminary Injunction as to United States Patent No. 9,813,806, filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P |
| X0383 | 8/5/2019 | Schnibbe Deposition, Exhibit 12, ███████ | CLRONEDE-00004973 | CLRONEDE-00004975 | R, P, H |
| X0384 | 8/5/2019 | ███████ | CLRONED-00004973 | CLRONED-00004975 | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0385 | 8/6/2019 | Kessler Deposition, Exhibit 16, "ClearOne Press Release, "ClearOne Wins Preliminary Injunction Against Shure's MXA910 Ceiling Array Microphone"" | WPS_000010 | WPS_000010 | R, P, H |
|---|---|---|---|---|---|
| X0386 | 8/6/2019 | Kessler Deposition, Exhibit 15, " ███████ | WPS_000009 | WPS_000009 | R, P, H |
| X0387 | 8/6/2019 | ███████ | SHUREDDEL093354 | SHUREDDEL093354 | R, P, H |
| X0388 | 8/6/2019 | Valley Deposition, Exhibit 5, ███████ " | SHURE942973 | SHURE942973 | R, P |
| X0389 | 8/6/2019 | ███████ | SHURE939359 | SHURE939360 | R, P |
| X0390 | 8/6/2019 | Valley Deposition, Exhibit 4, ███████ " | SHURE865747 | SHURE865748 | R, P |
| X0391 | 8/6/2019 | Valley Deposition, Exhibit 3, ███████ | SHURE865746 | SHURE865746 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0392 | 8/6/2019 | Valley Deposition, Exhibit 2, ███████████ | SHURE865691 | SHURE865691 | R, P |
| X0393 | 8/6/2019 | Valley Deposition, Exhibit 1, ███████████ | SHURE865684 | SHURE865684 | R, P |
| X0394 | 8/6/2019 | ███████████ | SHURE858589 | SHURE858591 | R, P |
| X0395 | 8/6/2019 | Wolffe Deposition, Exhibit 9, ███████████ | SECOM_000213 | SECOM_000215 | R, P |
| X0396 | 8/6/2019 | Tunnell Deposition, Exhibit 9, " ███████████ | PROTECH02422 | PROTECH02422 | R, P, H, A |
| X0397 | 8/6/2019 | Tunnell Deposition, Exhibit 8, ███████████ | PROTECH000416 | PROTECH000416 | R, P, H, A |
| X0398 | 8/6/2019 | Manning Deposition, Exhibit 2, " ███████████ | KONTEK_000120 | KONTEK_000121 | R, P |
| X0399 | 8/6/2019 | Clingman Deposition, Exhibit 25, " ███████████ | DOBBS00000081 | DOBBS00000082 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0500 | 8/6/2019 | Clingman Deposition, Exhibit 23, ▮ | DOBBS00000061 | DOBBS00000062 | R, P |
| X0501 | 8/6/2019 | Clingman Deposition, Exhibit 22, ▮ | DOBBS00000036 | DOBBS00000036 | |
| X0502 | 08/06/19 | ClearOne-DeBusschere Deposition, Exhibit 4, "ClearOne press release titled, "ClearOne Wins Preliminary Injunction Against Shure's MXA910 Ceiling Array Microphone"" | DEB-00000008 | DEB-00000008 | R, P, H |
| X0503 | 08/06/19 | ClearOne-DeBusschere Deposition, Exhibit 3, ▮ | DEB-00000006 | DEB-00000007 | R, P |
| X0504 | 8/6/2019 | Wilson Deposition, Exhibit 12, ▮ | CTSI_020 | CTSI_020 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0505 | 8/6/2019 | ███████████ | CLRONEDE-00013934 | CLRONEDE-00013934 | R, P |
| X0506 | 8/6/2019 | Weinstein Deposition, Exhibit 18; Bencsik Deposition, Exhibit 9, "███████ | BENCSIK_000087 | BENCSIK_000088 | R, P |
| X0507 | 8/6/2019 | Bencsik Deposition, Exhibit 21, "███████ " | BENCSIK_000004 | BENCSIK_000005 | R, P |
| X0508 | 8/6/2019 | ███████████ | AUDIOBIZ_000545 | AUDIOBIZ_000546 | R, P |
| X0509 | 8/6/2019 | ███████████ | AUDIOBIZ_000278 | AUDIOBIZ_000278 | R, P |
| X0510 | 8/7/2019 | ███████████ | SHUREDDEL124538 | SHUREDDEL124539 | R, P |
| X0511 | 8/7/2019 | ███████████ | SHURE957221 | SHURE957224 | R, P |
| X0512 | 8/7/2019 | ███████████ | SHURE957214 | SHURE957220 | R, P |
| X0513 | 8/7/2019 | ███████████ | SHURE957204 | SHURE957206 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0514 | 8/7/2019 | Moore Deposition, Exhibit 12, ███████ | SHURE953020 | SHURE953021 | R, P |
| X0515 | 8/7/2019 | Valley Deposition, Exhibit 11, " ███████ " | SHURE941164 | SHURE941166 | R, P |
| X0516 | 8/7/2019 | ███████ | SHURE939378 | SHURE939381 | R, P |
| X0517 | 8/7/2019 | DiFalco Deposition, Exhibit 1; Valley Deposition, Exhibit 10, ███████ | SHURE939368 | SHURE939369 | R, P |
| X0518 | 8/7/2019 | Valley Deposition, Exhibit 9, " ███████ | SHURE865863 | SHURE865865 | R, P |
| X0519 | 8/7/2019 | Valley Deposition, Exhibit 8, " ███████ " | SHURE865855 | SHURE865856 | R, P |
| X0520 | 8/7/2019 | Wiggins Deposition, Exhibit 3, ███████ | SHURE865840 | SHURE865840 | R, P |
| X0521 | 8/7/2019 | Valley Deposition, Exhibit 7, ███████ | SHURE865836 | SHURE865836 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0522 | 8/7/2019 | Wolffe Deposition, Exhibit 6, ████████ | SECOM_000001 | SECOM_000022 | R, P |
| X0523 | 8/7/2019 | Rogina Deposition, Exhibit 2, ████████ | N/A | N/A | R, P |
| X0524 | 8/8/2019 | ████████ | SHURE953026 | | R, P |
| X0525 | 8/8/2019 | R.I 787, SEALED Exhibit 28 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, ████████ | MCFADDEN000862 | MCFADDEN000863 | R, P, H |
| X0526 | 8/9/2019 | ████████ | UNIFIED_006470 | UNIFIED_006473 | R, P |
| X0527 | 8/9/2019 | ████████ | SHUREDDEL079857 | SHUREDDEL079857 | R, P |
| X0528 | 8/9/2019 | ████████ | SHUREDDEL079844 | SHUREDDEL079844 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0529 | 8/9/2019 | Valley Deposition, Exhibit 15, " ██████ | SHUREDDEL079842 | SHUREDDEL079843 | R, P |
| X0530 | 8/9/2019 | ██████ | SHUREDDEL00040045 | SHUREDDEL00040051 | R, P |
| X0531 | 8/9/2019 | Valley Deposition, Exhibit 14; DiFalco Deposition, Exhibit 2, " ██████ | SHURE964595 | SHURE964596 | R, P |
| X0532 | 8/9/2019 | ██████ | SHURE959471 | SHURE959475 | R, P |
| X0533 | 8/9/2019 | Ramsayer Deposition, Exhibit 3, " ██████ | SHURE957298 | SHURE957309 | R, P |
| X0534 | 8/9/2019 | Valley Deposition, Exhibit 13, ██████ | SHURE939389 | SHURE939393 | R, P |
| X0535 | 8/9/2019 | Valley Deposition, Exhibit 12, " ██████ | SHURE865884 | SHURE865885 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0536 | 8/9/2019 | Schanz Deposition, Exhibit 8, "Declaration of James Schanz in Support of Shure's Response re Bond to be Set for Proposed Preliminary Injunction related to '806 Patent [Dkt. No. 579]" | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X0537 | 8/9/2019 | Wiggins Deposition, Exhibit 10, "Declaration of Chad Wiggins in Support of Shure's Response re Bond to be Set for Proposed Preliminary Injunction related to '806 Patent [Dkt. No. 576]" | N/A | N/A | R, P |
| X0538 | 8/9/2019 | [DKT 575] Shure's Response re Bond to be Set for Proposed PI Injunction related to '806 Patent | N/A | N/A | R, P |
| X0539 | 8/9/2019 | Declaration of Chad Wiggins in Support of Shure's Response re Bond to be Set for Proposed Preliminary Injunction related to '806 Patent [Dkt. No. 576] in *Shure Inc. v. ClearOne, Inc.*, Case No 17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P |
| X0540 | 8/9/2019 | R. 577, SEALED Declaration of David Cerra in Support of Shure's Response Regarding Bond to be Set for Proposed Preliminary Injunction Related to '806 Patent | N/A | N/A | R, P |
| X0541 | 8/9/2019 | ███████████████████ | HWPCO000145 | HWPCO000149 | R, P |
| X0542 | 8/9/2019 | Bencsik Deposition, Exhibit 22, "███████████████ | BENCSIK_000064 | BENCSIK_000066 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0543 | 8/9/2019 | Mickel Deposition, Exhibit 10, " ███ | AUDIOBIZ_000996 | AUDIOBIZ_000997 | R, P |
| X0544 | 8/9/2019 | Mickel Deposition, Exhibit 11, ███ | AUDIOBIZ_000740 | AUDIOBIZ_000744 | R, P |
| X0545 | 8/10/2019 | Valley Deposition, Exhibit 17, " ███ | SHUREDDEL079862 | SHUREDDEL079862 | R, P |
| X0546 | 8/10/2019 | Miller Deposition, Exhibit 20, ███ | SHURE942052 | SHURE942054 | R, P |
| X0547 | 8/10/2019 | Berger Deposition, Exhibit 2, " ███ | SHURE939411 | SHURE939421 | R, P |
| X0548 | 8/12/2019 | ███ | SHUREDDEL00005105 | SHUREDDEL00005107 | R, P |
| X0549 | 8/12/2019 | Valley Deposition, Exhibit 21, " ███ | SHURE960685 | SHURE960692 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0550 | 8/12/2019 | DiFalco Deposition, Exhibit 4, " ███ | SHURE943157 | SHURE943158 | R, P |
| X0551 | 8/12/2019 | Valley Deposition, Exhibit 20, " ███ | SHURE865894 | SHURE865896 | R, P |
| X0552 | 8/12/2019 | Valley Deposition, Exhibits 18 and 19, ███ | PROTECH001551 | PROTECH001551 | R, P |
| X0553 | 8/12/2019 | ███ | EPAAV 000047 | EPAAV 000047 | R, P |
| X0554 | 8/12/2019 | Clingman Deposition, Exhibit 21, ███ " | DOBBS00000024 | DOBBS00000024 | R, P |
| X0555 | 8/12/2019 | ███ | CCS 000044 | CCS 000045 | R, P |
| X0556 | 8/12/2019 | Mickel Deposition, Exhibit 12, ███ " | AUDIOBIZ_000733 | AUDIOBIZ_000735 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0557 | 8/13/2019 | | SHURE938828 | SHURE938837 | R, P |
| X0558 | 8/13/2019 | Valley Deposition, Exhibit 22, " | SHURE865925 | SHURE865927 | R, P |
| X0559 | 8/13/2019 | Klegon Deposition, Exhibit 35, | N/A | N/A | R, P |
| X0560 | 8/13/2019 | Schanz Deposition, Exhibit 28, "Surreply Declaration of James Schanz" | N/A | N/A | R, P |
| X0561 | 8/13/2019 | R. 586, Shure's Sur-Reply Regarding Bond to be Set for Proposed Preliminary Injunction Related to '806 Patent | N/A | N/A | R, P |
| X0562 | 08/13/19 | ClearOne-DeBusschere Deposition, Exhibit 5, | DEB-00000345 | DEB-00000347 | R, P |
| X0563 | 8/13/2019 | Wilson Deposition, Exhibit 13, " | CTSI_022 | CTSI_022 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0564 | 8/14/2019 | ████████████████ | SHURE943233 | SHURE943234 | R, P |
|---|---|---|---|---|---|
| X0565 | 8/14/2019 | Bond Order in Shure Inc. v. ClearOne, Inc., Case No. 17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P |
| X0566 | 8/14/2019 | Yates Deposition, Exhibit 18, "████████ " | HIGHWAY_0110 | HIGHWAY_0110 | R, P |
| X0567 | 8/14/2019 | Yates Deposition, Exhibit 19, "████████ " | HIGHWAY_0102 | HIGHWAY_0105 | R, P |
| X0568 | 8/15/2019 | Valley Deposition, Exhibit 23, ████████████ " | SHUREDDEL079999 | SHUREDDEL079999 | R, P |
| X0569 | 8/15/2019 | ████████████ | SHURE942097 | SHURE942097 | R, P |
| X0570 | 8/15/2019 | ████████████ | SHURE939485 | SHURE939485 | R, P |
| X0571 | 8/15/2019 | ████████████ | SHURE938989 | SHURE938992 | R, P |
| X0572 | 8/15/2019 | ████████ Crust profile ID - meeting notes & actions | SHURE938971 | SHURE938973 | R, P |
| X0573 | 8/15/2019 | Tunnell Deposition, Exhibit 10, "████████████ | PROTECH002419 | PROTECH002420 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0574 | 8/15/2019 | Clingman Deposition, Exhibit 27;<br>Clingman Deposition, Exhibit 28, " | DOBBS00002372 | DOBBS00002372 | R, P |
|---|---|---|---|---|---|
| X0575 | 8/15/2019 | Clingman Deposition, Exhibit 26, " …" | DOBBS00002371 | DOBBS00002371 | R, P |
| X0576 | 8/15/2019 | Clingman Deposition, Exhibit 24, " | DOBBS00002370 | DOBBS00002370 | R, P |
| X0577 | 8/15/2019 | Bencsik Deposition, Exhibit 23, " | BENCSIK_000043 | BENCSIK_000044 | R, P |
| X0578 | 8/16/2019 | | SHUREDDEL080021 | SHUREDDEL080026 | R, P |
| X0579 | 8/16/2019 | Valley Deposition, Exhibit 24, " " | SHUREDDEL080015 | SHUREDDEL080020 | R, P |
| X0580 | 8/16/2019 | Smith Deposition, Exhibit 8, | SHUREDDDEL080021 | SHUREDDDEL080026 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0581 | 8/16/2019 | █████████ | SHURE939064 | SHURE939072 | R, P |
| X0582 | 8/19/2019 | Weinstein Deposition, Exhibit 22; DiFalco Deposition, Exhibit 6, ████ | SHURE943257 | SHURE943257 | R, P |
| X0583 | 8/19/2019 | Valley Deposition, Exhibit 25, "████ " | SHURE866000 | SHURE866001 | R, P |
| X0584 | 8/19/2019 | Wiggins Deposition, Exhibit 1, "████ | SHURE865984 | SHURE865987 | R, P |
| X0585 | 8/19/2019 | R. 786, SEALED Exhibit 5 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, ████ | SHURE846491 | SHURE846492 | R, P, H |
| X0586 | 8/19/2019 | Klegon Deposition, Exhibit 34, ████ | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0587 | 8/20/2019 | █████████████████ | SHURE943340 | SHURE943346 | R, P |
|---|---|---|---|---|---|
| X0588 | 8/20/2019 | Tunnell Deposition, Exhibit 11, "Email chain from Jaylon Shane to Dale ████████████████ | PROTECH002467 | PROTECH002470 | R, P |
| X0589 | 8/21/2019 | Berger Deposition, Exhibit 7, "██████████████████ | SHURE943403 | SHURE943403 | R, P |
| X0590 | 8/21/2019 | Daube Deposition, Exhibit 2, "████████████████ | SHURE942135 | SHURE942136 | R, P |
| X0591 | 8/22/2019 | Klegon Deposition, Exhibit 7; Daube Deposition, Exhibit 3, ████████████████ | SHURE939118 | SHURE939119 | R, P |
| X0592 | 8/23/2019 | Tunnell Deposition, Exhibit 12, "████████████████ | PROTECH002248 | PROTECH002251 | R, P |
| X0593 | 8/23/2019 | Clingman Deposition, Exhibit 8, "██████████ | DOBBS00002349 | DOBBS00002351 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0594 | 8/25/2019 | R. 613, Memorandum Opinion and Order Regarding Parties' Remaining Claim Construction Disputes on the '806 Patent and '186 Patent | N/A | N/A | R, P |
|-------|-----------|-----|-----|-----|-----|
| X0595 | 8/26/2019 | Smith Deposition, Exhibit 10; Schanz Deposition, Exhibit 12, | SHURE959567 | SHURE959571 | R, P |
| X0596 | 8/26/2019 | Valley Deposition, Exhibit 26, " | SHURE939558 | SHURE939558 | R, P |
| X0597 | 8/26/2019 | Tunnell Deposition, Exhibit 13, " | PROTECH001550 | PROTECH001550 | R, P |
| X0598 | 8/26/2019 | Mickel Deposition, Exhibit 14, | AUDIOBIZ_000449 | AUDIOBIZ_000449 | R, P |
| X0599 | 8/27/2019 | | SHURE939152 | SHURE939163 | R, P |
| X0700 | 8/28/2019 | | SHURE939210 | SHURE939211 | R, P |
| X0701 | 8/28/2019 | Klegon Deposition, Exhibit 10, | SHURE939179 | SHURE939192 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0702 | 8/29/2019 | Kessler Deposition, Exhibit 12, ████████ | WPS_000016 | WPS_000016 | R, P |
| X0703 | 8/29/2019 | Moore Deposition, Exhibit 15, ████ _ " | SHURE953071 | SHURE953071 | R, P |
| X0704 | 8/29/2019 | Berger Deposition, Exhibit 12; Schanz Deposition, Exhibit 14; DiFalco Deposition, Exhibit 35, "Letter from Narsi Narayanan to channel partners re "Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration" - providing update about aftermath of August 5, 2019 court ruling granting ClearOne's PI Motion against Shure as to '806 Patent" | SHURE943692 | SHURE943692 | R, P, H |

| X0705 | 8/29/2019 | | SHURE939219 | SHURE939221 | R, P |
|---|---|---|---|---|---|
| X0706 | 8/29/2019 | | SHURE783164 | SHURE783164 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0707 | 8/29/2019 | ████████████ | SHURE783162 | **SHURE783166** | R, P |
| X0708 | 8/29/2019 | Abraham Deposition, Exhibit 53, ██████ "" | SHURE783093 | SHURE783093 | R, P |
| X0709 | 8/29/2019 | Abraham Deposition, Exhibit 47, ███████ " | SHURE782889 | SHURE782889 | R, P |
| X0710 | 8/29/2019 | R. 295-1, Exhibit 2 to ClearOne's Amended Answer to Shure's Second Amended Complaint (D.I. 64), Affirmative Defenses, and Counterclaims Against Shure, Channel Letter from Narsi Narayanan re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0711 | 8/29/2019 | Smith Deposition, Exhibit 35, "Letter from Narsi Narayanan to channel partners re "Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration" - providing update about aftermath of August 5, 2019 court ruling granting ClearOne's PI Motion against Shure as to '806 Pate" | N/A | N/A | R, P, H |
|---|---|---|---|---|---|
| X0712 | 8/29/2019 | Letter from Narsi Narayanan to unspecified channel partner re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00036642 | CLRONEDE-00036642 | R, H |
| X0713 | 8/29/2019 | Letter from Narsi Narayanan to unspecified channel partner re Installation of Shure MXA910 in a Drop-Ceiling Mounting Configuration | CLRONEDE-00002794 | CLRONEDE-00002794 | R, H |
| X0714 | 8/30/2019 | Kessler Deposition, Exhibit 11, " ███████ | WPS_000015 | WPS_000015 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0715 | 8/30/2019 | | SHURE783167 | SHURE783172 | R, P |
|---|---|---|---|---|---|
| X0716 | 8/30/2019 | Mickel Deposition, Exhibit 15, | AUDIOBIZ_000393 | AUDIOBIZ_000394 | R, P |
| X0717 | 9/3/2019 | DiFalco Deposition, Exhibit 30, | SHURE964743 | SHURE964743 | R, P |
| X0718 | 9/3/2019 | | SHURE964600 | SHURE964600 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0719 | 9/3/2019 | Valley Deposition, Exhibit 27, ▮ | SHURE943691 | SHURE943693 | R, P |
| X0720 | 9/4/2019 | Kessler Deposition, Exhibit 13, ▮ | WPS_000001 | WPS_000003 | R, P |
| X0721 | 9/4/2019 | ▮ | VISTACOM_000164 | VISTACOM_000166 | R, P |
| X0722 | 9/4/2019 | Smith Deposition, Exhibit 13, " ▮ | SHURE9646747 | SHURE9646747 | R, P |
| X0723 | 9/4/2019 | Valley Deposition, Exhibit 31, " ▮ | SHURE960409 | SHURE960412 | R, P |
| X0724 | 9/4/2019 | Valley Deposition, Exhibit 30, " ▮ | SHURE960398 | SHURE960401 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0725 | 9/4/2019 | Berger Deposition, Exhibit 3; Smith Deposition, Exhibit 14; Klegon Deposition, Exhibit 21; Schanz Deposition, Exhibit 13; Valley Deposition, Exhibit 29, "██████████ ██████████ of Recent Court Ruling in the U.S."" | SHURE943705 | SHURE943707 | R, P |
| X0726 | 9/4/2019 | Tunnell Deposition, Exhibit 3, "██████ | PROTECH002176 | PROTECH002178 | R, P |
| X0727 | 9/4/2019 | ██████████ | HIGHWAY_0022 | HIGHWAY_0025 | R, P |
| X0728 | 9/4/2019 | ██████████ | CLRONE-00882933 | CLRONE-00882934 | R, P |
| X0729 | 9/4/2019 | ██████████ | CLRONE-00882919 | CLRONE-00882922 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0730 | 9/5/2019 | ClearOne-DeBusschere Deposition, Exhibit 35, ███████ | DEB-00001780 | DEB-00001780 | R, P |
| X0731 | 9/6/2019 | Schanz Deposition, Exhibit 24, ███████ | SHUREDDEL00040505 | SHUREDDEL00040506 | R, P |
| X0732 | 9/6/2019 | ███████ | SHUREDDEL00005108 | SHUREDDEL00005111 | R, P |
| X0733 | 9/6/2019 | Valley Deposition, Exhibit 32, "███████ | SHURE960462 | SHURE960466 | R, P |
| X0734 | 9/6/2019 | ███████ | SHURE943850 | SHURE943851 | R, P |
| X0735 | 9/6/2019 | ███████ | SHURE943832 | SHURE943834 | R, P |
| X0736 | 9/6/2019 | Moore Deposition, Exhibit 16, ███████ | SHURE943798 | SHURE943798 | R, P |
| X0737 | 9/6/2019 | Rogina Deposition, Exhibit 3, "███████ | N/A | N/A | R, P, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0738 | 9/9/2019 | Maselbas Deposition, Exhibit H, " ████ | SHURE964602 | SHURE964603 | R, P |
| X0739 | 9/9/2019 | Valley Deposition, Exhibit 34, " ████ | SHURE960470 | SHURE960474 | R, P |
| X0740 | 9/9/2019 | ████ | SHURE942189 | SHURE942191 | R, P |
| X0741 | 9/9/2019 | Valley Deposition, Exhibit 33, ████ | SHURE847806 | SHURE847809 | R, P |
| X0742 | 9/9/2019 | Clingman Deposition, Exhibit 7, " ████ orm" (attachment not included)" | DOBBS00002329 | DOBBS00002330 | R, P, A, H |
| X0743 | 9/10/2019 | ████ | UNIFIED_008772 | UNIFIED_008775 | R, P, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0744 | 9/10/2019 | ███████████ | SHURE943902 | SHURE943905 | R, P |
| X0745 | 9/10/2019 | DiFalco Deposition, Exhibit 31, " ███████ | SHURE943883 | SHURE943885 | R, P |
| X0746 | 9/11/2019 | ███████ | SPINITAR_009673 | SPINITAR_009674 | R, P, A, H |
| X0747 | 9/11/2019 | ███████ " | SHURE943980 | SHURE943981 | R, P |
| X0748 | 9/11/2019 | Mickel Deposition, Exhibit 16, ███ | AUDIOBIZ_000275 | AUDIOBIZ_000275 | R, P, A, H |
| X0749 | 9/12/2019 | Valley Deposition, Exhibit 35, " ███████ | SHURE959690 | SHURE959696 | R, P |
| X0750 | 9/12/2019 | DiFalco Deposition, Exhibit 32, " ███████ | SHURE943985 | SHURE943985 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0751 | 9/13/2019 | ███████████████ | SPINITAR_009666 | SPINITAR_009667 | R, P, A, H |
| X0752 | 9/13/2019 | DiFalco Deposition, Exhibit 33, "████████ | SHURE944008 | SHURE944012 | R, P |
| X0753 | 9/13/2019 | ClearOne-DeBusschere Deposition, Exhibit 7, ███████ | DEB-00007068 | DEB-00007068 | R, P |
| X0754 | 9/13/2019 | ClearOne-DeBusschere Deposition, Exhibit 6, ███████ | DEB-00001041 | DEB-00001041 | R, P, A, H |
| X0755 | 9/16/2019 | DiFalco Deposition, Exhibit 11, "████████ | SHURE944030 | SHURE944034 | R, P |
| X0756 | 9/16/2019 | Abraham Deposition, Exhibit 48, ██████ | SHURE782894 | SHURE782894 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0757 | 9/16/2019 | Clingman Deposition, Exhibit 29; Clingman Deposition, Exhibit 30, █████ | DOBBS00002041 | DOBBS00002043 | R, P, A, H |
| X0758 | 9/16/2019 | ██████████ | CLRONE-00882500 | CLRONE-00882503 | R, P, A, H |
| X0759 | 9/17/2019 | Valley Deposition, Exhibit 37, █████ | SHURE960498 | SHURE960502 | R, P |
| X0760 | 9/17/2019 | ██████████ | SHURE960489 | SHURE960491 | R, P |
| X0761 | 9/18/2019 | ClearOne-DeBusschere Deposition, Exhibit 14, ████████ █ | DEB-00007086 | DEB-00007086 | R, P, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0762 | 9/18/2019 | ClearOne-DeBusschere Deposition, Exhibit 12, " ████████ | DEB-00001159 | DEB-00001162 | R, P, A, H |
| X0763 | 9/18/2019 | ClearOne-DeBusschere Deposition, Exhibit 10, " ████████ | DEB-00001131 | DEB-00001133 | R, P, A, H |
| X0764 | 9/18/2019 | ClearOne all products revenue and costs worldwide spanning from 2013-Q1 through 2020-Q2 | CLRONEDE-00048650 | CLRONEDE-00048650 | |
| X0765 | 9/18/2019 | ████████ | ADTECH_002846 | ADTECH_002847 | R, P, A, H |
| X0766 | 9/19/2019 | Abraham Deposition, Exhibit 52, " ██ | SHURE783092 | SHURE783092 | R, P |
| X0767 | 9/20/2019 | DiFalco Deposition, Exhibit 12, " ████ | SHURE849063 | SHURE849064 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0768 | 9/20/2019 | R. 660-1, SEALED Attachment A to Memorandum in Support of Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product, email chain from attorney for Shure Tanvi Patel to ClearOne 186 Patent [INT/EXT] distribution list, cc Shure_ClearOne Lit distribution list re Shure MXA910-A [Contains Shure Highly Confidential Information], attaching Figures 1-5 comprising engineering drawings and images of an installed prototype of the MXA910-A "to identify any concerns that ClearOne may have regarding the new design and the scope of the Court's preliminary injunction order" (attachments included) | N/A | N/A | R, P |
| X0769 | 9/20/2019 | Yates Deposition, Exhibit 16, " ████████████████ | HIGHWAY_0118 | HIGHWAY_0121 | R, P, A, H |
| X0770 | 9/25/2019 | Excerpt from Shure Product Sales Spreadsheet specifically pertaining to Shure's Sales of the A910-25mm | SHURE780794 | SHURE780794 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0771 | 9/25/2019 | R. 660-2, SEALED Attachment B to Memorandum in Support of Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product, email chain from attorney for ClearOne Christina Rayburn to attorney for Shure Tanvi Patel, cc ClearOne 186 Patent [INT/EXT] distribution list and Shure_ClearOne Lit distribution list regarding Shure MXA910-A [Contains Shure Highly Confidential Information] | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X0772 | 9/25/2019 | ClearOne-DeBusschere Deposition, Exhibit 15, | DEB-00011514 | DEB-00011514 | R, P, A, H |
| X0773 | 9/25/2019 | ClearOne-DeBusschere Deposition, Exhibit 13, | DEB-00001797 | DEB-00001799 | R, P, A, H |
| X0774 | 9/25/2019 | ClearOne-DeBusschere Deposition, Exhibit 34, | DEB-00001778 | DEB-00001779 | R, P, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0775 | 9/25/2019 | Mickel Deposition, Exhibit 17, ██████ | AUDIOBIZ_001096 | AUDIOBIZ_001097 | R, P |
|---|---|---|---|---|---|
| X0776 | 9/26/2019 | R. 658-3, Exhibit C to Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product, email chain from attorney for Shure Michael Turner to attorney for ClearOne Christina Rayburn, cc ClearOne 186 Patent [INT/EXT] distribution list and Shure_ClearOne Lit distribution list re MXA910-A - Potential Motion to Clarify / Modify | N/A | N/A | R, P |
| X0777 | 9/27/2019 | ClearOne-DeBusschere Deposition, Exhibit 8, ██████ | DEB-00002234 | DEB-00002234 | R, P, A, H |
| X0778 | 9/30/2019 | Clingman Deposition, Exhibit 33, ██████ | DOBBS00000079 | DOBBS00000080 | R, P, A, H |
| X0779 | 10/1/2019 | R. 658-4, Exhibit D to Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product, email chain from attorney for ClearOne Christina Rayburn to attorney for Shure Michael Turner, cc ClearOne 186 Patent [INT/EXT] distribution list and Shure_ClearOne Lit distribution list re MXA910-A - Potential Motion to Clarify / Modify | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0780 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 33, ███████ | DEB-00018882 | DEB-00018884 | R, P, A, H |
|---|---|---|---|---|---|
| X0781 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 30, ███████ | DEB-00002430 | DEB-00002430 | R, P, A, H |
| X0782 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 29, ███████ | DEB-00002424 | DEB-00002424 | R, P, A, H |
| X0783 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 28, ███████ | DEB-00002418 | DEB-00002418 | R, P, A, H |
| X0784 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 22, ███████ | DEB-00002412 | DEB-00002412 | R, P, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0785 | 10/1/2019 | ClearOne-DeBusschere Deposition, Exhibit 16, | DEB-00002406 | DEB-00002406 | R, P, A, H |
|---|---|---|---|---|---|
| X0786 | 10/2/2019 | Miller Deposition, Exhibit 14, | SHURE850788 | SHURE850791 | R, P |
| X0787 | 10/2/2019 | R. 658, SEALED Memorandum in Support of Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product | N/A | N/A | R, P |
| X0788 | 10/2/2019 | ClearOne-DeBusschere Deposition, Exhibit 31, | DEB-00002438 | DEB-00002438 | R, P, A, H |
| X0789 | 10/3/2019 | Klegon Deposition, Exhibit 14, | SHURE871744 | SHURE871744 | R, P |
| X0790 | 10/3/2019 | Miller Deposition, Exhibit 16, | SHURE821744 | SHURE821744 | R, P |
| X0791 | 10/3/2019 | Clingman Deposition, Exhibit 9, " | DOBBS00001880 | DOBBS00001881 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0792 | 10/4/2019 | Clingman Deposition, Exhibit 31, " ████ | DOBBS00000084 | DOBBS00000084 | R, P, H, A |
| X0793 | 10/7/2019 | Valley Deposition, Exhibit 38, ████ " | SHUREDDEL080614 | SHUREDDEL080614 | |
| X0794 | 10/08/19 | ClearOne-DeBusschere Deposition, Exhibit 2A, " ████ | DEB-00002573 | DEB-00002573 | R, P, H, A |
| X0795 | 10/9/2019 | Shure's Provisional Responses to ClearOne, Inc.'s Fourth Set of Interrogatories (Nos. 23-25) | N/A | N/A | R, P |
| X0796 | 10/9/2019 | ████ | MCFADDEN000451 | MCFADDEN000452 | R, P |
| X0797 | 10/10/2019 | Ramsayer Deposition, Exhibit 6, " ████ | SHURE941608 | SHURE941613 | R, P |
| X0798 | 10/10/2019 | Shure-DeBusschere Deposition, Exhibit 1, ████ " | DEB-00002597 | DEB-00002598 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0799 | 10/11/2019 | Hatch Deposition, Exhibit 6, "Docket No. 44-1 to Hunter Fan Company v. Luminex International Co., Ltd., Case No. 18-cv-344, Exhibit A to Rebuttal Expert Report of Paul Hatch re Expert Reports of Peter Bressler and Alan Ball " | N/A | N/A | R, P, H |
| X0900 | 10/12/2019 | Schanz Deposition, Exhibit 15, ███████ | SHUREDDEL00041355 | SHUREDDEL00041356 | R, P |
| X0901 | 10/14/2019 | Ramsayer Deposition, Exhibit 5, "███████ | SHURE957664 | SHURE957664 | R, P |
| X0902 | 10/14/2019 | Abraham Deposition, Exhibit 51, "███████ | SHURE782921 | SHURE782921 | R, P |
| X0903 | 10/15/2019 | Clingman Deposition, Exhibit 39, "███████ | DOBBSS00001582 | DOBBSS00001582 | R, P |
| X0904 | 10/17/2019 | DiFalco Deposition, Exhibit 14, "███████ | HWPCO000177 | HWPCO000178 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0905 | 10/18/2019 | R. 668, Shure's Reply in Support of Its Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X0906 | 10/19/2019 | Excel spreadsheet titled, "ClearOne Beamformer Mic Array Sales Through 2019-08" | CLRONE-00659768 | CLRONE-00659768 | |
| X0907 | 10/20/2019 | Mickel Deposition, Exhibit 18, ███████████ " | AUDIOBIZ_000772 | AUDIOBIZ_000773 | R, P |
| X0908 | 10/21/2019 | Moore Deposition, Exhibit 18, ███████████ " | SHURE944522 | SHURE944522 | R, P |
| X0909 | 10/21/2019 | ███████████ | HWPCO00183 | HWPCO00186 | R, P |
| X0910 | 10/21/2019 | ███████████ | HWPCO000183 | HWPCO000184 | R, P |
| X0911 | 10/21/2019 | ███████████ | CLRONE-00883103 | CLRONE-00883110 | R, P, H |
| X0912 | 10/22/2019 | Berger Deposition, Exhibit 8, " ███████████ | SHURE939664 | SHURE939668 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0913 | 10/22/2019 | Opening Expert Report of Dan Schonfeld, Ph.D., submitted in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X0914 | 10/22/2019 | Expert Report of Dan Schonfeld | N/A | N/A | R, P, H |
| X0915 | 10/23/2019 | Valley Deposition, Exhibit 40, " ██████ | SHUREDDEL081008 | SHUREDDEL081009 | R, P |
| X0916 | 10/23/2019 | Valley Deposition, Exhibit 39, ██████ | SHURE963795 | SHURE963795 | R, P |
| X0917 | 10/23/2019 | Capture taken via Page Vault of video posted on Shure YouTube channel titled, "Microflex Advance Training: How to Install MXA910 Ceiling Array" | N/A | N/A | R |
| X0918 | 10/23/2019 | Extracted .MP4 file for video posted on Shure's channel titled, "Microflex Advance Training How to Install MXA910 Ceiling Array Shure" | N/A | N/A | R |
| X0919 | 10/24/2019 | DiFalco Deposition, Exhibit 34, " ██████ | SHURE964682 | SHURE964683 | R, P |
| X0920 | 10/24/2019 | ██████ | SHURE939696 | SHURE939696 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0921 | 10/24/2019 | Mickel Deposition, Exhibit 19, " ███████████ | AUDIOBIZ_000485 | AUDIOBIZ_000487 | R, P |
| X0922 | 10/25/2019 | Klegon Deposition, Exhibit 19, " ███████████ | SHURE878666 | SHURE878669 | R, |
| X0923 | 10/25/2019 | Weinstein Deposition, Exhibit 4, ███████████ | CLRONEDE-00006616 | CLRONEDE-00006618 | R, P, H |
| X0924 | 10/28/2019 | Valley Deposition, Exhibit 42, " ███████████ | SHURE963814 | SHURE963815 | R, P |
| X0925 | 10/29/2019 | ███████████ | SHURE940712 | SHURE940714 | R, P |
| X0926 | 10/29/2019 | Ramsayer Deposition, Exhibit 11, " ███████████ | SHURE940707 | SHURE940709 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0927 | 11/1/2019 | Miller Deposition, Exhibit 13, "SCORE Placeholder Sheet for IFW Content, "Application Number: 29711744"" | SHUREDDEL00125192 | SHUREDDEL00125223 | R, P |
|---|---|---|---|---|---|
| X0928 | 11/3/2019 | R. 670, Order Denying Shure's Expedited Motion for Modification of the Preliminary Injunction Order with Respect to its Redesigned Product | N/A | N/A | R, P |
| X0929 | 11/4/2019 | ▉▉▉▉▉▉▉▉▉▉ | SHURE939697 | SHURE939697 | R, P |
| X0930 | 11/4/2019 | Schanz Deposition, Exhibit 20; Abraham Deposition, Exhibit 59, "Shure Press Release, "New Version of Shure Microflex Advance MXA910 Microphone for Drop-Ceiling Installation Now Available for Pre-Order in U.S."" | SHURE782972 | SHURE782975 | R, P |
| X0931 | 11/4/2019 | Shure Press Release, "New Version of Shure Microflex Advance MXA910 Microphone for Drop-Ceiling Installation Now Available for Pre-Order in U.S." | SHURE782946 | SHURE782947 | R, P |
| X0932 | 11/4/2019 | Shure Press Release, "New Version of Shure Microflex Advance MXA910 Microphone for Drop-Ceiling Installation Now Available for Pre-Order in U.S." | PROTECH002160 | PROTECH002161 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0933 | 11/4/2019 | Capture taken through Page Vault of Shure webpage titled, "New Version of Shure Microflex Advance MXA910 Microphone For Drop-Ceiling Installation Now Available for Pre-Order in U.S.", accessed at https://www.shure.com/en-US/about-us/press/new-version-of-shure-microflexr-advance-mxa910-microphone-for-drop-ceiling-installation-now-available-for-pre-order-in-us | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X0934 | 11/4/2019 | DiFalco Deposition, Exhibit 16, "Copy of Shure article entitled, "New Version Of Shure Microflex® Advance™ MXA910 Microphone For Drop-Ceiling Installation Now Available For Pre-Order In U.S."" | N/A | N/A | R, P |
| X0935 | 11/4/2019 | Mickel Deposition, Exhibit 20, "█████████ | AUDIOBIZ_000117 | AUDIOBIZ_000119 | R, P, H, A |
| X0936 | 11/5/2019 | Valley Deposition, Exhibit 45, ████ | SHURE963917 | SHURE963917 | R, P |
| X0937 | 11/5/2019 | ████████ | SHURE953118 | SHURE953120 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0938 | 11/5/2019 | Smith Deposition, Exhibit 18; Guerra Deposition, Exhibit 6; Guerra Deposition, Exhibit 8, "████████ | SHURE947244 | SHURE947248 | R, P |
| X0939 | 11/5/2019 | ████████ | SHURE940718 | SHURE940721 | R, P |
| X0940 | 11/5/2019 | Wiggins Deposition, Exhibit 8, ████ "" | SHURE854816 | SHURE854817 | R, P |
| X0941 | 11/5/2019 | Roy Deposition, Exhibit 42, "PageVault Capture, "November 5, 2019, Q&A Update-New MXA910 Ceiling Array Microphone Variant available for Pre-Order"" | SHURE782948 | SHURE782952 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0942 | 11/5/2019 | | PROTECH002226 | PROTECH002230 | R, P, H, A |
| X0943 | 11/5/2019 | | PROTECH002221 | PROTECH002225 | R, P, H, A |
| X0944 | 11/5/2019 | U.S. Patent No. D865,723 (Cho et al.) | N/A | N/A | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0945 | 11/5/2019 | Rogina Deposition, Exhibit 4, " ████████ | N/A | N/A | R, P, H, A |
| X0946 | 11/5/2019 | Abraham Deposition, Exhibit 58, "Capture extracted via Page Vault of Shure webpage titled, "November 5, 2019 Q & A Update - New MXA910 Ceiling Array Microphone Variant available for Pre-Order"" | N/A | N/A | R, P |
| X0947 | 11/5/2019 | Hatch Deposition, Exhibit 2A, "U.S. Patent No. D865,723 ('723 Patent) with Highlights to Page 12 (Page with Fig. 4)" | N/A | N/A | R, P, A, H |
| X0948 | 11/5/2019 | Weinstein Deposition, Exhibit 20, " ████████ | EPAAV_000061 | EPAAV_000065 | R, P, H, A |
| X0949 | 11/5/2019 | Mickel Deposition, Exhibit 22, " ████████ | AUDIOBIZ_000946 | AUDIOBIZ_000950 | R, P, H, A |
| X0950 | 11/5/2019 | Mickel Deposition, Exhibit 21, ████████ | AUDIOBIZ_000690 | AUDIOBIZ_000692 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0951 | 11/5/2019 | Smith Deposition, Exhibit 5, "PageVault Capture, "November 5, 2019, Q&A Update-New MXA910 Ceiling Array Microphone Variant available for Pre-Order" | SHURE782948 | SHURE782952 | R, P |
|---|---|---|---|---|---|
| X0952 | 11/6/2019 | Valley Deposition, Exhibit 46, "██████████ █████████████████ " | SHURE963929 | SHURE963929 | R, P |
| X0953 | 11/6/2019 | Yates Deposition, Exhibit 17, "████ ████████████████████ ████████████████████ | HIGHWAY_0043 | HIGHWAY_0047 | R, P, H, A |
| X0954 | 11/7/2019 | Moore Deposition, Exhibit 9, ██████████████████████ | SHURE944885 | SHURE944893 | R, P |
| X0955 | 11/7/2019 | Guerra Deposition, Exhibit 5; Moore Deposition, Exhibit 8, █████████ ███████████ " | SHURE944866 | SHURE944874 | R, P |
| X0956 | 11/7/2019 | Moore Deposition, Exhibit 7; Guerra Deposition, Exhibit 4, ██████████████████ | SHURE944839 | SHURE944847 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X0957 | 11/8/2019 | ███████████ | UNIFIED_014331 | UNIFIED_014334 | R, P, H, A |
| X0958 | 11/8/2019 | R. 969-3 filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.), [Sealed] Exhibit 53 to ClearOne's Supplemental Brief Regarding Contempt Pursuant to ECF No. 912, internal document titled, "███████ | SHURE939271 | SHURE939281 | R, P, H |
| X0959 | 11/11/2019 | Moore Deposition, Exhibit 20, "██████ ████████████ | SHURE953555 | SHURE953558 | R, P |
| X0960 | 11/11/2019 | Capture taken via Page Vault of AudioBiz online post titled, "New Shure MXA910 Variant", accessed at https://www.audiobiz.com/latest-news/2019/11/11/new-shure-mxa910-variant | N/A | N/A | R, P, H, A |
| X0961 | 11/11/2019 | Mickel Deposition, Exhibit 23, ████████ | AUDIOBIZ_000067 | AUDIOBIZ_000068 | R, P, H, A |
| X0962 | 11/14/2019 | Manning Deposition, Exhibit 3, "████████ | KONTEK_000127 | KONTEK_000127 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X0963 | 11/18/2019 | Tunnell Deposition, Exhibit 18, ██████████████ | PROTECH000093 | PROTECH000095 | R, P, H, A |
|---|---|---|---|---|---|
| X0964 | 11/19/2019 | R. 64, Second Amended Complaint, *Shure Incorporated, et al. v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X0965 | 11/20/2019 | Moore Deposition, Exhibit 21, ██████████ | SHURE953594 | SHURE953594 | R, P |
| X0966 | 11/21/2019 | ██████████████ | SHURE955141 | SHURE955141 | R, P |
| X0967 | 11/21/2019 | ██████████████ | SHURE955138 | SHURE955138 | R, P |
| X0968 | 11/22/2019 | Moore Deposition, Exhibit 10, ██████████ " | SHURE953632 | SHURE953639 | R, P |
| X0969 | 11/22/2019 | ██████████████ | SHURE945449 | SHURE945451 | R, P |
| X0970 | 11/22/2019 | DiFalco Deposition, Exhibit 17, ██████████ | SHURE945440 | SHURE945441 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0971 | 11/22/2019 | Weinstein Deposition, Exhibit 21; Tunnell Deposition, Exhibit 17, ███ | PROTECH002210 | PROTECH002215 | R, P, H, A |
| X0972 | 11/25/2019 | Moore Deposition, Exhibit 24, ███ | SHURE953660 | SHURE953667 | R, P |
| X0973 | 11/25/2019 | ███ | SHURE878957 | SHURE878958 | R, P |
| X0974 | 11/25/2019 | Klegon Deposition, Exhibit 23, ███ | SHURE878954 | SHURE878956 | R, P |
| X0975 | 11/25/2019 | Schanz Deposition, Exhibit 21; Daube Deposition, Exhibit ███ " | SHURE878952 | SHURE878953 | R, P |
| X0976 | 11/25/2019 | Klegon Deposition, Exhibit 20, ███ | SHURE878872 | SHURE878873 | R, P |
| X0977 | 11/25/2019 | Clingman Deposition, Exhibit 37, " ███ | DOBBSS00000922 | DOBBSS00000923 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0978 | 11/26/2019 | Smith Deposition, Exhibit 20; Guerra Deposition, Exhibit 9, ███████ | SHURE881297 | SHURE881300 | R, P |
| X0979 | 11/26/2019 | Roy Deposition, Exhibit 28, "Rebuttal Expert Report of Dr. Kenneth Roy, Ph.D., submitted in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H |
| X0980 | 11/26/2019 | Clingman Deposition, Exhibit 35, "██████ | DOBBS00000073 | DOBBS00000073 | R, P, H, A |
| X0981 | 11/26/2019 | Letter from Christine Schyvinck, President and CEO, to Zeynep Hakimoglu, Chairman, CEO, and President | N/A | N/A | R, P, S |
| X0982 | 11/27/2019 | ███████ | SHURE953668 | | R, P |
| X0983 | 11/27/2019 | ███████ | SHURE947453 | SHURE947457 | R, P |
| X0984 | 11/27/2019 | Ramsayer Deposition, Exhibit 7, "███████ | SHURE945503 | SHURE945507 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0985 | 11/27/2019 | ███████████████ | SHURE945472 | SHURE945473 | R, P |
| X0986 | 11/27/2019 | Moore Deposition, Exhibit 22, "████████ | SHURE945470 | SHURE945471 | R, P |
| X0987 | 11/27/2019 | DiFalco Deposition, Exhibit 19, "███████ | SHURE945468 | SHURE945469 | R, P |
| X0988 | 11/27/2019 | ███████████ | SHURE881359 | SHURE881362 | R, P |
| X0989 | 12/2/2019 | Valley Deposition, Exhibit 48, ████████ | SHURE964239 | SHURE964239 | R, P |
| X0990 | 12/2/2019 | Shure Incorporated's Response to ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-10) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0991 | 12/3/2019 | Smith Deposition, Exhibit 21, ██████ | SHURE947478 | SHURE947480 | R, P |
| X0992 | 12/3/2019 | Klegon Deposition, Exhibit 26, ██████ | SHURE883845 | SHURE883846 | R, P |
| X0993 | 12/4/2019 | Abraham Deposition, Exhibit 57, "Shure's Responses to ClearOne, Inc.'s Fifth Set of Interrogatories (Nos. 26-30)" | N/A | N/A | R, P |
| X0994 | 12/4/2019 | Shure Incorporated's Responses to ClearOne's Second Set of Requests for Admission to Shure Incorporated (Nos. 141-143) | N/A | N/A | R, P |
| X0995 | 12/5/2019 | ██████ | SHURE960012 | SHURE960013 | R, P |
| X0996 | 12/5/2019 | Ramsayer Deposition, Exhibit 8, "██████" | SHURE958029 | SHURE958030 | R, P |
| X0997 | 12/5/2019 | Smith Deposition, Exhibit 27, ██████ | SHURE947570 | SHURE947571 | R, P |
| X0998 | 12/5/2019 | Smith Deposition, Exhibit 26, ██████ | SHURE947569 | SHURE947569 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X0999 | 12/5/2019 | Smith Deposition, Exhibit 24, ███ | SHURE947567 | SHURE947568 | R, P |
| X1000 | 12/5/2019 | Smith Deposition, Exhibit 22, ███ )" | SHURE947519 | SHURE947520 | R, P |
| X1001 | 12/5/2019 | Guerra Deposition, Exhibit 3; Smith Deposition, Exhibit 25; Klegon Deposition, Exhibit 27; DiFalco Deposition, Exhibit 21, "Shure presentation slick deck titled, "MXA910W-A Update"" | SHURE863988 | SHURE864005 | R, P |
| X1002 | 12/5/2019 | Horton Deposition, Exhibit 2, ███ | HORTON000007 | HORTON000007 | R, P, H, A |
| X1003 | 12/5/2019 | Mickel Deposition, Exhibit 24, ███ | AUDIOBIZ_000096 | AUDIOBIZ_000099 | R, P, H, A |
| X1004 | 12/6/2019 | Valley Deposition, Exhibit 49, "███ | SHURE945631 | SHURE945632 | R, P |
| X1005 | 12/6/2019 | PageVault Capture, "New Version of Shure Microflex Advance MXA 910 Microphone for Drop-Ceiling Installation Now Available for Pre-Order in U.S." | SHURE783086 | SHURE783089 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1006 | 12/6/2019 | Abraham Deposition, Exhibit 62; Daube Deposition, Exhibit 8; Roy Deposition, Exhibit 43, "Capture extracted via Page Vault of online copy of Shure bulletin letter titled, "New MXA910 Variant: Compliant with Drop Ceiling Installations"" | SHURE783065 | SHURE783068 | R, P |
|---|---|---|---|---|---|
| X1007 | 12/8/2019 | DiFalco Deposition, Exhibit 3, " ▮▮▮▮ | SHURE943148 | SHURE943149 | R, P |
| X1008 | 12/9/2019 | ▮▮▮▮▮ | WESUPPLY_000013 | WESUPPLY_000014 | R, P |
| X1009 | 12/9/2019 | Valley Deposition, Exhibit 50, " ▮▮▮▮ )" | SHURE964329 | SHURE964331 | R, P |
| X1010 | 12/12/2019 | ▮▮▮▮▮ | SHUREDDEL00046679 | SHUREDDEL00046680 | R, P |
| X1011 | 12/12/2019 | Schanz Deposition, Exhibit 22; Abraham Deposition, Exhibit 61, ▮▮▮▮ " | SHURE783103 | SHURE783104 | R, P |
| X1012 | 12/12/2019 | Tunnell Deposition, Exhibit 19, " ▮▮▮▮ | PROTECH000074 | PROTECH000078 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1013 | 12/12/2019 | █████████████ | PROTECH000068 | PROTECH000073 | R, P, H, A |
| X1014 | 12/13/2019 | Ramsayer Deposition, Exhibit 9, ██████ | SHURE958089 | SHURE958091 | R, P |
| X1015 | 12/13/2019 | Guerra Deposition, Exhibit 2, ██████ | SHURE947688 | SHURE947691 | R, P |
| X1016 | 12/13/2019 | Smith Deposition, Exhibit 30, ██████ | SHURE940775 | SHURE940776 | R, P |
| X1017 | 12/13/2019 | ██████████ | SHURE940773 | SHURE940774 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1018 | 12/13/2019 | Manning Deposition, Exhibit 4, " ████████ " | KONTEK_000155 | KONTEK_000156 | R, P, H, A |
| X1019 | 12/13/2019 | Horton Deposition, Exhibit 1, ████████ | HORTON000001 | HORTON000001 | R, P, H, A |
| X1020 | 12/16/2019 | DiFalco Deposition, Exhibit 24, " ████████ | SHURE864044 | SHURE864047 | R, P |
| X1021 | 12/17/2019 | Tunnell Deposition, Exhibit 4, " ████████ | PROTECH002231 | PROTECH002234 | R, P, H, A |

| | | | | | |
|---|---|---|---|---|---|
| X1022 | 12/17/2019 | Weinstein Deposition, Exhibit 2, " ██████████ | N/A | N/A | R, P |
| X1023 | 12/18/2019 | DiFalco Deposition, Exhibit 25, " ████████ | SHURE864048 | SHURE864048 | R, P |
| X1024 | 12/18/2019 | Excel spreadsheet with filename, "Results for 2019 - 121819" | CLRONE-00753220 | CLRONE-00753220 | R, H |
| X1025 | 12/19/2019 | ████████ | SHURE960149 | SHURE960150 | R, P |
| X1026 | 12/19/2019 | Capture extracted via Page Vault of Shure webpage titled, "How do I install the MXA910W-A in a drop ceiling (FAQ #5910)?" (Captured on January 16, 2020) | Schonfeld003039 | Schonfeld003042 | R, P |
| X1027 | 12/19/2019 | Yates Deposition, Exhibit 15, " ████████ | HIGHWAY_0112 | HIGHWAY_0117 | R, P |
| X1028 | 12/23/2019 | ████████ | SHURE945914 | SHURE945914 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1029 | 12/24/2019 | Weinstein Deposition, Exhibit 9, "Plaintiff Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-6)" | N/A | N/A | R, P |
| X1030 | 12/27/2019 | Guerra Deposition, Exhibit 7, ▮▮▮ | SHURE947713 | SHURE947714 | R, P |
| X1031 | 12/28/2019 | DiFalco Deposition, Exhibit 27, "▮▮▮" | SHURE864054 | SHURE864056 | R, P |
| X1032 | 12/31/2019 | Letter from Zee Hakimoglu to Christine Schyvinck | N/A | N/A | R, P, S |
| X1033 | 1/2/2020 | Klegon Deposition, Exhibit 28, "▮▮▮ | SHURE884417 | SHURE884417 | R, P |
| X1034 | 1/8/2020 | Moore Deposition, Exhibit 23, ▮▮▮ | SHURE953738 | SHURE953740 | R, P |
| X1035 | 1/8/2020 | Abraham Deposition, Exhibit 46, ▮▮▮ | SHURE783145 | SHURE783145 | R, P |
| X1036 | 1/8/2020 | Roy Deposition, Exhibit 52, "Email chain from Christina V. Rayburn to Bradley F. Rademaker, cc ClearOne 186 Patent [INT/EXT]; Shure_ClearOneLit; Vlad Arezina re ClearOne's proposed modified schedule" | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1037 | 1/9/2020 | Yates Deposition, Exhibit 6, ▮ | HIGHWAY_0101 | HIGHWAY_0101 | R, P |
| X1038 | 1/15/2020 | Wiggins Deposition, Exhibit 2, ▮ | SHUREDDEL00043633 | SHUREDDEL00043637 | R, P |
| X1039 | 1/16/2020 | Valley Deposition, Exhibit 51, ▮ | SHURE940813 | SHURE940813 | R, P |
| X1040 | 1/20/2020 | Berger Deposition, Exhibit 10, ▮ | SHURE940831 | SHURE940833 | R, P |
| X1041 | 1/20/2020 | Mickel Deposition, Exhibit 25, ▮ | AUDIOBIZ_000047 | AUDIOBIZ_000049 | R, P |
| X1042 | 1/21/2020 | Ramsayer Deposition, Exhibit 14, ▮ | SHUREDDEL00046818 | SHUREDDEL00046818 | R, P |

| X1043 | 1/21/2020 | ███████████████████! | SHURE953742 | SHURE953744 | R, P |
|---|---|---|---|---|---|
| X1044 | 1/24/2020 | Vander Veen Deposition, Exhibit 1, "Curriculum Vitae of Thomas D. Vander Veen, Ph.D." | N/A | N/A | R, H |
| X1045 | 1/27/2020 | Attachment A to Rowe Opening Expert Report, Julia Rowe, Background, including Speeches and Publications, CPA Professional, and Business History, Education, and Professional Associations and Certifications | N/A | N/A | R, H |
| X1046 | 1/27/2020 | Attachment B to Rowe Opening Expert Report, Documents Considered for Expert Report | N/A | N/A | R, H |
| X1047 | 2/4/2020 | Mickel Deposition, Exhibit 26, ██████████████████ | AUDIOBIZ_000425 | AUDIOBIZ_000426 | R, H |
| X1048 | 2/5/2020 | Smith Deposition, Exhibit 31, ██████████████████" | SHURE947794 | SHURE947796 | R, H |
| X1049 | 2/5/2020 | Berger Deposition, Exhibit 14; Mickel Deposition, Exhibit 27, ████████████ | AUDIOBIZ_000427 | AUDIOBIZ_000428 | R, H |
| X1050 | 2/7/2020 | Roy Deposition, Exhibit 53, "Supplemental Expert Report of Dan Schonfeld, Ph.D. Regarding MXA910-A, submitted in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.)" | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1051 | 2/7/2020 | Supplemental Expert Report of Dan Schonfeld, Ph.D. Regarding MXA910-A, submitted in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X1052 | 2/7/2020 | Roy Deposition, Exhibit 37, "Supplement to Opening Expert Report of Dr. Kenneth Roy, Ph. D. submitted in Case No. 17-CV-03078" | N/A | N/A | R, P, H |
| X1053 | 2/12/2020 | DiFalco Deposition, Exhibit 28, ██████ | SHUREDDEL00043993 | SHUREDDEL00043993 | R, P |
| X1054 | 2/17/2020 | Smith Deposition, Exhibit 32, ██████ | SHURE939893 | SHURE939893 | R, P |
| X1055 | 2/19/2020 | Klegon Deposition, Exhibit 29, "PageVault Capture, "How do I install the MXA910 in a drop ceiling?"" | SHURE784425 | SHURE784427 | R, P |
| X1056 | 2/19/2020 | Horton Deposition, Exhibit 4, ██████ | HORTON000008 | HORTON000008 | R, P, H, A |
| X1057 | 2/20/2020 | ██████ | SHURE939895 | SHURE939903 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1058 | 2/20/2020 | R. 711, Declaration of Derek Graham in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery | N/A | N/A | R, P, H |
|---|---|---|---|---|---|
| X1059 | 2/21/2020 | Shure Incorporated's First Supplemental Responses to ClearOne, Inc.'s Interrogatories Nos. 1, 6-8, and 10 | N/A | N/A | R, P |
| X1060 | 2/21/2020 | Horton Deposition, Exhibit 3, "█████████████████████████████████████████████ | HORTON000002 | HORTON000002 | R, P, H, A |
| X1061 | 2/25/2020 | Sound & Video Contractor Article by Cynthia Wisehart, "Shure responds to ClearOne court order request" | SHURE960287 | SHURE960295 | R, P, H |
| X1062 | 2/26/2020 | Weinstein Deposition, Exhibit 13, "Declaration of Curtis Church" | STRATEGIC_000001 | STRATEGIC_000003 | R, P, H, A |
| X1063 | 2/26/2020 | Roy Deposition, Exhibit 48, "PageVault Capture, "StrictlyCeilings 9/16 Suspended Ceiling Grid"" | SHURE784517 | SHURE784519 | R, P, H, A |
| X1064 | 2/28/2020 | Hatch Deposition, Exhibit 4, "Supplement to Rebuttal Expert Report of Shure Expert Dr. Kenneth Roy" | N/A | N/A | R, P, H |
| X1065 | 2/28/2020 | Roy Deposition, Exhibit 38, "Supplement to Rebuttal Expert Report of Dr. Kenneth Roy, Ph. D. submitted in Case No. 17-CV-03078" | N/A | N/A | R, P, H |
| X1066 | 3/1/2020 | Shure Executive Management Business Review | SHUREDDEL00029201 | SHUREDDEL00029222 | R, P |
| X1067 | 3/2/2020 | Ramsayer Deposition, Exhibit 12, "█████████████ | SHURE958541 | SHURE958543 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1068 | 3/5/2020 | Ramsayer Deposition, Exhibit 10, " ████████████ | SHURE958597 | SHURE958597 | R, P |
|---|---|---|---|---|---|
| X1069 | 3/6/2020 | Ramsayer Deposition, Exhibit 18, " ████████████ | SHURE958615 | SHURE958615 | R, P |
| X1070 | 3/6/2020 | Ramsayer Deposition, Exhibit 16, " ████████████ | SHURE958610 | SHURE958612 | R, P |
| X1071 | 3/6/2020 | Mickel Deposition, Exhibit 28, "Email ████████████ | AUDIOBIZ_000212 | AUDIOBIZ_000214 | R, P |
| X1072 | 3/9/2020 | R. 731, Shure's SEALED Opposition to Motion for Contempt and Additional Discovery | N/A | N/A | R, P |
| X1073 | 3/9/2020 | R. 737, SEALED Decl. of James Schanz in support of Shure's Opposition to ClearOne's Motion for Contempt and Allowing Additional Discovery | N/A | N/A | R, P |
| X1074 | 3/9/2020 | R. 738, SEALED Decl. of Rob Klegon in support of Shure Opposition to ClearOne's Motion for Contempt and Allowing Additional Discovery | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1075 | 3/9/2020 | Klegon Deposition, Exhibit 33, "Declaration of Robert Klegon in Support of Shure Incorporated's Opposition to ClearOne's Motion for Contempt and Allowing Additional Discovery or Order to Show Cause" | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X1076 | 3/10/2020 | Schanz Deposition, Exhibit 23, "Shure Press Release, "March 10, 2020: Customer Q&A on '553 Patent Decision for Shure MXA910"" | N/A | N/A | R, P |
| X1077 | 3/10/2020 | Roy Deposition, Exhibit 49, "PageVault Capture, "StrictlyCeilings 15/16 Suspended Ceiling Grid"" | N/A | N/A | R, P, H, A |
| X1078 | 3/11/2020 | ████████████████████████ | CLRONEDE-00013774 | CLRONEDE-00013775 | R, P, H, A |
| X1079 | 3/11/2020 | Weinstein Deposition, Exhibit 10, "Declaration of Ted Collier with Exhibits" | AVEX_000026 | AVEX_000033 | R, P, H, A |
| X1080 | 3/16/2020 | Shure's Responses to ClearOne, Inc.'s First Set of Requests for Admission (Nos. 1-4) | N/A | N/A | R, P |
| X1081 | 3/16/2020 | Shure's Responses to ClearOne, Inc's Second Set of Interrogatories (Nos. 11-16) | N/A | N/A | R, P |
| X1082 | 3/19/2020 | Plaintiff Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc.'s Second Set of Interrogatories (Nos. 7-9) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1083 | 3/20/2020 | Wiggins Deposition, Exhibit 1, "Notice of Deposition of Shure Incorporated Pursuant to Federal Rule of Civil Procedure 30(b)(6)" | N/A | N/A | R, P |
| X1084 | 3/23/2020 | Plaintiff Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc.'s Third Set of Interrogatories (Nos. 10-12) | N/A | N/A | R, P |
| X1085 | 3/23/2020 | Yates Deposition, Exhibit 12, "████████ ████" | HIGHWAY_0018 | HIGHWAY_0019 | R, P |
| X1086 | 3/25/2020 | ClearOne Inc. Form 10-K Annual Report for Year Ended December 31, 2019 | N/A | N/A | R, H |
| X1087 | 3/26/2020 | Mickel Deposition, Exhibit 29, ████████ | AUDIOBIZ_000778 | AUDIOBIZ_000778 | R, P |
| X1088 | 3/27/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Supplemental Responses to Defendant ClearOne, Inc's First Set of Interrogatories (Nos. 3 & 5) | N/A | N/A | R, P |
| X1089 | 3/27/2020 | Weinstein Deposition, Exhibit 12, "Affidavit in Support of Service of Process" | iVideo_000049 | iVideo_000050 | R, P, H, A |
| X1090 | 3/27/2020 | Weinstein Deposition, Exhibit 11, "Affidavit in Support of Service of Process" | iVideo_000045 | iVideo_000046 | R, P, H, A |
| X1091 | 4/6/2020 | Klegon Deposition, Exhibit 31, "Shure Presentation, ████████" | SHURE887330 | SHURE887336 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1092 | 4/8/2020 | Staples Deposition, Exhibit 6, ███████ | FISK000002 | FISK000002 | R, P |
| X1093 | 4/14/2020 | ClearOne-DeBusschere Deposition, Exhibit 9, "STL file of his 3D print design uploaded by witness during the deposition" | N/A | N/A | R, P, H, A |
| X1094 | 4/14/2020 | R. 154-1, [Sealed] Exhibit C to Shure's Opening Brief in Support of Motion for Preliminary Injunction and Limited Temporary Restraining Order, Supporting Declaration of Chad Wiggins, filed in *Shure Incorporated, et al. v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1095 | 4/14/2020 | R. 154-1, [Sealed] Exhibit C to Shure's Opening Brief in Support of Motion for Preliminary Injunction and Limited Temporary Restraining Order, Declaration of Chad Wiggins | N/A | N/A | R, P |
| X1096 | 4/22/2020 | Berger Deposition, Exhibit 16, "███████ | SHURE940077 | SHURE940079 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1097 | 4/22/2020 | Smith Deposition, Exhibit 34, ███████ | SHURE940074 | SHURE940076 | R, P |
| X1098 | 4/22/2020 | Schanz Deposition, Exhibit 2, "Declaration of James Schanz" | N/A | N/A | R, P |
| X1099 | 4/24/2020 | R. 786, SEALED Exhibit 8 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, Email chain from Tanvi Patel to Christina V. Rayburn, cshih@nge.com, ClearOne 186 Patent [INT/EXT], cc shure_claeronets@nge.com | N/A | N/A | R, P, H |
| X1100 | 5/1/2020 | Plaintiffs' Objections and Responses to Defendant ClearOne's Fourth Set of Interrogatories (No. 13), served in *Shure Incorporated, et al. v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1101 | 5/1/2020 | Plaintiff Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc.'s Fourth Set of Interrogatories (No. 13) | N/A | N/A | R, P |
| X1102 | 5/4/2020 | ████████████████ | SHUREDDEL00126475 | SHUREDDEL00126479 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1103 | 5/4/2020 | Schanz Deposition, Exhibit 29, ███████ | SHUREDDEL001264 72 | SHUREDDEL001264 74 | R, P |
|---|---|---|---|---|---|
| X1104 | 5/5/2020 | R.I 787, SEALED Exhibit 26 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, Email chain from Bradley F. Rademaker to Christina V. Rayburn, shure_ClearOnelit@nge.com, vladimir@arezina.com, cc ClearOne 186 Patent [INT/EXT re Shure v. ClearOne - Inquiry regarding DEB-00001134 produced by 3rd party Mr. DeBusschere | N/A | N/A | R, P, H |
| X1105 | 5/11/2020 | Moore Deposition, Exhibit 11, ██████ | SHURE954437 | SHURE954440 | R, P |
| X1106 | 5/11/2020 | Shure Incorporated's Response to ClearOne, Inc's Second Set of Interrogatories (Nos. 17-18) | N/A | N/A | R, P |
| X1107 | 5/15/2020 | Deposition, Exhibit , "Shure's Objections and Responses to ClearOne's First Set of Requests for Admission" | N/A | N/A | R, P |
| X1108 | 5/15/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc's Fifth Set of Interrogatories (Nos. 14-21) | N/A | N/A | R, P |
| X1109 | 5/15/2020 | Shure Incorporated's Response to ClearOne, Inc.'s Third Set of Interrogatories (Nos. 17-18) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1110 | 5/15/2020 | Plaintiffs' Objections and Responses to Defendant ClearOne's Fifth Set of Interrogatories (Nos. 14-21) Pursuant to Order Setting Hearing on Preliminary Injunction, served in *Shure Incorporated, et al. v. ClearOne, Inc* ., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X1111 | 5/15/2020 | Plaintiffs' Objections and Responses to Defendant ClearOne's First Set of Requests for Admission Pursuant to Order Setting Hearing on Preliminary Injunction, served in *Shure Incorporated, et al. v. ClearOne, Inc* ., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1112 | 5/15/2020 | Plaintiffs' Objections and Responses to Defendant ClearOne's First Set of Requests for Admission Pursuant to Order Setting Hearing on Preliminary Injunction, served in *Shure Incorporated, et al. v. ClearOne, Inc.* , Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1113 | 5/19/2020 | Bullard Deposition, Exhibit 3, "Amazon Product Page for Valcom Lay-in Ceiling Speaker - 2 X 2" | N/A | N/A | R, P, H, A |
| X1114 | 5/19/2020 | Kessler Deposition, Exhibit 5, "Amazon Product Page for Valcom Lay-in Ceiling Speaker - 2 X 2" | N/A | N/A | R, P, H, A |
| X1115 | 5/19/2020 | Horton Deposition, Exhibit 5, "██████████████ | HORTON000003 | HORTON000004 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1116 | 5/19/2020 | Clingman Deposition, Exhibit 36, "█████ ██████ in" | DOBBSS00000237 | DOBBSS00000240 | R, P |
|---|---|---|---|---|---|
| X1117 | 5/20/2020 | Abraham Deposition, Exhibit 14; Lantz Deposition, Exhibit 13, "Declaration of Michael Hudson in Support of Defendant ClearOne's Responsive Claim Construction Brief" | N/A | N/A | R, P, H |
| X1118 | 5/20/2020 | Miller Deposition, Exhibit 7; Cho Deposition, Exhibit 18, "Defendant ClearOne Responsive Claim Construction Brief" | N/A | N/A | R, P, H |
| X1119 | 5/22/2020 | ClearOne's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 4, 5, 6, 12), served in *Shure Incorporated, et al. v. ClearOne, Inc* ., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1120 | 6/1/2020 | Tunnell Deposition, Exhibit 20, "█████ ██████████" | PROTECH000152 | PROTECH000155 | R, P |
| X1121 | 6/1/2020 | Shure's Supplemental Objections and Responses to ClearOne's First Set of Requests for Admission (Nos. 9,10, and 11) | N/A | N/A | R, P |
| X1122 | 6/1/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Responses to Defendant ClearOne, Inc's Fifth Set of Interrogatories (Nos. 15, 18, and 19) | N/A | N/A | R, P |
| X1123 | 6/1/2020 | Shure's Responses to ClearOne, Inc.'s Sixth Set of Interrogatories (Nos. 31-32) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1124 | 6/1/2020 | Kessler Deposition, Exhibit 9, "Shure Press Release, "Updated MXA910 Variant Now Available"" | N/A | N/A | R, P |
| X1125 | 6/1/2020 | R. 788, SEALED Fry's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery | N/A | N/A | R, P, H, A |
| X1126 | 6/2/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Supplemental Responses to Defendant ClearOne, Inc.'s First Set of Interrogatories (Nos. 1-6) | N/A | N/A | R, P |
| X1127 | 6/2/2020 | R. 790, SEALED Gordon's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery | N/A | N/A | R, P, H, A |
| X1128 | 6/2/2020 | R. 791, SEALED Wall's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery | N/A | N/A | R, P, H, A |
| X1129 | 6/2/2020 | R. 794, SEALED Mergen's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery with attached exhibits | N/A | N/A | R, P, H, A |
| X1130 | 6/3/2020 | Tunnell Deposition, Exhibit 21, "█████████████ | PROTECH000117 | PROTECH000121 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1131 | 6/3/2020 | R. 785, ClearOne's [Sealed] Reply in Support of Its Motion for An Order Holding Shure in Contempt and Allowing Additional Discovery, filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X1132 | 6/3/2020 | ClearOne's Reply in Support Of Its Motion For An Order Holding Shure In Contempt And Allowing Additional Discovery (03078) | N/A | N/A | R, P, H |
| X1133 | 6/3/2020 | R. 789, SEALED Senkowski's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery with attached exhibits | N/A | N/A | R, P, H, A |
| X1134 | 6/3/2020 | R. 792, SEALED Medema's Declaration in support of ClearOne's Reply in support of Motion for Order Holding Shure in Contempt and Allowing Additional Discovery with attached exhibits | N/A | N/A | R, P, H, A |
| X1135 | 6/4/2020 | Weinstein Deposition, Exhibit 17, "Declaration of Steve Athaide" | CLRONEDE-00009503 | CLRONEDE-00009510 | R, P, H, A |
| X1136 | 6/5/2020 | Weinstein Deposition, Exhibit 16, "Declaration of John Scruggs" | DIVERSIFIED000009 | DIVERSIFIED000017 | R, P, H, A |
| X1137 | 6/8/2020 | DiFalco Deposition, Exhibit 29, "██████████████████████████ | SHURE946015 | SHURE946016 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1138 | 6/8/2020 | Hatch Deposition, Exhibit 11, "Supplemental Declaration of Paul Hatch in Support of Shure Motion for Preliminary Injunction " | N/A | N/A | R, H |
|---|---|---|---|---|---|
| X1139 | 6/12/2020 | Exhibit 59 to Joint Claim Construction Brief, Spreadsheet containing Warehouse location, Sold-to party/country, ship-to Party/Country, PH6 - Model, Gross Sales, Bill Qty at D.I. 248 | SHURE780795 | N/A | R, P, H |
| X1140 | 6/12/2020 | Exhibit 57 to Joint Claim Construction Brief, Deposition of Paul Hatch at D.I. 248 | N/A | N/A | R, P, H |
| X1141 | 6/15/2020 | [DKT 232] ClearOne, Inc's Answer to Shure's Second Amended Complaint (D.I. 64), Affirmative Defenses, and counterclaims against Shure | N/A | N/A | R, P, H |
| X1142 | 6/17/2020 | ███████████████████ | TEXADIA 004008 | TEXADIA 004008 | R, P |
| X1143 | 6/24/2020 | Joint Claim Construction Brief at D.I. 238 | N/A | N/A | R, P, H |
| X1144 | 7/1/2020 | Schanz Deposition, Exhibit 8, "Shure Pricing Supplement" | N/A | N/A | R, P |
| X1145 | 7/7/2020 | Exhibit 10 to Declaration of Christina Von Der Ahe Rayburn in Support of ClearOne Inc.'s Opposition to Shure's Motion for a Preliminary Injunction, Deposition of Elizabeth Cho at D.I. 303-1 | N/A | N/A | R, H |
| X1146 | 7/8/2020 | Vander Veen Deposition, Exhibit 6, "First Supplemental Expert Report of Thomas D. Vander Veen" | N/A | N/A | R, H |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1147 | 7/9/2020 | Maselbas Deposition, Exhibit F, "Shure slide deck entitled, ███████ | SHUREDDEL00129538 | SHUREDDEL00129544 | R |
| X1148 | 7/10/2020 | Exhibit 15 to Declaration of Christina von der Ahe Rayburn in Support of ClearOne's Opposition to Shure's Motion for a Preliminary Injunction, Deposition of Derek Graham at D.I. 303-1 | N/A | N/A | R, P, H |
| X1149 | 7/16/2020 | ████████████ | SHUREDDEL00129837 | SHUREDDEL00129839 | |
| X1150 | 7/20/2020 | Shure Incorporated's Supplemental Response to ClearOne, Inc.'s Third Set of Interrogatories (Nos. 17-18) | N/A | N/A | R, P |
| X1151 | 7/27/2020 | R. 295, ClearOne's Amended Answer to Shure's Second Amended Complaint (D.I. 64), Affirmative Defenses, and Counterclaims Against Shure, filed in *Shure Incorporated, et al. v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1152 | 8/5/2020 | Mickel Deposition, Exhibit 30, ████████████ | AUDIOBIZ_000820 | AUDIOBIZ_000821 | R, P |
| X1153 | 8/18/2020 | Plaintiffs' Supplemental Objections and Responses to Defendant ClearOne's Fourth Set of Interrogatories (No. 13), served in *Shure Incorporated, et al. v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1154 | 8/18/2020 | Valley Deposition, Exhibit 54, "Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Supplemental Objections and Responses to Defendant ClearOne, Inc's Fourth Set of Interrogatories (No. 13)" | N/A | N/A | R, P |
| X1155 | 8/18/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Supplemental Responses to Defendant ClearOne, Inc.'s Fourth Set of Interrogatories (No. 13) | N/A | N/A | R, P |
| X1156 | 8/20/2020 | Shure Incorporated's First Supplemental Responses to ClearOne, Inc's Interrogatory No. 9 | N/A | N/A | R, P |
| X1157 | 8/21/2020 | Shure's Responses to ClearOne, Inc.'s Second Set of Requests for Admission (Nos. 5-11) | N/A | N/A | R, P |
| X1158 | 8/21/2020 | Shure Incorporated's Response to ClearOne, Inc.'s Interrogatories (Nos. 19-20) | N/A | N/A | R, P |
| X1159 | 8/24/2020 | Shure Incorporated's Second Supplemental Response to ClearOne, Inc.'s Interrogatory No. 9 | N/A | N/A | R, P |
| X1160 | 8/25/2020 | Capture taken via Page Vault of video posted on Shure's YouTube channel titled, "Shure MXA Series - Get the Download" | N/A | N/A | R |
| X1161 | 8/25/2020 | Extracted .MP4 file for video posted on Shure's YouTube channel titled, "Shure MXA Series - Get the Download" | N/A | N/A | R |
| X1162 | 8/28/2020 | Shure Spreadsheet with sales information for MXA910 and P300-IMX spanning from July 2016 to July 2020, excerpted to include sales data for United States only | SHURE891681 | SHURE891681 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1163 | 8/28/2020 | Excel spreadsheet containing sales and marketing expense data from 2013-Q1 through 2020-Q2 | CLRONE-00871578 | CLRONE-00871578 | R, H |
|---|---|---|---|---|---|
| X1164 | 8/28/2020 | CLEARONE BEAMFORMER MIC ARRAY SALES THROUGH 2019-08 | CLRONE-00871577 | | R, H |
| X1165 | 9/1/2020 | R. 912 filed in *Shure Incorporated v. ClearOne, Inc*., Case No. 17-cv-03078 (N.D. Ill.), Memorandum Opinion and Order re ClearOne's Expedited Motion for Contempt and Allowing Additional Discovery, dated September 1, 2020 | N/A | N/A | R, P |
| X1166 | 9/1/2020 | Memorandum of Opinion and Order (Contempt Order) in Shure Inc. v. ClearOne, Inc. (Case No. 17-cv-03078) | N/A | N/A | R, P |
| X1167 | 9/2/2020 | Ramsayer Deposition, Exhibit 13, ██████ | SHUREDDEL00139061 | SHUREDDEL00139062 | R, P |
| X1168 | 9/2/2020 | Valley Deposition, Exhibit 52; Tunnell Deposition, Exhibit 22, ██████ | PROTECH002168 | PROTECH002170 | R, P |
| X1169 | 9/2/2020 | Weinstein Deposition, Exhibit 19, ██████ | PROTECH000001 | PROTECH000002 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1170 | 9/2/2020 | Plaintiffs' Supplemental Objections and Responses to Defendant ClearOne's Interrogatories (Nos. 16-18), served in *Shure Incorporated, et al. v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X1171 | 9/2/2020 | Valley Deposition, Exhibit 53, "Commercial Integrator article entitled, "Court Holds Shure in Contempt of Preliminary Injunction in ClearOne Patent case"" | N/A | N/A | R, P, H, A |
| X1172 | 9/2/2020 | Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc.'s Objections and Supplemental Responses to Defendant ClearOne, Inc.'s Interrogatories (Nos. 16-18) | N/A | N/A | R, P |
| X1173 | 9/2/2020 | ClearOne press release titled, "Court Holds Shure in Contempt of Preliminary Injunction Order" | N/A | N/A | R, P, H, A |
| X1174 | 9/3/2020 | Mickel Deposition, Exhibit 31, ███████████████ | AUDIOBIZ_000328 | AUDIOBIZ_000328 | R |
| X1175 | 9/4/2020 | Capture taken via Page Vault of Shure blog article titled, "Q&A in Response to MXA910-A Contempt Decision", accessed at https://www.shure.com/en-US/meta/legal/q-a-in-response-to-mxa910-a-contempt-decision | N/A | N/A | R, P |
| X1176 | 9/9/2020 | Shure Incorporated's Third Supplemental Response to ClearOne, Inc.'s Interrogatory No. 9 | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1177 | 9/11/2020 | R. 929-11, [Sealed] Exhibit 351 to ClearOne's Reply to Its Motion for Summary Judgment Or, In the Alternative, Partial Summary Judgment, Of Infringement of United States Patent Nos. 9,635,186 and 9,813,806 and Opposition to Shure's Cross Motion for Summary Judgment, Supporting Declaration of Zee Hakimoglu filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X1178 | 9/11/2020 | Exhibit 62 to Declaration of Christina Von Der Ahe Rayburn in Support of ClearOne Inc.'s Sur-Reply to Shure's Motion for a Preliminary Injunction, Declaration of Joel Delman in support of ClearOne's Sur-Reply to Shure's Motion for Preliminary Injunction D.I. 341-1 | N/A | N/A | R, P, H |
| X1179 | 9/15/2020 | ███████████████ | SHURE956462 | SHURE956465 | R |
| X1180 | 9/25/2020 | Shure's Supplemental Responses to ClearOne, Inc.'s Interrogatory Nos. 3, 6, 7, and 14 | N/A | N/A | R, P |
| X1181 | 10/2/2020 | ████████████████████ ██████████████████ ██████ " | TEXADIA_000958 | TEXADIA_000961 | R |
| X1182 | 10/5/2020 | Shure's Responses to ClearOne, Inc.'s Third Set of Requests for Admission (Nos. 12-21) | N/A | N/A | R, P |
| X1183 | 10/5/2020 | Shure Incorporated's Response to ClearOne, Inc.'s Fifth Set of Interrogatories (Nos. 21-25) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1184 | 10/9/2020 | Shure's Responses to ClearOne, Inc.'s Seventh Set of Interrogatories (Nos. 33-42) | N/A | N/A | R, P |
| X1185 | 10/18/2020 | Schyvinck Deposition, Exhibit 12, "██████ ████████████████████████" | SHURE620398 | SHURE620398 | R |
| X1186 | 10/26/2020 | Schanz Deposition, Exhibit 1, "Shure's Objections to ClearOne's Notice of 30(b)(6) Video Deposition of Shure Incorporated" | N/A | N/A | R, P |
| X1187 | 10/30/2020 | Shure Incorporated's First Supplemental Responses to ClearOne, Inc.'s Seventh Set of Interrogatories | N/A | N/A | R, P |
| X1188 | 11/6/2020 | Shure Incorporated's Second Supplemental Responses to ClearOne, Inc.'s Seventh Set of Interrogatories | N/A | N/A | R, P |
| X1189 | 11/8/2020 | Schyvinck Deposition, Exhibit 13, "███ ████████████████████████████" | SHURE620399 | SHURE620399 | R, P |
| X1190 | 11/11/2020 | Plaintiffs' Final Supplemental Identification of Defendant's Accused Products, served in *Shure Incorporated, et al. v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1191 | 11/12/2020 | Rogina Deposition, Exhibit 1, "ClearOne Subpoena to Produce Documents, Information, or Objects to Presentation Products, Inc., c/o Joseph Rogina" | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1192 | 11/12/2020 | Manning Deposition, Exhibit 1, "ClearOne Subpoena to Produce Documents, Information, or Objects to Kontek Systems, Inc." | N/A | N/A | R, P, H |
| X1193 | 11/12/2020 | Subpoena to Produce Documents to Audio Visual Innovations | N/A | N/A | R, P, H |
| X1194 | 11/12/2020 | ClearOne Subpoena to Produce Documents to Audio Visual Innovations, Inc. | N/A | N/A | R, P, H |
| X1195 | 11/13/2020 | Excel spreadsheet titled, "Cases with Case Feed referencing FUC1 As of 2020-11-13 13:55:52 Eastern Standard Time/EST" | SHUREDDEL00140687 | SHUREDDEL00140687 | R, P, H |
| X1196 | 11/13/2020 | Schanz Deposition, Exhibit 17a; Schanz Deposition, Exhibit 17b, "Excel Sheet, "Cases with Case Feed referencing FUC1"" | N/A | N/A | R, P, H |
| X1197 | 11/16/2020 | Maselbas Deposition, Exhibit B, "Excel spreadsheet with filename, "Sales Detail, Shure Incorporated, MXA910 & P300-IMX, Jun 2016 - Oct 2020"" | SHUREDDEL00140691 | SHUREDDEL00140691 | R |
| X1198 | 11/16/2020 | Maselbas Deposition, Exhibit K, "Excel spreadsheet with filename, "MXA310 MXA910 P300 11-16-2020"" | SHUREDDEL00140689 | SHUREDDEL00140689 | R |
| X1199 | 11/21/2020 | Schanz Deposition, Exhibit 3, "Shure Product Page, "RPM90X"" | N/A | N/A | R, P |
| X1200 | 11/30/2020 | Miller Deposition, Exhibit 11, "Patent Application Information Retrieval, "29/700,875"" | N/A | N/A | R, P |
| X1201 | 12/1/2020 | Miller Deposition, Exhibit 8, "Miller's 30(B)(6) Deposition Notes" | N/A | N/A | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1202 | 12/2/2020 | Letter from Lauren Mastro to Michael Acquah re Deposition Subpoena for Case Number 1:17-CV-03078 | N/A | N/A | R, P, H |
|---|---|---|---|---|---|
| X1203 | 12/2/2020 | Letter from Lauren Mastro to Michael Acquah re Audio Visual Innovations, Inc.'s Responses and Objections to ClearOne's Subpoena | N/A | N/A | R, P, H |
| X1204 | 12/8/2020 | Email chain from Tanvi Patel to Christina Rayburn and shure_ClearOnelit@nge.com, cc ClearOne[INT/EXT] and Vladimir Arezina re Guerra and SHURE944866 | N/A | N/A | R, P, H |
| X1205 | 12/11/2020 | Super-Sparkly Safety Stuff, LLC v. Skyline USA, Inc., No. 2020-1490 (Fed. Cir. Dec. 11, 2020) | N/A | N/A | R, P, H |
| X1206 | 12/30/2020 | Excel spreadsheet with filename, "Attorney-Client Communication, Sales Detail, Shure Incorporated, MXA910 & P300-IMX, Jun 2016 - Nov 2020" | SHUREDDEL00141450 | SHUREDDEL00141450 | R |
| X1207 | 1/8/2021 | Shure's Responses to ClearOne, Inc.'s Eighth Set of Interrogatories (Nos. 43-45) | N/A | N/A | R, P |
| X1208 | 1/8/2021 | Shure's Third Supplemental Responses to ClearOne's Seventh Set of Interrogatories (Second Supplemental Response to Interrogatory No. 37), *Shure Incorporated v. ClearOne, Inc.*, 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R |
| X1209 | 1/11/2021 | R. 19, Plaintiff-Appellant's Corrected Opening Brief, filed in Shure Incorporated v. ClearOne, Inc., Case No. 2021-1024 (Court of Appeals, Federal Circuit) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1210 | 1/12/2021 | ███████████████████ | SHURE964960 | SHURE964961 | R, P, H |
|---|---|---|---|---|---|
| X1211 | 1/19/2021 | Plaintiff-Appellant's (Shure's) Corrected Opening Brief appealing this Court's order finding Shure in contempt, *Shure Incorporated v. ClearOne, Inc*., No. 21-1024 | N/A | N/A | R, P, H |
| X1212 | 1/20/2021 | Email chain from Michael K. Acquah to Brian Murray, cc Steven Jedlinski, Greg Koger, Karen Younkins, Christina V. Rayburn re Shure V. ClearOne: One Diversified's Responses to ClearOne's Subpoenas | CLRONE-00882266 | CLRONE-00882275 | R, P, H |
| X1213 | 1/25/2021 | R. 967, ClearOne's [Sealed] Supplemental Brief Regarding Contempt Pursuant to ECF No. 912, filed in *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X1214 | 1/25/2021 | Capture taken via Page Vault of video posted on Shure's YouTube channel titled, "Microflex Advance: Audio Demonstration" | N/A | N/A | R |
| X1215 | 1/25/2021 | Extracted .MP4 file for video posted on Shure's channel titled, "Microflex Advance: Audio Demonstration" | N/A | N/A | R |
| X1216 | 1/27/2021 | Rowe Opening Report, Exhibit 1.0, Summary of ClearOne's lost profits | N/A | N/A | H |
| X1217 | 1/27/2021 | Rowe Opening Report, Exhibit 2.0, Summary of Shure's Unjust Enrichment | N/A | N/A | H |
| X1218 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 2.1, Summary of Shure's Gross Profits from Sales of the MXA910-A | N/A | N/A | H |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1219 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 2.2, Summary of Shure's US Sales of MXA910 Variants | N/A | N/A | H |
| X1220 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 2.3, Summary of Shure's Selling Costs for US Sales of MXA910 Products | N/A | N/A | H |
| X1221 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 3.0, Summary of Shure's US Sales of MXA910-A Products to ClearOne Customers | N/A | N/A | H |
| X1222 | 1/27/2021 | Rowe Opening Expert Report Exhibit 3.1, Shure's US Sales of MXA910-A Products, by Customer, 9 pages | N/A | N/A | H |
| X1223 | 1/27/2021 | Rowe Opening Expert Report Exhibit 4.0, Summary of ClearOne's US Sales of BMA Products to Overlapping Customers, 2 pages | N/A | N/A | H |
| X1224 | 1/27/2021 | Rowe Opening Expert Report Exhibit 4.1, Chart of ClearOne's US Sales of BMA Products, by Customer | N/A | N/A | H |
| X1225 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 4.2, ClearOne's US Sales of BMA Products | N/A | N/A | H |
| X1226 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 5.0, Calculation of ClearOne Incremental Profits per BMA CT Unit | N/A | N/A | H |
| X1227 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 5.1, Summary of ClearOne's US Sales of BMA Products During the Damages Period | N/A | N/A | H |
| X1228 | 1/27/2021 | Rowe Opening Expert Report, Exhibit 5.2, Calculation of Sales and Marketing Expenses as a % of Revenue | N/A | N/A | H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1229 | 2/19/2021 | | SHURE964963 | SHURE964963 | R, P, H |
|-------|-----------|---|-------------|-------------|---------|
| X1230 | 2/19/2021 | | SHURE964962 | SHURE964962 | R, P, H |
| X1231 | 2/22/2021 | | SHURE964964 | SHURE964964 | R, P, H |
| X1232 | 2/22/2021 | PageVault Capture, USPTO Patents Dashboard | N/A | N/A | R, P, H, A |
| X1233 | 2/25/2021 | | SHURE965231 | SHURE965233 | R, P, H |
| X1234 | 3/1/2021 | | SHURE965241 | SHURE965241 | R, P, H |
| X1235 | 3/5/2021 | | SHURE965258 | SHURE965259 | R, P, H |
| X1236 | 3/5/2021 | R. 1022 filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.), [Sealed] Second Supplemental Declaration of Kevin Everest in Support of Shure's Response to ClearOne's Supplemental Brief on Contempt Pursuant to ECF No. 912 | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1237 | 3/8/2021 | R. 1014, Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.), Shure's Unredacted Response to ClearOne's Supplemental Brief on Contempt Pursuant to ECF No. 912 | N/A | N/A | R, P |
|-------|----------|------|-----|-----|------|
| X1238 | 3/29/2021 | R.I. 1043 ClearOne's Reply ISO Supplemental Brief re Contempt | N/A | N/A | R, P, H |
| X1239 | 3/29/2021 | R. 1043 filed in Shure Incorporated v. ClearOne, Inc., Case No. 1:17-cv-03078 (N.D. Ill.), ClearOne's Unredacted Reply in Support of its Supplemental Brief on Contempt Pursuant to ECF No. 912 | N/A | N/A | R, P, H |
| X1240 | 4/7/2021 | Rowe Rebuttal Expert Report, Exhibit 1.0, Summary of Adjustments to Dr. Vander Veen's Estimates of ClearOne's Profits | N/A | N/A | H |
| X1241 | 4/7/2021 | Rowe Rebuttal Expert Report, Exhibit 2.0, Summary of Adjustments to Dr. Vander Veen's Estimates of ClearOne's Profits, By Product | N/A | N/A | H |
| X1242 | 4/7/2021 | Rowe Rebuttal Expert Report, Exhibit 2.2, Calculation of ClearOne's Incremental Sales and Marketing Expenses, As A % of Revenue | N/A | N/A | H |
| X1243 | 4/7/2021 | Rowe Rebuttal Expert Report, Exhibit 3.0, Adjustment to Dr. Vander Veen's Estimates of ClearOne's Profits (Alleged Patent Infringement) For Article of Manufacture | N/A | N/A | H |
| X1244 | 4/12/2021 | R. 36, Plaintiff-Appellant's Reply Brief, filed in *Shure Incorporated v. ClearOne, Inc*., Case No. 21-1024 (Court of Appeals Federal Circuit) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1245 | 15-Jun | ████████████ | SHURE000875 | SHURE000957 | |
|-------|--------|---|---|---|---|
| X1246 | 7/20/2021 | PageVault Capture, "ClearOne News Release Details: TMC Names the ClearOne BMA 360 a 2021 Communications Solutions Product of the Year Award" | N/A | N/A | R, H, A |
| X1247 | 7/20/2021 | R. 63, Opinion, filed in *Shure Incorporated v. ClearOne, Inc.*, Case No. 2021-1024 (Court of Appeals, Federal Circuit) | N/A | N/A | R, P |
| X1248 | 8/11/2021 | PageVault Capture, "McNichols Perforated Metal" | N/A | N/A | R, H, A |
| X1249 | 8/16/2021 | PageVault Capture, "ClearOne Press Release: Aura Xceed BMA Wins Prestigious TWICE VIP High-Res Audio Award" | N/A | N/A | R, H, A |
| X1250 | 9/12/2019 | Ramsayer Deposition, Exhibit 4, "████████████ | SHURE941473 | SHURE941480 | R |
| X1251 | | ████████████ | SHUREDDEL0014150 | | |
| X1252 | | Shure MXA910, MXA910-60CM, MXA910W-A, MXA910W-US Ceiling Array Microphone | SHUREDDEL00052016 | SHUREDDEL00052077 | |
| X1253 | | 2009 Frost & Sullivan Report | SHURE743607 | | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1254 | 1/2/1997 | ██████ ." | SHURE292938 | SHURE292971 | R, H, A |
|---|---|---|---|---|---|
| X1255 | 11/5/2019 | ██████ | EPA_AV000061 | EPA_AV000065 | R, P, H, A |
| X1256 | 12/29/2020 | Excel spreadsheet ██████ | CLRONE-00048650 | CLRONE-00048650 | R, H, P |
| X1257 | | D.I. 303-2, Ex. 55 ClearOne Form 10-K FY 2019 | N/A | N/A | R, H |
| X1258 | | Exhibit F to the Responsive Expert Report of Paul Waadevig | N/A | N/A | R, H, P |
| X1259 | | U.S. Patent No. 9,635,186 | N/A | N/A | R, P, H |
| X1260 | | U.S. Patent No. 9,813,806 | N/A | N/A | R, P, H |
| X1261 | 03/XX/2014 | Wiggins Deposition, Exhibit 8, "Shure Slide Deck, ██████ " | SHURE064904 | SHURE064982 | |
| X1262 | 1/11/2013 | Excel spreadsheet with filename, '██████ " | SHURE864430 | SHURE864430 | R |
| X1263 | 10/10/2011 | Presentation slide deck titled, ██████ | SHURE407551 | SHURE407561 | R |
| X1264 | 10/7/2019 | Excel spreadsheet with filename, ██████ | SHURE904614 | SHURE904614 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1265 | 10/9/2019 | ███████████ | SHUREDDEL080669 | SHUREDDEL080671 | R, P |
| X1266 | 11/1/2019 | Channel Bulletin Letter from James Schanz to 'Channel Partner' titled, "ClearOne's False and Misleading Statements Regarding Impact of Recent Court Ruling in the U.S." | SHUREDDEL00042290 | SHUREDDEL00042293 | R, P |
| X1267 | 11/1/2019 | Channel Bulletin Letter from James Schanz to 'Channel Partner' titled, "ClearOne's False and Misleading Statements Regarding Impact of Recent Court Ruling in the U.S." | SHURE959784 | SHURE959787 | R, P |
| X1268 | 11/13/2019 | ███████████ | SHUREDDEL00025848 | SHUREDDEL00025848 | R, P |
| X1269 | 11/13/2019 | ███████████ | SHUREDDEL00025847 | SHUREDDEL00025847 | R, P |
| X1270 | 11/13/2019 | ███████████ | SHUREDDEL00025831 | SHUREDDEL00025831 | R, P |
| X1271 | 11/18/2019 | ███████████ | SHURE940741 | SHURE940742 | R, P |
| X1272 | 11/18/2019 | ███████████ | SHURE939780 | SHURE939781 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1273 | 11/18/2019 | | SHURE939771 | SHURE939771 | R, P |
|---|---|---|---|---|---|
| X1274 | 11/2/2004 | Internal document titled, ▮▮▮▮" | SHURE623294 | SHURE623298 | R |
| X1275 | 11/2/2020 | Shure MXA910 ceiling array microphone user guide, Version 14.3 (2020-K) | VANDERBILT_001387 | VANDERBILT_001445 | |
| X1276 | 11/2/2020 | Shure MXA910 ceiling array microphone user guide, Version 14.3 (2020-K) | SHURE965120 | SHURE965178 | |
| X1277 | 11/5/2014, 1/27/2015, 1/30/2015 | Lantz Deposition, Exhibit 8; Cho Deposition, Exhibit 15, " | SHURE064329 | SHURE064333 | |
| X1278 | 11/6/2019 | | SHURE957893 | SHURE957895 | R, P |
| X1279 | 11/6/2019 | Shure MXA910 ceiling array microphone user guide, Version 9 (2019-K) | PROTECH002983 | PROTECH003041 | |
| X1280 | 11/8/2019 | | SHUREDDEL00025794 | SHUREDDEL00025795 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1281 | 11/8/2019 | | SHUREDDEL00025791 | SHUREDDEL00025791 | R, P |
|---|---|---|---|---|---|
| X1282 | 12/10/2019 | | SHUREDDEL00046629 | SHUREDDEL00046631 | R, P |
| X1283 | 12/10/2019 | | SHUREDDEL00043237 | SHUREDDEL00043239 | R, P |
| X1284 | 12/11/2019 | | SHUREDDEL00046637 | SHUREDDEL0004669 | R, P |
| X1285 | 12/11/2019 | | SHUREDDEL00043268 | SHUREDDEL00043272 | R, P |
| X1286 | 12/11/2019 | | SHUREDDEL00043257 | SHUREDDEL00043259 | R, P |
| X1287 | 12/12/2014 | | CLRONEDE-00031434 | CLRONEDE-00031434 | R, H |
| X1288 | 12/6/2019; 11/5/2019 | Klegon Deposition, Exhibit 22; Schanz Deposition, Exhibit 18, "PageVault Capture, "New MXA910 Ceiling Array Microphone Variant Available for Pre-Order"" | SHURE783069 | SHURE783075 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1289 | 2/11/2004 | Internal document titled, ███████ | SHURE623285 | SHURE623290 | R |
| X1290 | 2/20/2020 | ███████ | SHUREDDEL00047359 | SHUREDDEL00047360 | R, P |
| X1291 | 2/21/2019 | ███████ | SHUREDDEL078456 | SHUREDDEL078457 | R, P |
| X1292 | 2/22/2019 | ███████ | SHUREDDEL078462 | SHUREDDEL078464 | R, P |
| X1293 | 2/6/2012 | Shure presentation slide deck titled, ███████ | SHURE272000 | SHURE272010 | R, P |
| X1294 | 2/6/2019 | Video of Roger Quinney installing MXA910-A | Schonfeld003076 | Schonfeld003076 | R, P, H, A |
| X1295 | 2/6/2019 | Video of Roger Quinney installing MXA910-A | Schonfeld003075 | Schonfeld003075 | R, P, H, A |
| X1296 | 2/6/2019 | Video of Dino Martinez installing MXA910-A | Schonfeld003074 | Schonfeld003074 | R, P, H, A |
| X1297 | 2/6/2019 | Video of Dino Martinez installing MXA910-A | Schonfeld003073 | Schonfeld003073 | R, P, H, A |
| X1298 | 2/6/2020 (Capture Date) | ClearOne-DeBusschere Deposition, Exhibit 1, "Capture extracted via Page Vault of comment thread responsive to post titled, "ClearOne Patents" from Reddit user, "theotherdanlynch" on CommercialAV subreddit thread" | Schonfeld003067 | Schonfeld003072 | R, P, H, A |
| X1299 | 2013-2020 | ClearOne Sales and Marketing Expenses (Confidential) | CLRONE-00871578 | | R, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1300 | 3/1/2020 | | SHUREDDEL00047576 | SHUREDDEL00047576 | R, P |
|---|---|---|---|---|---|
| X1301 | 3/12/2012 | | SHURE025172 | SHURE025190 | |
| X1302 | 3/19/2012 | Copy of *Sound & Communications* magazine edition, Volume 58, No. 3 | SHURE778649 | SHURE778750 | R, H, A |
| X1303 | 3/25/2019 | Paper 95, Decision Denying Petitioner's Request for Rehearing of the Final Written Decision (Paper 93), Shure Incorporated v. ClearOne, Inc., Case No. IPR2017-01785 (PTAB) | N/A | N/A | R, P |
| X1304 | 3/26/2021 | R. 1046-2 Ex. B to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1305 | 3/26/2021 | R. 1046-3 Ex. C to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1306 | 3/26/2021 | R. 1046-4 Ex. D to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1307 | 3/26/2021 | R. 1046-5 Ex. E to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1308 | 3/26/2021 | R. 1046-6 Ex. F to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1309 | 3/26/2021 | R. 1046-7 Ex. G to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1310 | 3/26/2021 | R. 1046-8 Ex. H to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1311 | 3/26/2021 | R. 1046-9 Ex. I to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1312 | 3/26/2021 | R. 1046-10 Ex. J to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1313 | 3/26/2021 | R. 1046-11 Ex. K to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1314 | 3/26/2021 | R. 1046-12 Ex. L to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1315 | 3/26/2021 | R. 1046-13 Ex. M to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1316 | 3/26/2021 | R. 1046-14 Ex. N to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1317 | 3/26/2021 | R. 1046-15 Ex. O to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1318 | 3/26/2021 | R. 1046-16 Ex. P to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1319 | 3/26/2021-3/29/2021 | R. 1046-1 Ex. A to Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt "Copy of Investigative Report prepared by Christopher Bradley, entered in *Shure Incorporated v. ClearOne Inc* ., Case No. 1:17-CV-03078 (N.D. Ill.)" | N/A | N/A | R, P, H, A |
| X1320 | 3/29/2021 | R. 1046, Declaration of Christopher Bradley in Support of ClearOne's Reply In Support of Supplemental Brief RE Contempt, entered in *Shure Incorporated v. ClearOne Inc.,* Case No. 1:17-CV-03078 (N.D. Ill.) | N/A | N/A | R, P, H, A |
| X1321 | 3/3/2020 | ███████████████████ | SHURE940903 | SHURE940904 | R, P |
| X1322 | 3/6/2020 | R. 47, Judgment, filed in *Shure Incorporated v. ClearOne, Inc.* , Case No. 2019-1755 (Court of Appeals Federal Circuit) | N/A | N/A | R, P |
| X1323 | 3/XX/2014 | Klegon Deposition, Exhibit 1, "Shure Slide Deck Entitled, ███████████ | SHURE000597 | SHURE000675 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1324 | 4/12/2020 | ████████████ | SHUREDDEL00044959 | SHUREDDEL00044961 | R, P |
| X1325 | 4/15/2019 | DCP Master Excel spreadsheet | SHUREDDEL00036996 | SHUREDDEL00036996 | R |
| X1326 | 4/23/2020 | ████████████ | SHURE948490 | SHURE948494 | R, P |
| X1327 | 4/26/2017 | ████████████ | SHURE339712 | SHURE339712 | R |
| X1328 | 4/30/2020 | Shure MXA910 ceiling array microphone user guide, Version 13 (2020-D) | SHURE965057 | SHURE965057 | |
| X1329 | 4/5/2020 | ████████████ | SHURE948147 | SHURE948147 | R, P |
| X1330 | 4/6/2018 | ████████████ | SHURE725687 | SHURE725691 | R |
| X1331 | 4/8/2020 | ████████████ | SHURE948200 | SHURE948202 | R |
| X1332 | 4/9/2018 | ████████████ | SHURE722985 | SHURE722988 | R |
| X1333 | 5/20/2017 | Schyvinck Deposition Exhibit 8, Copy of article in Crain's Chicago Business titled, "A microphone industry leader's next act" | N/A | N/A | R, H, A |
| X1334 | 5/20/2019 | ████████████ | SHUREDDEL00036157 | SHUREDDEL00036161 | R |
| X1335 | 5/29/2019 | ████████████ | SHUREDDEL079320 | SHUREDDEL079321 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1336 | 6/20/2019 | Meeting minutes prepared for ███████ | SHUREDDEL071341 | SHUREDDEL071343 | R |
| X1337 | 6/21/2006 | ████████████ | SHURE272067 | SHURE272074 | |
| X1338 | 6/26/2014 and 6/30/2014 | Cho Deposition, Exhibit 5, "Exhibit 41 to Declaration of Christina Von Der Ahe Rayburn in Support of ClearOne Inc.'s Opposition to Shure's Motion for a Preliminary Injunction, ████████████ at D.I. 303-2" | SHUREDDEL00052429 | SHUREDDEL00052430 | |
| X1339 | 7/15/2020 | ████████████ | SHUREDDEL00137800 | SHUREDDEL00137801 | R, P |
| X1340 | 7/15/2020 | ████████████ | SHUREDDEL00137799 | SHUREDDEL00137799 | R, P |
| X1341 | 7/16/2019 | ████████████ | SHUREDDEL122500 | SHUREDDEL122502 | R, P |
| X1342 | 7/19/2019 | ████████████ | SHUREDDEL122545 | SHUREDDEL122545 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1343 | 7/19/2019 | ███████████████ | SHUREDDEL122542 | SHUREDDEL122544 | R, P |
|---|---|---|---|---|---|
| X1344 | 7/2/2019 | ███████████ | SHURE920788 | SHURE920789 | R, P |
| X1345 | 7/3/2013 and 7/8/2013 | Abraham Deposition, Exhibit 4, "███████ | SHURE278155 | SHURE278155 | |
| X1346 | 8/12/2019 | ███████████ | SHUREDDEL00040091 | SHUREDDEL00040092 | R, P |
| X1347 | 8/13/2014 and 8/14/2014 | Deposition of Cho, Exhibit 7, "Exhibit 43 to Declaration of Christina Von Der Ahe Rayburn in Support of ClearOne Inc.'s Opposition to Shure's Motion for a Preliminary Injunction, ██████████ | SHUREDDEL00052442 | SHUREDDEL00052442 | R, P |

| X1348 | 8/13/2019 - 8/20/2019 | Berger Deposition, Exhibit 5, ▓ | SHURE939526 | SHURE939529 | R, P |
|---|---|---|---|---|---|
| X1349 | 8/15/2019 | | SHUREDDEL00005102 | SHUREDDEL00005104 | R, P |
| X1350 | 8/20/2019 | | SHUREDDEL00040282 | SHUREDDEL00040284 | R, P |
| X1351 | 8/20/2019 | | SHUREDDEL00040277 | SHUREDDEL00040278 | R, P |
| X1352 | 8/20/2019 | | SHURE957419 | SHURE957421 | R, P |
| X1353 | 8/26/2019 | | TEXADIA_002076 | TEXADIA_002079 | R, P |
| X1354 | 8/26/2019 | | SPINITAR_001166 | SPINITAR_001169 | R, P |
| X1355 | 8/26/2019 | | PROTECH002153 | PROTECH002156 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1356 | 8/26/2019 | | PROTECH001957 | PROTECH001960 | R, P |
|---|---|---|---|---|---|
| X1357 | 8/26/2019 | | AUDIOBIZ_000982 | AUDIOBIZ_000985 | R, P |
| X1358 | 8/26/2019 | | AUDIOBIZ_000919 | AUDIOBIZ_000922 | R, P |
| X1359 | 8/26/2019 | | AUDIOBIZ_000133 | AUDIOBIZ_000136 | R, P |
| X1360 | 8/26/2019 | | AUDIOBIZ_000123 | AUDIOBIZ_000126 | R, P |
| X1361 | 8/26/2019 | | ADTECH_004216 | ADTECH_004219 | R, P |
| X1362 | 8/27/2019 | | UNIFIED_009042 | UNIFIED_009046 | R, P |
| X1363 | 8/27/2019 | | UNIFIED_009017 | UNIFIED_009021 | R, P |
| X1364 | 8/27/2019 | | SHURE960379 | SHURE960385 | R, P |
| X1365 | 8/27/2019 | | SHURE960367 | SHURE960372 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1366 | 8/27/2019 | ████████ | EPAAV_000048 | EPAAV_000053 | R, P, H, A |
| X1367 | 8/29/2020 | ClearOne Beamforming Microphone Array Presentation Slide Deck | CLRONEDE-00031440 | CLRONEDE-00031449 | |
| X1368 | 8/6/2019 - 8/16/2019 | Berger Deposition, Exhibit 6, " ████████ | SHURE939486 | SHURE939489 | R, P |
| X1369 | 8/9/2017 | ████████ | SHURE116909 | SHURE116910 | R, P |
| X1370 | 8/XX/2017 | Schyvinck Deposition, Exhibit 10, "Shure Slide Deck, ████████ | SHURE629136 | SHURE629166 | |
| X1371 | 9/11/2019 | ████████ | SHUREDDEL072715 | SHUREDDEL072721 | R |
| X1372 | 9/13/2018 | Retail Sales Agreement ████ | SHURE791446 | SHURE791447 | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1373 | 9/14/2018 | | SHUREDDEL077123 | SHUREDDEL077123 | R, P |
|---|---|---|---|---|---|
| X1374 | 9/14/2018 | | SHURE791445 | SHURE791445 | R, P |
| X1375 | 9/16/2019 | | SHURE957590 | SHURE957592 | R, P |
| X1376 | 9/19/2019 | | SHURE957599 | SHURE957602 | R, P |
| X1377 | 9/22/2019 | | AUDIOBIZ_001019 | AUDIOBIZ_001019 | R, P |
| X1378 | 9/24/2020 | | SHUREDDEL00139678 | SHUREDDEL00139687 | R, P |
| X1379 | 9/24/2020 | Internal memorandum titled, | SHUREDDEL00133666 | SHUREDDEL00133668 | |
| X1380 | 9/24/2020 | | SHUREDDEL00133171 | SHUREDDEL00133177 | R, P |
| X1381 | 9/4/2018 | | SHUREDDEL082017 | SHUREDDEL082022 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1382 | 9/4/2019 | ████████ | SHURE960402 | SHURE960408 | R, P |
| X1383 | 9/5/2019 | ████████ | SHUREDDEL080168 | SHUREDDEL080172 | R, P |
| X1384 | 9/5/2019 | ████████ | SHUREDDEL00040436 | SHUREDDEL00040440 | R, P |
| X1385 | April 2019 | Shure presentation slide deck titled, ████████ | SHUREDDEL00037469 | SHUREDDEL00037491 | |
| X1386 | April 2020 | Shure presentation slide deck titled, ████████ | SHUREDDEL00045335 | SHUREDDEL00045365 | |
| X1387 | August 2014 | Shure market research and analysis slide deck titled, ████████ | SHURE362478 | SHURE362519 | |
| X1388 | August 2014 | Shure market research and analysis slide deck titled, ████████ " | SHURE025283 | SHURE025371 | |
| X1389 | August 2018 | Shure presentation slide deck titled, ████████ | SHUREDDEL00031089 | SHUREDDEL00031109 | |
| X1390 | August 2018 | Shure presentation slide deck titled, ████████ | SHUREDDEL00031057 | SHUREDDEL00031075 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1391 | Capture Date: 1/29/2020 | Horton Deposition, Exhibit 6, "Capture extracted via Page Vault of comment thread stemming from post from reddit user 'DrAcula_MD' titled, "Anyone else dealing with the aftermath of this Shure/ClearOne lawsuit?", on CommercialAV subreddit" | N/A | N/A | R, P, H, A |
| X1392 | Capture Date: 5/11/2020 | Horton Deposition, Exhibit 7, "Capture extracted via Page Vault of specific portions of common thread responsive to reddit user 'DrAcula_MD' titled, "Anyone else dealing with the aftermath of this Shure/ClearOne lawsuit?", on CommercialAV subreddit" | N/A | N/A | R, P, H, A |
| X1393 | Capture Date: 5/26/2020 | Shure-Horton Deposition, Exhibit 1, "Capture extracted via Page Vault of comment thread stemming from post from reddit user 'mistakenotmy' titled, "Auto Tracking Camera Recommendations" on CommercialAV subreddit" | N/A | N/A | R, P, H, A |
| X1394 | Capture Date: 5/26/2020 | Shure-Horton Deposition, Exhibit 2, "Capture extracted via Page Vault of specific portions of comment thread responsive to post from reddit user 'mistakenotmy' titled, "Auto Tracking Camera Recommendations" on CommercialAV subreddit " | N/A | N/A | R, P, H, A |
| X1395 | Dec. 2006 | Cerra Deposition, Exhibit 28, "Patel Exhibit 24 - ███████████████████ | N/A | N/A | |
| X1396 | December 2006 | Shure presentation slide deck titled, ████████████████ | SHURE271575 | SHURE271602 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1397 | December 2013 | Shure presentation slide deck titled, | SHURE000485 | SHURE000507 | R |
| X1398 | December 2014 | Attachment to email chain from | CLRONEDE-00031435 | CLRONEDE-00031439 | R, H |
| X1399 | February 2018 | Shure presentation slide deck titled, | SHURE707391 | SHURE707411 | |
| X1400 | January 2018 | Shure presentation slide deck titled, | SHURE708400 | SHURE708430 | |
| X1401 | January 2019 | Shure presentation slide deck titled, | SHUREDDEL00033748 | SHUREDDEL00033784 | |
| X1402 | January 2019 | Shure presentation slide deck titled, | SHUREDDEL00033545 | SHUREDDEL00033581 | |
| X1403 | July 2013 | Shure presentation slide deck titled, | SHURE000508 | SHURE000526 | |
| X1404 | July 2017 | Shure presentation slide deck titled, | SHURE353022 | SHURE353041 | |
| X1405 | July 2018 | Shure presentation slide deck titled, | SHUREDDEL076682 | SHUREDDEL076702 | |
| X1406 | July 2018 | Shure presentation slide deck titled, " | SHUREDDEL00030469 | SHUREDDEL00030489 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1407 | July 2018 | Shure presentation slide deck titled, ██████████ | SHUREDDEL00030321 | SHUREDDEL00030342 | |
|---|---|---|---|---|---|
| X1408 | July 2018 | Shure presentation slide deck titled, ██████████ | SHUREDDEL00030297 | SHUREDDEL00030318 | |
| X1409 | July 2020 | Shure presentation slide deck titled, ██████████ " | SHUREDDEL00130332 | SHUREDDEL00130360 | |
| X1410 | June 2013 | Shure market research and analysis slide deck titled, ██████████ | SHURE025043 | SHURE025110 | |
| X1411 | June 2013 | Abraham Deposition, Exhibit 3, " ██████████ | SHURE000527 | SHURE000596 | |
| X1412 | June 2014 | Shure presentation slide deck titled, ██████████ | SHURE000821 | SHURE000874 | R |
| X1413 | June 2014 | Shure presentation slide deck titled, ██████████ | SHURE000730 | SHURE000783 | R |
| X1414 | June 2014 | Shure market research and analysis slide deck titled, ██████████ | SHURE000676 | SHURE000729 | |
| X1415 | June 2015 | Shure market research and analysis slide deck titled, ██████████ | SHURE000958 | SHURE000106 | |
| X1416 | June 2020 | Shure presentation slide deck titled, ██████████ | SHUREDDEL00129077 | SHUREDDEL00129106 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1417 | March 2016 | Shure presentation slide deck titled, ▮▮▮ | SHURE235846 | SHURE235854 | |
|---|---|---|---|---|---|
| X1418 | March 2019 | Shure presentation slide deck titled, ▮▮▮ | SHUREDDEL00036400 | SHUREDDEL00036427 | |
| X1419 | March 2020 | Shure presentation slide deck titled, ▮▮▮ | SHUREDDEL00049648 | SHUREDDEL00049669 | |
| X1420 | March 2020 | Shure presentation slide deck titled, ▮▮▮ | SHUREDDEL00044552 | SHUREDDEL00044573 | |
| X1421 | May 2019 | Shure presentation slide deck titled, ▮▮▮ | SHUREDDEL00038058 | SHUREDDEL00038082 | |
| X1422 | October 2014 | ▮▮▮ | SHURE001695 | SHURE001721 | |
| X1423 | September 2018 | Shure presentation slide deck titled, ▮▮▮ | SHUREDDEL00031590 | SHUREDDEL00031613 | |
| X1424 | | Collection of invoices from Levin Professional Systems d/b/a Washington Professional Systems to ▮▮▮ | WPSIL_000106 | WPSIL_000180 | R, H, A |
| X1425 | | Weinstein Deposition, Exhibit 12, "Scoring sheet by Jim Kelly" | WEINSTEIN000683 | WEINSTEIN000686 | R, H |
| X1426 | | Weinstein Deposition, Exhibit 11, "Scoring sheet by Ira Weinstein " | WEINSTEIN000679 | WEINSTEIN000682 | R, H |
| X1427 | | Vander Veen Deposition, Exhibit 3, "Capture taken through Page Vault of webpage re various Parle beamforming microphone models and specifications" | WEINSTEIN000630 | WEINSTEIN000634 | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1428 | | Notice re shipping of Shure's 60 cm model of MXA910 | SHUREDDEL093811 | SHUREDDEL093812 | R |
|---|---|---|---|---|---|
| X1429 | | Shure .CSV file documenting ███████ | SHUREDDEL00140692 | SHUREDDEL00140692 | R, P, H |
| X1430 | | Maselbas Deposition, Exhibit E, "Excel spreadsheet with filename, "MXA standard costs"" | SHUREDDEL00140690 | SHUREDDEL00140690 | |
| X1431 | | ████████████████ | SHUREDDEL00140629 | SHUREDDEL00140679 | R |
| X1432 | | ████████████████ | SHUREDDEL00140577 | SHUREDDEL00140627 | R |
| X1433 | | ████████████████ | SHUREDDEL00140476 | SHUREDDEL00140523 | R |
| X1434 | | Miller Deposition, Exhibit 6; Cho Deposition, Exhibit 17; Morrow Deposition, Exhibit 1, "Exhibit 5 to Declaration of Christina von der Ahe Rayburn in Support of ClearOne's Opposition to Shure's Motion for a Preliminary Injunction, Ceiling Tile Form Factor Speakers at D.I. 303-1" | SHUREDDEL00052178 | SHUREDDEL00052257 | R, P |
| X1435 | | Copy of Shure webpage titled, "November 5, 2019, Q & A Update- New MXA910 Ceiling Array Microphone Variant available for Pre-Order" | SHUREDDEL00050726 | SHUREDDEL00050732 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1436 | | Weinstein Deposition, Exhibit 3, "Excel spreadsheet containing Shure MXA910 and MXA910W sales data spanning from June 2016 through April 2020" | SHUREDDEL00050695 | SHUREDDEL00050695 | |
|---|---|---|---|---|---|
| X1437 | | Maselbas Deposition, Exhibit I, "Shure presentation slide deck entitled, ███████████ | SHUREDDEL00044148 | SHUREDDEL00044188 | |
| X1438 | | Schanz Deposition, Exhibit 5, "Attachment to email from ███████████ | SHUREDDEL00034332 | SHUREDDEL00034332 | R, P |
| X1439 | | Schanz Deposition, Exhibit 2, ███████████ | SHUREDDEL00033191 | SHUREDDEL00033204 | R |
| X1440 | | Shure MXA910 ceiling array microphone user guide, Version 11 (2020-B) | SHUREDDEL00027405 | SHUREDDEL00027465 | |
| X1441 | | Draft Declaration of Jim Scalise of Avidex | SHURE965266 | SHURE965269 | R, P, H, A |
| X1442 | | Declaration of Marques Manning of Kontek | SHURE964965 | SHURE964968 | R, P, H, A |
| X1443 | | Smith Deposition, Exhibit 23, "Installation Instructions for Shure's FyreWrap Fire Protective Wrap System and Array microphone (MXA910)" | SHURE947521 | SHURE947522 | R, P |
| X1444 | | Q&A in Response to Recent U.S. Court Ruling on Shure MXA910 | SHURE940594 | SHURE940598 | R, P |
| X1445 | 8/28/2020 | Excel spreadsheet titled "Sales & Expense Summary, Shure Incorporated, MXA910 & P300, Apr 2013 - Jul 2020" | SHURE891679 | SHURE891679 | |
| X1446 | | Klegon Deposition, Exhibit 18; Klegon Deposition, Exhibit 18a, "Illustration " | SHURE871748 | SHURE871748 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1447 | | Klegon Deposition, Exhibit 17, "Illustration " | SHURE871747 | SHURE871747 | R, P |
| X1448 | | Miller Deposition, Exhibit 18; Klegon Deposition, Exhibit 16, "Undated Illustration" | SHURE871746 | SHURE871746 | R, P |
| X1449 | | Miller Deposition, Exhibit 17; Klegon Deposition, Exhibit 15, "Undated Illustration" | SHURE871745 | SHURE871745 | R, P |
| X1450 | | Klegon Deposition, Exhibit 13; Schanz Deposition, Exhibit 25; Moore Deposition, Exhibit 6; DiFalco Deposition, Exhibit 13, "Schematic design titled, "MXA910 (All Variants) Flush to bottom of the grid"" | SHURE869326 | SHURE869326 | R, P |
| X1451 | | Abraham Deposition, Exhibit 15, "Shure Ceiling Array MXA910W-US schematic drawing" | SHURE863917 | SHURE863917 | |
| X1452 | | R. 786, SEALED Exhibit 3 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, Spreadsheet entitled BOM Compare: MXA910W vs MXA910W-A vs MXA910W-US | SHURE863911 | SHURE863912 | R, P, H |
| X1453 | | R. 786, SEALED Exhibit 2 to Rayburn Declaration in support of ClearOne Reply in support of Motion for Contempt and Additional Discovery, Image of Schematics with notes, "widest dimension of frame below T-bar" | SHURE863910 | SHURE863910 | R, P, H |
| X1454 | | Wiggins Deposition, Exhibit 11, "Shure internal slide deck re ██████ ███" | SHURE824158 | SHURE824160 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1455 | | Wiggins Deposition, Exhibit 5, "Attachment to email from ███████████████ ███████████████" | SHURE784160 | SHURE784160 | R, P |
| X1456 | | Shure MXA910 ceiling array microphone user guide, Version 9 (2019-K) | SHURE782976 | SHURE783034 | |
| X1457 | | Abraham Deposition, Exhibit 50, "Shure MXA910W-A Contact Sheet" | SHURE782922 | SHURE782922 | R, P |
| X1458 | | Abraham Deposition, Exhibit 49, "Schematic drawing prepared by Shure numbered 90-27235, revised version number 4" | SHURE782920 | SHURE782920 | |
| X1459 | | Shure MXA910 ceiling array microphone user guide, Version 7 (2019-H) | SHURE780962 | SHURE781019 | |
| X1460 | | Shure MXA910 ceiling array microphone user guide, Version 7 (2019-H) | SHURE780876 | SHURE780933 | |
| X1461 | | Shure MXA910 ceiling microphone array user guide, Version 5 (2019-F) | SHURE780109 | SHURE780167 | |
| X1462 | | Shure MXA910 ceiling array microphone user guide, Version 5 (2019-F) | SHURE779416 | SHURE779474 | |
| X1463 | | Schanz Deposition, Exhibit 18, "Shure MXA910 Ceiling Array Microphone Competitive Comparison" | SHURE771790 | SHURE771791 | |
| X1464 | | .MP4 file with filename, "MXA Ceiling Array Product Overview FINAL" | SHURE759832 | SHURE759832 | |
| X1465 | | Maselbas Deposition, Exhibit G, "Excel spreadsheet with filename, "Market Size Model for Corporate AV rev30"" | SHURE730084 | SHURE730084 | |
| X1466 | | Excel spreadsheet at filename, "FY2010 Sales Incentive Balance Summary - for Sales Manager Input" | SHURE630286 | SHURE630286 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1467 | | Excel spreadsheet with filename, ███████ | SHURE630207 | SHURE630207 | |
|---|---|---|---|---|---|
| X1468 | | Schyvinck Deposition, Exhibit 3, "Shure infoComm16 Show Book" | SHURE626468 | SHURE626513 | |
| X1469 | | Presentation slide deck at filename, "███ ███████ | SHURE601356 | SHURE601412 | |
| X1470 | | Schanz Deposition, Exhibit 9, "Untitled and undated Shure internal slide deck" | SHURE598972 | SHURE599004 | |
| X1471 | | Excel spreadsheet with filename, "Use Case Background Info" | SHURE533944 | SHURE533944 | R |
| X1472 | | Shure presentation slide deck titled, "███ ████" | SHURE419803 | SHURE419863 | R |
| X1473 | | Abraham Deposition, Exhibit 12; Lantz Deposition, Exhibit 12, "Document entitled, "Ceiling Tile Form Factor Speakers"" | SHURE362825 | SHURE362913 | R |
| X1474 | | Excel spreadsheet titled, "Enterprise Connect Leads" | SHURE339763 | SHURE339763 | R |
| X1475 | | Klegon Deposition, Exhibit 4, "Document with tracked changes re MXA910 Ceiling Array Microphone" | SHURE251451 | SHURE251454 | R |
| X1476 | | Maselbas Deposition, Exhibit 2, "Thumb Drive - Excel Spreadsheets, ███████ ███████████████ " | SHURE120706, SHURE771188, SHURE771189, SHURE401060, SHURE697289, SHURE706624, SHURE625249, SHURE731965 | | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1477 | | Abraham Deposition, Exhibit 2, "Shure slide deck entitled, "███████████ " | SHURE053156 | SHURE053242 | R |
|---|---|---|---|---|---|
| X1478 | | Schanz Deposition, Exhibit 24, ██████████████ | SHURE021013 | SHURE021020 | R |
| X1479 | | Abraham Deposition, Exhibit 56, "Shure top-view schematic diagram of the outer dimensions of the MXA910-A, 60-centimeter version" | SHURE0000035 | SHURE0000035 | R, P |
| X1480 | | Roy Deposition, Exhibit 44, "Photos of Shure MXA910 not flush with ceiling" | SH-CSTRS 00594 | SH-CSTRS 00595 | R, P, H, A |
| X1481 | | R. 711-2, Exhibit J to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product's Corners | Schonfeld003080 | Schonfeld003080 | R, P, H |
| X1482 | | R. 711-1, Exhibit I to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product's Corners | Schonfeld003078 | Schonfeld003078 | R, P, H |
| X1483 | | R. 711-1, Exhibit H to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product's Corners | Schonfeld003077 | Schonfeld003077 | R, P, H |
| X1484 | | Grand View Research report titled, "U.S. Ceiling Tile Grid: Market Analysis, 2020" | Schonfeld003043 | Schonfeld003057 | R, A, H |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1485 | | Tunnell Deposition, Exhibit 7, "Email from Dean Hinton to Tim Valley, cc Shane Tunnell re Shen Milsom and Wilke with attachment re image001.png (Attachment not included)" | PROTECH000438 | PROTECH000439 | R, P, H, A |
|-------|---|------------------------------------------------|---------------|---------------|------------|
| X1486 | | Prosecution history of United States Patent Application No. 14701376 | N/A | N/A | R |
| X1487 | | Prosecution history of United States Patent Application No. 15403765 | N/A | N/A | R |
| X1488 | | Prosecution history of United States Patent Application No. 15631310 | N/A | N/A | R |
| X1489 | | Prosecution history of United States Patent Application No. 15833404 | N/A | N/A | R |
| X1490 | | U.S. Patent Application Publication No. 20160323668 (re Appl. No. 14701376) | N/A | N/A | R |
| X1491 | | U.S. Patent Application Publication No. 20180338205 (re Appl. No. 15833404) | N/A | N/A | R |
| X1492 | | U.S. Patent No. 9,565,493 (Abraham et al.) | N/A | N/A | |
| X1493 | | Prosecution history of U.S. Patent No. 9,635,186 | N/A | N/A | R, P, H |
| X1494 | | Prosecution history of U.S. Patent No. 9,813,806 | N/A | N/A | R, P, H |
| X1495 | | Prosecution history for Provisional U.S. Application No. 61/495,961 | N/A | N/A | R, P, H |
| X1496 | | Prosecution history for Provisional U.S. Application No. 61/495,968 | N/A | N/A | R, P, H |
| X1497 | | Prosecution history for Provisional U.S. Application No. 61/495,971 | N/A | N/A | R, P, H |
| X1498 | | Prosecution history for Provisional U.S. Application No. 61/828,524 | N/A | N/A | R, P, H |
| X1499 | | Prosecution history for Provisional U.S. Application No. 61/771,751 | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1500 | | Prosecution history for U.S. Patent No. 9,264,553 | N/A | N/A | R, P, H |
|---|---|---|---|---|---|
| X1501 | | Prosecution history for U.S. Design Patent No. D865,723 | N/A | N/A | |
| X1502 | | Prosecution history for U.S. Patent No. 9,565,493 | N/A | N/A | R |
| X1503 | | File history for United States Application No. 15/488,492 | N/A | N/A | R, P, H |
| X1504 | | File history for United States Application No. 15/488,492 | N/A | N/A | R, P, H |
| X1505 | | Capture taken via Page Vault of AVI Systems' home webpage | N/A | N/A | R, A, H |
| X1506 | | Capture taken via Page Vault of Bloomberg's company profile for Shure Incorporated, accessed at https://www.bloomberg.com/profile/company/97057Z:US | N/A | N/A | R, A, H |
| X1507 | | Capture taken Page Vault of ClearOne webpage for reference product, Beamforming Microphone Array 2, accessed at https://www.ClearOne.com/beamforming-microphone-array-2 | N/A | N/A | |
| X1508 | | Capture taken Page Vault of ClearOne webpage for reference product, Beamforming Microphone Array, accessed at https://www.ClearOne.com/beamforming-microphone-array | N/A | N/A | |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1509 | | Capture taken via Page Vault of Company-Histories.com company profile for Shure Incorporated, accessed at https://company-histories.com/Shure-Inc-Company-History.html | N/A | N/A | R, H, A |
| X1510 | | Shure MXA910 ceiling array microphone user guide, Version 14.3 (2020-K) | N/A | N/A | |
| X1511 | | Capture taken via Page Vault of Pro Tech Marketing webpage, "Our Team", accessed at https://protechm.com/our_team/ | N/A | N/A | R, H, A |
| X1512 | | Capture taken via Page Vault of Room Ready "About" webpage, accessed at https://roomready.com/about/ | N/A | N/A | R, H, A |
| X1513 | | Capture taken via Page Vault of Shure webpage titled, "Shure History", accessed at https://www.shure.com/en-US/about-us/history | N/A | N/A | |
| X1514 | | Capture taken via Page Vault of Shure webpage titled, "Dealer Locator", accessed at https://www.shure.com/en-US/dealer_locator | N/A | N/A | R |
| X1515 | | Capture taken via Page Vault of Shure webpage titled, "Microflex Advance™ Array Microphones", accessed at https://www.shure.com/en-US/conferencing-meetings/solutions/microflex_advance | N/A | N/A | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1516 | | Capture taken via Page Vault of Shure webpage titled, "Shure Sales Representatives List", accessed at https://www.shure.com/en-US/meta/dealer_locator/shure-sales-representatives | N/A | N/A | R |
| X1517 | | Exhibit 7.0 to Opening Expert Report of W. Christopher Bakewell, Shure MXA910 Sales Table, submitted in *Shure Incorporated v. ClearOne, Inc*., Case No. 1:17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H |
| X1518 | | Rowe Rebuttal Expert Report, Exhibit 3.1, Summary of Bill Of Materials For ClearOne's BMA CT, BMA CTH, and BMA 360 | N/A | N/A | R, H, A |
| X1519 | | Attachment C to Rowe Rebuttal Expert Report - Excel spreadsheet with filename labeled, "BMA CT cost reconciliation" | N/A | N/A | R, H, A |
| X1520 | | Attachment D to Rowe Rebuttal Expert Report - Excel spreadsheet with filename labeled, "BMA 360 cost reconciliation" | N/A | N/A | R, H, A |
| X1521 | | Berger Deposition, Exhibit 1, "Copy of LinkedIn Profile Page for Cassie Berger" | N/A | N/A | R |
| X1522 | | Maselbas Deposition, Exhibit A, "Excel spreadsheet with Shure MXA910 and Shure MXA910W sales data" | N/A | N/A | |
| X1523 | | Miller Deposition, Exhibit 15, "Shure MXA910A Ceiling Array Microphone User Guide" | N/A | N/A | |
| X1524 | | Smith Deposition, Exhibit 2, "Shure's Press Release, "ClearOne's False and Misleading Statements re Impact of Recent Court Ruling in the U.S."" | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1525 | | Smith Deposition, Exhibit 3, "Shure Illustration re Installation of MXA910" | N/A | N/A | |
| X1526 | | Morrow Deposition, Exhibit 3, "Document entitled, █████████████ █████ " | N/A | N/A | R, H, A |
| X1527 | | Schanz Deposition, Exhibit 16a, "████ ███████ " | N/A | N/A | R, P, H |
| X1528 | | Schanz Deposition, Exhibit 16b, "CSV File containing messages" | N/A | N/A | R, P, H |
| X1529 | | Schanz Deposition, Exhibit 27, "Klegon Exhibit 4, "Shure MXA910 Ceiling Array Microphone User Guide"" | N/A | N/A | |
| X1530 | | Rogina Deposition, Exhibit 5, "Excel Spreadsheet - MXA910 Sales for August 2019 to October 2020" | N/A | N/A | |
| X1531 | | Rogina Deposition, Exhibit 6, "Shure Sales Analysis Summary Spreadsheet (.XLS File) Date Range: January 2020 to June 2021" | N/A | N/A | R, H, A |
| X1532 | | Rogina Deposition, Exhibit 7, "Original image file version of ████ project manager and unspecified individual from ████ being involved in ceiling tile installation" | N/A | N/A | R, P, H, A |
| X1533 | | Manning Deposition, Exhibit 5, "Excel spreadsheet containing export of all of Kontek System's projects that utilized some variant of the Shure MXA910 " | N/A | N/A | R, P, H, A |
| X1534 | | Manning Deposition, Exhibit 7, "Original image file version of Exhibit 6 (Photo of installation of a Shure MXA910 variant at ████████████ " | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1535 | | Manning Deposition, Exhibit 7A, "Zoomed in version of Exhibit 7 (Original image file version of photograph of installation of a Shure MXA910 variant at █████ ████████ | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1536 | | Abraham Deposition, Exhibit 54, "Photocopy of prototype developed of MXA910-A" | N/A | N/A | R, P |
| X1537 | | Abraham Deposition, Exhibit 55, "Photocopy of different iteration of prototype developed of MXA910-A" | N/A | N/A | R, P |
| X1538 | | Manning Deposition, Exhibit 8, "Zoomed-in copy of Exhibit 7 (original image file version of photo of installation of Shure MXA910 variant at ████████████████ | N/A | N/A | R, P, H, A |
| X1539 | | Ramsayer Deposition, Exhibit 1, "Copy of Ramsayer LinkedIn Profile Page" | N/A | N/A | R |
| X1540 | | Ramsayer Deposition, Exhibit 1, "Scott Ramsayer, CTS, CCDA LinkedIn Profile" | N/A | N/A | R |
| X1541 | | ClearOne-DeBusschere Deposition, Exhibit 32, "Copy of webpage on JANDS.com showing Shure A910-25MM Ceiling array adapter for MXA910" | N/A | N/A | R, P, H, A |
| X1542 | | Paul Waadevig CV | N/A | N/A | R |
| X1543 | | 35 USCA 103, "Conditions for patentability; non-obvious subject matter" | N/A | N/A | R, P |
| X1544 | | Exhibit A to Declaration of Joel Delman in support of ClearOne's Opposition to Shure's Motion for Preliminary Injunction, Joel Delman references considered at D.I. 302-2 | N/A | N/A | R, H, A |

| X1545 | | Exhibit I to Hudson Declaration ISO ClearOne's Opposition to Shure's Motion for Preliminary Injunction, Pro Acoustics Product Page, "Tannoy 110TB-P Compact Tile Bridge Subwoofer" at D.I. 302-2 | N/A | N/A | R, H, A |
|---|---|---|---|---|---|
| X1546 | | Exhibit 01 to Delman Expert Report, Joel Delman CV | N/A | N/A | R, H, A |
| X1547 | | Exhibit 02 to Delman Expert Report, List of Patents with Joel Delman as inventor | N/A | N/A | R, H, A |
| X1548 | | Exhibit 03 to Delman Expert Report, Joel Delman \| Expert Witness Testimony, Prior Four Years | N/A | N/A | R, H, A |
| X1549 | | Exhibit 04 to Delman Expert Report, Joel Delman's Expert Witness Experience | N/A | N/A | R, H, A |
| X1550 | | Exhibit 05 to Delman Expert Report, Joel Delman's General Articles and Publications | N/A | N/A | R, H, A |
| X1551 | | Exhibit 08 to Delman Expert Report, Joel Delman References Considered | N/A | N/A | R, H, A |
| X1552 | | Exhibit 09 to Delman Expert Report, Photographs of the MXA910 | N/A | N/A | R, H, A |
| X1553 | | Exhibit 11 to Delman Expert Report, Photographs of the Nailor 4330 CB | N/A | N/A | R, H, A |
| X1554 | | Exhibit 13 to Delman Expert Report, Kramer audioDESIGN C81 2-C820 | N/A | N/A | R, H, A |
| X1555 | | Exhibit 14 to Delman Expert Report, Pro Acoustics Product Page, "Tannoy 110TB-P Compact Tile Bridge Subwoofer" | N/A | N/A | R, H, A |
| X1556 | | Exhibit 15 to Delman Expert Report, Photographs of the Tannoy 110 TB Subwoofer | N/A | N/A | R, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1557 | | Exhibit 7 to Declaration of Christina von der Ahe Rayburn in Support of ClearOne's Opposition to Shure's Motion for a Preliminary Injunction, Email from Elizabeth Cho to Gregory Lantz, Robert Klegon, Bob Abraham, Melanie Koskamp, John Miller re olympus array mic id catchup at D.I. 303-1 | N/A | N/A | R, P |
| X1558 | | USPTO Manual for Patent Examining Procedure | N/A | N/A | R, P, H, A |
| X1559 | | Maselbas Deposition, Exhibit D, "Excel spreadsheet including Shure MXA910 sales data and P300-IMX sales data" | N/A | N/A | R |
| X1560 | | Weinstein Deposition, Exhibit 10, "ClearOne BMA CT Brochure and Product Specification Document" | N/A | N/A | |
| X1561 | | Hatch Deposition, Exhibit 3B, "Document tilted, "Array Microphone System and Method of Assembling the Same", Docket No. 025087-8035 (GLS 02-653)" | N/A | N/A | R, P |
| X1562 | | Hatch Deposition, Exhibit 5, "Shure MXA910, MXA910-60CM, MXA910W-A User Guide" | N/A | N/A | |
| X1563 | | Hatch Deposition, Exhibit 7, "Video, in .mp4 file format, representing Shure's Technology Tutorial submitted in association with Shure, Incorporated vs. ClearOne, Incorporated, Case No. 19-cv-1343" | N/A | N/A | R, P |
| X1564 | | Hatch Deposition, Exhibit 10A, "Annotated Version of Declaration of Paul Hatch in Support of Shure Motion for Preliminary Injunction (Hatch Ex. 10)" | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1565 | | Hatch Deposition, Exhibit 10B, "Second Annotated Version of Declaration of Paul Hatch in Support of Shure Motion for Preliminary Injunction (Hatch Ex. 10)" | N/A | N/A | R, P |
| X1566 | | Hatch Deposition, Exhibit 12, "IDSA Article, "What Paul Hatch Thinks About Contrast"" | N/A | N/A | R, P, H, A |
| X1567 | | Hatch Deposition, Exhibit 14, "Annotated Shure MXA910 from Hatch Opening Report" | N/A | N/A | |
| X1568 | | Hatch Deposition, Exhibit 15, "Annotated ClearOne BMA360 from Hatch Opening Report" | N/A | N/A | |
| X1569 | | Wiggins Deposition, Exhibit 8, "Spreadsheet comparing Shure MSA910 to Sennheiser, Biamp Parle TCM-X, ClearOne, Clock Audio products" | N/A | N/A | |
| X1570 | | Yates Deposition, Exhibit 7, "Sennheiser Product Specification, "TeamConnect Ceiling 2 Ceiling microphone array"" | N/A | N/A | |
| X1571 | | Bullard Deposition, Exhibit 4, "Bogen Product Page, CSD2X2 Drop-in Ceiling Speaker" | N/A | N/A | R, A, H |
| X1572 | | Maselbas Deposition, Exhibit 1, "Spreadsheet containing Warehouse location, Sold-to party/country, ship-to Party/Country, PH6 - Model, Gross Sales, Bill Qty" | N/A | N/A | R |
| X1573 | | Maselbas Deposition, Exhibit 3, "Spreadsheet entitled "MXA310 Summary"" | N/A | N/A | R |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1574 | | Kessler Deposition, Exhibit 6, "Bogen Product Page, CSD2X2 Drop-in Ceiling Speaker" | N/A | N/A | R, A, H |
|---|---|---|---|---|---|
| X1575 | | Roy Deposition, Exhibit 45, "Armstrong Ceiling Products, "Prelude Concealed Tee System"" | N/A | N/A | R, A, H |
| X1576 | | Roy Deposition, Exhibit 46, "Screen capture of video titled, "Ex. 62 - SHURE784516_CONFIDENTIAL (MXA910-A Video File From Dr Roy" at timestamp 0:00:00" | N/A | N/A | R, A, H |
| X1577 | | Roy Deposition, Exhibit 47, "Screen capture of video titled, "Ex. 62 - SHURE784516_CONFIDENTIAL (MXA910-A Video File From Dr Roy" at timestamp 0:00:04" | N/A | N/A | R |
| X1578 | | Roy Deposition, Exhibit 54, "USG Ceiling Solutions Product Flyer, "USG Donn Brand CE Acoustical Suspension System"" | N/A | N/A | R, A, H |
| X1579 | | Roy Deposition, Exhibit 55, "USG Ceiling Solutions Product Flyer, "USG Donn Brand DXW Acoustical Suspension System"" | N/A | N/A | R, A, H |
| X1580 | | Mickel Deposition, Exhibit 1, "Audiobiz Territory Webpage" | N/A | N/A | R, A, H |
| X1581 | | Klegon Deposition, Exhibit 5, "Excel spreadsheet containing Shure targets, benchmarks, low and high SW price MLB, and sandbox" | N/A | N/A | R |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1582 | | Klegon Deposition, Exhibit 12, "Excel spreadsheet containing comparison of acoustic, aesthetic, and electrical features of Shure, Sennheiser, Biamp Parle TCM-X, ClearOne, and Clock Audio products" | N/A | N/A | R, P |
|---|---|---|---|---|---|
| X1583 | | MXA910 Microphone Study Drawing | N/A | N/A | R |
| X1584 | | Exhibit 4 to 2020-11-23 Deposition of James Schanz | N/A | N/A | R, P |
| X1585 | | Actual physical device of BMA CT | N/A | N/A | |
| X1586 | | Actual physical device of BMA CTH | N/A | N/A | |
| X1587 | | Actual physical device of Nailor 4330 CB | N/A | N/A | R, H, A |
| X1588 | | Weinstein Deposition, Exhibit 8, "Commercial Integrator article entitled, "ClearOne Seeks Contempt Order vs. Shure for Marketing and Selling MXA910W-A Ceiling Array Mic"" | N/A | N/A | R, P, H, A |
| X1589 | | Rowe Rebuttal Expert Report, Exhibit 2.1, Summary of ClearOne's U.S. Sales of Accused Products During the Damages Period | N/A | N/A | R, H |
| X1590 | | Actual physical device of Model of 15/16" grid | N/A | N/A | R, H, A |
| X1591 | | Actual physical device of Krueger Ceiling Diffuser | N/A | N/A | R, H, A |
| X1592 | | Actual physical device of Nailor 4360 | N/A | N/A | R, H, A |
| X1593 | | Actual physical device of Speedie-Grille | N/A | N/A | R, H, A |
| X1594 | | Actual physical device of Tannoy 110 CB Subwoofer | N/A | N/A | R, H, A |
| X1595 | | Actual physical device of Valcom Spot Soundmasking Speaker | N/A | N/A | R, H, A |
| X1596 | | Actual physical device of Lowell LT2 Loudspeaker | N/A | N/A | R, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1597 | | Actual physical device of A910-25MM brackets | N/A | N/A | R, P |
| X1598 | | Clingman Deposition, Exhibit 1, "Copy of Dobbs Stanford, "About Us" page" | N/A | N/A | R, A, H |
| X1599 | | Tunnell Deposition, Exhibit 14, "Screenshot of article on Shure website 'March 10, 2020: Customer Q&A on 553 Patent Decision for Shure MXA910'" | N/A | N/A | R, P |
| X1600 | | R. 711-1, Exhibit A to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product in Drop Ceiling | N/A | N/A | R, P, H |
| X1601 | | R. 711-1, Exhibit B to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product in Drop Ceiling | N/A | N/A | R, P, H |
| X1602 | | R. 711-1, Exhibit C to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product in Drop Ceiling | N/A | N/A | R, P, H |
| X1603 | | R. 711-1, Exhibit D to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Slip Sheet | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1604 | | R. 711-1, Exhibit E to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Slip Sheet | N/A | N/A | R, P, H |
| X1605 | | R. 711-1, Exhibit F to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Slip Sheet | N/A | N/A | R, P, H |
| X1606 | | R. 711-1, Exhibit G to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Slip Sheet | N/A | N/A | R, P, H |
| X1607 | | R. 711-2, Exhibit K to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product's Corners | N/A | N/A | R, P, H |
| X1608 | | R. 711-2, Exhibit L to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product in Drop Ceiling | N/A | N/A | R, P, H |
| X1609 | | Actual physical device of MXA910 | N/A | N/A | |
| X1610 | | Cerra Deposition, Exhibit 26, "Patel Exhibit 20 - Photos of hanging microphones" | N/A | N/A | R, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1611 | | Manning Deposition, Exhibit 6, "Copy of photo of installation of a Shure MXA910 variant at U███████████████ | KONTEK_000103 | KONTEK_000103 | R |
|-------|--|---|---|---|---|
| X1612 | | ███████████████████████ | EPAAV_000332 | EPAAV_000332 | R |
| X1613 | | Clingman Deposition, Exhibit 5, "Sennheiser document titled, "Promotion Announcement - TeamConnect Ceiling 2"" | DOBBS00002391 | DOBBS00002391 | |
| X1614 | 8/6/2019 | ████████████████████████████ | DOBBS00000061 | DOBBS00000062 | |
| X1615 | | Shure-DeBusschere Deposition, Exhibit 6, "Screenshot of nonflush-mount adapter attached to microphone" | DEB-00002606 | DEB-00002606 | R, P, H, A |
| X1616 | | Shure-DeBusschere Deposition, Exhibit 3, "Photograph of mounting device" | DEB-00002605 | DEB-00002605 | R, P, H, A |
| X1617 | | Shure-DeBusschere Deposition, Exhibit 5, "Close-up photograph of microphone adapter" | DEB-00002604 | DEB-00002604 | R, P, H, A |
| X1618 | | Shure-DeBusschere Deposition, Exhibit 7, "Screenshot of microphone nonflush-mounted in ceiling grid" | DEB-00002603 | DEB-00002603 | R, P, H, A |
| X1619 | | Shure-DeBusschere Deposition, Exhibit 4, "Additional image of CAD drawing of DeBusschere's original solution for mounting MXA910-60CM" | DEB-00002602 | DEB-00002602 | R, P, H, A |
| X1620 | | Shure-DeBusschere Deposition, Exhibit 2, "CAD drawing of DeBusschere's original solution for mounting the MXA910-60CM" | DEB-00002599 | DEB-00002599 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1621 | | ClearOne-DeBusschere Deposition, Exhibit 2B, "Photograph of microphone mounted non-flush in ceiling grid" | DEB-00002576 | DEB-00002576 | R, P, H, A |
|---|---|---|---|---|---|
| X1622 | | ClearOne-DeBusschere Deposition, Exhibit 2, "Photograph of ceiling-mounted microphone" | DEB-00002574 | DEB-00002574 | R, P, H, A |
| X1623 | | ClearOne-DeBusschere Deposition, Exhibit 27, "Close-up photograph of microphone adapter" | DEB-00002417 | DEB-00002417 | R, P, H, A |
| X1624 | | ClearOne-DeBusschere Deposition, Exhibit 26, "Close-up photograph of adapter attached to MXA910-60CM" | DEB-00002416 | DEB-00002416 | R, P, H, A |
| X1625 | | ClearOne-DeBusschere Deposition, Exhibit 25, "Close-up photograph of microphone adapter" | DEB-00002415 | DEB-00002415 | R, P, H, A |
| X1626 | | ClearOne-DeBusschere Deposition, Exhibit 24, "Photograph of adapter attached to MXA910-60CM " | DEB-00002414 | DEB-00002414 | R, P, H, A |
| X1627 | | ClearOne-DeBusschere Deposition, Exhibit 23, "Photograph of ceiling-mounted microphone" | DEB-00002413 | DEB-00002413 | R, P, H, A |
| X1628 | | ClearOne-DeBusschere Deposition, Exhibit 21, "Close-up photograph of microphone adapter" | DEB-00002411 | DEB-00002411 | R, P, H, A |
| X1629 | | ClearOne-DeBusschere Deposition, Exhibit 20, "Close-up photograph of adapter attached to MXA910-60CM" | DEB-00002410 | DEB-00002410 | R, P, H, A |
| X1630 | | ClearOne-DeBusschere Deposition, Exhibit 19, "Close-up photograph of microphone adapter" | DEB-00002409 | DEB-00002409 | R, P, H, A |
| X1631 | | ClearOne-DeBusschere Deposition, Exhibit 18, "Photograph of adapter attached to MXA910-60CM " | DEB-00002408 | DEB-00002408 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1632 | | ClearOne-DeBusschere Deposition, Exhibit 17, "Photograph of ceiling-mounted microphone" | DEB-00002407 | DEB-00002407 | R, P, H, A |
|---|---|---|---|---|---|
| X1633 | | ClearOne-DeBusschere Deposition, Exhibit 8A, "Hand-drawn sketch of adapter solution" | DEB-00002235 | DEB-00002235 | R, P, H, A |
| X1634 | | ClearOne-DeBusschere Deposition, Exhibit 36, "Schematic Drawing of Avidex Custom Adapter Plate Prepared by Danny McLaughlin" | DEB-00001781 | DEB-00001781 | R, P, H, A |
| X1635 | | ClearOne-DeBusschere Deposition, Exhibit 11, "Schematic Diagram of MXA910 (All Variants) Flush to bottom of the grid" | DEB-00001134 | DEB-00001134 | R, P, H, A |
| X1636 | | Roy Deposition, Exhibit 39, "Images of Shure Product Sitting Flush with Ceiling" | CU-115 | CU-116 | R, P, H, A |
| X1637 | | Roy Deposition, Exhibit 40, "Image of Shure Product Sitting Flush with Ceiling" | CU-113 | CU-113 | R, P, H, A |
| X1638 | | Excel spreadsheet recording ClearOne sale and marketing expenses from 2013-Q1 through 2020-Q3 | CLRONEDE-00048651 | CLRONEDE-00048651 | |
| X1639 | 9/6/2019 | ███████████████████ | CLRONEDE-00038192 | CLRONEDE-00038193 | R, P |
| X1640 | | ███████████████████ | CLRONEDE-00031450 | CLRONEDE-00031450 | R |
| X1641 | | Bullard Deposition, Exhibit 5, "Nailor Ceiling Diffusers" | CLRONEDE-00007756 | CLRONEDE-00007756 | R, A, H |
| X1642 | | Nailor Ceiling Diffusers | CLRONEDE-00007748 | CLRONEDE-00007987 | R, A, H |
| X1643 | 10/14/2019 | ███████████████████ | CLRONE-00883179 | CLRONE-00883179 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1644 | 9/23/2019 | ███████████████ | CLRONE-00882703 | CLRONE-00882703 | R, P |
|---|---|---|---|---|---|
| X1645 | | Excel spreadsheet documenting ClearOne revenue and profits from all products, including Beamforming Mic Array and DSP, worldwide from 2013-Q1 through 2019-Q2 | CLRONE-00871577 | CLRONE-00871577 | R |
| X1646 | | Vander Veen Deposition, Exhibit 7, "ClearOne COLLABORATE Versa Lite CT Brochure Document" | CLRONE-00787723 | CLRONE-00787727 | |
| X1647 | | Weinstein Deposition, Exhibit 2, "Excel spreadsheet entitled, "BMA CT and Versa Pro CT from inception through 2020-Q1"" | CLRONE00756310 | CLRONE00756310 | R, H |
| X1648 | | File history for United States Application No. 15/488,492 | CLRONE-00634701 | CLRONE-00634701 | R, P |
| X1649 | | Weinstein Deposition, Exhibit 5, "ClearOne brochure/pamphlet document re COLLABORATE Pro 900" | CLRONE-00109808 | CLRONE-00109810 | R, H |
| X1650 | | ██████████████ | AVIDEX_001703 | AVIDEX_001703 | R, A, H |
| X1651 | | Schyvinck Deposition, Exhibit 1, "Chicago Tribune Article by Lauren Zumbach, "From stage to conference room: Audio equipment-maker Shure seeks new markets"" | N/A | N/A | R |
| X1652 | | R. 711-1, Exhibit H to Graham Declaration in support of ClearOne's Motion for an Order Holding Shure in Contempt and Allowing Additional Discovery, Undated Photo of Shure Product's Corners | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1653 | | Tunnell Deposition, Exhibit 6, "Screenshot of article on Shure website 'November 5, 2019 Q & A Update - New MXA910 Ceiling Array Microphone Variant available for Pre-Order'" | N/A | N/A | |
|---|---|---|---|---|---|
| X1654 | | Cerra Deposition, Exhibit 56, "█████ | SHURE597721 | SHURE597757 | |
| X1655 | 9/12/2019 | ████████ | SHURE942203 | SHURE942204 | R, P |
| X1656 | 9/12/2019 | Image file attachment to email chain from ████████ | SHURE942205 | SHURE942205 | R, P |
| X1657 | 9/12/2019 | Image file attachment to email chain from ████████ " | SHURE942206 | SHURE942206 | R, P |
| X1658 | 9/20/2019 | ████████ | SHURE947111 | SHURE947113 | R, P |
| X1659 | 9/13/2019 | Shure presentation slide deck titled, "████████ | SHUREDDEL00051175 | SHUREDDEL00051178 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1660 | | Image file with filename " ▮▮▮▮ | SHUREDDEL00052084 | SHUREDDEL00052084 | R |
| X1661 | | Image file with filename " ▮▮▮▮ | SHUREDDEL00052085 | SHUREDDEL00052085 | R |
| X1662 | | Image file with filename " ▮▮▮▮ 9" | SHUREDDEL00052086 | SHUREDDEL00052086 | R |
| X1663 | | Image file with filename "thin ▮▮▮▮ | SHUREDDEL00052087 | SHUREDDEL00052087 | R |
| X1664 | | Image file with filename "thin ▮▮▮▮ | SHUREDDEL00052088 | SHUREDDEL00052088 | R |
| X1665 | | Image file with filename " ▮▮▮▮ | SHUREDDEL00052089 | SHUREDDEL00052089 | R |
| X1666 | | Image file with filename " ▮▮▮▮ | SHUREDDEL00052090 | SHUREDDEL00052090 | R |
| X1667 | | Image file with filename " ▮▮▮▮ | SHUREDDEL00052091 | SHUREDDEL00052091 | R |
| X1668 | | Image file with filename "thin ▮▮▮▮ | SHUREDDEL00052092 | SHUREDDEL00052092 | R |
| X1669 | | Image file with filename " ▮▮▮▮ " | SHUREDDEL00052093 | SHUREDDEL00052093 | R |
| X1670 | | Actual physical device of ClearOne BMA2 | N/A | N/A | |
| X1671 | | Actual physical device of ClearOne BMA360 | N/A | N/A | |
| X1672 | | Actual physical device of MXA910-60cm | N/A | N/A | |
| X1673 | | Actual physical device of MXA910-A | N/A | N/A | |
| X1674 | | Actual physical device of MXA910-US | N/A | N/A | |
| X1675 | | Actual physical device of Model of 9/16" grid | N/A | N/A | R, P, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1676 | 5/1/2020 | R. 176, [Sealed] Report and Recommendation Recommending that Plaintiffs' Motion for Limited Temporary Restraining Order (D.I. 153), be Denied, *Shure Incorporated v. ClearOne, Inc* ., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1677 | 1/20/2021 | R. 400, [Sealed] Report and Recommendation Recommending that Plaintiffs' Motion for Preliminary Injunction (D.I. 153) Be Denied, *Shure Incorporated v. ClearOne, Inc* ., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1678 | 2/1/2021 | R. 410, Order Denying Plaintiffs' Motion for Limited Temporary Restraining Order (D.I. 153), *Shure Incorporated v. ClearOne, Inc.* , Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1679 | 2/8/2021 | R. 414, Order Denying Plaintiffs' Motion for Preliminary Injunction (D.I. 153), *Shure Incorporated v. ClearOne, Inc.* , Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1680 | 1/13/2020 | ClearOne press release, "ClearOne Asserts that Shure's Redesigned MXA910 Released in December 2019 Infringes ClearOne's Beamforming Ceiling Tile Patent" | N/A | N/A | R, P, H |
| X1681 | 2/24/2020 | ClearOne press release, "ClearOne Seeks Order Holding Shure in Contempt for Marketing and Selling the MXA910W-A in Violation of 2019 Preliminary Injunction" | N/A | N/A | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1682 | 2/25/2020 | Bullard Deposition, Exhibit 7, copy of *Commercial Integrator* article, "ClearOne Seeks Contempt Order vs. Shure for Marketing and Selling MXA910W-A Ceiling Array Mic" | N/A | N/A | R, P. H, A |
|---|---|---|---|---|---|
| X1683 | 5/15/2017 | | SHURE008610 | SHURE008615 | R, P |
| X1684 | 11/28/2016 | | SHURE398190 | SHURE398200 | R, P |
| X1685 | | Internal document with filename, " | SHURE840712 | SHURE840712 | R, P |
| X1686 | 8/29/2019 | | CLRONEDE-00002792 | CLRONEDE-00002793 | R, P, H |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1687 | 12/19/2019 | Excel Spreadsheet, "4th Qrt 2019 Pro Voice AV" | CLRONEDE-00006116 | CLRONEDE-00006116 | R, P, H |
|---|---|---|---|---|---|
| X1688 | 1/24/2019 | Paper 91, Final Written Decision, *Shure Incorporated v. ClearOne, Inc*., Case No. IPR2017-01785 (PTAB) | N/A | N/A | R, P |
| X1689 | 4/28/2020 | Declaration of Chris Laing, *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | SKCCOMM-0002 | SKCCOMM-0003 | R, P, H, A |
| X1690 | 7/18/2019 | R. 1, Complaint, *Shure Incorporated v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1691 | 9/20/2019 | R. 20, Plaintiffs' Opposition to Defendant's Motion to Stay Litigation Pending *Inter Partes* Review of the Patent-In-Suit, *Shure Incorporated v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1692 | 10/7/2019 | R. 39, Plaintiffs' Opposition to Defendant's Motion to Stay Discovery Pending Decision on Defendant's Motion to Dismiss First Amended Complaint, *Shure Incorporated v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1693 | 11/1/2019 | R. 54, Oral Order Denying Defendant's Motion to Stay Discovery Pending Decision on Defendant's Motion to Dismiss First Amended Complaint (D.I. 26), *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1694 | 4/14/2020 | R. 154, [Sealed] Opening Brief in Support of Plaintiffs' Motion for Preliminary Injunction and Limited Temporary Restraining Order, *Shure Incorporated v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1695 | 4/14/2020 | R. 154-1, [Sealed] Exhibit D to Plaintiffs' Opening Brief in Support of Motion for Preliminary Injunction and Temporary Restraining Order, Declaration of Ira Weinstein, *Shure Incorporated v. ClearOne, Inc*., Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1696 | 4/14/2020 | R. 154-1, [Sealed] Exhibit E to Plaintiffs' Opening Brief in Support of Motion for Preliminary Injunction and Temporary Restraining Order, Declaration of James Schanz, *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1697 | 8/6/2021 | R. 532-1, [Sealed] Exhibit A to Joint Motion to Redact Portions of June 9, 2021, Transcript of Summary Judgment Hearing, Transcript of June 9, 2021 Summary Judgment Hearing, *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |
| X1698 | 10/28/2019 | Transcript of Telephonic Case Management Conference, *Shure Incorporated v. ClearOne, Inc.*, Case No. 1:19-cv-01343 (D. Del.) | N/A | N/A | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List
C.A. No. 19-1343 (RGA) (CJB)

| X1699 | N/A | Exhibit 03 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, IPSCM Square Ceiling Tile IP Speaker Datasheet | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1700 | 5/19/2020 | Exhibit 04 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Extron webpage featuring FF 220T Speaker | N/A | N/A | R, P, H, A |
| X1701 | 8/3/2014 | Exhibit 05 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Wayback Machine webpage of Extron Electronics Flat Field Ceiling Speakers | CLRONEDE-00007645 | CLRONEDE-00007646 | R, P, H, A |
| X1702 | 5/19/2020 | Exhibit 06 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Lay-In Ceiling Mount Speaker (5W, 25/75V) sold by Quam | N/A | N/A | R, P, H, A |
| X1703 | 5/13/2020 | Exhibit 07 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Lay-In Ceiling Mount Speaker [5W, 25/75V] sold by Quam | CLRONEDE-00007672 | CLRONEDE-00007675 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1704 | 5/19/2020 | Exhibit 08 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Valcom product webpage for 2 x 2" Lay-In Spot SoundMasking Speaker | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1705 | N/A | Exhibit 09 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Valcom Info Sheet for Spot Soundmaking Speaker with Noise Generator | CLRONEDE-00008001 | CLRONEDE-00008001 | R, P, H, A |
| X1706 | 8/19/2013 | Exhibit 11 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Wayback Machine webpage of AMK Speakers' Ceiling Speakers Selection List | CLRONEDE-00007637 | CLRONEDE-00007639 | R, P, H, A |
| X1707 | 5/19/2020 | Exhibit 12 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Bogen Communications CSD2x2 2'x2' Drop-In Ceiling Speaker with Back Can (Pair) sold by Bogen | N/A | N/A | R, P, H, A |
| X1708 | 5/14/2020 | Exhibit 13 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Wayback Machine webpage of Bogen Communication's CSD2x2/CSD2x2VR/CSD2x2L | CLRONEDE-00007654 | CLRONEDE-00007655 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1709 | N/A | Exhibit 14 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Armstrong ICeilings Sound Systems Product Guide | N/A | N/A | R, P, H, A |
| X1710 | 5/19/2020 | Exhibit 15 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Lowell's product page for LT2-810-72-BB Loudspeaker | N/A | N/A | R, P, H, A |
| X1711 | 2010 | Exhibit 16 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Lowell Info Sheet for Lay-in Tile Packaged Speaker System for Model Series: LT-805, LT-810, LT-830, LT2-810, LT2-830 | CLRONEDE-00007991 | CLRONEDE-00007992 | R, P, H, A |
| X1712 | 2013 | Exhibit 17 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Extron Product Guide for SF 228T Two-Way Soundfield Ceiling Tile Speakers with 8" Woofer and 70/100 V Transformer | N/A | N/A | R, P, H, A |
| X1713 | 2/17/2015 | Exhibit 18 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Wayback Machine webpage of Extron Electronics' SF 228T Product Page | CLRONEDE-00007710 | CLRONEDE-00007711 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1714 | 5/19/2020 | Exhibit 25 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Valcom V-9422 SPOT Sound Masking Speaker, 2-Feet x 2-Feet sold by Valcom | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1715 | N/A | Exhibit 26 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Valcom Technical Specification: SPOT Soundmasking Ceiling Speaker Model V-9422 | N/A | N/A | R, P, H, A |
| X1716 | N/A | Exhibit 28 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Valcom Brochure for Spot SoundMasking Speaker | N/A | N/A | R, P, H, A |
| X1717 | 5/19/2020 | Exhibit 30 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Valcom product webpage for 2'x2' Lay-In Ceiling Speaker | N/A | N/A | R, P, H, A |
| X1718 | N/A | Exhibit 31 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Valcom Specs Document for V-9062 Lay-in Ceiling Speaker | N/A | N/A | R, P, H, A |
| X1719 | N/A | Exhibit 32 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, AMK Speakers Specs Document for SQ 602 2x2 Ceiling Lay in Speaker System | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1720 | N/A | Exhibit 33 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Valcom V-9062 Ceiling Speaker, White sold by Valcom | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1721 | N/A | Exhibit 34 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, AMK Speakers Specs Document for SQ 802 2x2 Ceiling Lay in Speaker System | N/A | N/A | R, P, H, A |
| X1722 | N/A | Exhibit 35 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, AMK Speakers Specs Document for SQ Series, 8" Coaxial Loudspeaker on 2'x2' Grille | N/A | N/A | R, P, H, A |
| X1723 | 4/2/2015 | Exhibit 37 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Wayback Machine webpage of Bogen Communication's Self-Amplified Paging Systems Product Page | CLRONEDE-00007690 | CLRONEDE-00007693 | R, P, H, A |
| X1724 | 2014 | Exhibit 39 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Bogen Communications Spec Document for Self-Amplified Drop-In Ceiling Speaker (Models ACD2x2, ACD2x2U) | CLRONEDE-00007996 | CLRONEDE-00007996 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1725 | N/A | Exhibit 40 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Image of Bogen Communication's CSD2x2 | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1726 | 2014 | Exhibit 41 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Bogen Communications Specs Sheet Comparing Drop-In Ceiling Speakers (CSD1x2, CSD2x2, ACD2x2 Models) | N/A | N/A | R, P, H, A |
| X1727 | N/A | Exhibit 42 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Bogen Communications Specs Sheet for Drop-In Ceiling Speakers CSD2x2 and Variations | N/A | N/A | R, P, H, A |
| X1728 | 10/24/2018 | Exhibit 43 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Declaration of Dr. Kenneth Roy, Ph.D. (D.I. 406), filed in Shure Incorporated v. ClearOne, Inc., Case No. 17-cv-03078 (N.D. Ill.) | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1729 | N/A | Exhibit 44 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Exhibits 7 and 8 to the Decalaration of Tanvi Patel in Support of Shure's Memorandum in Opposition to ClearOne's Motion for Preliminary Injunction (D.I. 412), filed in Shure Incorporated v. ClearOne, Inc., Case No. 17-cv-03078 (N.D. Ill.), Armstrong ICeilings Sound Systems Product Guides | N/A | N/A | R, P, H, A |
| X1730 | 5/19/2020 | Exhibit 45 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault Capture of Amazon product webpage for Lowell LT2-810-BB Speaker Package-8in Spkr, 2 x 2 Tile System, 15W, 8 ohm sold by Lowell Manufacturing Racks Audio | N/A | N/A | R, P, H, A |
| X1731 | 2010 | Exhibit 46 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Lowell Spec Sheet for Lay-in Tile Packaged Speaker System (Model Series LT-905, LT-810, LT-830, LT2-810, LT2-830) | N/A | N/A | R, P, H, A |
| X1732 | 2015 | Exhibit 47 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Lowell Spec Sheet for LT2-810-72-BB 2x2 Speaker System for Tile Ceilings | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1733 | 2/7/2012 | Exhibit 48 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, US Patent 8,109,360 | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1734 | N/A | Exhibit 50 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Extron Electronics User Guide for Extron SF 228T 2' x 2' Ceiling Speakers | N/A | N/A | R, P, H, A |
| X1735 | N/A | Exhibit 51 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Extron Electronics  Installation and Setup Guide for Extron SF 228T speaker | N/A | N/A | R, P, H, A |
| X1736 | 9/13/2005 | Exhibit 52 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, United States Patent 6,944,312 B2 | N/A | N/A | R, P, H, A |
| X1737 | N/A | Exhibit 53 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Close Up Photograph of Advanced Network Devices Ceiling Tile IP Speaker POE Connection Port and Labeling Detail | N/A | N/A | R, P, H, A |
| X1738 | 5/13/2020 | Exhibit 56 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault capture of Amazon Product Page for Speedi-Grille TB-Pra 10 24-Inch by 24-Inch White Drop Ceiling T-Bar Perforated Face Return Air Vent Grile with a 10-Inch Collar | CLRONEDE-00007726 | CLRONEDE-00007730 | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1739 | 5/19/2020 | Exhibit 58 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, PageVault capture of Home Depot Product Page for Speedi-Grille 24 in. x 24 in. Drop Ceiling T-Bar Perforated Face Return Air Vent Grille, White with 10 in. Collar | N/A | N/A | R, P, H, A |
|---|---|---|---|---|---|
| X1740 | N/A | Exhibit 65 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, "Acoustical Uses for Performated Metals: Principles and Applications" by Theodore J. Schultz, Ph.D. | N/A | N/A | R, P, H, A |
| X1741 | N/A | Exhibit 67 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Valcom Presentation Titled, "Lay-In Ceiling Speaker V-9022 Installation" | CLRONEDE-00007731 | CLRONEDE-00007746 | R, P, H, A |
| X1742 | N/A | Exhibit 68 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Extron Electronics SM 3 Setup Guide | N/A | N/A | R, P, H, A |
| X1743 | N/A | Exhibit 69 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Marketing Sheet for Valcom Lay-In Ceiling Speaker Model VC-9062 | N/A | N/A | R, P, H, A |
| X1744 | N/A | Exhibit 70 to the Declaration of Michael P. Hudson in Support of ClearOne's Responsive Claim Construction Brief, Technical Specification for Valcom 2' x 2 Lay-In Ceiling Speaker Model VC-9062 | N/A | N/A | R, P, H, A |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| X1745 | 4/16/2020 | Exhibit B in Support of ClearOne's Responsive Claim Construction Brief, Excel Spreadsheet Titled, "BMA CT and Versa Pro CT Revenue Through 2020-Q1" | CLRONE-00756310 | CLRONE-00756310 | R, P |
|---|---|---|---|---|---|
| X1746 | 4/28/2020 | Exhibit C in Support of ClearOne's Responsive Claim Construction Brief, Transcript of TRO Motion Hearing | N/A | N/A | R, P, H, A |
| X1747 | 10/24/2018 | Exhibit D in Support of ClearOne's Responsive Claim Construction Brief, Declaration of Wilfrid LeBlanc in Support of Shure's Memo in Opposition to ClearOne's Motion for PI ('806 Patent) | N/A | N/A | R, P, H, A |
| X1748 | 10/24/2018 | Exhibit E in Support of ClearOne's Responsive Claim Construction Brief, Declaration of David Cerra in Support of Shure's Memo in Opposition to ClearOne's Motion for PI ('806 Patent) | N/A | N/A | R, P, H, A |
| X1749 | 10/23/2018 | Exhibit F in Support of ClearOne's Responsive Claim Construction Brief, REDACTED Declaration of Chad Wiggins for the '806 Patent Preliminary Injunction | N/A | N/A | R, P, H, A |
| X1750 | N/A | Exhibit I in Support of ClearOne's Responsive Claim Construction Brief, Shure MXA910 User Guide | SHURE0000051 | SHURE0000109 | |
| X1751 | N/A | Exhibit M in Support of ClearOne's Responsive Claim Construction Brief, Shure Audio Institute Technical Certification Handbook: Microflex Advance | SHURE267985 | SHURE268349 | R, P |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1752 | N/A | Exhibit N in Support of ClearOne's Responsive Claim Construction Brief, ClearOne COLLABORATE Live 1000 Brochure Document | N/A | N/A | R, P |
| X1753 | 6/8/2016 | Exhibit S in Support of ClearOne's Responsive Claim Construction Brief, Amicus Brief for the United States re Samsung v. Apple | N/A | N/A | R, P, H |
| X1754 | 2/28/2017 | Exhibit U in Support of ClearOne's Responsive Claim Construction Brief, ███████████ | SHURE612091 | SHURE612092 | R, P |
| X1755 | 10/23/2019 | Exhibit X in Support of ClearOne's Responsive Claim Construction Brief, Extracted .MP4 file from Shure Systems YouTube channel titled, "Microflex Advance Training: How to Prepare MXA910 for Painting" | N/A | N/A | R, P |
| X1756 | 12/2/2016 | Exhibit Z in Support of ClearOne's Responsive Claim Construction Brief, ███████████ | SHURE249387 | SHURE249395 | R, P |
| X1757 | N/A | Exhibit Z-2 in Support of ClearOne's Responsive Claim Construction Brief, Excel Spreadsheet Titled, "Shure 2017 Q4 Dashboard" | SHURE382967 | SHURE382967 | R, P |
| X1758 | 4/4/2014 | Exhibit Z-14 in Support of ClearOne's Responsive Claim Construction Brief, ███████████ | SHUREDDEL00000873 | SHUREDDEL00000877 | |

Defendant ClearOne, Inc.'s Trial Exhibit List

C.A. No. 19-1343 (RGA) (CJB)

| | | | | | |
|---|---|---|---|---|---|
| X1759 | 4/22/2020 | Exhibit F to Plaintiffs' Opening Claim Construction Brief, Declaration of Paul Hatch in Support of Plaintiffs' Opening Claim Construction Brief | N/A | N/A | R, P, H |
| X1760 | 6/3/2020 | Exhibit J to Plaintiffs' Claim Construction Reply Brief, Declaration of Paul Hatch in Support of Plaintiffs' Rely Claim Construction Brief | N/A | N/A | R, P, H |
| X1761 | 5/20/2020 | Exhibit L to Plaintiffs' Claim Construction Reply Brief, PageVault Capture of Shure Product Page for MXA910 with Intellimix | N/A | N/A | R, P |

# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED,<br>and<br>SHURE ACQUISITION<br>HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARONE, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.: 19-1343-RGA-CJB |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's Amended Scheduling Order (D.I. 73), Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. ("Shure") hereby provide their witness list. Shure reserves the right to call as witnesses at trial individuals listed on Defendant ClearOne, Inc.'s ("ClearOne") witness list. Shure also reserves the right to object on any ground to the admissibility of the testimony of witnesses on their or ClearOne's witness list and move for the exclusion or limitation of such testimony. Finally, Shure reserves the right to amend this witness list as the case progresses in conformance with the Federal Rules of Civil Procedure and Court's orders.

| Witness | Will Call | May Call | May Present Deposition Testimony |
|---|---|---|---|
| Matthew Abraham | | | X |
| Jason Ambion | | X | |
| Chris Bencsik | | | X |

1

| | | | |
|---|---|---|---|
| Cassie Berger | | | X |
| Jon Bullard | | | X |
| Elizabeth Cho | | X | |
| Cliff Christensen | | | X |
| Darrell Clingman | | | X |
| Jason DiCampello | | X | |
| Joseph DiFalco | | | X |
| Derek Graham | | X | |
| Zee Hakimoglu | | X | |
| Paul Hatch | X | | |
| Michael Hudson | | | X |
| Richard Kessler | | | X |
| Robert Klegon | | | X |
| Gregory Lantz | | | X |
| Ashanti Long | | X | |
| Michael Maselbas | | | X |
| Beth Mickel | | | X |
| John Miller | X | | |
| Matthew Morrow | | | X |
| Narsi Narayanan | | X | |
| Patrick Oates | | | X |
| William Payne | | | X |
| James Schanz | X | | |

| | | | |
|---|---|---|---|
| John Schnibbe | | X | |
| Kevin Smith | | | X |
| Jason Staples | | | X |
| Shane Tunnell | | | X |
| Tim Valley | | | X |
| Thomas Vander Veen | X | | |
| Ira Weinstein | X | | |
| Ed Wolffe | | | X |
| Michael Wilson | | | X |
| Glenn Yates | | | X |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, and<br>SHURE ACQUISITION HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARONE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 19-1343 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT CLEARONE INC.'S REVISED OBJECTIONS TO PLAINTIFFS SHURE INCORPORATED AND SHURE ACQUISITION HOLDINGS, INC.'S TRIAL WITNESS LIST

Defendant ClearOne, Inc. ("ClearOne") submits its objections to Plaintiff Shure Incorporated and Shure Acquisition Holdings, Inc.'s ("Shure") witness list exchanged on August 27, 2021.

ClearOne reserves the right to amend these objections, including to the extent it becomes aware of new facts relating to the availability of witnesses from whom Shure intends to play deposition testimony. ClearOne also reserves the right to amend these objections based upon any modifications, clarification, or new information as to what claims and defenses will be at issue at trial in this matter. ClearOne herein additionally includes objections to Shure's deposition designations, to the extent Shure has designated deposition transcripts for witnesses that Shure did not identify on its Witness List that it intended to call by deposition.

1.    ClearOne objects to Shure playing any deposition testimony of Derek Graham that was provided in his individual capacity or outside the scope of topics he was designated for pursuant to Federal Rule of Civil Procedure 30(b)(6) because ClearOne is making him

- 1 -

an available live witness at trial. *See* Fed. R. Civ. P 32. In addition, Shure did not identify on its Witness List that it intended to play his deposition testimony.

2. ClearOne objects to Shure playing any deposition testimony of Zee Hakimoglu, because Shure did not identify on its Witness List that it intended to play her deposition testimony. Ms. Hakimoglu will be an available witness at trial.

3. To the extent Shure's allegations of false advertising against ClearOne are presented at trial either through Shure's affirmative claims or defenses, ClearOne will make Jason Ambion available as live witnesses at trial, thus making Shure's playing of his deposition testimony improper. *See* Fed. R. Civ. P. 32. In addition, Shure did not identify on its Witness List that it intended to play his deposition testimony.

4. Jason DiCampello resides and regularly transacts business within 100 miles of Wilmington, Delaware and is thus an available witness. ClearOne thus objects to the Shure's playing of his deposition testimony. *See* Fed. R. Civ. P. 32. In addition, Shure did not identify on its Witness List that it intended to play his deposition testimony.

5. ClearOne objects to Shure's designation of Ashanti Long as a "May Call" witness. Mr. Long will not be an available witness at trial. ClearOne further objects to Shure's deposition designations for Mr. Long, because Shure did not identify Mr. Long on its Witness List as a witness for whom it would play deposition testimony.

6. ClearOne objects to Shure's designation of Narsi Narayanan as a "May Call" witness. Mr. Narayanan will not be an available witness at trial. ClearOne further objects to Shure's deposition designations for Mr. Narayanan, because Shure did not identify Mr. Narayanan on its Witness List as a witness for whom it would play deposition testimony.

7. ClearOne objects to Shure's designation of John Schnibbe as a "May Call" witness. Mr. Schnibbe will not be an available witness at trial. ClearOne further objects to Shure's deposition designations for Mr. Schnibbe, because Shure did not identify Mr. Schnibbe on its Witness List as a witness for whom it would play deposition testimony.

8.  ClearOne objects to Shure playing any deposition testimony of any Shure witness who is available for trial.  In particular, ClearOne understands that Shure currently intends to bring John Miller and James Schanz to trial.  For that reason, Shure should not be able to play their depositions.  Indeed, Shure did not mark on its Witness List that it *would* play their depositions.  ClearOne objects to the playing of their depositions for this reason, as well.

9.  ClearOne objects to Shure playing of any deposition testimony of Stephen Durham, who Shure did not identify on its Witness List.  In addition, Shure has not shown that he is an unavailable witness for trial.

10.  ClearOne objects to Shure playing any deposition testimony of Todd Peden, who Shure did not identify on its Witness List.  In addition, Shure has not shown that he is an unavailable witness for trial.

11.  ClearOne objects to Shure playing any deposition testimony of Edgar Thurmond, who Shure did not identify on its Witness List.

12.  ClearOne objects to Shure playing any deposition testimony of Darrin Thurston, who Shure did not identify on its Witness List.

13.  ClearOne objects to Shure playing of any deposition testimony of Robert Klegon, who Shure identified on its Witness List for that purpose, but for whom Shure has not submitted any deposition designations.

14.  ClearOne objects to Shure playing any deposition testimony of Michael Maselbas, who Shure identified on its Witness List for that purpose, but for whom Shure has not submitted any deposition designations.

15.  ClearOne objects to Shure playing any deposition testimony of Matthew Morrow, who Shure identified on its Witness List for that purpose, but for whom Shure has not submitted any deposition designations.

16.  ClearOne objects to Shure playing any deposition testimony from Richard Kessler, to the extent Shure has not shown, or cannot show, that he is an unavailable witness.

17. ClearOne objects to Shure playing any deposition testimony from Michael Wilson, to the extent Shure has not shown, or cannot show, that he is an unavailable witness.

# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, and<br>SHURE ACQUISITION HOLDINGS, INC., | )<br>)<br>) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   C.A. No. 19-1343 (RGA) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |
| | )<br>)<br>)<br>) |

## DEFENDANT CLEARONE INC.'S TRIAL WITNESS LIST

Defendant ClearOne, Inc. ("ClearOne") submits this trial witness list pursuant to Local Rule 16.3(c)(7) and Federal Rule of Civil Procedure 26(a)(3)(A).

ClearOne intends to call some, or all, of the following witnesses to testify at trial. An asterisk (*) is placed next to the names of those witnesses whom ClearOne may call only if the need arises. And a carrot (^) identifies that ClearOne presently intends to offer live testimony from the witness—the absence of a carrot indicates that ClearOne presently intends to offer testimony through deposition.

ClearOne reserves the right to modify or supplement this list before or during trial. ClearOne further reserves the right to call rebuttal witnesses as necessary, including witnesses not disclosed below. ClearOne also reserves the right to amend this list—including the designation of whether ClearOne will call the witness live or by deposition—after Shure identifies which witnesses it intends to make available at trial. ClearOne also reserves its right to offer testimony from any witness listed on Shure's exhibit list.

1.      Zee Hakimoglu^

2.      Derek Graham^

3.      Joel Delman^ (Expert Witness)

4.      Julia Rowe^ (Expert Witness)

5.      Paul Waadevig^ (Expert Witness)

6.      Ashanti Long*

7.      Jason DiCampello*

8.      Jason Ambion*

9.      John Schnibbe*

10.     Durai Ramachandiran*

11.     Randall Sanderson*

12.     Shure Incorporated

13.     Brian Donahoe*

14.     Beth Mickel*

15.     Chris Bencsik*

16.     David Newman*

17.     Michael Wilson*

18.     Darrell Clingman

19.     Jason Staples*

20.     Cliff Christensen*

21.     Glenn Yates*

22.     Patrick Oates*

23.     Marques Manning*

24.     Daniel Coward

25.     Shane Tunnell*

26.     Ed Wolffe*

27.     Christine Schyvinck

28.  Matthew Abraham*

29.  Cassie Berger

30.  Doug Daube

31.  Elizabeth Cho*

32.  Gregory Lantz*

33.  James Schanz

34.  Joe DiFalco

35.  John Miller*

36.  Kevin Smith

37.  Michael Moore

38.  Robert Klegon

39.  Scott Ramsayer

40.  Tim Valley

41.  Michael Maselbas*

42.  Chad Wiggins*

43.  Matthew Morrow*

44.  Michael Tabor*

45.  David Cerra*

46.  Luis Guerra*

47.  William Payne*

48.  William Pak*

49.  Jon Bullard*

50.  Joseph Rogina

51.  Joshua DeBusschere

52.  Matthew Horton

53.  Richard Kessler*

54.  Kenneth Roy* (Live if Available)

# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>PLAINTIFFS' DEPOSITION DESIGNATIONS FOR MATHEW ABRAHAM (6/19/2020)</u>

| Designation | Counter-Designations | Objections |
|:---:|:---:|:---:|
| 7:2-14 | | |
| 12:5-19 | 12:20-13:9 | I |
| 13:10-16 | | |
| 14:24-15:7 | 15:8-17 | I |
| 15:18-19 | 15:8-17 | I |
| 15:21-23 | 15:8-17 | I |
| 16:12-25 | 17:8-21 | I |
| 24:13-25 | 21:15-22:14 | I |
| 25:3-5 | 25:6-12 | I |
| 26:21-27:2 | 25:6-12, 26:12-15, 26:18-20 | I |
| 43:8-15 | | |
| 45:4-8 | 45:9-46:15 | I |
| 46:23-47:9 | 45:9-46:15 | I |

| Designation | Counter-Designations | Objections |
|---|---|---|
| 47:11-18 | 47:23-25, 48:2-20 | I |
| 47:20-22 | 47:23-25, 48:2-20 | I |
| 48:21-25 | 47:23-25, 48:2-20 | I |
| 49:2 | 47:23-25, 48:2-20 | I |
| 49:24-50:3 | 49:3-23 | I |
| 50:15-22 | | |
| 50:24 | | |
| 54:17-21 | | |
| 100:14-19 | 58:15-59:3, 59:5-14 | I, V, S |
| 100:21-101:1 | 58:15-59:3, 59:5-14 | I, V, S |
| 101:3-7 | 58:15-59:3, 59:5-14 | I, V, S |
| 101:9-15 | 58:15-59:3, 59:5-14 | I, V, S |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |

| | |
|---|---|
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JASON AMBION (10/27/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:16-18 | | |
| 12:12-18:14 | | |
| 20:2-21:15 | | |
| 21:17-22:21 | | |
| 22:25-25:21 | | M |
| 26:1-28:22 | 29:19-31:18 | V, I |
| 28:24-29:1 | 29:19-31:18 | LC, I |
| 29:11-18 | 29:19-31:18 | I |
| 35:19-36:6 | 32:19-21; 32:23-33:23 | I |
| 36:14-17 | | |
| 37:3-13 | | V, LC |
| 37:15-38:6 | 38:7-8; 38:10-14; 38:16-18 | I |
| 38:19-39:15 | 40:6-8 | V, NT, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 39:17-40:5 | 40:6-8 | I |
| 44:2-17 | | |
| 45:5-8 | 45:9-12 | I |
| 45:13-18 | | V |
| 45:20-46:24 | | V, M, Spec |
| 47:1-18 | | Spec, V |
| 47:21-49:15 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 49:18-23 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 50:5-51:2 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 51:9-20 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | V, LC, I |
| 51:23-52:12 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | V, LC, Arg, I |
| 52:16-22 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 54:2-19 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 54:22-55:21 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 55:24-56:4 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | M, I |
| 56:7-57:5 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 58:25-59:1 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | Spec, V, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 59:4-13 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | Spec, V, I |
| 59:16-21 | 51:3-8; 52:23-53:16; 53:20-54:1; 57:6-58:24 | I |
| 60:3-16 | 60:17-20 | I |
| 62:14-22 | | |
| 63:2-65:8 | | |
| 68:6-19 | 68:20-71:14 | I |
| 71:22-74:21 | | |
| 75:1-76:6 | 74:24-25 | V, I |
| 76:8-79:1 | 83:5-84:13; 85:3-16 | C, V, Spec, I |
| 79:4-82:3 | 83:5-84:13; 85:3-16 | I |
| 82:13-83:4 | 83:5-84:13; 85:3-16 | I |
| 86:24-87:8 | | |
| 87:13-88:4 | | Spec |
| 88:7-17 | | Spec |
| 89:3-14 | | |
| 89:24-91:5 | 91:6 | I |
| 97:21-22 | 97:7-20; 98:18-99:17 | I |
| 98:1-17 | 97:7-20; 98:18-99:17 | I |
| 99:18-100:2 | 97:7-20; 98:18-99:17 | I |
| 100:6-8 | 97:7-20; 98:18-99:17 | I |
| 100:11-20 | 97:7-20; 98:18-99:17 | I |
| 101:19-102:6 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 102:16-24 | | |
| 103:23-105:3 | | |
| 106:17-20 | 105:4-22 | M, I |
| 106:23-109:9 | 105:4-22; 109:21-112:3 | M, I |
| 112:4-116:6 | | |
| 116:11-119:17 | | Spec, M |
| 119:20-120:12 | | V, LC, Spec |
| 120:15-121:9 | | V, LC, Spec |
| 121:11-122:4 | | V, LC, Spec |
| 122:7-125:11 | | M |
| 125:14-126:10 | | V |
| 126:12-127:25 | | |
| 128:13-131:3 | | |
| 132:14-133:4 | | |
| 134:18-24 | | |
| 135:20-22 | | |
| 136:4-22 | 136:23-137:11 | I |
| 137:12-14 | 136:23-137:11 | I |
| 138:12-14 | 138:15-139:2 | I |
| 139:6-140:15 | 140:16-141:9 | I |
| 141:10-21 | 140:16-141:9 | I |
| 143:15-144:17 | 142:17-143:14 | I |
| 145:17-148:4 | 148:5-15 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 148:16-149:25 | 148:5-15 | I |
| 150:7-18 | 151:11-152:5 | I |
| 152:11-153:12 | | |
| 153:15-154:4 | 155:3-6; 157:9-12; 158:3-13 | I |
| 155:25-157:8 | 157:9-12; 158:3-13 | I |
| 159:11-25 | | |
| 160:8-19 | 160:20-162:6 | I |
| 162:7-163:7 | 160:20-162:6 | I |
| 168:17-170:2 | | |
| 171:20-172:19 | | V |
| 172:21-173:6 | | |
| 173:12-175:17 | | |
| 175:23-178:21 | | |
| 179:18-24 | | |
| 180:2-186:1 | | |
| 186:11-21 | | |
| 187:12-20 | | |
| 188:9-16 | 187:25-188:8; 188:17-189:9 | I |
| 189:10-190:4 | 190:5-10 | I |
| 191:1-198:13 | 190:5-10 | F, M, I |
| 198:17-199:23 | 199:24-200:6 | I |
| 201:6-202:18 | 204:1-12 | I |
| 205:5-10 | 205:15-21 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 205:22-207:22 | 205:15-21; 207:23-208:16 | I |
| 208:25-210:13 | 205:15-21; 207:23-208:16 | I |
| 216:5-9 | | |
| 216:13-217:25 | | |
| 218:2-24 | 219:14-220:15 | M, F, I |
| 219:5-13 | 219:14-220:15 | I |
| 221:6-11 | | |
| 221:15-225:10 | | |
| 225:22-25 | | |
| 233:11-234:1 | | |
| 234:12-22 | | |
| 235:18-236:11 | | |
| 237:8-239:2 | | |
| 241:1-242:2 | | |
| 243:20-25 | | |
| 244:3-10 | | F, V, LC |
| 244:12-245:4 | | |
| 246:3-9 | | F, V, LC |
| 246:12-247:18 | | F, V, LC |
| 247:20-248:3 | | F, V, LC |
| 248:6-16 | | |
| 248:20-22 | | |
| 249:1-250:4 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 250:11-17 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |

7

| Description | Objections |
|---|---|
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR CHRIS BENCSIK (5/28/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:5-13:13 | | |
| 14:7-25 | 15:1-11 | I |
| 15:17-17:3 | 15:1-11 | Spec, NT, I |
| 20:14-23:11 | | C, NT |
| 32:13-33:1 | 33:2-6 | I |
| 33:12-22 | | |
| 34:23-36:24 | | V, C, NT, LC |
| 39:2-40:9 | | |
| 40:20-41:16 | | |
| 48:2-50:9 | | Spec, LC |
| 58:16-61:14 | 61:15-62:9; 62:11-63:3 | I |
| 63:4-64:18 | 61:15-62:9; 62:11-63:3; 64:19-65:1; 65:4-7 | I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR CASSIE BERGER (11/11/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 17:20-25 | | |
| 18:22-28:24 | 29:11-30:2, 32:1-4, 32:7-11, 33:15-17, 34:2-8, 37:24-38:2, 38:7-10, 38:12-16 | 402, 403, NT, I |
| 34:9-12 | 33:15-17, 34:2-8, 37:24-38:2, 38:7-10, 38:12-16, 39:19-40:1, 40:3-43:1, 43:22-25, 44:11-45:18 | 402, 403, I |
| 34:15-17 | 33:15-17, 34:2-8, 37:24-38:2, 38:7-10, 38:12-16, 39:19-40:1, 40:3-43:1, 43:22-25, 44:11-45:18 | 402, 403, I |
| 34:19-35:3 | 33:15-17, 34:2-8, 37:24-38:2, 38:7-10, 38:12-16, 39:19-40:1, 40:3-43:1, 43:22-25, 44:11-45:18 | 402, 403, I |
| 35:7-36:9 | 33:15-17, 34:2-8, 37:24-38:2, 38:7-10, 38:12-16, 39:19-40:1, 40:3-43:1, 43:22-25, 44:11-45:18 | 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 51:2-52:9 | 53:8-21, 54:2-4, 54:13-14, 57:8-58:3, 58:7-22, 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23 | 401, 402, 403, H |
| 64:11-13 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 65:12-14 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 66:21-67:8 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 68:4-8 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 68:12-15 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 68:18 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18-70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | 401, 402, 403, I, H |
| 68:20-69:1 | 62:22-63:19, 63:21-64:10, 64:22-65:11, 65:23-66:20, 67:9-23, 69:2-16, 69:18- | 401, 402, 403, I, H |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 70:21, 70:24-71:8, 72:5-19, 72:22-23, 74:6-10, 74:13-24 | |
| 232:13-21 | 229:15-230:1, 230:12-231:15, 232:22-25, 234:25-235:19, 235:22-236:18 | 402, 403, H, I, LC |
| 233:6-11 | 229:15-230:1, 230:12-231:15, 232:22-25, 234:25-235:19, 235:22-236:18 | 402, 403, H, I, NT |
| 233:14-23 | 229:15-230:1, 230:12-231:15, 232:22-25, 234:25-235:19, 235:22-236:18 | 402, 403, H, I |
| 234:1-11 | 229:15-230:1, 230:12-231:15, 232:22-25, 234:25-235:19, 235:22-236:18 | 402, 403, H, I |
| 234:14-23 | 229:15-230:1, 230:12-231:15, 232:22-25, 234:25-235:19, 235:22-236:18 | 402, 403, H, I |
| 270:2-9 | 267:6-20, 267:22, 269:7-12 | 402, 403, I |
| 270:12-271:4 | 267:6-20, 267:22, 269:7-12 | 402, 403, I |
| 273:10-21 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 273:24-274:1 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 274:13-20 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 275:13-21 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, | 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | |
| 276:9-24 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 277:1-19 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 277:21-22 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 277:24-278:7 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 278:10-11 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 278:13-24 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 281:4-9 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |
| 281:12-19 | 271:21-24, 279:1-5, 279:7-18, 279:21-281:3, 281:20-282:6, 282:9-17, 282:19-283:11, 283:14-284:14, 288:11-15 | 402, 403, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JONATHAN BULLARD (6/8/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:20-24 | | |
| 10:3-12:19 | | |
| 18:10-22 | 19:6-10 | I |
| 19:19-20:15 | | |
| 29:23-32:2 | 32:3-7 | I |
| 32:12-43:24 | | |
| 51:6-52:2 | | |
| 55:5-14 | | |
| 55:22-57:15 | | V, Spec, Hyp |
| 58:14-25 | 58:10-13 | V, Hyp, Spec, I |
| 59:6-62:7 | | 611; Spec |
| 63:19-66:7 | | V, I, 611, NT, S |
| 66:20-23 | | V, I, 611, S, Spec, Hyp |

| Description | Objections |
| --- | --- |
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | )   C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | )   JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR CLIFTON CHRISTENSEN**
**(10/7/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 5:8-13 | | |
| 10:7-16:22 | | 401, 402 |
| 17:12-19:17 | | 401, 402 |
| 28:6-31:22 | 27:8-28:5 | 401, 402, M, Spec, V, I |
| 32:11-12 | | M, Spec, V |
| 32:14-15 | | M, Spec, V |
| 32:17-34:23 | | Spec, V |
| 35:4-41:6 | | F, Spec, LC, 701 |
| 42:5-43:15 | 43:23-44:1 | F, Spec, I |
| 44:2-45:10 | 43:23-44:1 | F, Spec, M, I |
| 45:13-58:25 | 59:1-13 | F, Spec, M, NT, I |
| 59:14-60:25 | 59:1-13 | Spec, NT, I |
| 61:7-13 | | F, NT |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 62:5-66:18 | 66:19-67:13 | NT, I |
| 67:18-71:6 | 66:19-67:13 | I |
| 72:22-77:8 | | 401, 402, F |
| 77:19-80:21 | | F, Spec |
| 80:25 | | |
| 81:2-9 | | |
| 81:13-15 | | |
| 81:17-82:3 | | M, V |
| 82:14-84:23 | | NT, F, Spec, LC, 701 |
| 85:4-11 | | M |
| 85:15-87:1 | | Spec, F |
| 90:5-91:12 | | |
| 92:16-95:19 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR DARRELL CLINGMAN (8/19/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 15:2-16 | | |
| 16:9-24 | | |
| 17:3-18:4 | | |
| 18:25-19:3 | | |
| 20:5-13 | | |
| 20:18-25 | | |
| 23:21-24:2 | | |
| 24:24-25:2 | | |
| 25:15-27:1 | | |
| 27:3-23 | | |
| 28:1-13 | | |
| 29:19-31:10 | | |
| 31:15-25 | | |

| Designation | Counter-Designation | Objection |
|:---:|:---:|:---:|
| 32:10-33:5 | | |
| 33:7-8 | | |
| 33:13-35:13 | | |
| 35:18-20 | | |
| 36:1-15 | | |
| 36:20-22 | | |
| 37:8-13 | | |
| 37:18-24 | | |
| 38:4-19 | | |
| 39:8-17 | | |
| 42:22-23 | | |
| 43:3-9 | | |
| 44:6-10 | | |
| 44:19-45:21 | 45:25-46:10 | I |
| 46:11-14 | | |
| 46:19-22 | | |
| 47:2-6 | | |
| 47:15-16 | | |
| 47:21-22 | | |
| 48:5-6 | | |
| 48:12-14 | | |
| 49:2-3 | | |
| 49:8-12 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 49:18-20 | | |
| 49:25-50:3 | | |
| 50:11-12 | | |
| 50:17-21 | | |
| 51:4-52:3 | | |
| 52:8-53:2 | | |
| 53:7-11 | | |
| 53:17-19 | | |
| 53:25-54:5 | | |
| 54:21-55:5 | | |
| 55:14-15 | | |
| 55:20-56:10 | | |
| 56:24-57:13 | 57:14-22 | I |
| 57:23-24 | | |
| 58:4-14 | | |
| 58:21-59:1 | | |
| 59:9-17 | | |
| 60:13-16 | | |
| 60:23-24 | | |
| 61:11-13 | | |
| 61:23-62:5 | | |
| 63:10-14 | 62:12-63:9 | I |
| 63:19 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 63:21-22 | | |
| 64:2-9 | | |
| 64:23-65:3 | | |
| 65:9-20 | | |
| 66:18-20 | | |
| 66:25-67:2 | | |
| 67:13-22 | 62:12-63:9 | I |
| 68:13-14 | | |
| 68:19-24 | | |
| 69:1-5 | | |
| 69:11-24 | | |
| 70:12-71:3 | | |
| 71:15-19 | | |
| 71:23-72:3 | | |
| 72:6-8 | | |
| 72:13-73:5 | 73:6-9 | I |
| 73:13-14 | | |
| 73:19-25 | 74:2-5 | I |
| 74:6-7 | | |
| 74:12-16 | | |
| 75:1-20 | | |
| 75:25-77:13 | 77:14-18 | I |
| 77:19-78:9 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 78:14-21 | | |
| 79:18-21 | | |
| 81:24-25 | | |
| 82:5-8 | | |
| 84:2-6 | | |
| 85:23-86:8 | | |
| 86:22-87:21 | 87:22-24 | I |
| 87:25-88:3 | 87:22-24 | Spec, Hyp, V, I |
| 88:5-6 | | |
| 88:9-19 | 88:20-25 | Spec, Hyp, I |
| 89:1-9 | | |
| 89:13-15 | | |
| 90:6-20 | | |
| 91:2-9 | | V, C, Spec |
| 91:14-16 | | |
| 92:1-2 | | |
| 92:13-15 | | |
| 92:19-93:10 | | |
| 93:15-20 | 93:12-14; 93:21-23 | I |
| 93:24-25 | | |
| 94:2-4 | | |
| 94:16-95:9 | 95:10-19 | Spec, V, I |
| 96:19-97:4 | | Spec, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 97:14 | | |
| 97:23-98:4 | | |
| 98:12-15 | | |
| 99:9-18 | | |
| 99:23-24 | | Spec |
| 100:1-9 | | |
| 104:3-105:1 | 105:2-14 | I |
| 106:2-18 | | |
| 106:22-23 | | |
| 107:13-15 | | |
| 107:23-109:15 | | |
| 109:20-110:9 | | |
| 110:13-20 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR
JASON DICAMPELLO (7/22/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:23-8:1 | | |
| 12:1-13:21 | | |
| 14:13-15:3 | | |
| 15:14-23 | | |
| 17:22-18:19 | | I |
| 19:1-12 | | |
| 19:19-20:21 | 23:2-7; 23:10-24:4; 26:5-13; 26:16-20 | NT; V, I |
| 31:4-41:6 | 29:19-30:5; 49:16-19; 49:22-23 | NT; C; AF; V; Spec; H, I |
| 44:17-48:6 | | NT; Spec; NR; V; H |
| 57:14-58:22 | 59:21-62:4; 62:19-63:10 | NT; 401, I |
| 62:13-18 | 59:21-62:4; 62:19-63:10 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 63:16-64:8 | 59:21-62:4; 62:19-63:10; 69:1-3 | I |
| 64:19-66:7 | 59:21-62:4; 62:19-63:10; 69:1-3 | C; NR; Spec; V; H; I |
| 68:1-24 | 59:21-62:4; 62:19-63:10; 69:1-3 | V; Spec; I |
| 75:19-77:24 | 59:21-62:4; 62:19-63:10; 69:1-3 | NT; C; I |
| 78:22-79:24 | 59:21-62:4; 62:19-63:10; 69:1-3 | NT; I |
| 80:8-86:22 | 59:21-62:4; 62:19-63:10; 69:1-3 | V; AF; NT; I |
| 87:14-90:17 | | V; NT; Spec; H |
| 93:12-96:9 | | NT; 602; F; V; 401; H |
| 102:9-23 | | H; I |
| 103:1-6 | | H; I |
| 103:23-112:2 | 29:19-30:5; 49:16-19; 49:22-23 | AF; Spec; 603; NT; H, I |
| 122:10-13 | | |
| 124:1-23 | | NT |
| 125:5-127:7 | | NT; I; 401; H |
| 131:5-139:5 | | NT; V; 401; F; 602; H |
| 139:9-23 | | 401; 603; V; F; NT; I; H |
| 140:1-19 | | Spec; H |
| 141:12-145:18 | | H |

2

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JOSEPH DIFALCO (11/20/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:5-9 | | |
| 17:4-8 | | |
| 17:19-21:4 | 21:19-22:2 | I, NT |
| 22:3-18 | 22:19-23:12, 23:15-19, 23:22-24, 24:3-13, 24:16-19, 25:2-5 | I |
| 26:3-28:24 | 25:6-9, 25:12-18, 25:21-26:2, 29:1-12, 30:3-7; 155:17-21, 156:3-18, 156:21-157:15, 157:23-158:6, 158:13-22, 159:6-13 | I, 401, 402, 403, H, 602, Spec, F, NT |
| 29:13-30:2 | 29:1-12, 30:3-7 | I, 401, 402, 403, H, 602, Spec, F, NT |
| 33:20-35:24 | 25:6-9, 25:12-18, 25:21-26:2, 31:21-32:11, 36:1-23, 38:6-39:15, 116:23-117:7, 118:1-16, 119:14-120:3, 132:24-133:10, 133:19-134:19; 155:17-21, 156:3-18, 156:21- | I, 401, 402, 403, Spec, H, 602, F, NT |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 157:15, 157:23-158:6, 158:13-22, 159:6-13 | |
| 36:24-38:5 | 25:6-9, 25:12-18, 25:21-26:2, 31:21-32:11, 36:1-23, 38:6-39:15 | I, 401, 402, 403, H, 602, Spec, F |
| 39:16-41:6 | 25:6-9, 25:12-18, 25:21-26:2, 31:21-32:11, 41:7-10 | I, 401, 402, 403, H, 602, Spec, F |
| 75:6-78:7 | 74:21-75:5, 78:8-12 | I, 401, 402, 403, H, 602, Spec, F, NT |
| 84:5-12 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 179:14-17, 179:21-180:18, 180:21-181:8 | I, 401, 402, 403, H, 602, Spec, F |
| 84:21-85:14 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 179:14-17, 179:21-180:18, 180:21-181:8, 209:20-23, 210:4-17, 210:22-213:10, 213:18-23, 214:15-215:24, 216:16-217:24 | I, 401, 402, 403, H, 602, Spec, F |
| 91:19-94:2 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 94:3-6, 94:9-24, 179:14-17, 179:21-180:18, 180:21-181:8, 209:20-23, 210:4-17, 210:22-213:10, 213:18-23, 214:15-215:24, 216:16-217:24 | I, 401, 402, 403, H, 602, Spec, F |
| 95:1-15 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 94:3-6, 94:9-24, 95:16-96:4, 179:14-17, 179:21-180:18, 180:21-181:8, 209:20-23, 210:4-17, 210:22- | I, 401, 402, 403, H, 602, Spec, F |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 213:10, 213:18-23, 214:15-215:24, 216:16-217:24 | |
| 96:5-97:12 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 94:3-6, 94:9-24, 95:16-96:4, 179:14-17, 179:21-180:18, 180:21-181:8, 209:20-23, 210:4-17, 210:22-213:10, 213:18-23, 214:15-215:24, 216:16-217:24 | I, 401, 402, 403, H, 602, Spec, F, NT |
| 202:2-209:1 | 78:16-19, 79:21-80:6, 81:17-82:5, 86:16-87:22, 88:1-2, 88:10-21, 89:17-20, 89:24-91:18, 179:14-17, 179:21-180:18, 180:21-181:8, 201:7-8, 201:11-17, 209:2-19, 209:20-23, 210:4-17, 210:22-213:10, 213:18-23, 214:15-215:24, 216:16-217:24 | I, 401, 402, 403, H, 602, Spec, F, NT |
| 243:18-253:23 | 43:11-44:2, 44:5-6, 44:17-46:13, 46:16-47:13, 49:1-17, 49:20-52:9, 53:5-13, 53:16-23, 54:4-10, 54:12-19, 54:23-55:4, 55:7-17, 55:22-57:5, 57:21-58:23, 59:13-19, 59:24-60:5, 60:8-19, 60:23-61:7, 62:8-11, 62:14-18, 63:4-13; 63:16-24, 64:3-7, 67:2-8, 129:2-7, 129:12-131:12, 227:6-9, 230:14-233:5, 238:18-21, 239:20-242:2, 242:7-18 | I, 401, 402, 403, H, 602, Spec, F, 701, LC, N, NT |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR STEPHEN DURHAM (12/8/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:23-25 | | |
| 16:22-17:20 | 17:22-23<br>18:3<br>18:6-8 | I |
| 18:4-5 | 17:22-23<br>18:3<br>18:6-8 | I |
| 18:9-19 | 18:20-25<br>20:14-21:8<br>21:15-22:15<br>23:10-25<br>113:12-16<br>113:19-23<br>114:14-19<br>114:21 | I |
| 19:1-20:13 | 20:14-21:8 | 401, 402, V, NT, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 21:15-22:15 23:10-25 | |
| 24:5-25:25 | 26:1-6 26:8-18 | 401, 402, I |
| 26:19-27:2 | 26:1-6 26:8-18 27:3-28:7 | 401, 402, I |
| 36:23-37:3 | | |
| 37:15-39:9 | 39:10-12 45:17-19 182:25-183:2 | 401, 402, I |
| 40:2-23 | | |
| 41:13-17 | | |
| 47:3-48:21 | 46:16-47:2 48:22-49:2 | I |
| 50:9-15 | 50:3-8 50:17-25 | I |
| 53:22-54:16 | | |
| 60:18-20 | | |
| 62:11-63:22 | 64:3-8 | I |
| 64:17-65:9 | 65:11-20 | Hyp, I |
| 65:21-69:8 | | H |
| 126:14-22 | | |
| 127:18-130:6 | 111:5-111:6 111:8-112:4 146:18-21 | Spec, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 131:14-135:4 | 111:5-111:6<br>111:8-112:4<br>146:18-21 | Spec, M, H, I |
| 140:25-145:25 | 146:18-21 | Spec, I, NT, H |
| 167:25-177:25 | | Spec, H, Hyp, V |
| 180:4-182:23 | | Spec, Arg, NT, V |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR DEREK GRAHAM (7/10/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:8-11 | | |
| 8:5-16 | 8:17-22 | I |
| 11:15-13:17 | 13:18-21 | 401, 402, NT, I |
| 15:17-16:15 | 183:14-185:9 | I |
| 16:18-20 | | |
| 22:10-19 | 23:5-7, 23:13-24:15 | I |
| 24:16-26:10 | 23:5-7, 23:13-24:15 | I, 401, 402 |
| 30:2-7 | | 401, 402, 403 |
| 30:20-31:4 | | 401, 402, 403 |
| 31:10-17 | | 401, 402, 403 |
| 31:19-33:2 | | 401, 402, 403, NT |
| 33:10-17 | | 401, 402, 403 |
| 34:1-36:3 | 183:14-185:9 | 401, 402, 403, NT, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 36:7-18 | | |
| 36:20-42:16 | 183:14-185:9 | 401, 402, I |
| 43:5-11 | | 401, 402 |
| 46:20-48:22 | | 401, 402 |
| 49:10-51:19 | | 401, 402 |
| 52:4-19 | | 401, 402, Spec |
| 52:22-53:3 | | 401, 402, Spec |
| 53:5-11 | | 401, 402, Spec |
| 53:14-54:14 | | 401, 402, Spec |
| 55:5-14 | | 401, 402, Spec |
| 67:5-19 | | 401, 402 |
| 68:2-3 | | 401, 402 |
| 68:8-10 | | |
| 68:12-69:9 | | V |
| 69:12-15 | | V |
| 69:17-18 | | Spec, V |
| 69:21-70:9 | | V |
| 70:12-17 | | V, Spec |
| 70:20-71:1 | | V, Spec |
| 71:3-7 | | V, Spec, Hyp |
| 71:10-12 | | V, Spec, Hyp |
| 71:14-19 | | V, Spec, Hyp, I |
| 71:22 | | V, Spec, Hyp |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 72:2-4 | | V, Spec, Hyp |
| 72:6 | | V, Spec, Hyp |
| 73:1-12 | | V, Spec, 701 |
| 73:15-74:2 | | V, Spec, 701 |
| 74:5-6 | | V, Spec, 701 |
| 74:8-10 | | V, Spec, 701 |
| 74:12-13 | | V, Spec, 701 |
| 74:15-18 | | V, Spec, 701 |
| 74:20-75:4 | | V, Spec, 701 |
| 75:7-9 | | V, Spec, 701 |
| 78:12-15 | | V, Spec, 701 |
| 78:18-79:4 | | V, Spec, 701 |
| 79:7 | | V, Spec |
| 82:5-16 | 92:1-12, 92:22-93:17 | I |
| 82:22 | 92:1-12, 92:22-93:17 | I |
| 83:9-17 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 83:20-84:6 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 84:9-12 | 92:1-12, 92:22-93:17 | V, Spec, 701, I |
| 84:15-85:1 | 92:1-12, 92:22-93:17 | V, Spec, 701, NT, I |
| 85:4-14 | 92:1-12, 92:22-93:17 | V, Spec, 701, I |
| 85:16-18 | 92:1-12, 92:22-93:17 | V, Spec, 701, I |
| 85:20-22 | 92:1-12, 92:22-93:17 | V, Spec, 701, AA, Arg, NR, I |
| 86:3-22 | 92:1-12, 92:22-93:17 | V, Spec, 701, AA, Arg, NR, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 87:3-4 | 92:1-12, 92:22-93:17 | V. Spec, 701, AA, I |
| 87:6-88:2 | 92:1-12, 92:22-93:17 | V, AA, M, I |
| 88:4-10 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, I |
| 88:14-89:3 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, I |
| 89:6-10 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, NT, I |
| 89:14-90:1 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, I |
| 90:5-10 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, I |
| 90:12-91:1 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, M, I |
| 91:4-22 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, 701, M, I |
| 94:16-96:5 | 92:1-12, 92:22-93:17 | 401, 402, I |
| 96:11-102:16 | 92:1-12, 92:22-93:17 | 401, 402, V, Hyp, Spec, I |
| 102:19-103:1 | 92:1-12, 92:22-93:17 | V, Hyp, Spec, M, I |
| 103:5-104:13 | 92:1-12, 92:22-93:17 | V, Hyp, Spec, M, I |
| 104:16-20 | 92:1-12, 92:22-93:17 | V, Hyp, Spec, M, I |
| 105:1-22 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 106:3-111:15 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 111:18-114:11 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, I |
| 114:15-120:19 | 92:1-12, 92:22-93:17 | V, Spec, Hyp, M, I |
| 121:4-12 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 121:18-124:8 | 92:1-12, 92:22-93:17 | V, NT, Spec, I |
| 124:16-22 | 92:1-12, 92:22-93:17 | V, NT, I |
| 125:5-17 | 92:1-12, 92:22-93:17 | V, NT, Spec, I |
| 126:3-128:2 | 92:1-12, 92:22-93:17 | V, Spec, 401, 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 128:13-130:10 | 92:1-12, 92:22-93:17 | Spec, V, I |
| 131:19-22 | 92:1-12, 92:22-93:17 | Spec, V, 401, 402, 403, I |
| 132:4-134:18 | 92:1-12, 92:22-93:17 | V, Spec, 401, 402, 403, I |
| 134:21-135:13 | 92:1-12, 92:22-93:17 | V, Spec, 401, 402, 403, M, I |
| 135:17-137:7 | 92:1-12, 92:22-93:17 | V, Spec, M, NT, I |
| 137:12-139:1 | 92:1-12, 92:22-93:17 | NR, V, Spec, I |
| 141:14-143:15 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 144:6-20 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 145:2-146:21 | 92:1-12, 92:22-93:17 | V, Spec, I |
| 148:8-149:11 | 92:1-12, 92:22-93:17 | I |
| 150:1-14 | 92:1-12, 92:22-93:17 | I |
| 163:8-14 | 162:13-163:7, 163:15-18 | V, Spec, I |
| 165:15-168:10 | | 401, 402, V |
| 168:17-170:10 | | 401, 402, V, Spec |
| 170:14-171:19 | | 401, 402, V, Spec |
| 172:1-8 | 173:3-5, 173:8-12, 173:14-174:2 | 401, 402, M, AA, V, I |
| 172:11-19 | 173:3-5, 173:8-12, 173:14-174:2 | M, Spec, V, I |
| 172:22-173:1 | 173:3-5, 173:8-12, 173:14-174:2 | M, Spec, V, I |
| 174:3-8 | 173:3-5, 173:8-12, 173:14-174:2 | Spec, V, I |
| 180:19-181:13 | | 401, 402 |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR DEREK GRAHAM (11/19/2020)**

| Designation | Counter-Designation | Objection |
|:---:|:---:|:---:|
| 8:19-9:1 | | |
| 10:1-9 | | |
| 14:3-12 | | 401, 402, I |
| 22:18-20 | 21:7-20, 22:2-17 | I |
| 22:22-23:1 | 21:7-20, 22:2-17 | I |
| 23:3-8 | 21:7-20, 22:2-17 | I |
| 66:10-15 | | NT, S, V |
| 66:17-25 | | NT, S, V |
| 67:2-4 | | NT, S, V |
| 86:19-21 | 86:7-12 | I, V |
| 86:23-24 | 86:7-12 | I, V |
| 87:8-21 | 86:7-12, 87:22-25 | I |
| 88:1-24 | 87:22-25 | I, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 89:14-18 | | M, V, Spec, 401, 402 |
| 89:22-90:17 | | V, Spec, 401, 402, S, 403 |
| 90:19-91:3 | | V, Spec, 401, 402, S, 403 |
| 91:9-12 | | V, Spec, 401, 402, S, 403, NT |
| 91:14-17 | | V, Spec, 401, 402, S, 403, NT |
| 91:19-22 | | V, Spec, 401, 402, S, 403 |
| 91:24-93:12 | 93:13-94:5, 94:18-95:9 | V, NT, I, S |
| 96:21-23 | 94:18-95:9; 95:20-96:9, 96:13-20 | AA, Spec, AF, I, V, S |
| 97:1-7 | 94:18-95:9; 95:20-96:9, 96:13-20 | AA, Spec, AF, I, V, S |
| 97:11-99:1 | 94:18-95:9; 95:20-96:9, 96:13-20 | AA, Spec, AF, I, V, S |
| 100:11-103:5 | | V, NT, S |
| 103:8-104:4 | | V, NT, S |
| 104:6-25 | | V, 701, 401, 402, 403, S, LC |
| 105:2-16 | | V, 701, 401, 402, 403, S, LC |
| 105:20-25 | | V, 701, 401, 402, 403, S, LC |
| 106:3-11 | | V, 701, 401, 402, 403, S, LC |
| 106:14 | | V, 701, 401, 402, 403, S, LC |
| 106:22-107:3 | | V, 701, 401, 402, 403, S, LC |
| 107:6-9 | | V, 701, 401, 402, 403, S, LC |
| 107:11-18 | | V, 701, 401, 402, 403, S, LC |
| 108:10-109:14 | | 401, 402, S, V |
| 109:21-113:14 | | 401, 402, S, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 113:16-117:4 | | 401, 402, S, V, 403, 701, LC |
| 117:7-118:7 | | 401, 402, S, V, 403, 701, LC, NT |
| 118:11-19 | | 401, 402, S, V, 403, 701, LC |
| 120:4-121:10 | | 401, 402, Spec |
| 123:23-124:11 | | 401, 402 |
| 132:1-133:25 | | 401, 402, 403, 701 |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | 401, 402 |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | 403 |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | 602 |
| LACKS FOUNDATION | F |
| CALLS FOR SPECULATION | Spec |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | I |
| VAGUE AND AMBIGUOUS | V |
| IMPROPER / INCOMPLETE HYPOTHETICAL | Hyp |
| COMPOUND | C |
| ASSUMES FACTS NOT IN EVIDENCE | AF |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | 408 |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | P |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | 611 |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | 701 |
| IMPROPER TESTIMONY BY EXPERT WITNESS | 702/703 |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | H |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | BSD |

| Description | Objections |
|---|---|
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ZEE HAKIMOGLU (10/8/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:19-8:13 | | |
| 8:21-9:8 | 8:18-20 | I |
| 10:17-11:14 | | |
| 11:19-12:2 | | |
| 12:21-13:20 | | |
| 17:20-22 | | Spec, F, V, M |
| 18:1-19 | | Spec, V |
| 18:22-19:9 | | Spec, V, AF |
| 19:13-25 | | |
| 22:25-23:15 | 23:16-19 | Spec, I |
| 23:20-23 | 23:16-19 | Spec, I |
| 24:3-10 | 24:11-25:18 | I |
| 28:5-30:12 | | C |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 30:15-24 | | V, Spec, Hyp |
| 31:3-14 | | V, Spec |
| 32:10-14 | 32:15-22 | I |
| 32:23-33:16 | 32:15-22 | V, Spec, Hyp, I |
| 33:20-24 | | V, Spec, Hyp |
| 34:2-3 | | |
| 40:12-42:2 | | C, V |
| 42:20-25 | | |
| 43:2-4 | 43:5, 43:7-13, 43:16-19 | I |
| 43:20-22 | | |
| 44:7-46:6 | | |
| 47:1-10 | 46:7-25 | I |
| 48:7-49:5 | 49:6-20 | I |
| 49:21-50:13 | 49:6-20 | I |
| 50:19-51:13 | | |
| 51:21-52:8 | | |
| 58:13-61:19 | | |
| 63:17-64:25 | | |
| 65:7-69:11 | 69:12-15; 70:23-71:13 | I |
| 69:16-21 | 69:12-15; 70:23-71:13 | I |
| 70:18-22 | 69:12-15; 70:23-71:13 | I |
| 71:14-18 | 69:12-15; 70:23-71:13 | I |
| 71:24-72:19 | 69:12-15; 70:23-71:13; 72:20-73:3 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 73:4-11 | 69:12-15; 70:23-71:13 | I |
| 78:13-21 | 69:12-15; 70:23-71:13; 78:22-80:1 | I |
| 81:16-17 | | V |
| 81:19-82:5 | | |
| 82:15-22 | 82:23-83:3 | I |
| 83:4-5 | 82:23-83:3 | Spec, I |
| 83:11-84:9 | 82:23-83:3 | I |
| 84:12-86:8 | | AF |
| 86:13-91:18 | | LC |
| 92:8-95:13 | | LC |
| 95:19-97:18 | | V, LC |
| 97:21-101:1 | | LC |
| 102:4-16 | | Hyp |
| 102:19-23 | | Hyp, Spec, V |
| 103:1-7 | | Hyp, Spec, V |
| 103:10-12 | | Hyp, Spec, V |
| 103:15-17 | | |
| 104:5-7 | | |
| 104:13-19 | 104:20-105:2 | I |
| 105:8-106:6 | | LC, V |
| 108:19-22 | | |
| 109:9-15 | 108:23-109:8 | V, I |
| 109:18-22 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 110:6-20 | 110:1-5 | V, I |
| 113:19-114:13 | | |
| 115:1-116:1 | | |
| 118:1-18 | 118:19-119:23 | Spec, Hyp, I |
| 131:22-132:15 | | Hyp, Spec, V |
| 132:23-133:20 | | V |
| 134:1-6 | | |
| 135:4-24 | | V |
| 139:11-14 | | V, Spec, Hyp |
| 139:18-140:2 | | V, Spec, Hyp, 403 |
| 140:5-11 | | |
| 140:19-20 | | V, Spec, Hyp, 403 |
| 140:24-141:13 | | V, Spec, Hyp, 403 |
| 142:13-143:9 | | V, Spec, Hyp, 403 |
| 143:17-24 | | |
| 144:7-11 | | |
| 145:1-147:3 | | |
| 147:13-16 | | |
| 148:6-16 | 148:17-150:3 | I |
| 150:4-8 | 148:17-150:3 | I |
| 150:22-152:13 | | Spec |
| 152:17-153:13 | | |
| 153:18-155:2 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 155:11-156:25 | | Spec |
| 157:7-22 | | Spec |
| 159:9-25 | | |
| 162:1-9 | | |
| 162:21-163:14 | | AF, F, Spec |
| 163:22-25 | | V, 403 |
| 164:3-166:6 | | V |
| 166:12-24 | | V, M |
| 167:3-14 | | M |
| 167:17-19 | | |
| 168:5-15 | | |
| 169:16-170:15 | | |
| 174:17-176:10 | | |
| 177:25-178:8 | 178:9-19 | I |
| 180:17-23 | 178:9-19 | I |
| 181:5-10 | | V, Spec, LC |
| 181:14-15 | | |
| 182:3-6 | | V, Spec, LC, 403 |
| 182:9-20 | | M, V |
| 192:15-17 | | |
| 192:23-193:6 | | |
| 199:11-200:6 | | |
| 211:24-212:8 | 211:13-23 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 212:15-214:3 | | |
| 214:14-215:9 | 214:8-13 | Spec, I |
| 217:13-22 | | |
| 219:9-23 | | |
| 220:15-222:11 | | AF, F, V |
| 222:16-21 | | |
| 223:2-11 | | M |
| 223:15-224:1 | | |
| 225:12-227:5 | 227:6-15 | I |
| 227:20-229:1 | | |
| 229:4-15 | | |
| 230:15-25 | | |
| 231:3-21 | | Spec, Hyp, V |
| 232:1-5 | | M |
| 232:9-233:20 | | Spec, Hyp, V, M |
| 233:23-235:8 | | |
| 235:14-22 | | |
| 236:5-19 | | |
| 237:5-22 | 237:23-238:7; 238:12-25; 239:5-22 | I |
| 239:23-240:1 | 237:23-238:7; 238:12-25; 239:5-22 | I |
| 240:9-19 | | LC, Hyp |
| 240:21-243:8 | 237:23-238:7; 238:12-25; 239:5-22 | LC, Hyp; NT; Spec; M; I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 258:20-259:6 | | |
| 259:21-260:22 | | |
| 267:2-7 | 267:8-11 | I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ZEE HAKIMOGLU (11/19/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:1-4 | | |
| 7:20-8:2 | | |
| 8:18-22 | | V |
| 8:25-9:3 | | V |
| 9:6-14 | | V |
| 9:17-10:15 | | |
| 11:10-15 | | |
| 11:19-21 | | |
| 12:17-13:15 | | |
| 13:21-14:10 | | |
| 14:14-20 | | V |
| 14:23-25 | | |
| 15:11-21 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 16:10-18:8 | | S |
| 20:24-22:7 | | |
| 22:16-18 | | V |
| 22:21-23:3 | | V |
| 23:6-15 | | V |
| 23:18-24:2 | 24:3-20 | I |
| 25:22-26:6 | 26:7-17 | I |
| 27:10-18 | | |
| 30:2-32:1 | | Spec |
| 32:6-13 | | |
| 33:5-25 | | AF, F |
| 34:3-14 | | Spec, V, 403, I |
| 34:17-20 | | |
| 34:25-35:6 | | |
| 36:2-4 | | |
| 42:6-43:7 | | |
| 43:12-22 | | |
| 46:4-47:11 | | C, V |
| 47:24-48:8 | | |
| 51:14-16 | | |
| 52:23 | | |
| 53:2-4 | | |
| 53:25-54:8 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 54:18-55:5 | | |
| 56:10-12 | | |
| 56:15-59:3 | | |
| 59:23-60:3 | | |
| 61:10-15 | | F, Spec |
| 61:18-62:2 | | F, Spec |
| 62:5-9 | | F, Spec |
| 62:12-21 | | |
| 62:23-64:7 | | F, Spec |
| 64:10-65:9 | | F, Spec |
| 65:13-14 | | |
| 65:25-66:2 | | F, Spec |
| 66:6-16 | | F, Spec |
| 66:20-67:9 | | |
| 67:19-25 | | |
| 68:22-69:9 | | V |
| 69:12-19 | | V |
| 69:22-70:1 | | 403 |
| 70:4-71:6 | | V, 403 |
| 71:9-18 | | |
| 72:1-25 | | |
| 73:5-15 | | V |
| 73:23-74:14 | | S, LC |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 74:20-23 | | S, LC |
| 75:1-9 | | S, LC |
| 75:12-76:14 | | V |
| 76:17-77:23 | | V, M |
| 78:2-5 | | |
| 78:8-18 | 78:6-7 | I |
| 79:23-80:4 | | S, V |
| 80:7-22 | | Spec, S, V |
| 80:25-81:7 | | M, V, S, Arg |
| 81:12-15 | | |
| 82:5-7 | | V, S, Arg |
| 82:12-24 | | |
| 83:3-6 | | |
| 83:10-84:18 | 84:19-24 | LC, I |
| 84:25-86:15 | 84:19-24 | V, LC, S, I |
| 86:18-88:21 | | V |
| 89:1-13 | | V |
| 89:19-90:11 | | V, Arg, M |
| 90:19-91:1 | | V, Arg, M |
| 91:7-13 | | |
| 91:23-92:1 | | |
| 92:10-93:25 | | S |
| 94:15-95:15 | | Spec, F |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 95:18-24 | | |
| 96:1-97:5 | | |
| 97:9-18 | | |
| 98:1-21 | | M, F |
| 99:4-17 | | |
| 100:5-7 | | |
| 100:17-101:12 | | |
| 101:16-103:4 | | |
| 103:6 | | |
| 103:15-24 | | 403, S |
| 104:2-13 | | |
| 104:21-106:7 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |

| Description | Objections |
|---|---|
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ZEE HAKIMOGLU (12/17/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 8:1-9:18 | | |
| 9:24-10:1 | | M |
| 10:4-10 | | |
| 11:5-6 | | V |
| 11:8-9 | | |
| 11:12-16 | | |
| 14:14-15:4 | | |
| 15:12-16 | | |
| 15:19-16:22 | 16:23-18:2 | C, M, I |
| 21:1-6 | | |
| 21:15-22:8 | | |
| 34:5-24 | | AF, F |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR MICHAEL P. HUDSON (5/28/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 5:9-14 | | |
| 44:16-45:1 | 58:1-21 | 401, 402, V, I |
| 45:3-4 | 58:1-21 | 401, 402, V, I |
| 45:6-47:12 | 58:1-21 | 401, 402, V, I |
| 47:14-19 | 58:1-21 | 401, 402, V, I |
| 50:16-51:22 | 51:23-25, 55:8-16, 56:9-21, 58:1-21 | 401, 402, V, I |
| 52:1-53:10 | 51:23-25, 55:8-16, 56:9-21, 58:1-21 | 401, 402, V, I |
| 54:8-24 | 54:25-55:2, 55:8-16, 56:9-21, 58:1-21 | V, I |
| 60:15-18 | | F, V |
| 207:3-208:10 | 208:11-209:21 | F, V, 401, 402, I |
| 209:22-210:20 | 208:11-209:21 | F, V, 401, 402, I |
| 212:19-213:4 | 211:10-212:18 | F, V, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
|  |  |  |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR RICHARD A. KESSLER (6/5/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:9-12 | | |
| 8:17-9:6 | | |
| 10:18-12:16 | | |
| 54:6-58:5 | 59:3-13; 59:17-60:5 | I |
| 63:3-64:11 | | V |
| 66:1-11 | 65:9-22 | M, V, Spec, I |
| 67:2-10 | 67:11-15; 67:17-20 | F, AF, M, I |
| 67:22-72:14 | 67:11-15; 67:17-20; 72:15-73:1; 73:3-4) | Spec, Hyp, F, V, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR GREGORY LANTZ (6/23/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:23-7:10 | | H |
| 12:20-13:2 | | H |
| 14:4-16:1 | | H |
| 66:1-68:22 | 65:20-25, 68:23-25, 69:7-20 | H, NT, I, 701, F |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ASHANTI LONG (7/16/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:7-12 | | |
| 10:7-8 | | F; 401 |
| 10:16-11:15 | | V; 401 |
| 11:20 | | V; 401 |
| 12:1-7 | | |
| 12:23-13:2 | | |
| 13:10-13 | | |
| 14:22-15:14 | | |
| 16:23-17:15 | | |
| 17:24-18:13 | | |
| 19:5-10 | | Spec; 603 |
| 19:15-20:5 | | |
| 20:8-23 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 21:12-14 | | F |
| 22:19-24 | | V |
| 26:1-14 | | NR; F |
| 27:21-28:4 | | |
| 29:11-30:22 | 32:16-33:3 | V; H; I |
| 31:10-32:5 | | H; NR |
| 33:4-5 | 32:16-33:3 | I |
| 33:8-9 | 32:16-33:3 | I |
| 33:11-12 | 32:16-33:3 | I |
| 33:17-21 | 32:16-33:3 | I |
| 34:9-20 | 32:16-33:3 | V; I |
| 34:23-24 | 32:16-33:3 | V; I |
| 36:21-37:1 | | F; AF; NT |
| 37:8-14 | | F; AF; NT |
| 37:25-38:4 | | F; V |
| 40:1-3 | | F; V |
| 40:5-13 | | F; V |
| 40:15-20 | | F; AF |
| 41:7-23 | | F |
| 42:7-11 | | C; NR |
| 42:20-22 | | |
| 43:11-12 | | V; 401 |
| 43:14-20 | | V; 401 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 43:23-24 | | V; 401 |
| 44:2-3 | | V; 401 |
| 44:6-13 | | V; 401 |
| 44:16-22 | | V; 401 |
| 44:25-45:6 | | 401 |
| 45:8-13 | | 401; Spec; 602 |
| 45:15-17 | | Spec; 602 |
| 45:19-20 | | NR |
| 45:22-46:10 | | |
| 46:21-23 | | |
| 47:5-7 | | |
| 47:9-11 | | LC |
| 47:15-16 | | LC |
| 47:18 | | |
| 47:20-22 | 47:23-48:3 | I |
| 48:7-16 | 47:23-48:3 | I |
| 48:18-25 | 47:23-48:3 | I |
| 49:2-8 | 47:23-48:3; 49:9; 49:12-16 | I |
| 49:18-50:5 | 47:23-48:3 | I |
| 50:9-52:23 | 68:8-10; 68:13 | Spec; 602; I |
| 53:1-11 | 68:8-10; 68:13 | Spec; 602; I |
| 53:13-22 | 68:8-10; 68:13 | Spec; 602; I |
| 53:25-54:6 | 68:8-10; 68:13 | Spec; 602; I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 54:8-12 | 68:8-10; 68:13 | I |
| 54:15-55:1 | 68:8-10; 68:13 | I |
| 55:5-56:2 | 68:8-10; 68:13 | I |
| 56:4-8 | 68:8-10; 68:13 | I |
| 56:10-57:3 | 68:8-10; 68:13 | I |
| 57:5-15 | 68:8-10; 68:13 | P; I |
| 57:22-58:4 | 68:8-10; 68:13 | P; NT; I |
| 59:3-18 | 68:8-10; 68:13 | I |
| 59:20-25 | 68:8-10; 68:13 | I |
| 61:3-62:23 | 68:8-10; 68:13 | I |
| 63:1-64:25 | 68:8-10; 68:13 | 603; NT; I |
| 65:5-66:10 | 68:8-10; 68:13 | NR; V; I |
| 66:12 | 68:8-10; 68:13 | V; I |
| 66:14-15 | 68:8-10; 68:13 | V; Spec; I |
| 66:17-67:6 | 68:8-10; 68:13 | V; I |
| 67:9-12 | 68:8-10; 68:13 | Spec; 602; F; I |
| 67:15 | 68:8-10; 68:13 | Spec; 602; F; I |
| 67:17-20 | 68:8-10; 68:13 | C; Spec; 602; F; I |
| 67:23-68:2 | 68:8-10; 68:13 | C; Spec; 602; F; I |
| 68:4-7 | 68:8-10; 68:13 | C; Spec; 602; I |
| 68:15-21 | | |
| 68:24 | | |
| 69:2-5 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 70:5-7 | | |
| 70:9 | | |
| 70:11-12 | | Spec; 602; V; F |
| 70:15-20 | | Spec; 602; V; F |
| 70:23-25 | | Spec; 602; V; F |
| 71:2-4 | | Spec; 602; V; F; 701 |
| 71:6-9 | | Spec; 602; V; F; 701 |
| 71:20-21 | 72:6-10 | I |
| 71:25-72:5 | 72:6-10 | I |
| 72:22-73:25 | 72:6-10 | I |
| 74:3-7 | 72:6-10 | I |
| 74:9-12 | 72:6-10; 74:13-20 | I |
| 74:21-25 | 72:6-10; 74:13-20 | I |
| 75:3-21 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 76:13-19 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | V; I |
| 76:22-77:6 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | V; I |
| 77:8-11 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | AF; V; I |
| 77:14-17 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | AF; V; I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 77:19-20 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 77:23 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 77:25-78:9 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 80:13-81:4 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 81:16-22 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 83:3-6 | | F |
| 83:10-84:18 | | F;  NT; H |
| 84:20-21 | | F; H |
| 85:5-23 | | F; 602; Spec; V; H |
| 86:1-3 | | F; 602; Spec; V; H |
| 86:5-8 | | F; 602; Spec; V; H |
| 86:15-19 | | F; 602; Spec; V; H |
| 86:21-22 | | F; P; LC; 701; 602 |
| 87:3-4 | | F; P; LC; 701; 602 |
| 87:6 | | F; P; LC; 701; 602 |
| 87:8 | | F; P; LC; 701; 602 |
| 87:10-12 | | F; V; Spec; 602; H |
| 87:15-88:1 | | F; V; Spec; 602; H |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 88:3-5 | | F; Spec; 602; H |
| 88:8-9 | | F; Spec; 602; H |
| 88:11-12 | | F; Spec; 602; V |
| 88:14 | | F; Spec; 602; V |
| 88:16-17 | | F; Spec; 602; V; AF; H |
| 88:20-25 | | F; Spec; 602; NR; AF; H |
| 89:2-3 | | F |
| 89:5 | | F |
| 89:15-16 | | F |
| 89:18-19 | | F |
| 89:23-90:11 | | F; I; V; Spec; 602; H |
| 90:14-15 | | F; V; Spec; 602; H |
| 90:17-91:5 | | F; V; Spec; 602 |
| 91:21-22 | | F; V; Spec; 602; H |
| 91:25 | | F; V; Spec; 602; H |
| 92:2-3 | | F; H; Spec; 602 |
| 92:5 | | F; H; Spec; 602 |
| 92:7-9 | | F; V; Spec; 602 |
| 92:11 | | F; V; Spec; 602; NR |
| 92:14-93:6 | | F; V; Spec; 602; Arg; NR |
| 93:9-20 | | F; V; Spec; 602; NR |
| 93:22-25 | | F |
| 94:3-4 | | F |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 94:8-11 | | I; V; Spec |
| 94:14-95:10 | | NR; V; Spec |
| 95:18-96:12 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | M; I |
| 96:15-16 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 96:18-20 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 96:22-97:14 | 72:6-10; 74:13-20; 75:22-76:7; 78:15-17; 78:19-79:12; 79:17-80:1 | I |
| 98:8-100:6 | | 602; Spec; Arg |
| 100:10-21 | | 602; Spec; Arg |
| 100:23-24 | | 602; Spec; Arg |
| 101:1-3 | | |
| 101:6 | | |
| 101:8-23 | | |
| 105:3-106:15 | 107:15-25 | I |
| 106:18-22 | 107:15-25 | I |
| 106:24-107:1 | 107:15-25 | 602; Spec; I |
| 107:4-14 | 107:15-25 | 602; Spec; I |
| 108:14-109:12 | | V |
| 109:17-18 | | |
| 109:20-111:18 | | 602; Spec |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 112:5-113:18 | | 602; Spec; V |
| 113:20 | | 602; Spec; V |
| 113:22-114:11 | | 602; Spec; V |
| 114:15-21 | | 602: Spec; V; NT |
| 114:24 | | V |
| 115:11-22 | | F; 602; Spec |
| 115:25 | | F; 602; Spec |
| 116:2-3 | | F; 602; Spec |
| 116:6 | | F; 602; Spec |
| 116:8-9 | | F; 602; Spec |
| 116:11 | | F; 602; Spec |
| 116:13-14 | | F; 602; Spec; I |
| 125:10-126:1 | | F; C; V |
| 126:9-10 | | F; V; 401 |
| 126:12-13 | | F; V; 401 |
| 126:15-25 | | F; 602; Spec |
| 127:2-5 | | F; 602; Spec |
| 127:7-13 | | F |
| 127:15-17 | | F |
| 128:11-16 | | F; I |
| 128:22-129:3 | | F; H |
| 129:7-19 | | F; H |
| 129:21-130:10 | | F; H |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 130:14-15 | | F; H |
| 130:17-24 | | F; H; 602; Spec |
| 131:2-3 | | F; 602; Spec |
| 131:13-132:3 | | F; H |
| 132:7-25 | | F; 602; Spec; H |
| 133:19-21 | | V; Spec; 602 |
| 133:24-134:7 | | V; Spec; 602 |
| 134:16-18 | | V; Spec; 602 |
| 134:21-135:4 | | V; Spec; 602 |
| 135:9-13 | | F; H |
| 135:17-22 | 136:9-11; 136:14-137:6 | F; H; I |
| 137:7-9 | | F; H; 602; Spec |
| 137:11-13 | | F; H; 602; Spec |
| 138:11-14 | | F; V |
| 138:16 | | F; V |
| 141:23-142:1 | | |
| 143:22-144:15 | | H |
| 145:19-146:16 | | |
| 146:19-20 | | |
| 146:23-147:13 | | V |
| 147:16-17 | | V |
| 147:24-148:3 | | I; V |
| 148:5-6 | | Spec; 602 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 148:8-15 | | Spec; 602 |
| 148:17-19 | | Spec; 602 |
| 152:5-12 | | |
| 152:20-154:15 | | |
| 155:11-18 | | |
| 155:22-156:9 | | |
| 156:18-157:14 | | |
| 157:22-25 | | |
| 158:2-6 | | V |
| 158:9-12 | | V |
| 158:14-159:13 | | V; Arg; M |
| 159:16-17 | | V; Arg; M |
| 159:19-20 | | V; I |
| 159:23-160:5 | | V; I |
| 160:17-161:22 | | H; Spec; 602; V; 401 |
| 161:24-162:2 | | Spec; 602; V; 401 |
| 162:4-9 | | Spec; 602; V; 401 |
| 162:11-164:19 | | Spec; 602; V; 401 |
| 164:25-165:7 | | I; V; Arg |
| 165:9-12 | | V; Arg |
| 165:14-24 | | V; Arg; 602; Spec |
| 166:1-13 | | V; Arg; 602; Spec |
| 167:3-168:1 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR BETH MICKEL (9/23/2020)**</u>

| Designation | Counter-Designation | Objection |
|---|---|---|
| 10:11-12 | | |
| 11:12-14:19 | 59:11-16; 59:20-22; 60:12-61:11 | I |
| 15:17-18:11 | | NT; V; N; H; 701 |
| 18:20-19:10 | | |
| 19:22-21:16 | | H; N; NR; V; 701; 602; Spec |
| 22:2-24:6 | | H; Spec; 602; V; NT |
| 24:22-28:21 | | H; NT; V; Spec |
| 29:13-34:3 | 34:5-8; 34:10-11 | LC; 701; Spec; 602; V; NR; NT; I |
| 35:1-42:3 | | H; LC; Spec; 602; NT; NR; 701; AF |
| 42:7-14 | | NT; Spec; 602; LC |
| 42:22-45:20 | 137:7-138:2 | LC; Spec; 602; NT; I |
| 46:10-48:6 | | Spec; 602; LC; NT; 701 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 48:13-51:5 | | Spec; 602; LC; 701; NT |
| 58:10-59:10 | 59:11-16; 59:20-22; 60:12-61:11 | I |
| 115:4-116:3 | 137:7-138:2 | I; H |
| 118:9-120:18 | | Spec |
| 138:18-139:22 | | V; H |
| 160:11-162:21 | | NT; 602; Spec |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JOHN MILLER (7/10/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 5:8-13 | | |
| 13:13-14:23 | | 401, 402 |
| 15:8-19:21 | | 401, 402 |
| 20:9-27:10 | 34:13-36:4 | NR, N, I |
| 28:18-29:20 | 35:22-36:4, 58:23-59:14 | 701, N, NR, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JOHN MILLER (12/1/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:24-7:3 | | |
| 19:11-20:3 | | |
| 20:13-19 | | |
| 30:10-25 | 31:12-19, 32:14-16; 117:8-19, 117:21-118:16 | 401, 402, F, I |
| 33:9-13 | 32:14-33:2 | 401, 402, F, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

C.A. NO. 19-1343-RGA-CJB

JURY TRIAL DEMANDED

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR NARSI NARAYANAN (11/23/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 10:9-11:12 | | N, S, 401, 402 403 |
| 12:19-25 | | S |
| 13:2-9 | 13:10-12 | S, I |
| 13:24-25 | | S |
| 14:2-5 | | S |
| 15:17-21 | | S |
| 15:24-25 | | S |
| 16:2-13 | | S, V |
| 16:20-22 | | S, C, V, C |
| 16:25 | | S, C, V, C |
| 17:2-3 | 17:4-9 | S, C, V, C, I |
| 17:12-25 | | S, LC |
| 18:2-6 | | S, LC |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 18:13-25 | | S, LC |
| 19:2-12 | | S, LC, V, M |
| 19:16-19 | | S, LC, V, M |
| 20:7-17 | | S, LC, V, M |
| 23:14-16 | 23:17 | S, I |
| 23:18-23 | 23:17 | S, I |
| 24:6-16 | | S |
| 24:23-24 | | S, V, M |
| 25:3-9 | | S |
| 25:17-19 | 25:20 | S, I |
| 25:21-25 | 25:20 | S, I |
| 26:2-4 | | S, V |
| 26:7-21 | 27:4-10 | S, I |
| 27:22-25 | 26:4-10 | S, I |
| 28:2-4 | 28:5-11 | S, I |
| 28:17-19 | | S, V |
| 28:22-24 | | S, V |
| 39:5-13 | | S, F, Spec, V |
| 40:4-13 | | S, V |
| 41:6-12 | 40:24-41:12 | S, I |
| 42:6-12 | | S |
| 42:16-25 | | S, 401/402, 403 |
| 43:5-9 | 43:23-44:16 | S, 401/402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 44:17-18 | 43:23-44:16, 44:19 | S, I |
| 44:20-25 | | S, F, Spec, V |
| 45:2 | | S, F, Spec, V |
| 45:5-24 | | S, F, Spec, V |
| 46:4-7 | 47:5-6, 10-19 | S, F, Spec, V, I |
| 47:21-22 | 47:5-6, 10-19 | S, F, Spec, V, I |
| 48:2-5 | 47:5-6, 10-19 | S, F, Spec, V, I |
| 48:10-18 | 48:9 | S, F, Spec, V, I |
| 48:22-25 | | S, F, Spec, V |
| 49:2-4 | | S, F, Spec, V |
| 50:2-3 | | S, F, Spec, V |
| 50:6-11 | | S, F, Spec, V |
| 50:14-25 | | S, F, Spec, V |
| 51:2-10 | | S |
| 52:3-11 | | S, F, Spec |
| 52:20-25 | | S, F, Spec |
| 53:2-3 | | S, F, Spec |
| 55:21-25 | | S |
| 56:2-16 | | S, F, Spec, V |
| 56:19-25 | | S, F, Spec, V |
| 57:2-4 | | S, F, Spec, V |
| 57:9-17 | | S, F, Spec, V, M |
| 57:20-25 | | S, F, Spec, V, M |

| Designation | Counter-Designation | Objection |
|:---:|:---:|:---:|
| 58:2-7 | | S, F, Spec, V, M |
| 58:10-25 | | S |
| 59:2-6 | | S, V |
| 59:10-23 | | S, V |
| 60:2-9 | | S, F, Spec |
| 60:12-16 | | S, F, Spec, |
| 60:18-23 | | S |
| 61:4-7 | | S, V, F, Spec |
| 61:15-25 | | S, V, F, Spec |
| 62:2-10 | | S, V, F, Spec, LC |
| 62:13-25 | | S, V, F, Spec |
| 63:2-3 | 63:4-22 | S, I |
| 63:23-25 | 63:4-22 | S, V, F, Spec, M, I |
| 64:5-13 | 63:4-22 | S, V, F, Spec, M, I |
| 64:17-25 | | S, V, F, Spec, M |
| 65:2 | | S, V, F, Spec, M |
| 65:6-25 | | S, V, F, Spec, M |
| 66:2-16 | | S, F, Spec |
| 66:21-25 | | S, F, Spec |
| 67:2-11 | | S |
| 67:14-25 | | S |
| 68:2-16 | | S, F, Spec |
| 68:19-25 | | S, F, Spec |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 69:2-3 | | S, F, Spec |
| 69:6-25 | | S, F, Spec |
| 70:2-4 | | S, F, Spec, V |
| 70:7-25 | | S, F, Spec, V |
| 71:2-10 | | S, F, Spec, V |
| 71:24-25 | | S |
| 72:2-25 | | S |
| 73:2-21 | | S, F, Spec, V |
| 73:25 | | S, F, Spec, V |
| 74:2-25 | | S, F, Spec, V |
| 75:2-13 | | S, F, Spec, V |
| 75:16-25 | | S, F, Spec, V |
| 76:2-20 | | S, F, Spec, V |
| 77:5-13 | | S, F, Spec, LC |
| 77:17-25 | | S |
| 78:2-17 | | S |
| 78:20-25 | | S |
| 79:2-25 | | S, F, Spec, V |
| 80:2-3 | | S, F, Spec, V |
| 80:7-20 | | S, F, Spec, V, LC |
| 80:24-25 | | S, F, Spec, V, LC |
| 81:2 | | S, F, Spec, V, LC |
| 82:9-16 | | S, F, Spec, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 82:19-22 | | S, F, Spec, V, LC |
| 83:8-21 | | S, F, Spec, V, LC |
| 84:19-25 | | S |
| 85:2-25 | | S |
| 86:2-8 | | S |
| 86:14-15 | | S, F, Spec |
| 86:18-25 | | S, F, Spec |
| 87:2-5 | | S, F, Spec, V |
| 87:9-25 | | S, F, Spec, V |
| 88:2-16 | | S, F, Spec, V |
| 88:21-25 | | S, F, Spec, V |
| 89:2-25 | | S, F, Spec, V |
| 90:2 | | S |
| 90:6-25 | | NT, 401, 402, 403, M, N |
| 91:2-9 | | NT, 401, 402, 403, M, N |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR PATRICK OATES (5/13/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:14-8:16 | 55:4-57:25; 60:21-61:3; 61:18-62:5 | I |
| 8:18-9:9 | 55:4-57:25; 60:21-61:3; 61:18-62:5 | NT; I |
| 9:23-11:8 | 55:4-57:25; 60:21-61:3; 61:18-62:5 | I |
| 13:5-13 | | |
| 13:15-16 | | |
| 14:4-16:24 | | H; 602; Spec |
| 17:7-18:9 | | H; 602; Spec |
| 18:14-19:9 | | V |
| 19:14-22:4 | | H |
| 22:6-24:14 | | H; Spec; 602; NT |
| 24:24-25:8 | | H |
| 25:14-27:1 | | H; NT; N |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 27:6-31:12 | | 602; Spec; H; AF; 701; NT |
| 31:17-34:3 | | 602; Spec; 701 |
| 38:3-8 | 38:9-13 | I |
| 38:18-42:18 | 38:9-13 | AF; NT; H; 602; Spec; V; I |
| 42:22-46:23 | 38:9-13 | 602; Spec; V; 701; LC; NT; I |
| 47:1-49:17 | | 701; LC; H; V; NT; Spec; 602; NR |
| 63:2-65:17 | 65:25-66:6; 66:19-67:9; 67:11-68:6; 68:9-13 | I |
| 68:14-69:19 | 65:25-66:6; 66:19-67:9; 67:11-68:6; 68:9-13 | H; I |
| 70:1-74:16 | | V; H; NT |
| 80:7-81:10 | | H; F; AF |
| 85:7-86:15 | | |
| 87:9-91:16 | | H; F; AF; Spec; 602; V; NR; 701 |
| 92:13-93:5 | | H |
| 93:22-95:25 | | H; Spec; 602 |
| 96:22-97:4 | | H; V; NR |
| 97:22-98:21 | | H |
| 99:18-100:13 | | H; 602; Spec |
| 100:17-18 | | H |
| 100:22-105:1 | | H; NT |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR BILL PAYNE (5/7/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 5:6-9 | | |
| 9:7-10 | 11:11-18, 11:20-12:6, 13:12-14:3 | I |
| 16:18-18:7 | 16:3-10 | 401, 402, 403, Spec, I |
| 18:21-22:13 | 23:20-24:3, 24:19-25:3, 26:17-25, 27:8-18, 28:5-22 | 401, 402, 403, Spec, V, I |
| 22:16-23:19 | 23:20-24:3, 24:19-25:3, 26:17-25, 27:8-18, 28:5-22 | 401, 402, 403, Spec, V, I |
| 25:4-26:6 | 23:20-24:3, 24:19-25:3, 26:17-25, 27:8-18, 28:5-22 | 401, 402, 403, Spec, V, I |
| 27:1-7 | 27:8-18, 28:5-22 | 401, 402, 403, V, I |
| 29:14-16 | 28:23-29:11, 29:19-20, 30:10-17 | 401, 402, 403, I |
| 30:18-31:2 | 28:23-29:11, 29:19-20, 30:10-17 | V, 401, 402, 403, I |
| 31:21-33:22 | 33:23-34:10, 34:17-22, 35:16 | 401, 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 35:20-24 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 36:3-13 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 36:24-37:38:13 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 41:2-20 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, H, I |
| 41:25-42:11 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 43:1-15 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 44:8-16 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4- | 401, 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | |
| 44:23-46:7 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | 401, 402, 403, I |
| 47:15-50:24 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | Spec, 401, 402, 403, H, I |
| 56:9-57:3 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 92:21-93:7, 93:17-24 | AF, Spec, 401, 402, 403, M, H, I |
| 58:12-59:17 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 61:14-62:12, 92:21-93:7, 93:17-24 | Spec, 401, 402, 403, H, I |
| 60:18-61:13 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 61:14-62:12, 92:21-93:7, 93:17-24 | 401, 402, 403, H, I |
| 64:1-66:8 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, | 401, 402, 403, H, NT, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
|  | 61:14-62:12, 92:21-93:7, 93:17-24 |  |
| 66:22-68:9 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 61:14-62:12, 92:21-93:7, 93:17-24 | 401, 402, 403, H, I |
| 68:16-69:3 | 38:14-40:1, 40:8-13, 40:16-41:1, 42:12-19, 43:16-17, 43:19, 43:23-44:5, 44:7, 44:17-22, 46:10-18, 57:4-58:11, 59:18-60:1, 60:4-17, 61:14-62:12, 92:21-93:7, 93:17-24 | 401, 402, 403, H, Spec, V, S, I |
| 69:11-70:2 | 71:25-72:3 | 401, 402, 403, H, I |
| 70:20-71:24 | 71:25-72:3 | 401, 402, 403, H, I |
| 72:14-73:19 |  | S, NT, M, 401, 402, 403, V |
| 75:13-80:19 |  | V, 401, 402, 403, Hyp, Spec |
| 81:3-20 | 81:21-23 | S, 401, 402, 403, Hyp, 602, Spec, I |
| 82:3-18 |  | S, V, 401, 402, 403, 602, Spec |
| 84:15-85:21 | 87:11-14, 92:6-20 | S, Spec, 401, 402, 403, 602, V, H, I |
| 86:8-21 | 87:11-14, 92:6-20 | S, Spec, 401, 402, 403, 602, V, H, I |
| 86:23-87:2 | 87:11-14, 92:6-20 | S, Spec, 401, 402, 403, 602, V, H, I |
| 87:4-10 | 87:11-14, 92:6-20 | S, Spec, 401, 402, 403, 602, V, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 93:8-16 | 87:11-14, 92:6-20 | 401, 402, 403, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR TODD PEDEN (12/7/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 11:24-12:7 | | |
| 24:13-25 | | |
| 25:2-25 | | |
| 26:2-25 | | |
| 27:2-11 | 27:10-12 | I |
| 28:9-25 | | |
| 29:2-10 | | |
| 29:23-25 | | |
| 30:2-25 | | |
| 31:2-16 | 31:24-32:10 | I |
| 32:11-25 | 31:24-32:10 | I |
| 33:2-25 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 34:2-25 | | |
| 35:2-25 | 94:14-19<br>120:3-5<br>133:12-20<br>134:14-135:11<br>136:7-10<br>136:19-137:2 | I |
| 36:2-12 | 94:14-19<br>120:3-5<br>133:12-20<br>134:14-135:11<br>136:7-10<br>136:19-137:2 | I |
| 36:20-25 | 55:9-56:6<br>62:8-11<br>62:24-63:5<br>71:21-24<br>72:4-14 | I |
| 37:2-3 | 55:9-56:6<br>62:8-11<br>62:24-63:5 | I |
| 37:7-24 | | 401, 402 |
| 38:4-13 | | |
| 38:15-24 | | 401, 402 |
| 39:6-10 | | 401, 402 |
| 39:24-25 | | |
| 40:2-22 | | 401, 402 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 41:4-25 | 49:2-9 | I |
| 42:2-25 | 47:25-48:8 48:18-49:9 | 401, 402, I |
| 43:2-25 | 47:25-48:8 48:18-49:9 | 401, 402, I |
| 44:2-25 | 47:25-48:8 48:18-49:9 | 401, 402, I |
| 45:2-25 | 47:25-48:8 48:18-49:9 | I |
| 46:2-3 | 47:25-48:8 48:18-49:9 | I |
| 49:10-25 | 50:6-52:8 71:21-24 72:4-14 | I |
| 50:2-5 | 50:6-52:8 71:21-24 72:4-14 | I |
| 58:20-25 | 58:20-59:2 | I, 401, 402 |
| 59:2-16 | 58:20-59:2 | I, 401, 402, F, Spec, 701 |
| 122:20-23 | | |
| 123:24-25 | | |
| 124:2-16 | | |
| 125:25 | 55:9-56:6 | I |
| 126:2-9 | 55:9-56:6 | I |
| 128:18-25 | 55:9-56:6 | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 129:2-18 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JAMES SCHANZ (6/22/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:8-10 | | |
| 8:23-9:16 | 15:1-10 | I |
| 13:18-20 | | 401, 402, 403, V, Spec, Hyp, I |
| 13:22-14:9 | | 401, 402, 403, V, Spec, Hyp, I |
| 14:12-20 | | 401, 402, 403, V, Spec, Hyp, I |
| 15:22-16:3 | 15:11-15, 15:18-21, 16:4-9, 16:13-14 | 401, 402, 403, Spec, F, 602, 701, I |
| 16:15-21 | 16:4-9, 16:13-14 | 401, 402, 403, Spec, F, 602, I |
| 18:13-20:20 | 18:8-12 | 401, 402, 403, Spec, F, 602, N, H, I |
| 21:3-6 | | |
| 22:11-23 | 21:13-20 | 401, 402, 403, F, 602, H, Spec, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 22:25-23:7 | | 401, 402, 403, F, 602, H, Spec, I |
| 23:15-23 | 23:24-24:10; 102:18-22 | 401, 402, 403, F, 602, H, Spec, I |
| 31:19-32:17 | 29:13-18, 29:24-31:18 | 401, 402, 403, F, 602, Spec, V, H, I |
| 33:6-19 | 32:18-24, 33:2-5 | 401, 402, 403, F, 602, V, H, I |
| 34:15-17 | 33:20-23, 34:3-6 | 401, 402, 403, F, 602, V, H, I |
| 35:4-15 | 34:24-35:3, 35:16-19 | 401, 402, 403, F, 602, V, H, I |
| 35:20-37:2 | | 401, 402, 403, F, 602, V, H, I |
| 37:5 | | 401, 402, 403, F, 602, V, H, I |
| 37:18-38:20 | 38:21-39:5, 39:8-10 | 401, 402, 403, F, Hyp, 602, V, H, I |
| 40:5-42:16 | | H, I |
| 42:19-43:17 | | H, I |
| 43:19-44:14 | 44:15-18 | H, I |
| 44:19-46:3 | | H, I |
| 46:5-20 | | I |
| 46:22-51:10 | | 401, 403, F, Spec, Hyp, 602, H, I |
| 51:13-52:3 | | 401, 403, F, Spec, Hyp, 602, H, I |
| 52:5-53:9 | 60:4-6, 60:9-13, 72:12-20 | 401, 403, F, Spec, Hyp, 602, H, I, V, 701, NT |
| 53:12-54:12 | | 401, 403, F, Spec, Hyp, 602, H, 701, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 54:14 | 60:4-6, 60:9-13, 72:12-20 | 401, 403, F, Spec, Hyp, 602, H, 701, V, I |
| 54:18-55:2 | 60:4-6, 60:9-13, 72:12-20 | 401, 403, F, Spec, Hyp, 602, H, 701, V, I |
| 58:1-22 | | 401, 402, 403, F, Spec, 602, 701, H, I |
| 58:25-60:3 | 60:4-6, 60:9-13 | 401, 402, 403, F, Spec, 602, 701, H, I |
| 62:3-24 | 60:4-6, 60:9-13, 72:12-20 | 401, 402, 403, F, 602, H, I |
| 63:19-22 | | 401, 402, 403, F, 602, I |
| 63:24-64:6 | | 401, 402, 403, F, 602, I |
| 64:10-65:6 | | 401, 402, 403, F, 602, I |
| 66:7-67:10 | 65:7-9, 65:12-66:2, 66:5-6, 72:12-20; 102:18-22 | 401, 402, 403, F, 602, H, I |
| 67:12-69:17 | 65:7-9, 65:12-66:2, 66:5-6, 69:18-22, 70:7-15, 72:6-11, 102:18-22 | 401, 402, 403, F, 602, Spec, H, I, NT |
| 72:21-73:15 | 69:8-17 | 401, 402, 403, F, 602, Spec, H, I |
| 73:18-77:17 | 60:4-6, 60:9-13, 69:8-17, 72:12-20, 77:18-78:3, 78:7-13, 102:18-22 | 401, 402, 403, F, 602, 701, Spec, H, I |
| 78:14-79:1 | 79:2-80:8 | 401, 402, 403, F, 602, 701, LC, H, I, P |
| 80:9-20 | 79:2-80:8 | 401, 402, 403, F, 602, 701, LC, H, I, P |
| 80:23-82:7 | 79:2-80:8, 85:4-7 | 401, 402, 403, F, 602, 701, LC, H, I, P |
| 82:10-83:6 | 85:4-7 | 401, 402, 403, F, 602, Spec, I, H |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 83:9-84:5 | 84:6-85:3, 85:4-7 | 401, 402, 403, F, 602, Spec, I, H |
| 85:18-21 | 85:22-86:4, 86:7-8 | 401, 402, 403, H, I, F, Spec |
| 86:9-88:19 | 85:22-86:4, 86:7-8 | 401, 402, 403, H, I, F, Spec |
| 89:3-90:23 | | 401, 402, 403, F, Spec, H |
| 95:1-98:22 | 60:4-6, 60:9-13, 72:12-20, 102:18-22 | 401, 402, 403, F, Spec, H, I |
| 98:25-99:4 | 102:18-22 | 401, 402, 403, F, Spec, H, I |
| 99:6-11 | 60:4-6, 60:9-13, 72:12-20, 102:18-22 | 401, 402, 403, F, Spec, H, I |
| 99:14-23 | 102:18-22 | 401, 402, 403, F, Spec, H, I |
| 99:25-100:7 | 102:18-22 | 401, 402, 403, F, Spec, H, I |
| 100:9-14 | 100:6-7 | I |
| 100:16-22 | | I |
| 100:25-101:10 | | I |
| 101:12-13 | | I |
| 103:13-105:24 | 110:16-23, 110:24-111:15 | 401, 402, 403, F, Spec, H, N, S, I |
| 106:1-17 | 105:25, 110:16-23, 110:24-111:15 | 401, 402, 403, F, Spec, H, N, S, I |
| 106:25-107:6 | | 401, 402, 403, F, Spec, H, N, S, I |
| 107:12-108:4 | 110:16-23, 110:24-111:15 | S, I |
| 109:15-110:5 | 108:16-109:14, 110:6-9, 110:12-23, 110:24-111:15 | S, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, )<br><br>and )<br><br>SHURE ACQUISITION HOLDINGS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CLEARONE, INC., )<br><br>Defendant. ) | C.A. NO. 19-1343-RGA-CJB<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JAMES SCHANZ (11/23/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:7-10 | | |
| 10:3-16:2 | | 401, 402, 403, H |
| 16:11-17:17 | | 401, 402, 403 |
| 18:24-19:4 | 19:5-15, 20:10-14 | V, I, H |
| 20:23-21:4 | 21:5-17 | I |
| 21:18-23:14 | 21:5-17, 23:16-24:13 | 401, 402, 403, H, 602, F, S, I, NT |
| 25:6-13 | | |
| 25:24-27:2 | 27:3-11, 27:13, 27:20-28:2, 28:5-7, 28:9-18, 28:21-30:1, 30:4-13, 30:17 | 401, 402, 403, H, I |
| 41:11-43:13 | 43:14-24 | 401, 402, 403, 602, F, H, I, NT |
| 43:25-44:21 | 43:14-24, 54:7-24; 55:2-24, 55:2-14, 55:17-56:25, 57:3-9, | 401, 402, 403, 602, F, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 57:25-59:10, 59:13-14, 61:10-14, 61:17 | |
| 45:16-47:8 | 47:9-24, 48:3-9, 54:7-24; 55:2-24, 55:2-14, 55:17-56:25, 57:3-9, 57:25-59:10, 59:13-14, 61:10-14, 61:17 | 401, 402, 403, 602, F, H, NT |
| 48:19-51:9 | 51:10-13, 51:24-52:2, 57:25-59:10, 59:13-14, 61:10-14, 61:17 | 401, 402, 403, 602, F, H, V, I, NT |
| 52:3-53:10 | 53:11-16, 53:21-24; 54:1-5, 57:25-59:10, 59:13-14, 61:10-14, 61:17 | 401, 402, 403, 602, F, H, I, NT |
| 59:16-17 | 57:25-59:10, 59:13-14, 61:10-14, 61:17 | V, I |
| 59:21-60:12 | 57:25-59:10, 59:13-14, 61:10-14, 61:17 | 401, 402, 403, 602, F, H, I |
| 60:17-61:9 | 61:10-14, 61:17, 62:18-63:1; 63:4-20; 64:11-65:5, 68:5-69:2, 69:5, 73:9-74:1, 74:4-12, 74:14-18, 75:22-76:7, 76:19-25, 77:2-10, 77:13-78:8, 78:12-78:24, 79:2-3 | 401, 402, 403, 602, F, H, V, I |
| 61:19-62:1 | 62:2-14, 62:16 | 401, 402, 403, 602, F, H, I |
| 65:6-24 | 62:18-63:1; 63:4-20; 64:11-65:5, 65:25-66:1, 67:3, 68:5-69:2, 69:5 | 401, 402, 403, 602, F, H, I |
| 69:7-70:14 | 43:14-24, 53:21-24; 54:1-5, 54:7-24; 55:2-24, 55:2-14, 55:17-56:25, 57:3-9, 57:25-59:10, 61:10-14, 61:17, 62:21-63:1, 63:4-63:20, 64:3-9, 64:11-65:5, 68:5-69:2, 69:5 | 401, 402, 403, 602, F, H, I |
| 71:8-23 | 71:24-72:7, 72:9-17 | 401, 402, 403, 602, F, H, I |
| 72:22-73:8 | 73:9-74:1, 74:4-12, 74:14-18 | 401, 402, 403, 602, F, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 74:24-75:20 | 75:22-76:7, 76:19-25, 77:2-10, 77:13-78:8, 78:12-78:24, 79:2-3 | 401, 402, 403, 602, F, H, I |
| 79:5-80:4 | 77:24-78:8, 78:12-78:24, 79:2-3 | 401, 402, 403, 602, F, H, I |
| 80:6-9 | 82:15-22, 82:25-83:3, 83:14-16, 83:18-24, 84:1-3, 84:18-23, 85:2-14 | I |
| 80:11-12 | 80:13, 82:15-22, 82:25-83:3, 83:14-16, 83:18-24, 84:1-3, 84:18-23, 85:2-14 | I |
| 80:14-16 | 82:15-22, 82:25-83:3, 83:14-16, 83:18-24, 84:1-3, 84:18-23, 85:2-14 | I |
| 80:19-20 | 82:15-22, 82:25-83:3, 83:14-16, 83:18-24, 84:1-3, 84:18-23, 85:2-14 | I |
| 80:22-24 | 82:15-22, 82:25-83:3, 83:14-16, 83:18-24, 84:1-3, 84:18-23, 85:2-14 | I |
| 87:3-15 | 85:16-19, 85:22-86:17, 86:19-87:1 | 401, 402, 403, 602, F, H, V, I, NT |
| 89:21-23 | | |
| 90:6-10 | | H |
| 91:4-95:5 | | H |
| 95:7-96:19 | | H |
| 96:21-97:6 | | H |
| 97:8-19 | | V, I |
| 97:21-99:10 | 99:11-100:6, 100:18-20, 100:25-12, 102:12-15 | 401, 402, 403, 602, F, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 101:13-19 | 99:11-100:6, 100:18-20, 100:25-12, 102:12-15, 104:3-10 | 401, 402, 403, 602, F, H, I |
| 102:1-4 | | I, V |
| 102:6-15 | | I, V |
| 109:17-19 | 109:21 | 401, 402, 403, 602, F, H, I |
| 109:25-110:5 | 109:21 | 401, 402, 403, 602, F, H, I |
| 110:7-13 | | 401, 402, 403, 602, F, H |
| 110:15-16 | | 401, 402, 403, 602, F, H |
| 110:18-19 | | 401, 402, 403, 602, F, H |
| 110:21-24 | | 401, 402, 403, 602, F, H, I, V |
| 111:4-5 | | 401, 402, 403, 602, F, H |
| 111:7-9 | | 401, 402, 403, 602, F, H |
| 111:11-12 | | 401, 402, 403, 602, F, H |
| 111:14-15 | | 401, 402, 403, 602, F, H |
| 113:22-24 | | |
| 122:3-18 | 121:11-17, 121:19-23 | I |
| 123:7-124:6 | 122:19-123:6 | I |
| 124:23-125:7 | | H |
| 125:20-24 | | H |
| 130:4-10 | 132:5-7, 132:10-12 | 401, 402, 403, NT, I |
| 130:16-131:4 | 132:5-7, 132:10-12 | 401, 402, 403, H, I |
| 131:6-12 | 132:5-7, 132:10-12 | 401, 402, 403, F, 602, I |
| 131:14-18 | 131:20-23, 132:25-132:2, 132:5-7, 132:10-12 | 401, 402, 403, F, 602, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 133:12-134:1 | 134:2-3 | I |
| 134:12-20 | | 401, 402, 403, H, V, I, NT |
| 147:22-150:20 | 143:22-144:23, 144:25-146:16, 146:19-147:11, 147:14-20, 150:21-151:11 | 401, 402, 403, H, 602, F, N, I |
| 151:12-16 | | 401, 402, 403, F |
| 151:19-152:7 | | 401, 402, 403, F |
| 152:9-153:23 | 154:7-10, 154:19-22, 155:6-9 | 401, 402, 403, H, I |
| 156:2-25 | 155:10-21, 155:23-25, 157:1-4, 157:6-14, 157:16-20 | 401, 402, 403, H, I |
| 157:22-24 | 157:1-4, 157:6-14, 157:16-20 | 401, 402, 403, H, I |
| 158:1-7 | 157:1-4, 157:6-14, 157:16-20 | 401, 402, 403, H, I |
| 158:15-159:12 | 158:9-14 | 401, 402, 403, H, I |
| 163:13-164:7 | | 401, 402, 403 |
| 164:9-13 | | 401, 402, 403, I, V |
| 164:15-165:5 | 165:6-10 | 401, 402, 403, I |
| 165:11-18 | 165:6-10, 165:19-20, 165:22-166:12 | 401, 402, 403, I |
| 169:21-172:1 | 166:21-167:9, 167:11-20, 168:16-169:20 | 401, 402, 403, H, V, I, N |
| 172:3-173:5 | 166:21-167:9, 167:11-20, 168:16-169:20 | 401, 402, 403, H, V, I, N |
| 177:4-9 | 177:10-13, 177:25-178:4, 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, H, I |

| Designation | Counter-Designation | Objection |
| --- | --- | --- |
| 178:5-180:16 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, N, H, I |
| 180:20-181:10 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, N, H, I |
| 181:12-16 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, N, H, I |
| 181:19-182:14 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, N, H, I |
| 183:1-3 | | 401, 402, 403, 602, F, 701, N, H |
| 183:17-20 | 183:4-13, 183:15 | 401, 402, 403, 602, F, 701, N, H, I |
| 183:22-184:7 | 166:21-167:9, 167:11-20, 168:16-169:20 | 401, 402, 403, 602, F, 701, N, H, I |
| 184:10-14 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |
| 184:17-185:18 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |
| 185:20-186:10 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |
| 188:1-6 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |
| 188:9-20 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 188:22-189:1 | 166:21-167:9, 167:11-20, 168:16-169:20, 187:1-15, 187:18-24 | 401, 402, 403, 602, F, 701, N, H, I |
| 191:15-21 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, H, NR, I, NT |
| 191:23-192:3 | 189:2-10, 189:13-19, 189:22-190:1, 190:3-13, 190:16-22, 190:24-14 | 401, 402, 403, 602, F, 701, H, NR, I, NT |
| 192:5-10 | | 401, 402, 403, 602, F, 701, H |
| 192:13-193:6 | | 401, 402, 403, 602, F, 701, H |
| 193:8-10 | | 401, 402, 403, 602, F, 701, H |
| 193:13-20 | | 401, 402, 403, 602, F, 701, H |
| 246:24-247:22 | 247:25-248:3, 248:5-249:11, 250:8-13 | 401, 402, 403, F, H, Spec, 602, I |
| 249:12-250:7 | 247:25-248:3, 248:5-249:11, 250:8-13 | 401, 402, 403, Spec, 602, F, H, I |
| 250:16-20 | 247:25-248:3, 248:5-249:11, 250:8-13 | 401, 402, 403, Spec, 602, F, H, I |
| 250:23-251:4 | 247:25-248:3, 248:5-249:11, 250:8-13 | 401, 402, 403, Spec, 602, F, H, I |
| 251:6-252:7 | | NT |
| 255:17-19 | | 401, 402, 403, F, 602, Spec, H |
| 255:22-256:5 | | 401, 402, 403, F, 602, Spec, H |
| 256:7-8 | | 401, 402, 403, F, 602, Spec, H |
| 256:12-18 | | 401, 402, 403, F, 602, Spec, H |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JOHN SCHNIBBE (7/24/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:15-8:2 | | 401, 402, 403 |
| 8:5-9:25 | | 401, 402, 403, V |
| 11:21-12:11 | | |
| 13:25-14:20 | 13:21-24 | F, AF, I |
| 16:20-22 | | V |
| 16:25-17:5 | | |
| 17:25-19:23 | 19:24-20:12 | I |
| 20:13-21:4 | 19:24-20:12 | V, I |
| 21:7-22:13 | | V |
| 22:20-23 | | Spec, F |
| 23:1-5 | | V, Spec, F |
| 23:9-24:6 | | F |
| 24:8-19 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 25:15-26:22 | 111:23-112:7<br>119:10-16 | I |
| 26:24-27:12 | | |
| 27:16-18 | | |
| 28:16-19 | | AF, Spec, F, V |
| 28:23-30:17 | | AF, Spec, F, V |
| 31:13-21 | | |
| 34:1-10 | | |
| 35:5-9 | | Spec |
| 35:12-22 | | Spec, NT, I |
| 36:2-18 | | Spec |
| 37:14-17 | | |
| 38:13-14 | | V |
| 38:17-39:4 | | |
| 41:25-42:1 | | |
| 42:12-19 | | |
| 43:11-44:4 | | |
| 44:6-12 | | V |
| 44:15-17 | | |
| 44:20-45:16 | 45:17-23 | I |
| 46:5-8 | 46:9-18 | I |
| 46:25-48:25 | 46:9-18 | V, I |
| 49:3-23 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 50:22-52:23 | 52:24-53:6 | I |
| 53:7-14 | 52:24-53:6 | I |
| 53:20-54:15 | | H |
| 54:23-55:9 | | H |
| 56:1-9 | | |
| 56:12-20 | | |
| 57:12-18 | | H |
| 58:22-59:24 | | Spec, F, H |
| 60:1-2 | | H |
| 60:5-7 | | |
| 60:11-22 | | Spec, F, V |
| 61:1-3 | | |
| 61:5-15 | | H |
| 61:21-24 | | |
| 62:4-5 | | V, Spec, F |
| 62:9-16 | | |
| 62:19-63:6 | | |
| 69:7-24 | | |
| 70:9-24 | 70:25-71:3 | I |
| 71:4-5 | 70:25-71:3 | V, I |
| 71:8-20 | | |
| 71:25-72:8 | | |
| 73:2-74:4 | | |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 74:10-13 | | V, Hyp |
| 74:16-20 | | V |
| 74:23-75:1 | | V |
| 75:4-76:17 | | |
| 76:20-21 | 76:22-24<br>77:2-3 | I |
| 77:4-78:2 | 76:22-24<br>77:2-3 | I |
| 78:6-12 | | V |
| 78:15-17 | | V |
| 78:20 | | |
| 78:23-25 | 78:21-22 | V, I |
| 79:3-12 | | V |
| 79:15-17 | | V |
| 79:20-80:20 | | |
| 81:1-83:21 | | |
| 83:24-84:9 | | |
| 84:12-86:5 | | |
| 86:8-88:17 | 88:20-22<br>89:1-2 | V, Hyp, NT, I, M, Arg |
| 89:3-5 | 88:20-22<br>89:1-2 | V, Arg, I |
| 89:8-90:20 | 90:21 | NT, I |
| 90:25 | | I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 91:7-9 | | |
| 91:11 | | |
| 92:14-93:5 | | |
| 94:13-101:10 | | Hyp |
| 102:25-103:5 | | 401, 402 |
| 103:9-105:10 | 105:11-13<br>105:20-22 | I |
| 105:24-25 | 105:25-106:6 | I, 401, 402 |
| 106:7-9 | | |
| 106:12-22 | 107:1-6 | I |
| 107:15-17 | | |
| 108:4-109:9 | | 401, 402 |
| 109:16-110:25 | | |
| 114:5-12 | 111:23-112:7<br>119:10-16 | I |
| 121:9-11 | | |
| 121:20-123:6 | | F |
| 123:11-13 | | F |
| 123:16-21 | | F, I, NT |
| 124:1-15 | | F, V |
| 124:19-22 | | |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |

| NON-RESPONSIVE | **NR** |
| --- | --- |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR KEVIN SMITH (12/2/2020)**

| Designation | Counter-Designation | Objection |
|---|---|---|
| 10:19-22 | | |
| 12:10-14:1 | 14:12-15, 16:24-17:1, 17:4 | I, NT |
| 14:16-20 | 14:12-15, 14:21-15:4, 16:24-17:1, 17:4 | I |
| 15:5-16:17 | 14:12-15, 14:21-15:4, 16:24-17:1, 17:4, 24:8-14 | 401, 402, 403, 602, F, H, I, NT |
| 38:7-42:24 | 14:12-15, 16:24-17:1, 17:4, 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 27:17-28:4, 56:1-6, 56:17-57:13, 58:8-59:6, 116:2-5, 116:8-9, 116:13-18, 155:25-156:2, 156:11-157:17, 157:22-159:15, 160:3-6, 160:14-23, 161:2-162:7, 162:12-163:8, 163:14-20; 165:8-10, 165:13-25 | 401, 402, 403, H, 602, Spec, F, I, NT |
| 43:13-45:9 | 156:11-157:17, 157:22-159:15, 160:3-6, 160:14-23, 161:2-162:7, 162:12-163:8, | I, NT |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 163:14-20; 165:8-10, 165:13-25 | |
| 48:16-53:13 | 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 27:17-28:4, 47:22-48:6, 56:1-6, 56:17-57:13, 58:8-59:6, 63:12-64:19, 116:2-5, 116:8-9 | 401, 402, 403, H, 602, F, Spec, 701, LC, I, NT |
| 81:7-85:2 | 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 47:1-8, 80:25-81:6; 85:3-8, 85:11-18, 85:21-24, 87:3-22, 215:10-13, 215:25-217:2, **Luis Guerra 12/4/2020 Deposition** at 37:15-38:12, 54:19-55:9. | 401, 402, 403, H, 602, F, Spec, I, NT |
| 88:14-93:1 | 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 27:17-28:4, 47:22-48:6, 56:1-6, 56:17-57:13, 58:8-59:6, 63:12-64:19 | 401, 402, 403, H, N, 602, F, Spec, 701, LC, I, NT |
| 94:23-107:15 | 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 85:11-18, 85:21-24, 87:3-22, 166:1-4, 166:12-168:21, 169:3-170:2, 176:20-23, 177:6-12, 177:15-179:9 | 401, 402, 403, F, 602, H, I, NT |
| 117:9-118:21 | 17:6-11, 18:14-16, 19:4-2020:3-23:4, 23:7, 116:2-5, 116:8-9, 116:13-22, 116:25-7, 118:22-25, 172:25-173:5, 174:4-13; **Joseph DiFalco 11/20/2020 Deposition** at 129:2-7, 129:11-17, 129:19-130:9, 130:11-131:12, 227:6-9, 230:6-233:5 | 401, 402, 403, I, NT |
| 123:23-126:6 | 196:8-10, 197:8-198:25, 199:3-5 | Spec, F, 602, I, NT |
| 127:13-128:17 | 196:8-10, 197:8-198:25, 199:3-5 | Spec, F, 602, I, NT |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 170:3-172:24 | 166:1-4, 166:12-168:21, 169:3-170:2, 172:25-173:5, 174:4-13, 176:20-23, 177:6-12, 177:15-179:9, 206:23-207:19, 208:4-209:16, 209:20-210:5, 210:10-211:10, 212:2-4, 212:8-213:13, 236:21-24, 237:6-238:13, 239:3-240:5, 240:9-242:15, 242:23-243:3 | 401, 402, 403, Spec, F, 602, H, I |
| 185:1-186:14 | 179:10-13, 180:3-19, 182:18-183:7, 183:20-184:25, 186:16-187:9, 187:19-21, 187:23-188:14, 188:18-20 | 401, 402, 403, Spec, F, 602, I, NT |
| 201:20-203:23 | 203:24-204:13 | 401, 402, 403, Spec, F, 602, H, I |
| 204:17-206:22 | 203:24-204:13, 206:23-207:19, 208:4-209:16, 209:20-210:5, 210:10-211:10, 212:2-4, 212:8-213:13, 236:21-24, 237:6-238:13, 239:3-240:5, 240:9-242:15, 242:23-243:3<br><br>I SHOULD COUNTER WITH N TRUST | 401, 402, 403, Spec, F, 602, H, I |
| 232:7-236:2 | 57:7-8, 59:11-60:3, 60:5-7, 60:10, 60:13-61:23, 85:11-18, 85:21-24, 87:3-22, 196:8-10, 197:8-198:25, 199:3-5, 206:23-207:19, 208:4-209:16, 209:20-210:5, 210:10-211:10, 212:2-4, 212:8-213:13, 236:21-24, 237:6-238:13, 239:3-240:5, 240:9-242:15, 242:23-243:3 | 401, 402, 403, Spec, F, 602, H, I |
| 251:16-262:2 | 14:12-15, 16:24-17:1, 17:4, 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 27:17-28:4, 56:1-6, 56:17-57:13, 58:8- | 401, 402, 403, Spec, F, 602, H, 611, 701, N, I, LC, S |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 59:6, 63:12-64:19, 116:2-5, 116:8-9, 116:13-18, 156:11-157:17, 157:22-159:15, 160:3-6, 160:14-23, 161:2-162:7, 162:12-163:8, 163:14-20; 165:8-10, 165:13-25 | |
| 263:1-280:6 | 14:12-15, 16:24-17:1, 17:4, 17:6-11, 18:14-16, 19:4-20, 20:3-23:4, 23:7, 27:17-28:4, 56:1-6, 56:17-57:13, 58:8-59:6, 63:12-64:19, 116:2-5, 116:8-9, 116:13-18, 156:11-157:17, 157:22-159:15, 160:3-6, 160:14-23, 161:2-162:7, 162:12-163:8, 163:14-20; 165:8-10, 165:13-25 | 401, 402, 403, Spec, F, 602, H, 701, S, I, LC, NT |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR JASON STAPLES (6/10/2020)

| Designation | Counter-Designation | Objection |
|:---:|:---:|:---:|
| 9:5-18 | | |
| 11:14-14:23 | | |
| 25:3-26:18 | 26:19-25; 27:1-9 | NT, I |
| 27:10-28:4 | 26:19-25; 27:1-9 | NT, I |
| 29:4-36:16 | | |
| 39:12-40:6 | | AF, F |
| 40:17-42:24 | | 611; NT; V, S, Spec |
| 43:1-45:10 | | NT; V; Spec, S |
| 45:12-24 | | Spec, S, V; NT |
| 46:2-52:22 | | Spec, S; V; F, AF; NT; Hyp |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR EDGAR THURMOND, JR. (12/8/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 8:4-9 | 34:12-21, 35:2-38:14, 38:17 | I |
| 11:1-18:13 | 18:14-15, 18:18-19, 19:2-9, 19:12-20, 19:24-20:2, 20:5-8, 34:12-21, 35:2-38:14, 38:17 | V, NT, Spec, 401, 402, 403, I |
| 30:16-34:11 | 34:12-21, 35:2-38:14, 38:17 | I, NT, F, V, C, 602 |
| 38:18-39:5 | 34:12-21, 35:2-38:14, 38:17, 47:2-8, 47:11, 51:4-20, 51:23, 102:20-103:5, 103:9 | I |
| 40:16-47:1 | 34:12-21, 35:2-38:14, 38:17, 47:2-8, 47:11, 51:4-20, 51:23, 102:20-103:5, 103:9, 130:5-7, 130:10-21 | I, Spec, NT, V, AF, M, 401, 402, 403 |
| 47:12-51:3 | 47:2-8, 47:11, 51:4-20, 51:23, 102:20-103:5, 103:9, 130:5-7, 130:10-21 | I, Spec, NT, M, 401, 402, 403 |
| 52:4-21 | 47:2-8, 47:11, 51:4-20, 51:23, 130:5-7, 130:10-21 | I, NT, V, 401, 402, 403 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 53:13-57:11 | 19:2-9, 19:12-20, 19:24-20:2, 20:5-8 | I, Spec, Hyp, V, NT, 401, 402, 403 |
| 65:20-67:16 | 67:17-68:9, 68:12, 68:18-22, 69:1, 69:4-6, 69:9-22 | I, NT, Spec, V, 401, 402, 403, 701 |
| 68:13-17 | 67:17-68:9, 68:12, 68:18-22, 69:1, 69:4-6, 69:9-22 | I, 401, 402, 403 |
| 104:19-107:8 | 74:21-75:11, 75:23-76:8, 76:14-24, 77:7-78:12, 78:22-80:1, 80:13-81:15, 84:13-23, 85:2-21, 87:19-21, 107:9-21, 108:1-4, 108:7-21, 109:1-17, 109:20-110:4, 110:7-11, 112:4-12, 130:5-7, 130:10-21 | I, NT, LC, V, Spec, 401, 402, 403 |
| 110:22-112:3 | 74:21-75:11, 75:23-76:8, 76:14-24, 77:7-78:12, 78:22-80:1, 80:13-81:15, 84:13-23, 85:2-21, 87:19-21, 107:9-21, 108:1-4, 108:7-21, 109:1-17, 109:20-110:4, 110:7-11, 112:4-12, 130:5-7, 130:10-21 | I, NT, F, V, Spec, 401, 402, 403 |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |

| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | 408 |
|---|---|
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | P |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | 611 |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | 701 |
| IMPROPER TESTIMONY BY EXPERT WITNESS | 702/703 |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | H |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | BSD |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | NT |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | S |
| ARGUMENTATIVE | Arg |
| MISCHARACTERIZATION | M |
| CALLS FOR LEGAL CONCLUSION | LC |
| NON-RESPONSIVE | NR |
| NARRATIVE | N |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR DARRIN THURSTON (12/9/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 5:23-6:11 | | 403, NT |
| 7:22-10:24 | 119:18-120:9 | I |
| 11:7-17 | 11:18-12:1 | I |
| 12:5-15 | 12:16-22 | I |
| 12:23-13:5 | 12:16-22 | I |
| 14:15-15:5 | | |
| 17:21-24 | | |
| 18:2 | | |
| 18:5-15 | 18:4 | I, 401, 402 |
| 18:18 | | I, 401, 402 |
| 19:8-11 | | 401, 402, 403, 701, F, Spec, V |
| 19:15 | | 401, 402, 403, 701, F, Spec, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 19:21-24 | 119:18-120:9 | 401, 402, V, I |
| 20:2 | 119:18-120:9 | 401, 402, V, I |
| 20:4-5 | 119:18-120:9 | 401, 402, V, I |
| 20:7 | 119:18-120:9 | 401, 402, V, I |
| 22:10-13 | 117:23-118:12 | 401, 402, Spec, V, 602, 701, I |
| 22:17 | 117:23-118:12 | 401, 402, 602, I |
| 22:19-24 | 117:23-118:12 | 401, 402, 602, I |
| 26:16-27:17 | | 401, 402 |
| 27:20 | | 401, 402 |
| 28:9-13 | | 401, 402 |
| 28:15 | | 401, 402 |
| 28:17-19 | | 401, 402, 611, 701 |
| 28:22 | | 401, 402, 611, 701 |
| 30:12-14 | | V, 401, 402, 403 |
| 30:16-31:1 | | V, 401, 402, 403 |
| 38:2-12 | 119:18-120:9 | Spec, V, I |
| 38:14-15 | 119:18-120:9 | V, 401, 402, 403, I |
| 38:17 | 119:18-120:9 | V, 401, 402, 403, I |
| 88:7-89:22 | | 611, Spec, C |
| 110:24 | | I |
| 111:11-16 | | 401, 402 |
| 111:22-112:3 | | 401, 402 |
| 112:15-24 | | V, 401, 402 |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 113:6-12 | | V, 401, 402 |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR SHANE TUNNELL (11/10/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 9:12-17 | 60:22-61:7; 67:15-22; 70:5-12; 70:22-71:22; 72:14-74:9 | I |
| 10:20-11:5 | 60:22-61:7; 67:15-22; 70:5-12; 70:22-71:22; 72:14-74:9 | I |
| 11:12-14:12 | 60:22-61:7; 67:15-22; 70:5-12; 70:22-71:22; 72:14-74:9 | I |
| 14:23-24 | 60:22-61:7; 67:15-22; 70:5-12; 70:22-71:22; 72:14-74:9 | I |
| 15:4-18:20 | 60:22-61:7; 67:15-22; 70:5-12; 70:22-71:22; 72:14-74:9 | I |
| 18:24-20:11 | | F; 701; H; Spec; 602; V; N |
| 20:20-24:7 | | 701; H; Spec; 602; V; N; NR; F; AF |
| 24:10-25:3 | | F; AF; V; Hyp; Spec; 701 |
| 25:12-26:2 | | V; Spec; 701; Hyp |
| 26:4-19 | | V; Spec; 701; Hyp |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 26:21-27:15 | | V; Spec; 701; Hyp |
| 27:17-28:25 | 91:21-92:1 | V; Spec; 701; Hyp; I |
| 29:11-30:23 | | V; Spec; 602; H; 701 |
| 31:1-32:16 | | V; Spec; 602; 701; LC |
| 33:3-18 | | |
| 33:20-22 | | |
| 34:12-35:21 | | H; 701; 602; Spec; LC |
| 35:23-36:1 | | 701; 602; Spec; LC; H |
| 36:3-38:4 | | 701; 602; Spec; LC; H; NR; 801; V |
| 38:6-39:7 | | 801; V; 602; Spec |
| 39:9-14 | | 801; V; 602; Spec |
| 39:16-21 | | 801; 602; Spec; V |
| 39:23-40:4 | 91:21-92:1 | 801; 602; Spec; V; I |
| 40:6-7 | 91:21-92:1 | V; I |
| 40:10-41:11 | 91:21-92:1 | H; V; Spec; 602; I |
| 41:13-42:19 | 91:21-92:1 | H; Spec; 602; LC; 701; I |
| 42:21-43:14 | 91:21-92:1 | H; Spec; 602; LC; 701; I |
| 43:16-44:9 | 91:21-92:1 | Spec; 602; LC; 701; H; I |
| 44:11-51:3 | 91:21-92:1 | Spec; 602; LC; 701; H; NT; N; V; AF; I |
| 51:21-54:5 | | H; Spec; 602; 701; V; LC |
| 54:7-22 | | Spec; 602; V; NR; 701 |
| 55:8-56:16 | | H; Spec; 602; 701; LC |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 56:18-57:3 | | Spec; 602; 701; LC; NT |
| 57:6-58:16 | | H; Spec; 602; 701; LC; NT |
| 58:18-22 | | Spec; 602; 701; LC |
| 58:24 | | Spec; 602; 701; LC |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | 401, 402 |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | 403 |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | 602 |
| LACKS FOUNDATION | F |
| CALLS FOR SPECULATION | Spec |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | I |
| VAGUE AND AMBIGUOUS | V |
| IMPROPER / INCOMPLETE HYPOTHETICAL | Hyp |
| COMPOUND | C |
| ASSUMES FACTS NOT IN EVIDENCE | AF |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | 408 |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | P |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | 611 |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | 701 |
| IMPROPER TESTIMONY BY EXPERT WITNESS | 702/703 |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | H |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | BSD |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | NT |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | S |
| ARGUMENTATIVE | Arg |
| MISCHARACTERIZATION | M |
| CALLS FOR LEGAL CONCLUSION | LC |

| NON-RESPONSIVE | **NR** |
|---|---|
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED, | ) | |
| | ) | |
| and | ) | C.A. NO. 19-1343-RGA-CJB |
| | ) | |
| SHURE ACQUISITION HOLDINGS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR TIMOTHY VALLEY (11/17/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:8-13 | | |
| 265:1-266:24 | 113:21-114:10; 114:16-25; 115:3-7; 115:9-16; 117:4-118:22, 118:24-119:6, 119:8-11, 119:13-21, 121:2-6 | 611, Spec, NT, I |
| 267:1-269:11 | 113:21-114:10; 114:16-25; 115:3-7; 115:9-16; 117:4-118:22, 118:24-119:6, 119:8-11, 119:13-21, 121:2-6 | I, F, Spec, 401, 402, 403, 611, M, C, L, LC |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |

| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
|---|---|
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR MICHAEL WILSON (6/23/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:17-10:4 | | V, NT |
| 10:14-12:22 | | S, 401, 402, 403, NT |
| 14:3-17 | 14:18-20, 15:4-10 | S, V, F, Hyp, Spec, I |
| 15:2-3 | 14:18-20, 15:4-10 | S, I, F |
| 15:16-16:11 | 30:9-19, 31:14-15, 31:17, 31:19-21, 32:3-10 | S, F, 602, Spec, 401, 402, 403, V, I |
| 17:18-18:6 | 30:9-19, 31:14-15, 31:17, 31:19-21, 32:3-10 | S, V, 401, 402, 403, I |
| 18:13-21:14 | 21:22-22:2, 22:4-6 | S, 401, 402, 403, I, NT |
| 22:8-27:12 | 72:19-73:16, 73:21-22, 74:4-10, 82:14-17, 83:1-85:1, 85:3-5 | V, NT, N, C, M, 401, 402, 403, H, I |
| 43:14-52:22 | 40:19-41:11, 41:14-16, 41:18-22, 53:1-4, 82:14-17, 83:1-85:1, 85:3-5; 85:12-87:2, 87:3-7, 87:11-88:15, 88:21-89:1, 89:4-19, 90:9-11, | S, NT, V, 401, 402, 403, LC, F, Spec, 602, M, H, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
| | 90:14-91:10, 91:12-13, 92:16-94:7 | |
| 53:15-58:19 | 40:19-41:11, 41:14-16, 41:18-22, 61:19-20, 62:2-11, 63:4-9, 63:11-64:3, 64:6-7, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 87:3-7, 87:11-88:15, 88:21-89:1, 89:4-19, 90:9-11, 90:14-91:10, 91:12-13, 92:16-94:7 | NT, 401, 402, 403, S, V, I |
| 64:13-72:17 | 40:19-41:11, 41:14-16, 41:18-22, 72:19-73:16, 73:21-22, 74:4-10, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 87:3-7, 87:11-88:15, 88:21-89:1, 89:4-19, 90:9-11, 90:14-91:10, 91:12-13, 92:16-94:7 | NT, 401, 402, 403, I |
| 74:19-22 | 35:6-36:21, 37:1-9, 37:12-19, 40:19-41:11, 41:14-16, 41:18-22, 74:11-13, 76:15-18, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 92:16-94:7 | 401, 402, 403, I |
| 77:1-79:11 | 35:6-36:21, 37:1-9, 37:12-19, 40:19-41:11, 41:14-16, 41:18-22, 74:11-13, 76:15-18, 80:13-20, 81:1-2, 81:11-82:8, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 92:16-94:7 | 401, 402, 403, I |
| 80:2-12 | 35:6-36:21, 37:1-9, 37:12-19, 40:19-41:11, 41:14-16, 41:18-22, 80:13-20, 81:1-2, 81:11-82:8, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 87:11-88:15, 88:21-89:1, 89:4-19, 90:9-11, 90:14-91:10, 91:12-13, 92:16-94:7 | 401, 402, 403, I |
| 80:21-22 | 35:6-36:21, 37:1-9, 37:12-19, 40:19-41:11, 41:14-16, | 401, 402, 403, I |

| Designation | Counter-Designation | Objection |
|---|---|---|
|  | 41:18-22, 80:13-20, 81:1-2, 81:11-82:8, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2, 92:16-94:7 |  |
| 81:3-9 | 35:6-36:21, 37:1-9, 37:12-19, 80:13-20, 81:1-2, 81:11-82:8, 82:14-17, 83:1-85:1, 85:3-5, 85:12-87:2 | 401, 402, 403, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |

| NON-RESPONSIVE | **NR** |
| --- | --- |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, ) | |
| ) | |
| and ) | C.A. NO. 19-1343-RGA-CJB |
| ) | |
| SHURE ACQUISITION HOLDINGS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARONE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ED WOLFFE (8/14/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 7:11-20 | | |
| 8:1-9:8 | | |
| 9:14-11:25 | 9:9-13 | I |
| 12:11-13:6 | | |
| 13:18-14:18 | 14:23-15:9 | Spec, V, I |
| 14:20-22 | | |
| 15:10-17 | | V, Spec |
| 15:19-16:17 | | C, V |
| 16:19-17:5 | 17:8-18 | I |
| 18:12-14 | | |
| 20:23-21:19 | | |
| 22:11-18 | 22:19-22; 23:5-10 | I |
| 23:19-23 | | Spec, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 23:25-24:4 | | Spec, V |
| 24:6-25:10 | | Spec, V |
| 25:17-26:18 | | NT; V |
| 26:21-27:18 | | |
| 28:11-14 | | V |
| 28:23-30:2 | | Spec |
| 30:4-16 | | Spec |
| 30:18-33:23 | 33:24-34:3 | V, I |
| 34:17-36:3 | | |
| 36:7-19 | | |
| 37:20-38:3 | 38:4-13 | I |
| 38:14-21 | 38:4-13 | I |
| 39:17-40:1 | | V |
| 40:4-7 | | |
| 40:11-41:7 | | Spec, V, S, F |
| 41:9-12 | | F, AF, S |
| 41:14-19 | | |
| 43:21-44:7 | | S, Spec, V |
| 44:18-21 | 45:2-6 | F, S, Spec, V, I |
| 45:7-9 | | |
| 46:2-12 | | V, NT |
| 46:24-47:8 | 47:9-13 | I |
| 48:8-21 | | Spec, C, V |

| Designation | Counter-Designation | Objection |
|---|---|---|
| 67:23-68:6 | | |
| 68:13-71:12 | | |
| 71:18-73:5 | 73:18-74:9 | I |
| 75:20-76:5 | | |
| 76:20-77:3 | | Spec, LC, V |
| 77:7-11 | | |
| 77:20-78:22 | | |
| 79:9-16 | | LC, Spec, V, M, AF, F |
| 83:5-84:16 | | |
| 85:8-86:3 | 86:4-19 | I |
| 86:20-87:2 | 86:4-19 | I |
| 87:7-89:2 | | |
| 89:6-8 | | |
| 90:1-6 | 90:7-91:21 | I |
| 91:22-92:18 | 90:7-91:21 | I |
| 93:9-21 | | V |
| 94:14-95:5 | 95:6-25 | I |
| 96:1-16 | 95:6-25 | M, I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHURE INCORPORATED, | ) |
| | ) |
| and | ) C.A. NO. 19-1343-RGA-CJB |
| | ) |
| SHURE ACQUISITION HOLDINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARONE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR GLENN YATES (5/15/2020)

| Designation | Counter-Designation | Objection |
|---|---|---|
| 6:4-11:6 | 48:23-51:8; 52:12-21; 54:4-18; 83:24-84:5; 85:6-8 | H; 602; Spec; 701; I |
| 12:2-19:9 | 83:24-84:5 | H; N; NT; AF; I |
| 20:1-25:1 | 83:24-84:5 | H; AF; NT; C; 602; Spec; 701; LC; I |
| 27:16-35:4 | | H; NT; AF; LC; 701; 602; Spec; V |
| 35:8-14 | | 701; 602; Spec; LC; AF |
| 36:20-39:25 | | 701; 602; Spec; NR; V; 403; H; NT |
| 63:6-64:3 | | 401; 403 |
| 64:7-67:3 | | NT |
| 70:20-71:24 | | H |
| 73:3-74:9 | | 701; 602; Spec; H; NT |
| 74:16-77:15 | | H; Spec; 602 |

| Designation | Counter-Designation | Objection |
|:-----------:|:-------------------:|:---------:|
| 80:13-22 | | |
| 83:6-22 | | |
| 84:10-18 | 83:24-84:5 | I |

| Description | Objections |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **401, 402** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING, MISLEADING, DELAY, AND/OR WASTE OF TIME) | **403** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE OR COMPETENCY) | **602** |
| LACKS FOUNDATION | **F** |
| CALLS FOR SPECULATION | **Spec** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **I** |
| VAGUE AND AMBIGUOUS | **V** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hyp** |
| COMPOUND | **C** |
| ASSUMES FACTS NOT IN EVIDENCE | **AF** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **P** |
| FEDERAL RULE OF EVIDENCE 611(C) (LEADING) | **611** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **H** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS | **BSD** |
| NOT TESTIMONY – INCLUDES ATTORNEY OBJECTIONS AND/OR DISCUSSIONS BETWEEN ATTORNEYS | **NT** |
| BEYOND SCOPE OF 30(b)(6) NOTICE / QUESTIONS | **S** |
| ARGUMENTATIVE | **Arg** |
| MISCHARACTERIZATION | **M** |
| CALLS FOR LEGAL CONCLUSION | **LC** |
| NON-RESPONSIVE | **NR** |
| NARRATIVE | **N** |

# EXHIBIT 11

# Defendant's Deposition Designations, Plaintiff's Objections, and Counter Designations

| Transcript Date | Deponent | ClearOne's Affirmative Designation | Shure's Objections | Shure's Counter-Designations | ClearOne's Objections |
|---|---|---|---|---|---|
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 6:22 - 6:23 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 7:2 - 7:5 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 12:5 - 12:17 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 12:18 - 12:19 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 13:10 - 13:16 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 13:22 - 14:11 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 14:24 - 15:17 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 17:8 - 17:21 | | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 17:1 - 17:4 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 17:25 - 18:12 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 18:23 - 19:2 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 19:8 - 20:1 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 21:15 - 21:24 | v | 20:22-25; 21:25-22:23 | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 27:4 - 27:13 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 27:22 - 27:25 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 28:13 - 28:16 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 32:9 - 33:6 | R, Sp | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 34:11 - 35:1 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 35:24 - 36:9 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 38:14 - 39:1 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 40:19 - 41:4 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 41:10 - 42:17 | R | | |
| June 19 2020 | Abraham_Mathew_DE_20200619 | 51:2 - 51:17 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 55:1 - 55:9 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 55:13 - 55:18 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 57:20 - 58:17 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 59:21 - 59:23 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 60:10 - 60:24 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 63:25 - 64:9 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 64:12 - 64:20 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 66:7 - 66:14 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 66:15 - 67:5 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 67:13 - 67:17 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 68:9 - 68:14 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 69:1 - 69:12 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 75:19 - 76:4 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 76:10 - 76:16 | R | | |
| June 19, 2020 | Abraham_Mathew_DE_20200619 | 86:23 - 87:12 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 5:4 - 5:12 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 6:14 - 6:23 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 7:2 - 8:5 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 8:10 - 8:25 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 9:2 - 9:5 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 9:6 - 9:17 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 11:8 - 12:16 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 12:17 - 12:23 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 12:24 - 14:4 | | | |
| January 4 2019 | Abraham_Mathew_IL_20190104 | 14:5 - 15:18 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 15:20 - 16:5 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 16:6 - 16:20 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 16:22 - 16:22 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 16:24 - 18:4 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 18:6 - 18:18 | | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 19:7 - 19:18 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 20:3 - 20:23 | R | | |

| January, 4, 2019 | Abraham_Mathew IL_20190104 | 23:2 - 23:25 | R | | |
|---|---|---|---|---|---|
| January 4 2019 | Abraham_Mathew_IL_20190104 | 25:12 - 26:5 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 28:22 - 29:3 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 29:10 - 29:19 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 29:21 - 29:25 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 30:14 - 31:2 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 34:14 - 35:3 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 36:7 - 36:20 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 36:21 - 36:23 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 37:2 - 37:12 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 39:23 - 40:21 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 41:23 - 42:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 43:7 - 44:4 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 44:7 - 44:14 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 44:20 - 45:13 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 45:14 - 45:25 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 46:5 - 46:10 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 46:20 - 47:18 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 52:3 - 52:10 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 52:13 - 53:2 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 53:22 - 54:19 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 62:21 - 64:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 64:6 - 64:20 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 65:18 - 65:20 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 67:5 - 67:8 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 67:9 - 67:21 | R | | |
| January 4 2019 | Abraham_Mathew_IL_20190104 | 67:25 - 68:20 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 68:22 - 68:24 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 69:3 - 69:12 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 69:13 - 70:13 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 70:14 - 71:9 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 73:5 - 73:23 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 74:7 - 74:13 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 76:3 - 76:13 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 76:23 - 77:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 77:7 - 77:10 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 77:23 - 78:3 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 82:6 - 83:2 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 83:9 - 83:15 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 83:21 - 84:6 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 85:8 - 85:18 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 85:19 - 85:23 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 85:25 - 86:9 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 86:24 - 87:17 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 87:18 - 87:20 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 87:23 - 88:13 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 88:14 - 89:10 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 89:16 - 90:13 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 90:16 - 91:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 91:10 - 95:14 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 96:4 - 98:4 | R | | |
| January 4 2019 | Abraham_Mathew_IL_20190104 | 98:5 - 98:15 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 100:11 - 101:9 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 102:25 - 103:5 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 103:8 - 103:25 | R | | |
| January, 4, 2019 | Abraham_Mathew IL_20190104 | 104:3 - 104:9 | R | | |

| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 105:24 - 106:9 | R | | |
|---|---|---|---|---|---|
| January 4 2019 | Abraham_Mathew_IL_20190104 | 106:11 - 106:25 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 109:8 - 109:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 109:25 - 110:4 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 111:11 - 111:23 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 114:24 - 115:14 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 115:17 - 115:21 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 116:4 - 117:9 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 117:18 - 117:25 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 122:13 - 122:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 122:24 - 123:3 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 124:2 - 124:4 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 128:20 - 129:4 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 129:5 - 129:7 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 129:9 - 129:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 130:22 - 130:24 | R, P, V, L | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 130:10 - 130:20 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 131:2 - 131:9 | R, P, V, L | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 131:13 - 131:17 | R, P, V, L | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 131:20 - 132:2 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 132:5 - 132:5 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 132:12 - 132:15 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 132:19 - 133:2 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 133:3 - 133:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 133:25 - 134:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 134:7 - 134:11 | R | | |
| January 4 2019 | Abraham_Mathew_IL_20190104 | 136:6 - 136:9 | R P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 136:20 - 137:10 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 137:17 - 137:18 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 138:14 - 138:15 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 138:20 - 139:7 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 139:9 - 139:14 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 140:3 - 140:7 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 144:18 - 146:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 146:10 - 146:15 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 146:19 - 147:8 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 147:9 - 147:15 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 147:19 - 147:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 149:5 - 150:3 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 150:5 - 150:15 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 150:16 - 153:13 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 153:18 - 153:22 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 153:25 - 155:2 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 155:4 - 155:15 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 155:23 - 156:6 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 156:10 - 156:10 | R, P | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 157:13 - 158:7 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 158:8 - 159:7 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 159:11 - 160:6 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 160:10 - 160:22 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 162:8 - 162:21 | R | | |
| January 4 2019 | Abraham_Mathew_IL_20190104 | 165:19 - 165:25 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 166:2 - 167:3 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 167:4 - 168:5 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 168:7 - 168:12 | R | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 169:2 - 169:11 | R | | |

| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 169:24 - 170:12 | R | |
| January, 4 2019 | Abraham_Mathew_IL_20190104 | 170:15 - 171:24 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 171:25 - 172:6 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 172:11 - 172:14 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 175:11 - 176:4 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 176:5 - 176:14 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 180:21 - 181:9 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 181:10 - 181:13 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 181:22 - 182:19 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 182:20 - 185:5 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 185:7 - 186:6 | | 186:7-14 |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 188:21 - 188:25 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 189:8 - 191:6 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 192:10 - 192:20 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 192:21 - 192:25 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 194:13 - 195:7 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 196:2 - 196:17 | R | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 200:14 - 200:16 | | |
| January, 4, 2019 | Abraham_Mathew_IL_20190104 | 200:19 - 200:19 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 6:10 - 6:12 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 7:12 - 8:9 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 9:10 - 9:25 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 10:1 - 10:4 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 10:6 - 12:4 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 12:13 - 13:12 | S | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 13:22 - 14:12 | L, AF, H | |
| January 9 2020 | Abraham_Mathew_IL_20200109 | 14:16 - 14:23 | S  M  V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 15:2 - 16:4 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 16:8 - 16:18 | S, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 16:19 - 16:20 | S | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 16:23 - 16:24 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 17:2 - 17:6 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 17:21 - 17:24 | M | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 18:2 - 18:12 | M, AA | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 18:15 - 19:9 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 19:17 - 20:4 | S, M, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 19:13 - 19:15 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 21:4 - 22:5 | S, R, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 22:6 - 22:10 | S, R, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 22:11 - 22:20 | S, R, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 22:23 - 23:13 | S | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 25:22 - 26:5 | S, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 25:13 - 25:20 | S, V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 27:17 - 28:4 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 28:14 - 29:12 | V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 28:5 - 28:12 | V | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 28:14 - 29:12 | | 30:9-15 |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 29:21 - 29:24 | | 30:9-15 |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 30:16 - 33:5 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 30:4 - 30:7 | | 30:9-15 |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 33:13 - 33:16 | | |
| January 9 2020 | Abraham_Mathew_IL_20200109 | 33:19 - 34:7 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 47:23 - 48:11 | Sp | 48:12-15 |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 48:16 - 49:1 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 50:23 - 51:8 | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 51:9 - 51:22 | | |

| | | | | | |
|---|---|---|---|---|---|
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 53:5 - 53:7 | | | |
| January 9 2020 | Abraham_Mathew_IL_20200109 | 53:10 - 53:16 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 54:19 - 54:22 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 54:14 - 54:16 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 57:4 - 57:13 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 57:14 - 57:18 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 57:21 - 57:22 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 57:23 - 58:14 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 58:15 - 58:25 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 59:1 - 59:2 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 59:5 - 59:7 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 67:19 - 67:24 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 71:2 - 71:7 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 71:10 - 71:16 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 71:19 - 72:3 | | | |
| January, 9, 2020 | Abraham_Mathew_IL_20200109 | 72:6 - 72:13 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 6:1 - 6:11 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 9:5 - 11:2 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 14:22 - 15:11 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 44:20 - 45:1 | | 44:20-45:15 | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 45:16 - 45:22 | | 45:16 - 47:19 | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 47:20 - 48:1 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 49:22 - 50:9 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 58:25 - 59:8 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 59:17 - 60:14 | | 59:17 - 62:16 | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 62:18 - 62:25 | | | |
| May 28 2020 | Bencsik_Chris_DE_20200528 | 66:4 - 67:17 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 69:20 - 70:5 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 71:3 - 71:17 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 71:18 - 72:8 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 72:10 - 73:2 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 73:3 - 73:17 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 74:5 - 74:21 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 74:22 - 75:13 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 75:14 - 76:20 | | | |
| May 28, 2020 | Bencsik_Chris_DE_20200528 | 77:2 - 77:17 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 8:1 - 8:4 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 8:5 - 8:12 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 8:18 - 9:6 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 10:11 - 10:11 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 22:19 - 23:1 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 23:2 - 23:20 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 24:19 - 25:22 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 25:23 - 26:16 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 26:17 - 28:5 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 28:6 - 28:8 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 28:10 - 28:10 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 28:12 - 28:20 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 29:11 - 29:23 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 31:8 - 31:18 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 34:5 - 34:8 | | | |
| November 11 2020 | Berger_Cassie_DE_20201111 | 34:19 - 35:3 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 35:7 - 36:9 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 36:13 - 38:2 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 38:4 - 38:10 | V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 38:12 - 38:20 | V, M | | |

| | | | | |
|---|---|---|---|---|
| November 11, 2020 | Berger_Cassie_DE_20201111 | 38:23 - 39:2 | V, M | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 44:19 - 46:2 | V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 57:9 - 58:3 | | 55:15-56:14, 58:4-22 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 62:22 - 63:19 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 63:21 - 64:4 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 64:5 - 65:14 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 65:23 - 65:25 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 66:1 - 67:8 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 67:9 - 67:19 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 68:4 - 68:8 | V, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 68:12 - 68:15 | V, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 68:18 - 69:1 | V, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 69:9 - 69:16 | Sp, V, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 69:18 - 70:21 | Sp, V, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 70:24 - 72:1 | Sp, V, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 72:2 - 72:19 | Sp, V, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 72:22 - 72:23 | Sp, V, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 74:6 - 74:10 | AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 74:13 - 74:24 | AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 78:1 - 78:2 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 78:16 - 78:24 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 80:8 - 81:17 | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 81:19 - 82:4 | | 82:8-19 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 83:16 - 84:4 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 85:20 - 86:3 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 86:7 - 86:16 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 89:15 - 89:19 | R  P | 89:10-14 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 89:21 - 90:14 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 90:17 - 91:2 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 92:4 - 92:9 | R, P | 91:23-92:3 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 92:10 - 93:3 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 93:23 - 94:10 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 94:11 - 94:19 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 95:10 - 95:12 | R, M, V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 95:14 - 95:15 | R, M, V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 96:13 - 96:17 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 96:18 - 96:21 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 96:24 - 97:12 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 97:14 - 97:22 | R, V, M | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 98:17 - 99:8 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 99:23 - 100:9 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 102:22 - 103:15 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 103:18 - 104:17 | R, P, V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 104:19 - 104:20 | R, P | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 109:1 - 109:14 | R, P | 109:15-21, 109:24-110:8 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 113:10 - 113:17 | R, H, V, Sp, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 113:20 - 113:25 | R, H, V, Sp, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 115:2 - 115:5 | R, V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 115:7 - 116:9 | R, V | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 116:12 - 117:4 | R, V, AF, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 117:5 - 117:9 | R, V, AF, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 125:14 - 125:21 | R. V  Sp  H  F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 125:23 - 126:6 | R, V, Sp, H, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 125:7 - 125:13 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 134:1 - 134:13 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 137:2 - 137:4 | R | |

| November 11, 2020 | Berger_Cassie_DE_20201111 | 137:6 - 137:17 | R, AF, M | |
|---|---|---|---|---|
| November 11, 2020 | Berger_Cassie_DE_20201111 | 137:19 - 137:23 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 140:7 - 140:13 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 141:17 - 142:22 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 143:17 - 143:22 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 144:4 - 145:2 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 145:21 - 146:4 | R | 146:5-18, 146:21-147:1, 148:8-17, 148:19-22, 148:24-149:1, 149:3-150:8, 150:12-16 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 154:14 - 155:9 | R | 146:5-18, 146:21-147:1, 148:8-17, 148:19-22, 148:24-149:1, 149:3-150:8, 150:12-16 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 155:12 - 155:16 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 164:1 - 164:17 | R | 164:25-165:4, 165:6-13 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 164:20 - 164:23 | R, F, Sp | 164:25-165:4, 165:6-13 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 165:16 - 165:20 | R | 164:25-165:4, 165:6-13 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 165:23 - 166:9 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 168:3 - 169:5 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 173:7 - 174:13 | R | 177:2-7, 10-15 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 175:14 - 176:9 | R, P | 177:2-7, 10-15 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 177:21 - 178:7 | R, P | 177:2-7, 10-15 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 178:10 - 178:18 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 180:14 - 181:6 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 181:7 - 182:5 | R, P | 182:6-12, 182:15-184:10 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 185:21 - 185:25 | R, Sp, AF | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 186:3 - 186:25 | R | |
| November 11 2020 | Berger_Cassie_DE_20201111 | 187:14 - 187:19 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 187:23 - 188:3 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 188:5 - 188:25 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 193:21 - 194:4 | R | 194:5-22, 195:24-196:4 |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 196:5 - 197:7 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 201:24 - 203:5 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 203:6 - 203:21 | R, V, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 203:24 - 205:15 | R, V, F | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 207:17 - 208:20 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 208:23 - 209:1 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 210:24 - 211:22 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 211:25 - 212:3 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 217:23 - 218:12 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 219:20 - 219:25 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 225:13 - 225:22 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 227:14 - 227:17 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 228:8 - 228:11 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 228:13 - 228:14 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 229:15 - 229:21 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 229:22 - 230:1 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 230:12 - 231:6 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 231:7 - 231:15 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 232:13 - 232:21 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 233:18 - 233:23 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 234:1 - 234:5 | R | |
| November 11 2020 | Berger_Cassie_DE_20201111 | 234:25 - 235:19 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 235:22 - 236:18 | R, V, M | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 238:2 - 239:23 | R | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 242:10 - 242:22 | R, P, Sp | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 242:23 - 243:18 | R, P, Sp | |

| November 11, 2020 | Berger_Cassie_DE_20201111 | 243:19 - 243:22 | R, P, Sp | | |
| November 11 2020 | Berger_Cassie_DE_20201111 | 243:25 - 244:5 | R P Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 245:7 - 249:4 | R, P, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 249:6 - 249:24 | R, P, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 250:9 - 251:24 | R, P, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 252:2 - 252:12 | R, P, Sp, M | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 252:15 - 252:21 | R, P, Sp, M | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 255:15 - 256:19 | R, P | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 264:14 - 264:21 | Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 267:6 - 267:20 | M, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 267:22 - 267:22 | M, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 268:14 - 268:18 | F, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 268:21 - 269:16 | F, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 270:2 - 270:9 | M, F, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 270:12 - 270:24 | M, F, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 271:21 - 272:16 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 273:10 - 273:21 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 273:24 - 275:21 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 276:9 - 276:24 | V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 277:1 - 277:19 | V, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 277:21 - 278:7 | V, Sp, F | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 278:10 - 278:24 | V, F | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 279:1 - 279:5 | V, F | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 279:7 - 279:18 | AF, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 279:24 - 281:3 | V, F | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 279:21 - 279:22 | V, F | | |
| November 11 2020 | Berger_Cassie_DE_20201111 | 281:4 - 281:9 | V F | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 281:12 - 282:6 | V, F, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 282:9 - 282:17 | V, F, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 282:19 - 283:11 | V, F, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 283:14 - 284:14 | V, F, Sp | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 284:24 - 285:25 | | 287:19-288:23 | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 286:3 - 286:14 | | 287:19-288:23 | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 287:5 - 287:8 | | 287:19-288:23 | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 288:25 - 289:23 | Sp, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 291:4 - 291:9 | M, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 291:12 - 291:18 | M, V | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 295:4 - 296:14 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 297:5 - 297:15 | | | |
| November 11, 2020 | Berger_Cassie_DE_20201111 | 297:16 - 298:4 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 7:19 - 7:24 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 10:3 - 12:19 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 15:6 - 15:19 | F, V | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 15:22 - 15:22 | F, V | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 15:23 - 16:23 | F, V | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 17:4 - 18:6 | F, V | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 18:10 - 18:22 | | 18:18-19:9 | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 19:6 - 19:10 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 19:14 - 20:18 | V, Sp | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 20:20 - 20:21 | V, Sp | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 21:25 - 22:9 | | 21:25-23:15 | |
| June 8 2020 | Bullard_Jon_DE_20200608 | 24:13 - 25:1 | V Sp | 24:2-25:1 | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 25:8 - 25:21 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 27:3 - 27:21 | V, Sp | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 27:24 - 28:2 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 28:9 - 29:19 | | | |

| | | | | | |
|---|---|---|---|---|---|
| June 8, 2020 | Bullard_Jon_DE_20200608 | 39:18 - 40:5 | | | 39:18 - 40:9 |
| June 8 2020 | Bullard_Jon_DE_20200608 | 40:10 - 40:20 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 40:21 - 41:8 | | | 40:21-42:4 |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 42:21 - 43:12 | | | 42:21-43:24 |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 43:25 - 44:25 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 48:25 - 50:12 | | | 48:25-51:10 |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 51:11 - 52:2 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 54:24 - 55:14 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 55:5 - 55:8 | | | |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 60:7 - 60:11 | | | 60:7-22 |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 60:14 - 60:22 | | | 60:7-22 |
| June 8, 2020 | Bullard_Jon_DE_20200608 | 62:10 - 62:16 | | | |
| December 22, 2017 | Cerra_David_IL_20171222 | 13:23 - 21:10 | | | |
| December 22, 2017 | Cerra_David_IL_20171222 | 63:6 - 63:11 | | | 63:13-17 |
| December 22, 2017 | Cerra_David_IL_20171222 | 244:9 - 244:12 | R | | |
| December 22, 2017 | Cerra_David_IL_20171222 | 245:10 - 246:10 | R | | |
| December 22, 2017 | Cerra_David_IL_20171222 | 246:14 - 246:16 | R, P | | |
| December 22, 2017 | Cerra_David_IL_20171222 | 247:15 - 247:21 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 4:2 - 4:11 | | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 5:16 - 5:19 | | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 18:25 - 19:15 | | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 20:21 - 21:14 | | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 57:9 - 57:14 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 57:22 - 60:10 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 62:24 - 64:9 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 64:12 - 64:21 | R | | |
| October 30 2018 | Cerra_David_IL_20181030 | 65:5 - 65:9 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 65:11 - 65:20 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 65:23 - 67:4 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 67:6 - 67:9 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 70:2 - 70:21 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 70:24 - 71:13 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 71:16 - 71:20 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 72:3 - 72:9 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 73:4 - 73:12 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 73:24 - 74:22 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 133:5 - 133:20 | R | | 133:21-23; 134:2-3, 5-6, 8-12, 14-18. |
| October 30, 2018 | Cerra_David_IL_20181030 | 135:10 - 135:13 | F | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 162:17 - 162:25 | V, M | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 163:4 - 163:17 | V, M | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 164:3 - 164:10 | | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 166:5 - 166:12 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 166:15 - 166:16 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 167:3 - 167:6 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 167:9 - 167:10 | R | | |
| October 30, 2018 | Cerra_David_IL_20181030 | 175:16 - 176:22 | V | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 8:9 - 8:13 | | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 26:10 - 27:10 | V | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 27:25 - 29:25 | V, Sp | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 32:25 - 33:14 | | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 39:16 - 40:3 | R | | |
| February 1 2019 | Cerra_David_IL_20190201 | 55:4 - 55:9 | R | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 68:13 - 68:25 | R | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 71:4 - 71:11 | R | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 72:2 - 72:12 | R | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 72:15 - 72:25 | R | | |

| | | | | |
|---|---|---|---|---|
| February 1, 2019 | Cerra_David_IL_20190201 | 73:2 - 73:2 | R | |
| February 1 2019 | Cerra_David_IL_20190201 | 73:5 - 73:7 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 73:8 - 73:13 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 73:17 - 73:18 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 128:14 - 128:25 | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 129:2 - 129:9 | AA | |
| February 1, 2019 | Cerra_David_IL_20190201 | 129:11 - 129:11 | AA | |
| February 1, 2019 | Cerra_David_IL_20190201 | 131:25 - 133:7 | R, V | |
| February 1, 2019 | Cerra_David_IL_20190201 | 133:11 - 133:12 | R, V, S | |
| February 1, 2019 | Cerra_David_IL_20190201 | 133:13 - 133:15 | R, V, S | |
| February 1, 2019 | Cerra_David_IL_20190201 | 133:19 - 134:17 | R, S | |
| February 1, 2019 | Cerra_David_IL_20190201 | 134:21 - 134:21 | R, S | |
| February 1, 2019 | Cerra_David_IL_20190201 | 134:24 - 135:7 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 136:6 - 136:15 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 136:18 - 136:18 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 145:19 - 146:4 | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 146:7 - 146:15 | | |
| February 1, 2019 | Cerra_David_IL_20190201 | 173:25 - 174:2 | R | |
| February 1, 2019 | Cerra_David_IL_20190201 | 175:21 - 176:6 | R | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 6:23 - 7:5 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 9:16 - 9:21 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 12:20 - 13:1 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 14:12 - 14:18 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 14:20 - 15:8 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 15:22 - 15:24 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 16:12 - 17:9 | | |
| July 7 2020 | Cho_Elizabeth_DE_20200707 | 17:21 - 18:1 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 19:6 - 19:23 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 20:14 - 21:12 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 22:9 - 23:8 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 23:9 - 23:24 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 23:25 - 24:16 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 26:5 - 26:15 | | 25:12-26:4 |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 26:16 - 27:11 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 27:23 - 28:13 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 29:12 - 30:13 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 30:17 - 31:9 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 31:10 - 32:1 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 32:5 - 33:6 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 34:8 - 34:25 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 35:1 - 35:19 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 35:23 - 36:19 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 36:20 - 36:20 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 36:25 - 37:12 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 37:23 - 38:22 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 39:11 - 40:1 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 40:22 - 41:17 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 41:18 - 42:5 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 42:13 - 43:5 | | 43:19-24 |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 44:4 - 44:9 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 44:15 - 45:8 | | |
| July 7 2020 | Cho_Elizabeth_DE_20200707 | 45:13 - 45:17 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 46:4 - 46:19 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 46:25 - 47:12 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 47:25 - 48:22 | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 48:23 - 49:4 | | |

| | | | | | |
|---|---|---|---|---|---|
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 49:7 - 49:16 | | | |
| July 7 2020 | Cho_Elizabeth_DE_20200707 | 49:23 - 50:13 | M | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 50:16 - 50:18 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 51:1 - 51:8 | | 51:9-17 | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 52:9 - 52:15 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 52:16 - 54:18 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 54:19 - 56:17 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 57:2 - 57:17 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 58:5 - 58:15 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 58:19 - 59:2 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 59:10 - 59:17 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 62:23 - 63:9 | | | |
| July 7, 2020 | Cho_Elizabeth_DE_20200707 | 63:15 - 63:23 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 5:8 - 5:10 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 10:9 - 10:13 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 11:3 - 12:2 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 14:21 - 14:24 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 15:7 - 15:18 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 17:12 - 17:16 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 36:7 - 36:13 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 36:21 - 37:1 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 37:4 - 37:14 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 38:23 - 39:10 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 39:13 - 39:16 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 40:8 - 40:18 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 49:8 - 49:24 | | 51:24-52:19 | |
| October 7 2020 | Christensen_Cliff_DE_20201007 | 50:23 - 51:1 | | 51:24-52:19 | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 51:8 - 51:23 | | 51:24-52:19 | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 56:1 - 57:7 | | | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 66:19 - 67:13 | | 69:21-70:2 | |
| October 7, 2020 | Christensen_Cliff_DE_20201007 | 68:25 - 69:20 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 15:9 - 15:16 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 15:25 - 17:7 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 17:18 - 18:4 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 18:9 - 19:5 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 19:17 - 20:13 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 25:7 - 26:3 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 26:4 - 26:18 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 31:7 - 31:25 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 32:10 - 33:5 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 34:12 - 35:2 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 35:15 - 36:12 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 36:17 - 37:10 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 37:18 - 37:24 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 42:25 - 43:22 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 44:19 - 45:21 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 45:25 - 54:5 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 54:21 - 55:9 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 56:24 - 57:22 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 58:1 - 58:18 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 61:2 - 61:13 | | | |
| August 19 2020 | Clingman_Darrell_DE_20200819 | 61:23 - 62:3 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 63:24 - 64:11 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 66:22 - 67:9 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 67:24 - 68:1 | | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 68:5 - 68:22 | | | |

| | | | | |
|---|---|---|---|---|
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 69:11 - 69:24 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 70:9 - 70:15 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 70:18 - 70:25 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 71:5 - 71:14 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 71:15 - 72:3 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 72:10 - 72:21 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 72:22 - 73:5 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 73:16 - 74:1 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 74:9 - 74:25 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 75:22 - 76:11 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 76:15 - 77:10 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 79:15 - 79:21 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 82:2 - 82:8 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 90:6 - 90:20 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 94:25 - 95:5 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 97:17 - 98:4 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 100:21 - 101:6 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 106:2 - 106:13 | | |
| August 19, 2020 | Clingman_Darrell_DE_20200819 | 107:19 - 108:6 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 7:8 - 7:13 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 9:6 - 11:5 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 11:9 - 15:25 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 16:17 - 17:13 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 17:14 - 17:25 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 18:2 - 18:17 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 18:18 - 19:13 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 19:22 - 20:10 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 20:17 - 21:11 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 22:22 - 23:10 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 23:20 - 24:2 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 25:5 - 25:8 | | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 26:14 - 28:13 | H, Sp | |
| January 22, 2021 | Coward_Daniel_IL_20210122 | 28:17 - 29:12 | H, Sp | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 4:25 - 5:3 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 8:24 - 9:16 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 11:25 - 12:3 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 12:4 - 12:24 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 14:14 - 14:21 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 15:5 - 15:22 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 16:17 - 17:21 | | 18:14-19:2 |
| December 17, 2020 | Daube_Doug_IL_20201217 | 19:14 - 20:8 | | 18:14-19:2 |
| December 17, 2020 | Daube_Doug_IL_20201217 | 20:9 - 21:6 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 21:14 - 21:16 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 21:25 - 22:3 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 22:4 - 25:3 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 27:13 - 27:20 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 27:21 - 28:5 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 28:6 - 28:10 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 34:6 - 34:17 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 37:1 - 37:4 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 38:1 - 38:7 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 41:10 - 41:14 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 42:11 - 42:17 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 46:25 - 47:2 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 47:5 - 47:7 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 53:15 - 53:18 | M, V | |

| | | | | |
|---|---|---|---|---|
| December 17, 2020 | Daube_Doug_IL_20201217 | 53:20 - 54:8 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 54:12 - 55:9 | S | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 55:12 - 56:25 | S | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 57:3 - 58:2 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 58:3 - 58:6 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 58:9 - 58:11 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 58:24 - 59:6 | | 59:7-60:9 |
| December 17, 2020 | Daube_Doug_IL_20201217 | 65:10 - 65:18 | AF, Sp, V | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 65:21 - 66:25 | AF, Sp, V | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 72:18 - 73:2 | | |
| December 17, 2020 | Daube_Doug_IL_20201217 | 73:13 - 73:23 | | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 11:5 - 11:6 | | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 11:16 - 11:21 | | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 16:15 - 16:20 | | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 17:23 - 18:14 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 18:19 - 19:4 | R | 19:12-22 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 19:5 - 19:11 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 20:23 - 21:9 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 21:11 - 21:15 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 23:8 - 23:23 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 25:8 - 26:1 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 26:2 - 26:6 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 26:20 - 26:22 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 27:1 - 27:3 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 27:16 - 28:12 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 28:13 - 28:18 | R | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 28:19 - 29:15 | R  P | 29:16-35:9; 193:11-17 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 35:10 - 35:13 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 36:21 - 37:22 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 38:18 - 39:4 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 39:5 - 39:7 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 39:20 - 40:8 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 40:9 - 41:15 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 45:17 - 45:21 | R, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 45:24 - 46:10 | R, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 49:3 - 49:17 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 50:2 - 50:20 | R, P | 50:21-51:2 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 51:3 - 52:5 | R, P | 50:21-51:2 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 52:12 - 52:17 | R, P | 52:6-11 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 52:21 - 53:2 | R, P | 52:6-11 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 53:9 - 53:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 54:8 - 54:23 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 56:2 - 56:6 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 59:22 - 59:24 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 66:9 - 66:16 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 67:6 - 67:13 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 67:14 - 67:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 67:20 - 68:13 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 68:23 - 69:9 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 69:20 - 70:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 72:13 - 72:18 | R, P, F | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 73:7 - 73:11 | R  P  F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 73:20 - 74:14 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 74:15 - 74:24 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 75:23 - 76:6 | R, P, F, Sp | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 76:9 - 76:23 | R, P, F, Sp | |

| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 81:5 - 81:19 | R, P | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 82:15 - 82:22 | R P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 83:19 - 84:2 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 84:6 - 84:15 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 89:6 - 89:17 | | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 90:9 - 90:12 | F, Sp, H | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 90:17 - 91:14 | F, Sp, H | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 92:10 - 92:13 | F, Sp, M | 92:20-93:4 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 93:5 - 93:10 | F, Sp, M | 92:20-93:4 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 93:14 - 93:24 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 94:14 - 95:5 | R, P, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 95:8 - 95:15 | R, P, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 95:22 - 95:23 | R, P, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 96:14 - 96:23 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 96:24 - 97:9 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 99:9 - 99:17 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 100:1 - 100:14 | R, P | 101:1-15 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 100:15 - 100:24 | R, P | 101:1-15 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 101:16 - 101:19 | R, P, F, M | 101:1-15 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 101:22 - 102:12 | R, P, F, M | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 105:7 - 105:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 105:19 - 106:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 106:8 - 106:12 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 106:24 - 107:10 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 108:22 - 108:23 | R, P, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 109:2 - 109:6 | R, P, F | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 112:17 - 112:22 | R P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 115:9 - 115:16 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 115:21 - 116:10 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 116:11 - 117:3 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 117:17 - 118:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 118:21 - 119:8 | R, P | 119:9-17 |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 121:5 - 121:11 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 121:24 - 122:4 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 123:17 - 126:2 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 126:4 - 127:3 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 127:4 - 128:17 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 129:6 - 129:12 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 135:11 - 135:16 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 136:11 - 136:22 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 137:4 - 137:9 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 137:10 - 137:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 140:14 - 141:12 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 142:10 - 143:2 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 144:17 - 145:11 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 145:15 - 145:21 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 146:15 - 147:1 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 147:2 - 147:5 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 149:11 - 149:21 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 149:22 - 150:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 150:19 - 151:19 | R, P | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 152:21 - 153:2 | R P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 154:6 - 154:11 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 154:12 - 155:5 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 155:8 - 155:22 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 156:2 - 156:13 | R, P | |

| | | | | |
|---|---|---|---|---|
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 156:14 - 157:1 | R, P | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 157:2 - 157:11 | R P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 157:12 - 157:23 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 157:24 - 158:14 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 159:1 - 159:11 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 160:13 - 160:22 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 160:23 - 161:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 162:15 - 162:18 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 163:9 - 164:3 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 163:1 - 163:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 164:7 - 164:11 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 164:18 - 165:6 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 166:20 - 168:13 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 169:1 - 169:12 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 171:21 - 172:5 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 174:16 - 175:8 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 178:17 - 179:10 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 179:15 - 179:16 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 180:18 - 180:23 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 181:3 - 181:13 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 183:15 - 183:23 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 185:20 - 186:12 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 186:13 - 186:21 | R, P, Sp, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 186:24 - 187:4 | R, P, Sp, F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 187:22 - 188:3 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 188:11 - 188:21 | R, P | |
| April 14 2020 | DeBusschere_Joshua_IL_20200414 | 188:22 - 189:13 | R P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 192:3 - 193:5 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 194:17 - 194:20 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 224:19 - 225:10 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 236:17 - 239:6 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 240:19 - 240:24 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 240:8 - 240:10 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 271:9 - 271:13 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 271:14 - 272:1 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 272:9 - 273:7 | R | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 274:20 - 275:23 | F, M | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 276:6 - 276:8 | F, M | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 276:10 - 276:14 | F | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 279:15 - 279:19 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 279:21 - 280:7 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 281:22 - 282:2 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 282:4 - 282:8 | R, P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 282:11 - 282:12 | R,P | |
| April 14, 2020 | DeBusschere_Joshua_IL_20200414 | 283:6 - 284:11 | F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 12:9 - 13:1 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 24:15 - 25:4 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 36:24 - 37:11 | | 36:24-37:13 |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 37:16 - 39:6 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 40:1 - 40:8 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 48:13 - 48:24 | | |
| October 28 2020 | DiFalco_Joe_IL_20201028 | 49:17 - 50:11 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 50:14 - 50:19 | V, F | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 50:22 - 51:2 | F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 55:24 - 56:23 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 78:22 - 79:19 | R, F | |

| | | | | |
|---|---|---|---|---|
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 80:6 - 80:15 | R, F | |
| October 28 2020 | DiFalco_Joe_IL_20201028 | 80:19 - 81:15 | R F Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 97:9 - 97:17 | R, F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 105:24 - 106:11 | R, F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 107:24 - 108:12 | R, F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 109:6 - 109:13 | R | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 111:2 - 112:8 | R, F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 114:6 - 114:9 | R | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 115:24 - 116:4 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 116:12 - 117:4 | R | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 118:13 - 119:20 | R | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 119:23 - 120:24 | R, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 121:2 - 121:4 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 122:11 - 122:19 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 122:23 - 124:4 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 125:13 - 126:9 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 126:22 - 128:10 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 151:17 - 151:19 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 152:2 - 152:21 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 152:23 - 153:22 | Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 154:2 - 154:10 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 154:12 - 155:2 | | 154:12 - 157:24 |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 158:5 - 158:9 | F, Sp | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 158:12 - 158:17 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 158:24 - 160:15 | R | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 160:16 - 160:18 | | |
| October 28 2020 | DiFalco_Joe_IL_20201028 | 160:24 - 163:1 | R Sp M | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 163:4 - 163:10 | R, Sp, M | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 163:20 - 164:1 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 164:5 - 165:18 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 165:19 - 166:9 | | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 171:14 - 171:18 | R, P | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 171:19 - 171:21 | R, P | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 172:6 - 172:14 | R, P | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 172:15 - 175:8 | R, P | |
| October 28, 2020 | DiFalco_Joe_IL_20201028 | 212:19 - 213:8 | R, Sp, F | 212:19-221:6 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 9:3 - 9:9 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 17:19 - 18:2 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 18:13 - 18:22 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 18:5 - 18:10 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 18:23 - 19:4 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 19:5 - 19:6 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 19:9 - 19:12 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 19:15 - 19:15 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 19:16 - 20:17 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 20:18 - 21:4 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 21:19 - 22:9 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 24:4 - 24:19 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 25:2 - 25:5 | | 25:2 - 28:2 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 28:3 - 28:16 | | 28:3 - 30:12 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 28:17 - 28:24 | | 28:3 - 30:12 |
| November 20 2020 | DiFalco_Joseph_DE_20201120 | 30:3 - 30:7 | | 28:3 - 30:12 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 34:4 - 34:10 | | 33:20-38:23 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 38:24 - 39:11 | | 38:24 - 39:15 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 39:16 - 41:10 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 41:13 - 41:16 | | |

| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 41:19 - 42:2 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 42:3 - 42:10 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 42:11 - 42:19 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 42:24 - 43:2 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 43:3 - 43:10 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 43:11 - 44:2 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 44:5 - 44:6 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 44:17 - 45:9 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 45:10 - 45:18 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 45:19 - 45:22 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 45:23 - 46:13 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 46:16 - 46:17 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 49:1 - 49:17 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 49:20 - 49:23 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 49:24 - 50:10 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 50:11 - 50:22 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 50:23 - 51:3 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 55:9 - 55:17 | | 54:7-55:21 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 55:22 - 56:13 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 56:23 - 57:5 | R | 56:23 - 57:20 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 57:21 - 58:23 | R | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 59:13 - 60:5 | R, F, M | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 60:8 - 60:19 | R, F, Sp | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 60:23 - 61:7 | R, F, Sp | 60:23 - 67:1 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 67:2 - 67:13 | R, F, Sp | 67:2-71:5 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 71:6 - 71:13 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 71:20 - 71:23 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 71:24 - 72:15 | | 71:24 - 75:5 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 75:6 - 75:19 | V, Sp, F | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 75:24 - 76:5 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 76:6 - 76:20 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 76:21 - 77:6 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 77:7 - 77:19 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 77:22 - 78:15 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 81:17 - 82:6 | | 80:1-85:14 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 87:6 - 87:17 | | 87:6 - 88:21 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 89:17 - 89:20 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 89:24 - 90:14 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 97:18 - 98:2 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 99:20 - 100:5 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 103:14 - 103:20 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 103:21 - 105:21 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 106:4 - 106:11 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 106:12 - 107:9 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 107:10 - 108:3 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 111:19 - 112:8 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 112:9 - 112:14 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 113:17 - 114:1 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 114:2 - 115:3 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 115:4 - 115:16 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 115:17 - 116:3 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 116:23 - 117:12 | R  P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 116:6 - 116:8 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 117:13 - 118:4 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 119:14 - 120:3 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 120:4 - 120:18 | R, P | | |

| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 120:23 - 122:8 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 124:22 - 124:24 | R  P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 125:1 - 125:2 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 126:9 - 126:14 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 126:15 - 127:9 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 127:11 - 127:19 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 127:20 - 127:24 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 128:2 - 128:13 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 128:14 - 129:1 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 129:2 - 129:7 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 129:11 - 129:17 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 129:19 - 130:9 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 130:11 - 131:12 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 132:24 - 133:6 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 133:7 - 133:10 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 133:19 - 134:10 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 134:11 - 134:19 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 134:20 - 135:5 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 135:6 - 136:17 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 137:6 - 137:9 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 138:4 - 138:13 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 138:14 - 140:1 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 140:2 - 140:16 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 142:7 - 142:10 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 143:6 - 143:9 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 143:10 - 144:3 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 144:4 - 144:9 | R  P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 144:17 - 144:19 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 144:10 - 144:13 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 144:23 - 145:22 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 145:23 - 146:23 | R, P | 145:23 - 148:18 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 148:19 - 149:14 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 149:15 - 149:24 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 150:1 - 150:16 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 150:24 - 151:6 | R, P | 150:24 - 151:15 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 152:2 - 153:15 | R, P | 152:2 - 153:23 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 155:17 - 155:21 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 156:4 - 156:6 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 156:7 - 156:18 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 157:1 - 157:11 | R, P | 157:1 - 157:22 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 157:12 - 157:15 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 157:23 - 158:6 | R, P | 157:23 - 158:12 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 158:13 - 158:22 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 159:6 - 159:13 | R, P | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 160:17 - 161:2 | R, P | 160:17 - 163:15 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 163:16 - 163:19 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 164:6 - 164:8 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 164:9 - 164:24 | | 164:9 - 166:6 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 166:20 - 166:22 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 168:3 - 168:6 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 168:20 - 170:6 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 170:8 - 170:17 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 170:21 - 171:6 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 171:7 - 171:15 | | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 171:16 - 172:8 | | 171:16 - 173:22 | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 173:23 - 174:6 | | | |

| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 174:24 - 175:2 | | |
|---|---|---|---|---|
| November 20 2020 | DiFalco_Joseph_DE_20201120 | 174:17 - 174:20 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 175:3 - 176:4 | F, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 176:7 - 177:14 | | 176:7 - 177:20 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 177:22 - 178:6 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 178:7 - 178:16 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 179:21 - 179:24 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 179:14 - 179:17 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 180:1 - 180:18 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 180:21 - 181:8 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 181:18 - 181:21 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 181:9 - 181:12 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 181:22 - 182:8 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 182:15 - 182:22 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 182:11 - 182:11 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 184:19 - 185:4 | | 184:19 - 185:8 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 185:15 - 186:7 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 185:9 - 185:12 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 186:8 - 186:14 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 186:16 - 186:19 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 188:13 - 188:23 | R | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 188:24 - 189:2 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 189:6 - 189:8 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 189:9 - 189:23 | | 189:9 - 190:9 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 190:10 - 190:14 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 190:15 - 190:17 | | 190:15 - 192:18 |
| November 20 2020 | DiFalco_Joseph_DE_20201120 | 192:20 - 193:6 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 193:18 - 194:8 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 194:10 - 195:4 | | 194:10 - 196:20 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 196:21 - 197:5 | | 196:21 - 200:8 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 197:6 - 197:13 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 200:10 - 200:18 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 200:22 - 201:1 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 201:2 - 201:8 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 201:11 - 201:24 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 202:2 - 202:5 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 202:11 - 202:14 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 203:13 - 203:19 | | 203:13 - 206:16 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 206:17 - 206:20 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 207:24 - 209:19 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 207:2 - 207:5 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 207:6 - 207:23 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 209:20 - 209:23 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 210:4 - 210:14 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 210:15 - 211:11 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 211:12 - 212:2 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 212:3 - 212:17 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 212:18 - 212:23 | | 212:18 - 213:6 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 213:7 - 213:10 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 213:18 - 213:23 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 214:15 - 215:2 | | 214:15 - 216:15 |
| November 20 2020 | DiFalco_Joseph_DE_20201120 | 216:16 - 216:24 | | 216:16 - 219:1 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 216:16 - 216:24 | | 216:16 - 219:1 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 219:14 - 221:5 | | 219:14 - 221:17 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 221:18 - 222:8 | | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 222:10 - 222:24 | | |

| | | | | |
|---|---|---|---|---|
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 223:2 - 223:4 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 223:8 - 223:12 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 223:16 - 224:5 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 224:8 - 224:9 | R, P, Sp | 224:8 - 224:17 |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 224:18 - 224:24 | R, P, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 225:1 - 225:4 | R | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 225:16 - 225:21 | R | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 227:6 - 227:9 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 230:6 - 232:16 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 232:17 - 233:5 | R, P, F, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 233:6 - 233:9 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 233:13 - 233:14 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 233:15 - 233:19 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 234:23 - 235:10 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 234:2 - 234:9 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 234:11 - 234:22 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 237:16 - 237:19 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 238:3 - 238:17 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 238:18 - 238:21 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 239:20 - 240:7 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 240:8 - 240:11 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 240:12 - 240:15 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 241:22 - 242:2 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 242:7 - 242:19 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 243:18 - 243:21 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 244:4 - 244:12 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 244:13 - 248:22 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 248:23 - 249:1 | R, P, Sp, L | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 249:7 - 249:7 | R, P | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 249:8 - 250:2 | R, P, Sp, L | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 250:6 - 250:8 | R, P, V, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 250:9 - 250:12 | R, P, V, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 250:15 - 250:24 | R, P, V, Sp, M | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 251:3 - 253:5 | R, P, V, Sp | |
| November 20, 2020 | DiFalco_Joseph_DE_20201120 | 253:9 - 253:23 | R, P, V, Sp | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 6:23 - 7:12 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 8:5 - 8:18 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 9:9 - 9:17 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 9:18 - 10:5 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 46:22 - 47:21 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 49:16 - 50:19 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 50:22 - 51:24 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 52:3 - 52:6 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 52:14 - 52:20 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 56:7 - 58:2 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 58:5 - 58:16 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 58:17 - 59:4 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 59:10 - 60:1 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 60:8 - 60:14 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 63:24 - 64:7 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 67:22 - 68:6 | R, Sp | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 94:11 - 94:21 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 94:24 - 96:13 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 97:14 - 99:23 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 99:24 - 100:23 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 102:4 - 103:9 | R | |

| August 22, 2018 | Donahoe_Brian_IL_20180822 | 103:12 - 103:23 | R | |
| August 22 2018 | Donahoe_Brian_IL_20180822 | 110:5 - 111:3 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 111:10 - 112:8 | R | |
| August, 22, 2018 | Donahoe_Brian_IL_20180822 | 113:3 - 115:2 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 115:5 - 115:6 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 116:2 - 117:1 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 120:5 - 122:7 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 135:12 - 136:4 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 147:2 - 147:5 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 147:16 - 149:8 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 149:9 - 149:20 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 151:11 - 152:13 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 152:14 - 152:24 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 174:18 - 175:16 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 187:15 - 188:9 | | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 191:6 - 191:19 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 196:17 - 199:1 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 200:17 - 201:12 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 201:13 - 203:11 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 204:4 - 205:1 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 205:5 - 205:17 | R | |
| August 22, 2018 | Donahoe_Brian_IL_20180822 | 205:23 - 206:19 | R | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 8:18 - 9:3 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 9:7 - 9:24 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 10:1 - 10:19 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 10:20 - 11:2 | | |
| December 4 2020 | Guerra_Luis_IL_20201204 | 11:3 - 11:24 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 12:10 - 13:22 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 13:23 - 14:16 | | 13:23 - 16:22 |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 17:12 - 18:10 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 18:11 - 18:14 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 18:15 - 19:12 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 19:13 - 20:9 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 20:10 - 20:24 | F, Sp | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 21:1 - 21:22 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 21:23 - 22:4 | | 21:23 - 23:2 |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 24:2 - 26:12 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 26:18 - 27:5 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 27:20 - 28:6 | F, Sp | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 28:10 - 29:3 | F, Sp | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 29:8 - 29:13 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 29:14 - 30:5 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 30:6 - 30:23 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 30:24 - 31:13 | | 30:24 - 31:22 |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 31:23 - 32:7 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 32:9 - 32:22 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 32:23 - 33:10 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 33:19 - 33:21 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 34:1 - 34:16 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 35:2 - 35:24 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 36:2 - 36:5 | | |
| December 4 2020 | Guerra_Luis_IL_20201204 | 36:7 - 37:10 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 37:15 - 37:20 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 37:21 - 38:12 | | 37:21 - 38:20 |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 38:21 - 38:22 | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 39:2 - 40:4 | | 39:2 - 41:4 |

| December 4, 2020 | Guerra_Luis_IL_20201204 | 41:6 - 42:8 | M | | |
| December 4 2020 | Guerra_Luis_IL_20201204 | 42:12 - 42:15 | V  M | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 42:17 - 42:19 | V, M | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 42:23 - 43:11 | AF, M | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 43:14 - 44:16 | AF, M, AA | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 44:19 - 45:1 | AA | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 45:6 - 45:23 | AA, B, Sp | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 46:18 - 46:19 | AA, Sp | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 46:20 - 46:23 | AA, Sp | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 47:2 - 47:8 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 47:17 - 48:24 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 49:12 - 49:17 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 50:7 - 50:22 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 50:23 - 51:17 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 51:18 - 51:22 | A, Sp, F | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 52:1 - 52:9 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 52:11 - 53:4 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 53:5 - 53:13 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 53:14 - 53:23 | A, Sp, F | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 54:4 - 55:9 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 55:13 - 58:13 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 59:8 - 62:4 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 62:5 - 62:11 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 66:13 - 67:1 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 67:4 - 67:7 | R, Sp | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 67:10 - 67:10 | R, Sp | | |
| December 4 2020 | Guerra_Luis_IL_20201204 | 67:12 - 68:5 | R  P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 68:6 - 69:10 | R, P, AA | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 69:15 - 69:23 | R, P, AA | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 70:2 - 70:6 | R, P, Sp | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 70:7 - 71:4 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 71:5 - 71:17 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 71:24 - 72:2 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 72:5 - 72:16 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 75:21 - 76:10 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 76:16 - 76:20 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 76:22 - 77:6 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 77:7 - 77:19 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 77:21 - 78:5 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 80:8 - 80:11 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 80:21 - 81:4 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 81:5 - 81:13 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 | 81:17 - 83:6 | | 81:17 - 84:23 | |
| December 4, 2020 | Guerra_Luis_IL_20201204_02 (2421) | 63:22 - 64:6 | | 62:12-68:7 | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 71:6 - 71:17 | | 68:23-74:9 | |
| December 4, 2020 | Guerra_Luis_IL_20201204_02 (2421) | 95:7 - 95:22 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204_02 (2421) | 118:3 - 118:17 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 126:19 - 127:22 | R, P | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 128:2 - 128:16 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204_02 (2421) | 139:4 - 139:24 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 142:24 - 143:17 | R | | |
| December 4 2020 | Guerra_Luis_IL_20201204_02 (2421) | 156:2 - 156:8 | | 156:2 - 157:19 | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 157:20 - 157:24 | | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 175:12 - 176:14 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 182:8 - 183:9 | R | | |
| December 4, 2020 | Guerra_Luis_IL_20201204 02 (2421) | 192:15 - 193:5 | R | | |

| May 27, 2020 | Horton_Matthew_IL_20200527 | 4:24 - 5:4 | | | |
| May 27 2020 | Horton_Matthew_IL_20200527 | 12:11 - 12:25 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 13:22 - 14:2 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 15:1 - 15:3 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 16:5 - 18:16 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 19:4 - 19:10 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 20:20 - 21:7 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 21:18 - 23:20 | | 32:6-8 | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 21:11 - 21:14 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 21:8 - 21:10 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 21:15 - 21:17 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 24:6 - 25:2 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 25:11 - 25:19 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 26:2 - 26:12 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 26:2 - 26:12 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 26:24 - 27:10 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 26:17 - 26:23 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 27:11 - 27:22 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 28:5 - 29:6 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 29:14 - 29:24 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 30:12 - 30:15 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 30:23 - 31:4 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 31:5 - 31:23 | | 32:6-8 | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 32:9 - 32:11 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 32:20 - 32:24 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 35:14 - 36:14 | | | |
| May 27 2020 | Horton_Matthew_IL_20200527 | 40:22 - 41:13 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 47:20 - 48:15 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 47:11 - 47:19 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 50:13 - 50:19 | | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 73:5 - 74:1 | Sp, H | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 74:5 - 74:5 | Sp, H | | |
| May 27, 2020 | Horton_Matthew_IL_20200527 | 75:2 - 75:6 | Sp, H | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 6:9 - 6:12 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 8:17 - 12:16 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 13:20 - 15:4 | | 13:20 - 15:21 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 15:22 - 17:5 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 17:13 - 17:20 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 18:9 - 18:15 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 20:19 - 21:5 | V, F | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 22:1 - 22:11 | V, F | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 22:18 - 23:4 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 23:14 - 23:19 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 23:22 - 24:7 | V, F | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 26:19 - 27:10 | V, Sp, F | 26:11-29:9 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 27:13 - 27:16 | V, Sp, F | 26:11-29:9 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 27:17 - 28:7 | V, Sp, F | 26:11-29:9 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 28:12 - 28:14 | | 26:11-29:9 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 31:16 - 32:3 | | 31:16-33:20 | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 33:21 - 35:3 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 35:4 - 36:17 | V | | |
| June 5 2020 | Kessler_Richard_DE_20200605 | 37:6 - 38:4 | V | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 38:7 - 38:21 | F, V | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 39:2 - 39:2 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 39:8 - 40:5 | | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 40:6 - 41:7 | V | | |

| | | | | |
|---|---|---|---|---|
| June 5, 2020 | Kessler_Richard_DE_20200605 | 41:9 - 41:17 | V | |
| June 5 2020 | Kessler_Richard_DE_20200605 | 41:20 - 42:7 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 42:8 - 42:15 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 42:21 - 43:6 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 43:7 - 43:20 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 48:20 - 49:11 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 49:12 - 50:1 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 50:3 - 50:10 | | 50:3-51:15 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 51:16 - 53:2 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 53:10 - 53:17 | F, Sp | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 53:19 - 53:22 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 54:3 - 54:16 | | 54:3-56:2 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 56:3 - 57:2 | | 56:3-57:9 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 57:10 - 58:5 | | 57:10-58:19 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 59:17 - 60:5 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 63:18 - 64:8 | | 63:18-64:11 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 67:11 - 67:15 | | |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 67:17 - 67:20 | | 67:17-68:3 |
| June 5, 2020 | Kessler_Richard_DE_20200605 | 70:8 - 70:15 | | 70:8-70:20 |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 9:20 - 9:25 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 14:1 - 14:21 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 15:8 - 15:17 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 16:12 - 17:1 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 17:7 - 17:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 18:5 - 18:13 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 22:25 - 23:16 | | |
| November 24 2020 | Klegon_Rob_DE_20201124 | 23:24 - 24:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 24:5 - 24:16 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 24:17 - 25:1 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 25:2 - 25:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 25:7 - 25:24 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 26:14 - 27:9 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 27:10 - 27:25 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 28:1 - 28:7 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 28:8 - 29:1 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 29:5 - 29:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 29:11 - 29:14 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 29:17 - 29:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 30:9 - 31:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 31:4 - 31:16 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 31:17 - 32:4 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 33:2 - 33:20 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 33:21 - 34:2 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 34:3 - 34:14 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 35:13 - 35:20 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 37:14 - 38:4 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 38:5 - 38:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 38:19 - 38:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 38:23 - 39:5 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 39:6 - 39:9 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 39:20 - 40:8 | | |
| November 24 2020 | Klegon_Rob_DE_20201124 | 40:25 - 41:2 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 41:7 - 41:10 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 43:12 - 43:16 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 43:18 - 44:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 44:4 - 45:16 | | 46:22-24 |

| November 24, 2020 | Klegon_Rob_DE_20201124 | 45:17 - 46:2 | | 46:22-24 | |
| November 24 2020 | Klegon_Rob_DE_20201124 | 46:5 - 46:8 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 46:10 - 46:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 46:25 - 47:2 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 47:3 - 47:14 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 47:15 - 47:20 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 48:10 - 49:10 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 49:24 - 50:9 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 50:10 - 50:17 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 52:4 - 52:8 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 52:19 - 53:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 54:11 - 54:15 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 56:17 - 57:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 57:22 - 58:4 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 59:4 - 59:16 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 59:21 - 60:9 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 60:10 - 61:17 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 64:9 - 64:17 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 65:8 - 65:12 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 65:24 - 66:9 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 66:10 - 66:22 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 66:25 - 67:12 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 67:13 - 67:25 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 68:1 - 68:11 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 68:18 - 69:3 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 69:25 - 70:3 | | | |
| November 24 2020 | Klegon_Rob_DE_20201124 | 70:12 - 70:19 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 70:20 - 71:10 | | 71:11-25, 72:2-16 | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 74:1 - 74:4 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 75:10 - 75:14 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 75:15 - 76:2 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 76:10 - 77:2 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 78:5 - 78:9 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 78:16 - 78:19 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 78:20 - 79:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 79:22 - 81:3 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 81:4 - 81:14 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 81:15 - 81:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 81:22 - 82:4 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 82:5 - 82:10 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 83:7 - 83:21 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 83:22 - 85:14 | M | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 85:25 - 86:12 | M | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 85:15 - 85:22 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 88:22 - 88:24 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 89:3 - 89:8 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 93:17 - 94:5 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 94:10 - 94:23 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 94:24 - 96:12 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 97:20 - 97:23 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 98:8 - 98:15 | | | |
| November 24 2020 | Klegon_Rob_DE_20201124 | 100:14 - 100:22 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 101:14 - 102:17 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 103:11 - 103:25 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 104:11 - 104:19 | | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 108:10 - 108:13 | | | |

| | | | | |
|---|---|---|---|---|
| November 24, 2020 | Klegon_Rob_DE_20201124 | 108:19 - 109:4 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 109:5 - 109:19 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 116:23 - 117:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 117:7 - 117:20 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 117:21 - 118:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 119:2 - 119:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 124:16 - 124:19 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 124:21 - 125:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 125:4 - 125:7 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 125:17 - 125:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 127:10 - 127:14 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 127:15 - 128:1 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 129:2 - 129:7 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 129:22 - 130:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 130:17 - 130:23 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 132:12 - 133:4 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 133:5 - 134:7 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 135:9 - 136:8 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 136:9 - 136:9 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 136:11 - 136:13 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 138:16 - 139:4 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 139:5 - 139:20 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 140:14 - 140:19 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 141:22 - 142:8 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 142:17 - 142:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 142:9 - 142:11 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 144:5 - 144:15 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 144:16 - 145:23 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 145:24 - 146:12 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 146:13 - 146:17 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 146:23 - 147:12 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 148:10 - 148:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 148:23 - 149:15 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 149:16 - 150:18 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 150:19 - 151:18 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 151:19 - 151:20 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 152:4 - 152:8 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 156:5 - 156:6 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 156:17 - 156:22 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 158:10 - 158:15 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 158:19 - 159:2 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 159:6 - 160:7 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 160:8 - 161:15 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 161:16 - 161:19 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 162:11 - 162:21 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 163:8 - 164:2 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 164:3 - 164:3 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 164:22 - 165:5 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 166:8 - 167:2 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 167:5 - 167:15 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 167:18 - 168:1 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 167:5 - 167:10 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 168:4 - 168:9 | | |
| November 24, 2020 | Klegon_Rob_DE_20201124 | 168:12 - 168:22 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 7:16 - 7:19 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 15:8 - 15:12 | | |

| December 14, 2018 | Klegon_Robert_IL_20181214 | 15:13 - 15:25 | | |
|---|---|---|---|---|
| December 14 2018 | Klegon_Robert_IL_20181214 | 16:2 - 16:13 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 16:21 - 16:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 17:2 - 17:3 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 20:2 - 20:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 21:2 - 21:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 22:2 - 22:18 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 23:16 - 23:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 24:2 - 24:9 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 24:18 - 24:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 25:2 - 25:6 | | 25:7-28:7 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 35:17 - 35:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 36:2 - 36:4 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 43:22 - 43:24 | F, V | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 44:3 - 44:12 | F, V | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 44:15 - 44:18 | F, V | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 45:2 - 45:13 | F, V, M | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 45:18 - 45:23 | F, V, M | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 46:8 - 46:14 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 47:20 - 47:24 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 48:12 - 48:25 | Sp | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 49:2 - 49:7 | Sp | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 49:23 - 50:18 | F, V, Sp | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 50:20 - 52:9 | F, V, Sp | 52:10-13, 18-22, 24-25; 53:5-13. |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 55:6 - 55:20 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 56:4 - 56:19 | | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 58:4 - 58:10 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 60:14 - 60:23 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 62:22 - 63:14 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 63:15 - 63:20 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 64:20 - 65:4 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 65:5 - 65:11 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 65:12 - 65:25 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 66:2 - 66:8 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 66:12 - 66:15 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 72:25 - 73:25 | R | 74:5-7 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 74:2 - 74:4 | R | 74:5-7 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 74:8 - 74:22 | F, H, V, Sp, R | 74:5-7 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 75:3 - 75:3 | F, H, V, Sp, R | 74:5-7 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 75:6 - 75:13 | F, H, V, Sp, R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 75:15 - 75:19 | F, H, V, Sp, R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 75:23 - 76:3 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 77:23 - 78:4 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 78:8 - 78:8 | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 83:24 - 83:25 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 84:2 - 84:25 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 88:9 - 88:22 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 89:16 - 89:25 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 91:12 - 91:25 | R | 90:18-25; 91:5-10 |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 92:2 - 92:2 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 92:25 - 93:16 | F, AF, V, R | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 93:20 - 94:8 | F  AF  V  R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 94:21 - 95:2 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 95:6 - 95:8 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 95:20 - 96:5 | R | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 96:6 - 97:2 | R | |

| December 14, 2018 | Klegon_Robert_IL_20181214 | 97:24 - 98:14 | R | | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 98:23 - 99:21 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 100:3 - 100:14 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 104:10 - 104:18 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 104:22 - 105:21 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 106:2 - 106:22 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 108:17 - 109:2 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 109:12 - 109:22 | R, P | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 110:17 - 110:22 | R, P | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 111:9 - 111:13 | R, P | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 111:14 - 112:5 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 113:12 - 114:6 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 115:14 - 116:22 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 118:3 - 118:8 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 120:2 - 121:2 | | 121:3, 7-8, 10-12 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 121:14 - 121:19 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 122:12 - 122:20 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 122:25 - 123:4 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 124:12 - 124:25 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 125:6 - 125:22 | Sp | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 125:23 - 126:4 | No ClearOne highlights | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 126:8 - 126:15 | | 126:16-20; 127:5-6, 10-18 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 128:15 - 129:4 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 129:5 - 129:11 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 129:23 - 130:7 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 129:19 - 129:21 | M, AF, F | 130:17-20 | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 129:12 - 129:14 | M  AF  F | 130:17-20 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 133:16 - 134:6 | | 134:7-8; 13-16; 135:11-12, 16, 18-2C | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 134:18 - 134:21 | Sp, M, F, AF, V | 134:7-8; 13-16; 135:11-12, 16, 18-2C | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 135:3 - 135:9 | Sp, M, F, AF, V | 134:7-8; 13-16; 135:11-12, 16, 18-2C | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 136:24 - 137:14 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 138:7 - 138:21 | | 138:22-25; 139:5-11, 13-16; 139:20-140:3 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 142:5 - 142:11 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 142:12 - 143:10 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 143:16 - 145:13 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 145:14 - 146:18 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 146:22 - 147:4 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 147:13 - 147:18 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 147:25 - 148:22 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 151:19 - 151:20 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 151:23 - 151:24 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 153:24 - 154:7 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 154:8 - 155:5 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 165:8 - 165:19 | | 165:20-166:24 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 169:16 - 169:18 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 169:22 - 170:5 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 170:18 - 170:22 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 172:12 - 172:17 | F, Sp, AF | 173:3-5, 8 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 172:22 - 172:25 | F, Sp, AF | 173:3-5, 8 | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 185:25 - 186:12 | R | | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 192:16 - 192:25 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 194:2 - 195:4 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 202:6 - 202:19 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 203:6 - 203:18 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 215:12 - 215:23 | R | | |

| December 14, 2018 | Klegon_Robert_IL_20181214 | 217:24 - 218:17 | R | | |
| December 14 2018 | Klegon_Robert_IL_20181214 | 218:20 - 218:21 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 235:14 - 237:6 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 242:22 - 243:2 | R | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 244:5 - 244:15 | | | |
| December 14, 2018 | Klegon_Robert_IL_20181214 | 253:7 - 254:3 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 10:17 - 10:18 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 10:22 - 10:25 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 16:10 - 17:2 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 17:7 - 17:9 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 26:7 - 26:22 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 39:9 - 40:16 | V, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 41:22 - 42:2 | V, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 42:6 - 42:20 | V, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 42:21 - 43:11 | V, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 44:11 - 44:14 | | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 70:12 - 70:16 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 70:24 - 71:3 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 78:22 - 78:23 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 79:8 - 79:11 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 79:15 - 79:17 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 87:2 - 87:3 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 87:10 - 87:18 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 90:2 - 90:4 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 90:11 - 90:24 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 91:2 - 91:3 | P, R | | |
| November 17 2020 | Klegon_Robert_IL_20201117 | 91:10 - 91:16 | P R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 92:11 - 92:14 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 92:25 - 93:8 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 100:11 - 101:9 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 102:25 - 103:23 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 103:24 - 104:4 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 104:5 - 105:3 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 105:8 - 106:2 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 106:8 - 106:20 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 106:21 - 106:25 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 110:20 - 112:3 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 119:11 - 120:8 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 122:4 - 123:6 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 125:3 - 125:23 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 126:2 - 126:13 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 126:18 - 126:23 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 127:4 - 127:11 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 127:20 - 128:2 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 128:12 - 128:25 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 130:18 - 131:8 | P, R | | |
| November 17, 2020 | Klegon_Robert_IL_20201117 | 131:10 - 132:4 | P, R | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 7:3 - 7:10 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 12:20 - 13:2 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 14:4 - 14:13 | | 14:14-16:4 | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 16:5 - 16:13 | | 14:14-16:4 | |
| June 23 2020 | Lantz_Gregory_DE_20200623 | 22:6 - 22:15 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 24:20 - 25:14 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 26:5 - 26:12 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 27:19 - 27:25 | | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 27:11 - 27:17 | | | |

| | | | | |
|---|---|---|---|---|
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 29:10 - 29:22 | | |
| June 23 2020 | Lantz_Gregory_DE_20200623 | 30:5 - 30:7 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 30:15 - 31:3 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 31:4 - 31:20 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 32:23 - 33:11 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 32:14 - 32:18 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 34:1 - 35:6 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 36:5 - 36:20 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 37:25 - 38:3 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 38:11 - 39:6 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 39:7 - 39:19 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 40:23 - 41:13 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 42:13 - 43:11 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 42:11 - 42:12 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 43:12 - 43:24 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 43:25 - 44:23 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 45:16 - 47:1 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 47:19 - 48:2 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 47:6 - 47:14 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 48:12 - 49:1 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 49:2 - 49:22 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 51:8 - 51:22 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 52:22 - 54:13 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 52:2 - 52:21 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 54:18 - 54:25 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 56:25 - 58:10 | | |
| June 23 2020 | Lantz_Gregory_DE_20200623 | 61:4 - 61:14 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 61:18 - 62:6 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 65:20 - 65:23 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 65:1 - 65:4 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 66:12 - 66:17 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 66:3 - 66:7 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 66:18 - 66:25 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 71:22 - 72:13 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 72:14 - 72:22 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 73:2 - 73:5 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 73:12 - 73:19 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 74:3 - 75:2 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 75:10 - 75:16 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 75:7 - 75:9 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 76:3 - 76:15 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 81:20 - 82:10 | | |
| June 23 ,2020 | Lantz_Gregory_DE_20200623 | 81:4 - 81:8 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 7:11 - 7:20 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 14:23 - 15:1 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 21:9 - 21:11 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 21:24 - 22:9 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 22:10 - 22:21 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 23:25 - 24:5 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 31:19 - 31:21 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 31:3 - 31:5 | | |
| December 29 2020 | Manning_Marques_IL_20201229 | 32:21 - 33:3 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 34:23 - 35:1 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 35:18 - 35:25 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 35:2 - 35:7 | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 36:8 - 37:5 | | |

| | | | | |
|---|---|---|---|---|
| December 29, 2020 | Manning_Marques_IL_20201229 | 37:6 - 38:1 | | 38:18-21 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 38:7 - 38:17 | | 38:18-21 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 42:20 - 42:22 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 42:24 - 44:12 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 44:13 - 44:16 | | 44:17-25; 46:15-25 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 45:1 - 45:5 | | 44:17-25; 46:15-25 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 45:16 - 46:12 | | 44:17-25; 46:15-25 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 47:1 - 47:17 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 48:3 - 48:8 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 49:9 - 49:13 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 49:14 - 49:16 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 50:14 - 50:17 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 50:18 - 52:2 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 52:3 - 52:21 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 53:7 - 54:14 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 54:18 - 55:25 | R | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 56:1 - 56:22 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 60:1 - 60:12 | R, Sp | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 60:20 - 60:21 | R, Sp | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 62:23 - 63:1 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 70:24 - 71:2 | R, P | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 71:3 - 71:6 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 71:7 - 71:13 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 78:2 - 78:8 | R, P | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 79:14 - 79:16 | | 79:17-23 | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 79:24 - 80:5 | | | |
| December 29 2020 | Manning_Marques_IL_20201229 | 80:10 - 81:4 | | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 84:14 - 85:10 | R | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 84:2 - 84:3 | R | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 84:10 - 84:13 | R | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 86:3 - 86:24 | R | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 87:22 - 88:10 | R, Sp, P | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 88:22 - 89:18 | R, Sp, P, H | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 91:16 - 92:7 | R, AA, V | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 92:8 - 92:14 | R, V | | |
| December 29, 2020 | Manning_Marques_IL_20201229 | 93:14 - 93:25 | R, V, P | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 6:5 - 6:10 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 6:16 - 6:22 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 6:25 - 7:15 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 9:8 - 9:20 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 10:17 - 10:25 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 11:10 - 11:13 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 11:16 - 11:23 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 14:3 - 14:10 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 15:2 - 15:19 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 15:22 - 15:25 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 17:2 - 17:16 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 19:14 - 19:23 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 56:25 - 58:5 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 61:11 - 61:13 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 61:16 - 61:25 | | | |
| November 18 2020 | Maselbas_Michael_DE_20201118 | 62:2 - 62:6 | | | |
| November 18, 2020 | Maselbas_Michael_DE_20201118 | 63:23 - 64:19 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 6:21 - 6:24 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 9:8 - 9:13 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 14:4 - 14:8 | | | |

| May 30, 2019 | Maselbas_Michael_IL_20190530 | 15:6 - 16:11 | | | |
| May 30 2019 | Maselbas_Michael_IL_20190530 | 38:7 - 39:4 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 39:9 - 39:19 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 40:2 - 40:23 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 41:8 - 41:11 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 41:19 - 41:25 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 42:1 - 42:2 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 42:4 - 42:5 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 43:1 - 43:13 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 43:23 - 44:13 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 44:16 - 44:17 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 46:4 - 46:22 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 47:2 - 49:25 | | 51:6-21 | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 50:11 - 50:25 | | 51:6-21 | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 51:2 - 51:5 | | 51:6-21 | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 55:4 - 55:7 | F, V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 55:10 - 56:17 | F, V | 56:18-57:9 | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 57:10 - 57:21 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 58:8 - 60:12 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 60:19 - 61:4 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 61:25 - 63:20 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 71:3 - 71:7 | F, V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 71:9 - 71:16 | F, V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 71:22 - 71:24 | F, V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 72:1 - 72:7 | F, V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 73:3 - 73:9 | V | | |
| May 30 2019 | Maselbas_Michael_IL_20190530 | 73:19 - 73:20 | F V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 73:23 - 74:3 | F,V | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 74:13 - 74:19 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 75:11 - 75:12 | F | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 75:14 - 75:17 | F | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 75:19 - 75:21 | F | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 75:25 - 76:13 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 76:17 - 77:12 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 103:16 - 105:1 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 105:10 - 105:23 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 112:24 - 113:8 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 113:10 - 113:14 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 113:18 - 114:1 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 114:4 - 114:9 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 114:13 - 114:18 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 114:21 - 114:23 | F, R, AF, S | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 124:5 - 124:7 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 124:10 - 124:14 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 124:19 - 124:21 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 124:24 - 125:2 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 125:17 - 126:2 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 135:24 - 138:3 | S, F, V | 135:19, 22-23 | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 159:24 - 160:7 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 160:14 - 161:2 | | | |
| May 30, 2019 | Maselbas_Michael_IL_20190530 | 162:22 - 162:24 | | | |
| November 18 2020 | Maselbas_Michael_IL_20201118 | 5:3 - 5:15 | | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 5:20 - 5:22 | | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 5:24 - 6:1 | | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 6:3 - 7:3 | | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 12:2 - 12:3 | | | |

| November 18, 2020 | Maselbas_Michael_IL_20201118 | 12:22 - 13:9 | | |
| November 18 2020 | Maselbas_Michael_IL_20201118 | 13:16 - 13:18 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 13:20 - 13:20 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 13:22 - 13:24 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 14:1 - 14:19 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 17:23 - 18:9 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 18:20 - 19:3 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 19:20 - 20:8 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 20:12 - 21:9 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 21:12 - 21:16 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 25:22 - 26:1 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 26:4 - 26:20 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 27:10 - 27:16 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 28:14 - 29:4 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 29:8 - 29:11 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 40:2 - 40:4 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 40:22 - 41:3 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 43:14 - 44:19 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 44:23 - 45:6 | | |
| November 18, 2020 | Maselbas_Michael_IL_20201118 | 45:9 - 45:10 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 9:2 - 9:14 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 11:12 - 14:11 | | 14:12-19 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 15:17 - 16:2 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 16:3 - 17:2 | | 17:3-18:11 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 58:10 - 59:22 | R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 60:8 - 60:11 | R | |
| September 23 2020 | Mickel_Beth_DE_20200923 | 62:14 - 63:3 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 63:20 - 66:1 | V, Sp, R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 66:7 - 66:18 | V, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 68:2 - 68:18 | V, Sp, AA, R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 71:16 - 72:10 | R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 73:15 - 74:7 | R, P, V, Sp | 74:8-75:10, 76:9-77:3 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 77:4 - 77:19 | Sp, V, P, R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 77:22 - 78:14 | R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 79:4 - 80:9 | R, C | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 83:18 - 84:6 | M, R | 84:7-10 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 88:18 - 89:11 | F, R, P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 89:12 - 90:11 | Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 95:15 - 96:1 | R | 98:12-19 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 101:2 - 101:12 | R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 103:2 - 103:11 | V, C, R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 108:10 - 108:20 | F | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 108:21 - 109:16 | V, C, Sp, R, P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 110:1 - 110:6 | V, R, P, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 110:8 - 110:9 | V, R, P, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 110:13 - 111:6 | V, R, P, Sp, F | 112:13-19 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 112:20 - 114:7 | R, P, V, Sp, | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 116:3 - 116:11 | R, P, V, C | 115:18-116:2 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 116:17 - 116:21 | R, P, V, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 116:22 - 117:7 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 118:6 - 120:18 | R, P, V, F, C, Sp | |
| September 23 2020 | Mickel_Beth_DE_20200923 | 120:21 - 121:14 | R F Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 124:15 - 125:9 | R, P, F, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 125:10 - 126:3 | R, P, F, Sp, C | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 126:4 - 126:16 | R, P, V, Sp | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 127:4 - 127:15 | R, P, V, Sp | |

| | | | | |
|---|---|---|---|---|
| September 23, 2020 | Mickel_Beth_DE_20200923 | 127:18 - 128:3 | F, R, P | |
| September 23 2020 | Mickel_Beth_DE_20200923 | 129:8 - 130:7 | R  P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 130:10 - 131:2 | R, P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 132:21 - 133:5 | C, V, R, P | 133:6-12 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 134:17 - 135:9 | F, R, P, Sp, V | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 135:10 - 136:10 | F, R, P, Sp, V | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 136:11 - 138:2 | F, R, P, Sp, V | 138:8-12 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 138:15 - 138:22 | F, R | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 140:7 - 140:12 | F, R, P, M, AF, Sp, C | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 140:13 - 143:11 | F, R, P, M, AF, Sp, C | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 143:21 - 144:13 | F, R, P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 147:2 - 149:2 | F, Sp, R, P | 149:3-9 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 149:22 - 150:8 | R, P | 150:9-20, 151:9-12 |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 152:16 - 153:1 | | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 154:5 - 154:12 | F, R, P | |
| September 23, 2020 | Mickel_Beth_DE_20200923 | 156:5 - 156:13 | F, R, P | 156:14-157:5 |
| July 10, 2020 | Miller_John_DE_20200710 | 5:3 - 5:13 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 14:10 - 14:17 | | 14:18-23 |
| July 10, 2020 | Miller_John_DE_20200710 | 18:24 - 19:12 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 20:14 - 20:19 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 32:10 - 32:21 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 33:4 - 33:13 | F, V, Sp, M | |
| July 10, 2020 | Miller_John_DE_20200710 | 34:13 - 35:21 | F, V, Sp, M, L | |
| July 10, 2020 | Miller_John_DE_20200710 | 35:22 - 36:4 | F, V, Sp, M, L | |
| July 10, 2020 | Miller_John_DE_20200710 | 36:7 - 37:12 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 38:8 - 39:10 | | 39:11-44:21 |
| July 10 2020 | Miller_John_DE_20200710 | 49:6 - 49:17 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 50:4 - 50:12 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 53:24 - 54:19 | | |
| July 10, 2020 | Miller_John_DE_20200710 | 54:20 - 55:8 | V | |
| July 10, 2020 | Miller_John_DE_20200710 | 58:23 - 59:14 | L, V, F, M, Sp | |
| December 1, 2020 | Miller_John_DE_20201201 | 6:24 - 7:3 | | 7:4-15 |
| December 1, 2020 | Miller_John_DE_20201201 | 12:8 - 12:15 | | 12:16-19 |
| December 1, 2020 | Miller_John_DE_20201201 | 12:20 - 12:24 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 13:2 - 13:17 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 13:18 - 14:23 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 15:7 - 15:15 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 16:9 - 16:19 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 17:5 - 17:12 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 17:17 - 18:9 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 18:10 - 18:21 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 19:11 - 20:3 | F, S, M, L | |
| December 1, 2020 | Miller_John_DE_20201201 | 30:10 - 31:19 | F, S, M, V, L | |
| December 1, 2020 | Miller_John_DE_20201201 | 32:14 - 33:18 | AF, F, M, V | |
| December 1, 2020 | Miller_John_DE_20201201 | 33:23 - 34:18 | AA, AF, F, V, L, S | |
| December 1, 2020 | Miller_John_DE_20201201 | 35:19 - 36:2 | | 36:3-5 |
| December 1, 2020 | Miller_John_DE_20201201 | 36:6 - 36:9 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 45:19 - 46:2 | AF, F, V, Sp, S, M, L | 43:3-45:18 |
| December 1, 2020 | Miller_John_DE_20201201 | 49:9 - 49:12 | V, Sp, L | |
| December 1, 2020 | Miller_John_DE_20201201 | 49:21 - 50:3 | AF, F, V, Sp, M, L | 50:4-22 |
| December 1, 2020 | Miller_John_DE_20201201 | 51:15 - 52:1 | F, V, Sp, M, L | |
| December 1  2020 | Miller_John_DE_20201201 | 55:3 - 55:15 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 56:10 - 57:1 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 57:3 - 57:6 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 57:9 - 57:19 | M, L, S | |
| December 1, 2020 | Miller_John_DE_20201201 | 67:25 - 68:4 | | |

| | | | | |
|---|---|---|---|---|
| December 1, 2020 | Miller_John_DE_20201201 | 68:8 - 69:1 | AF, F, V, Sp, M, L | 69:2-4 |
| December 1 2020 | Miller_John_DE_20201201 | 70:7 - 70:15 | F V Sp S M L | |
| December 1, 2020 | Miller_John_DE_20201201 | 70:21 - 71:3 | F, V, Sp, S, M, L | 71:4-5 |
| December 1, 2020 | Miller_John_DE_20201201 | 71:6 - 71:9 | F, V, Sp, S, M, L | 71:10-11 |
| December 1, 2020 | Miller_John_DE_20201201 | 71:12 - 71:19 | F, V, Sp, S, M, L | 71:20-21 |
| December 1, 2020 | Miller_John_DE_20201201 | 71:22 - 71:25 | F, V, Sp, S, M, L | 72:2-74:7 |
| December 1, 2020 | Miller_John_DE_20201201 | 74:9 - 75:2 | V, S, M, L, | |
| December 1, 2020 | Miller_John_DE_20201201 | 75:3 - 75:22 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 76:7 - 76:8 | F, V, L | 76:9-10 |
| December 1, 2020 | Miller_John_DE_20201201 | 76:11 - 76:25 | F, V, Sp, S, M, L | |
| December 1, 2020 | Miller_John_DE_20201201 | 77:8 - 77:20 | F, V, S, M, | |
| December 1, 2020 | Miller_John_DE_20201201 | 77:21 - 77:21 | F, V, S | 77:22-23 |
| December 1, 2020 | Miller_John_DE_20201201 | 77:24 - 78:10 | AF, F, R, V, Sp, S, M, L | 78:11-12 |
| December 1, 2020 | Miller_John_DE_20201201 | 78:13 - 78:17 | AF, F, R, V, Sp, S, M, L | 78:18-19 |
| December 1, 2020 | Miller_John_DE_20201201 | 78:20 - 78:21 | AF, F, R, V, Sp, S, M, L | 78:23:00 |
| December 1, 2020 | Miller_John_DE_20201201 | 80:19 - 80:24 | V, M, S | 80:13-18; 80:25-81:1 |
| December 1, 2020 | Miller_John_DE_20201201 | 81:2 - 81:10 | V, M, S | 81:11:00 |
| December 1, 2020 | Miller_John_DE_20201201 | 81:12 - 81:20 | AF, V, S | 81:21:00 |
| December 1, 2020 | Miller_John_DE_20201201 | 81:22 - 82:3 | V, S | 82:4-5 |
| December 1, 2020 | Miller_John_DE_20201201 | 82:6 - 82:12 | V, S | 82:13-14 |
| December 1, 2020 | Miller_John_DE_20201201 | 82:15 - 82:15 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 82:20 - 83:1 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 85:21 - 93:18 | AF, R, V, Sp, M | |
| December 1, 2020 | Miller_John_DE_20201201 | 85:12 - 85:20 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 94:2 - 94:21 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 94:22 - 95:6 | F, V, Sp, S | 95:7-8 |
| December 1 2020 | Miller_John_DE_20201201 | 95:9 - 96:13 | V Sp S | |
| December 1, 2020 | Miller_John_DE_20201201 | 97:25 - 102:12 | V, Sp, S, M, L | |
| December 1, 2020 | Miller_John_DE_20201201 | 97:7 - 97:16 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 97:17 - 97:20 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 103:3 - 103:7 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 104:11 - 105:7 | F, V, Sp, S, M, | 105:8-10 |
| December 1, 2020 | Miller_John_DE_20201201 | 105:25 - 107:6 | M, V | |
| December 1, 2020 | Miller_John_DE_20201201 | 107:14 - 107:21 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 107:22 - 108:9 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 108:15 - 109:2 | F, S | |
| December 1, 2020 | Miller_John_DE_20201201 | 110:22 - 111:18 | F, AF, V, S | |
| December 1, 2020 | Miller_John_DE_20201201 | 112:14 - 113:3 | F, V, Sp | |
| December 1, 2020 | Miller_John_DE_20201201 | 113:5 - 113:18 | F, V, Sp | |
| December 1, 2020 | Miller_John_DE_20201201 | 114:16 - 115:5 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 115:18 - 115:23 | V, M, S | |
| December 1, 2020 | Miller_John_DE_20201201 | 117:8 - 117:19 | F, V, Sp, M | 117:20:00 |
| December 1, 2020 | Miller_John_DE_20201201 | 117:21 - 118:16 | F, V, Sp, M | |
| December 1, 2020 | Miller_John_DE_20201201 | 119:11 - 119:20 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 121:21 - 122:15 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 121:13 - 121:20 | Sp, V | |
| December 1, 2020 | Miller_John_DE_20201201 | 122:16 - 123:1 | Sp, V | |
| December 1, 2020 | Miller_John_DE_20201201 | 123:23 - 123:24 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 124:2 - 124:21 | F, V, Sp | |
| December 1, 2020 | Miller_John_DE_20201201 | 124:22 - 124:24 | | |
| December 1, 2020 | Miller_John_DE_20201201 | 126:19 - 127:11 | | |
| December 1 2020 | Miller_John_DE_20201201 | 128:9 - 128:25 | F V Sp | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 9:19 - 9:24 | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 13:1 - 13:11 | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 13:12 - 13:19 | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 13:20 - 14:20 | | |

| December 10, 2020 | Moore_Michael_IL_20201210 | 15:24 - 16:13 | | | |
|---|---|---|---|---|---|
| December 10, 2020 | Moore_Michael_IL_20201210 | 16:17 - 17:4 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 18:14 - 19:14 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 20:13 - 20:23 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 20:24 - 21:10 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 22:5 - 22:11 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 22:14 - 23:8 | | 23:9-19 | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 24:13 - 28:10 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 28:12 - 28:12 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 28:15 - 32:6 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 32:10 - 32:14 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 32:16 - 35:16 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 35:20 - 36:17 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 36:22 - 37:2 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 37:10 - 37:14 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 37:15 - 37:17 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 38:2 - 38:2 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 38:20 - 40:12 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 40:16 - 41:22 | Sp | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 40:2 - 40:6 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 41:23 - 42:3 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 42:17 - 42:23 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 42:24 - 43:21 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 43:22 - 44:5 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 44:19 - 45:12 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 46:11 - 46:19 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 46:20 - 46:24 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 47:7 - 47:14 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 47:22 - 48:1 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 48:8 - 49:22 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 50:23 - 51:11 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 53:1 - 54:4 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 54:6 - 54:18 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 54:21 - 55:1 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 55:4 - 55:21 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 56:1 - 56:7 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 56:13 - 56:13 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 56:19 - 57:18 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 57:19 - 58:19 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 58:20 - 58:24 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 60:16 - 60:18 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 61:11 - 61:23 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 61:24 - 62:9 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 62:10 - 63:5 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 63:8 - 63:10 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 64:4 - 64:19 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 64:20 - 65:19 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 65:22 - 66:7 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 66:10 - 67:23 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 68:11 - 69:9 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 71:16 - 72:3 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 72:23 - 73:9 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 76:2 - 76:12 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 78:4 - 78:17 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 78:18 - 78:23 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 79:8 - 79:11 | R | | |

| | | | | | |
|---|---|---|---|---|---|
| December 10, 2020 | Moore_Michael_IL_20201210 | 79:16 - 79:20 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 80:20 - 81:6 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 81:7 - 81:19 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 81:20 - 82:15 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 83:9 - 85:4 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 85:7 - 85:18 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 85:19 - 86:5 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 95:3 - 95:9 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 95:16 - 95:22 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 95:23 - 96:11 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 96:21 - 97:9 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 97:12 - 97:14 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 97:16 - 97:24 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 99:16 - 100:3 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 100:4 - 100:14 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 100:15 - 100:23 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 101:2 - 101:14 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 102:14 - 102:17 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 102:20 - 102:21 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 109:16 - 110:4 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 110:5 - 110:24 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 111:1 - 111:8 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 114:13 - 115:11 | | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 117:11 - 118:2 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 118:3 - 119:5 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 119:6 - 119:9 | EL | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 119:24 - 120:22 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 121:2 - 121:6 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 123:1 - 123:12 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 123:13 - 124:13 | R | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 124:14 - 125:10 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 125:17 - 125:19 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 125:23 - 126:3 | R, P | | |
| December 10, 2020 | Moore_Michael_IL_20201210 | 125:11 - 125:16 | R, P | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 5:4 - 5:10 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 10:2 - 10:7 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 10:17 - 10:22 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 11:6 - 11:9 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 11:14 - 11:25 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 12:5 - 12:18 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 13:9 - 13:23 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 16:17 - 16:20 | R, Sp | 14:1-19, 22:24 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 16:23 - 17:1 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 17:3 - 17:11 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 17:21 - 18:13 | R | 18:14-15, 18-20 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 20:17 - 21:4 | R | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 21:8 - 21:12 | M, R, Sp | 21:5 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 21:19 - 21:24 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 27:4 - 27:21 | Sp, R | 15:2-11, 14 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 28:18 - 29:2 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 29:12 - 29:17 | | | |
| July 9 2020 | Morrow_Matthew_DE_20200709 | 30:9 - 30:16 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 30:25 - 31:16 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 31:21 - 31:23 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 31:25 - 32:5 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 33:24 - 34:7 | | | |

| July 9, 2020 | Morrow_Matthew_DE_20200709 | 36:24 - 37:8 | | | |
| July 9 2020 | Morrow_Matthew_DE_20200709 | 38:16 - 38:20 | Sp | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 38:23 - 39:2 | Sp | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 39:16 - 39:20 | Sp | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 39:23 - 40:2 | Sp | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 40:6 - 40:12 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 43:20 - 43:23 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 45:1 - 45:18 | | | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 49:10 - 50:2 | | 50:3-10 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 52:5 - 53:3 | | 53:4-13, 24-25, 54:10-21 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 53:17 - 53:23 | | 53:4-13, 24-25, 54:10-21 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 53:14 - 53:16 | | 53:4-13, 24-25, 54:10-21 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 54:1 - 54:4 | | 53:4-13, 24-25, 54:10-21 | |
| July 9, 2020 | Morrow_Matthew_DE_20200709 | 54:7 - 54:8 | | 53:4-13, 24-25, 54:10-21 | |
| September 27, 2018 | Newman_David_IL_20180927 | 7:2 - 7:6 | | | |
| September 27, 2018 | Newman_David_IL_20180927 | 13:12 - 14:11 | | | |
| September 27, 2018 | Newman_David_IL_20180927 | 19:10 - 19:21 | | | |
| September 27, 2018 | Newman_David_IL_20180927 | 19:25 - 20:12 | | | |
| September 27, 2018 | Newman_David_IL_20180927 | 24:2 - 25:1 | | | |
| September 27, 2018 | Newman_David_IL_20180927 | 50:17 - 51:1 | R, P | | |
| September 27, 2018 | Newman_David_IL_20180927 | 51:2 - 51:8 | R, P | | |
| September 27, 2018 | Newman_David_IL_20180927 | 52:17 - 53:17 | R, P, Sp, F | | |
| September 27, 2018 | Newman_David_IL_20180927 | 53:18 - 54:16 | R, P, Sp, F | | |
| September 27, 2018 | Newman_David_IL_20180927 | 55:4 - 55:9 | R, P, Sp, F | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 3:18 - 3:19 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 5:1 - 5:12 | | | |
| May 13 2020 | Oates_Patrick_DE_20200513 | 6:16 - 9:2 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 9:4 - 10:9 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 13:5 - 13:11 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 17:23 - 18:4 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 18:5 - 19:9 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 19:14 - 20:4 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 25:17 - 25:25 | | 25:17-26:19 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 26:20 - 26:25 | | 26:20-27:1 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 27:11 - 29:17 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 27:6 - 27:10 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 29:19 - 31:1 | | 29:19-31:12 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 31:20 - 32:1 | | 31:20-32:12 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 32:13 - 32:21 | | 32:13-33:15 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 33:16 - 34:3 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 34:13 - 34:25 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 35:21 - 35:23 | | 35:17-35:23 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 35:25 - 37:8 | | 35:25-37:13 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 42:22 - 43:22 | | 42:22-44:20 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 65:18 - 66:6 | V, F | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 66:19 - 67:9 | V, F | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 67:11 - 68:6 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 68:9 - 68:13 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 69:3 - 69:19 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 81:9 - 81:24 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 87:3 - 87:13 | | 87:3-91:16 | |
| May 13 2020 | Oates_Patrick_DE_20200513 | 90:9 - 90:11 | | 87:3-91:16 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 90:14 - 90:15 | | 87:3-91:16 | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 95:15 - 95:25 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 98:22 - 99:11 | | | |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 99:18 - 100:3 | | | |

| | | | | |
|---|---|---|---|---|
| May 13, 2020 | Oates_Patrick_DE_20200513 | 100:22 - 101:17 | | |
| May 13 2020 | Oates_Patrick_DE_20200513 | 103:11 - 103:12 | | 103:11-105:18 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 103:18 - 105:1 | | 103:11-105:18 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 105:2 - 105:18 | | 103:11-105:18 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 108:16 - 109:23 | | 108:16-110:20 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 110:21 - 111:7 | | 110:21-111:16 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 111:17 - 112:6 | | 111:17-112:13 |
| May 13, 2020 | Oates_Patrick_DE_20200513 | 115:19 - 116:4 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 13:21 - 13:25 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 14:2 - 14:3 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 16:11 - 16:19 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 21:17 - 21:23 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 30:12 - 30:20 | | 30:12 - 32:19 |
| November 10, 2020 | Pak_William_IL_20201110 | 32:20 - 32:25 | | 32:20 - 35:14 |
| November 10, 2020 | Pak_William_IL_20201110 | 41:11 - 41:13 | | 41:11 - 44:5 |
| November 10, 2020 | Pak_William_IL_20201110 | 98:5 - 98:8 | | 98:5 - 99:11 |
| November 10, 2020 | Pak_William_IL_20201110 | 172:21 - 172:25 | | |
| November 10, 2020 | Pak_William_IL_20201110 | 173:2 - 173:4 | | 173:2 - 179:17 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 5:6 - 5:9 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 8:20 - 9:10 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 10:14 - 10:17 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 15:6 - 17:13 | | 15:6-17:19 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 17:20 - 20:13 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 33:4 - 33:25 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 35:11 - 35:19 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 36:3 - 36:24 | | |
| May 7 2020 | Payne_Bill_DE_20200507 | 43:20 - 44:5 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 44:7 - 45:9 | | 44:7-49:1 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 46:19 - 44:21 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 46:24 - 47:10 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 47:20 - 49:1 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 51:17 - 52:11 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 56:9 - 57:3 | | 56:9-58:23 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 58:24 - 60:1 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 60:4 - 62:12 | | |
| May 7, 2020 | Payne_Bill_DE_20200507 | 76:7 - 76:24 | | 76:7-77:4 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 77:22 - 78:4 | | 77:5-78:4 |
| May 7, 2020 | Payne_Bill_DE_20200507 | 82:22 - 82:23 | | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 13:2 - 13:12 | R, P | 14:5-10 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 13:13 - 14:4 | R, P | 15:7-13 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 14:20 - 15:6 | R, P | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 15:18 - 16:1 | R, P | 16:2-21 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 88:25 - 89:12 | R, P, F, Sp | 88:10-18 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 89:18 - 90:6 | R, P, C, V, M, AF | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 90:8 - 90:12 | R, P, C, V, M, AF | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 120:10 - 121:10 | R | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 126:16 - 127:8 | R, C, V | 127:14-128:1 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 127:10 - 127:10 | R, C, V | 127:14-128:1 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 135:4 - 135:25 | R, C, V | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 136:12 - 136:25 | | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 137:14 - 137:17 | R, P | 140:7-9 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 142:12 - 142:15 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24 149:13-24 |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 142:16 - 142:19 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24 149:13-24 |

41

| | | | | | |
|---|---|---|---|---|---|
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 143:1 - 143:11 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24  149:13-24 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 144:8 - 144:19 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24  149:13-24 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 147:2 - 147:6 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24  149:13-24 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 147:9 - 147:10 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24  149:13-24 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 150:2 - 150:13 | R, P | 142:20-25, 145:6-146:2, 147:12-18, 148:1-24  149:13-24 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 179:18 - 179:20 | R, P, F, Sp | 178:6-179:5, 179:22-180:3 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 180:4 - 180:9 | R, P, F, Sp | 178:6-179:5, 179:22-180:3 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 181:24 - 181:25 | R, F | | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 181:20 - 181:22 | R, F | | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 188:2 - 188:4 | R, P, Sp | 188:5-6 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 188:7 - 188:9 | R, P, Sp | 188:5-6 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 188:16 - 188:20 | R, P, Sp, L, H | 188:21-22, 189:5-6 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 188:23 - 189:4 | R, P, Sp, L, H | 188:21-22, 189:5-6 | |
| February 25, 2019 | Ramachandiran_Durai_IL_20190225 | 189:13 - 189:23 | R, P, Sp, L, H | 188:21-22, 189:5-6 | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 13:21 - 14:3 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 14:14 - 14:19 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 14:20 - 15:6 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 15:12 - 16:10 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 17:3 - 17:13 | V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 17:19 - 18:3 | Sp | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 19:1 - 19:13 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 20:15 - 21:4 | R | 21:5-22:22 | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 23:6 - 23:19 | R, V | 23:20-23 | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 24:3 - 24:14 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 24:19 - 25:3 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 24:15 - 24:18 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 25:5 - 25:16 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 25:17 - 25:17 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 25:19 - 25:19 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 27:20 - 28:9 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 28:10 - 28:19 | R, P, V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 28:22 - 29:8 | R, P, V | 29:9-17 | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 29:18 - 30:8 | R | 29:9-17 | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 30:12 - 30:18 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 30:19 - 31:14 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 31:22 - 32:2 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 31:15 - 31:21 | R, P, Sp, S | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 32:3 - 32:9 | R, P, Sp, S | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 33:9 - 33:18 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 33:24 - 34:2 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 33:19 - 33:23 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 34:5 - 34:14 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 34:17 - 34:22 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 34:23 - 36:16 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 36:17 - 37:4 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 37:21 - 37:25 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 37:5 - 37:20 | R  P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 38:22 - 38:24 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 38:1 - 38:19 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 47:23 - 48:5 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 47:18 - 47:20 | | | |

| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 48:6 - 48:22 | | | |
|---|---|---|---|---|---|
| December 9 2020 | Ramsayer_Scott_IL_20201209 | 49:6 - 51:5 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 51:6 - 51:25 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 53:2 - 53:19 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 54:24 - 55:15 | P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 56:2 - 56:15 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 58:4 - 58:7 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 58:10 - 58:24 | P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 59:13 - 59:17 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 60:6 - 61:5 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 61:6 - 62:17 | Sp, V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 62:18 - 62:20 | V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 62:22 - 62:25 | V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 63:3 - 63:19 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 63:20 - 64:15 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 65:22 - 66:16 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 65:1 - 65:17 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 66:17 - 66:25 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 67:13 - 68:17 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 67:7 - 67:12 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 68:18 - 70:10 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 70:11 - 71:16 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 72:8 - 73:3 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 72:2 - 72:7 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 73:4 - 73:14 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 73:17 - 73:17 | R, P | | |
| December 9 2020 | Ramsayer_Scott_IL_20201209 | 75:11 - 75:25 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 76:23 - 77:21 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 76:21 - 76:22 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 77:24 - 78:9 | R, P, M | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 78:23 - 79:16 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 78:14 - 78:22 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 79:17 - 80:12 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 80:13 - 81:4 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 81:5 - 82:19 | M, Sp, R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 82:20 - 83:9 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 83:20 - 84:8 | | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 84:10 - 84:24 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 85:2 - 85:5 | R | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 85:6 - 86:6 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 86:7 - 87:1 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 87:18 - 88:4 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 88:5 - 88:11 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 88:12 - 89:1 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 89:2 - 89:21 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 89:22 - 90:12 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 90:13 - 91:18 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 91:23 - 92:13 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 93:25 - 94:6 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 94:7 - 94:21 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 94:22 - 95:1 | R, P, L | | |
| December 9 2020 | Ramsayer_Scott_IL_20201209 | 95:2 - 95:19 | R  P  L | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 95:23 - 96:2 | R, P, L | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 96:10 - 97:4 | R, P | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 99:4 - 99:23 | R, V | | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 99:24 - 101:10 | R, V | | |

| | | | | |
|---|---|---|---|---|
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 101:19 - 102:14 | R, V | |
| December 9 2020 | Ramsayer_Scott_IL_20201209 | 105:16 - 106:9 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 106:10 - 107:25 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 108:1 - 108:7 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 108:22 - 110:4 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 110:22 - 111:19 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 112:21 - 113:13 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 112:9 - 112:20 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 113:14 - 114:14 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 114:17 - 114:23 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 114:24 - 115:4 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 115:18 - 115:23 | R, M | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 116:12 - 116:22 | R, M | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 116:1 - 116:10 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 116:23 - 117:14 | R | |
| December 9, 2020 | Ramsayer_Scott_IL_20201209 | 117:17 - 118:3 | R | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 6:9 - 6:16 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 18:25 - 19:25 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 20:2 - 20:16 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 20:23 - 21:19 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 21:20 - 21:25 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 22:2 - 22:4 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 22:12 - 22:22 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 24:9 - 24:16 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 24:17 - 25:22 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 25:23 - 26:21 | | |
| January 4 2021 | Rogina_Joseph_IL_20210104 | 32:8 - 33:19 | R  P | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 36:12 - 36:23 | R, P | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 37:12 - 37:17 | R, P, M, Sp | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 37:20 - 40:16 | R, P, M, Sp, V | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 40:17 - 40:25 | R, P, M, Sp, V | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 41:2 - 41:12 | R, P, M, Sp, V | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 41:14 - 42:9 | V | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 42:11 - 44:5 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 44:6 - 45:4 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 45:6 - 46:8 | R | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 49:19 - 52:18 | R, P, Sp | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 54:25 - 54:25 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 54:6 - 54:8 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 55:2 - 55:5 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 55:6 - 55:18 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 55:24 - 56:13 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 56:24 - 56:25 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 56:14 - 56:23 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 57:2 - 57:4 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 57:12 - 57:17 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 57:5 - 57:11 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 57:18 - 57:25 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 58:2 - 58:4 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 58:6 - 58:24 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 60:11 - 60:22 | R | |
| January 4 2021 | Rogina_Joseph_IL_20210104 | 60:23 - 63:4 | R | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 72:9 - 73:4 | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 73:16 - 74:16 | R | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 81:24 - 81:25 | R | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 82:2 - 82:14 | R | |

| | | | | | |
|---|---|---|---|---|---|
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 82:19 - 82:25 | R | | |
| January 4 2021 | Rogina_Joseph_IL_20210104 | 83:2 - 83:20 | R | | |
| January 4, 2021 | Rogina_Joseph_IL_20210104 | 83:21 - 84:7 | R | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 5:15 - 5:20 | | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 40:4 - 40:6 | R, V, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 40:9 - 40:14 | R, V, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 40:16 - 40:19 | R, V, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 40:22 - 41:8 | R, V, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 41:11 - 41:15 | R, V, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 85:4 - 86:25 | R, P, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 87:12 - 89:5 | R, P, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 169:15 - 170:7 | R, P, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 170:16 - 170:21 | R, P, AF | | |
| October 31, 2018 | Roy_Kenneth_IL_20181031 | 170:24 - 171:22 | R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 7:8 - 7:12 | | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 103:3 - 103:8 | | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 136:9 - 136:19 | V, R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 158:19 - 158:21 | V, R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 176:17 - 177:24 | R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 181:4 - 182:2 | R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 183:3 - 183:20 | R, P, AF | | |
| November 8, 2019 | Roy_Kenneth_IL_20191108 | 201:14 - 202:5 | R, P, H | | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 140:18 - 141:3 | P, R | 140:10-17, 141:4-10 | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 143:3 - 144:7 | P, R | 144:8-11 | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 144:12 - 144:17 | P, R | | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 145:4 - 148:2 | P, R | | |
| December 6 2019 | Roy_Kenneth_IL_20191206 | 149:19 - 149:25 | P R | | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 153:12 - 153:17 | P | | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 153:22 - 154:24 | P, R, H, Sp | | |
| December 6, 2019 | Roy_Kenneth_IL_20191206 | 162:19 - 162:25 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 5:13 - 5:18 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 5:25 - 7:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 7:5 - 10:15 | R, P | 10:16-11:18 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 11:19 - 12:14 | R | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 12:20 - 13:17 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 15:18 - 15:21 | | 14:12-15:17 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 16:5 - 17:7 | V, C | 17:8-20 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 17:21 - 18:2 | | 17:8-20 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 18:3 - 19:4 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 19:5 - 19:21 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 19:22 - 21:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 21:4 - 22:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 22:4 - 23:11 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 23:21 - 24:8 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 26:13 - 26:22 | | 26:4-12 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 29:8 - 30:6 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 30:8 - 31:4 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 32:9 - 32:25 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 33:1 - 33:17 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 33:18 - 34:12 | Sp | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 34:13 - 34:22 | | 34:23-25 | |
| March 11 2020 | Roy_Kenneth_IL_20200311 | 35:1 - 36:2 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 36:4 - 36:6 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 36:18 - 38:1 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 38:2 - 39:22 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 39:23 - 40:25 | | | |

| | | | | | |
|---|---|---|---|---|---|
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 41:1 - 41:15 | | | |
| March 11 2020 | Roy_Kenneth_IL_20200311 | 41:23 - 42:15 | | 42:16-43:23 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 43:24 - 46:1 | | 42:16-43:23 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 46:15 - 47:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 47:9 - 47:19 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 48:1 - 49:21 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 50:8 - 51:18 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 51:25 - 52:9 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 52:21 - 53:8 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 56:1 - 56:14 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 58:8 - 59:11 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 59:12 - 59:14 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 59:15 - 60:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 70:20 - 71:18 | R, P | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 74:11 - 74:25 | R, P | 75:1-7 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 75:8 - 75:17 | | 75:1-7 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 76:11 - 77:13 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 76:4 - 76:10 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 77:15 - 78:3 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 78:4 - 78:5 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 78:10 - 78:17 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 85:1 - 85:5 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 104:23 - 105:12 | | 105:13-107:4 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 107:5 - 109:2 | | 105:13-107:4 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 109:3 - 110:6 | Sp | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 110:8 - 110:21 | Sp | | |
| March 11 2020 | Roy_Kenneth_IL_20200311 | 110:22 - 111:6 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 111:7 - 111:10 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 111:11 - 112:6 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 112:7 - 112:19 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 112:24 - 113:22 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 115:6 - 115:10 | | 114:17-5 | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 115:25 - 116:9 | M, SP | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 116:12 - 116:22 | M, SP | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 116:25 - 118:24 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 118:25 - 119:14 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 119:15 - 121:16 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 121:24 - 122:1 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 122:9 - 122:19 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 123:1 - 123:15 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 124:1 - 125:8 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 125:9 - 126:2 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 126:10 - 127:14 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 126:3 - 126:9 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 127:15 - 128:13 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 129:12 - 130:1 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 130:10 - 131:22 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 135:17 - 136:9 | | | |
| March 11, 2020 | Roy_Kenneth_IL_20200311 | 136:10 - 136:17 | | | |
| January 9, 2019 | Sanderson, Randall_IL_20190109 | 5:6 - 5:8 | | | |
| January 9, 2019 | Sanderson, Randall_IL_20190109 | 15:2 - 15:4 | | 15:4-16; 16:16-20:4; 20:13-22:6; 22:8-10; 22:12-23:1; 23:4-24:15, 24:19-24; 26:5-27:1; 27:14-20 | |
| January 9, 2019 | Sanderson, Randall_IL_20190109 | 24:25 - 25:16 | | 15:4-16; 16:16-20:4; 20:13-22:6; 22:8-10; 22:12-23:1; 23:4-24:15, 24:19-24; 26:5-27:1; 27:14-20 | |

| | | | | |
|---|---|---|---|---|
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 30:19 - 30:23 | | |
| January 9 2019 | Sanderson_Randall_IL_20190109 | 31:3 - 31:21 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 32:13 - 32:16 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 40:20 - 41:1 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 41:3 - 41:3 | | 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13  15-17. |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 41:5 - 41:16 | | 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13  15-17. |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 45:16 - 45:20 | | 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13  15-17. |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 76:1 - 76:21 | | 77:25-82:5; 83:1-88:16 |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 114:9 - 114:17 | | 114:18-115:3 |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 115:4 - 115:25 | | 114:18-115:3 |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 126:8 - 127:20 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 131:23 - 133:9 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 144:3 - 144:22 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 145:14 - 146:10 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 152:12 - 154:13 | | 151:19-152:5; 152:78, 10-11; 154:14-16, 20-21 |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 155:22 - 156:3 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 156:4 - 158:8 | | |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 176:6 - 176:22 | | 15:4-16; 16:16-20:4; 20:13-22:6; 22:8-10; 22:12-23:1; 23:4-24:15, 24:19-24; 26:5-27:1; 27:14-20; 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13, 15-17; 77:25-82:5; 83:1-88:16; 176:23-177:4; 177:24-178:1. |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 177:5 - 177:23 | | 15:4-16; 16:16-20:4; 20:13-22:6; 22:8-10; 22:12-23:1; 23:4-24:15, 24:19-24; 26:5-27:1; 27:14-20; 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13, 15-17; 77:25-82:5; 83:1-88:16; 176:23-177:4; 177:24-178:1. |
| January 9, 2019 | Sanderson_Randall_IL_20190109 | 178:12 - 179:14 | | 47:18-22; 51:14-53:7; 53:7-57:9; 57:12-13, 15-17; 77:25-82:5; 83:1-88:16; 176:23  177:4; 177:24-178:1 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 4:4 - 4:8 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 4:14 - 4:15 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 4:18 - 4:19 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 11:14 - 11:18 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 12:3 - 12:9 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 13:5 - 13:23 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 14:11 - 14:12 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 14:14 - 15:6 | | 15:7-25 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 16:1 - 16:23 | | 16:24-17:5; 17:11; 17:13-19; 18:4-7 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 19:8 - 19:16 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 20:16 - 20:20 | | |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 21:4 - 21:20 | | 24:22-25; 25:6-21 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 22:7 - 22:8 | | 24:22-25; 25:6-21 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 22:21 - 22:24 | | 24:22-25; 25:6-21 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 23:6 - 23:16 | | 24:22-25; 25:6-21 |
| October 26 2017 | Sanderson_Randall_IL_20171026 | 23:24 - 24:11 | | 24:22-25; 25:6-21 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 39:10 - 40:5 | | 40:6-17, 19-20; 40:22-41:4 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 41:5 - 41:6 | | 40:6-17, 19-20; 40:22-41:4 |
| October 26, 2017 | Sanderson_Randall_IL_20171026 | 41:8 - 41:15 | | 40:6-17, 19-20; 40:22-41:4 |
| November 23, 2020 | Schanz_James_DE_20201123 | 9:7 - 9:9 | | |

| November 23, 2020 | Schanz_James_DE_20201123 | 16:3 - 16:8 | | | |
|---|---|---|---|---|---|
| November 23, 2020 | Schanz_James_DE_20201123 | 18:24 - 19:15 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 20:10 - 20:19 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 20:20 - 21:17 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 22:1 - 22:3 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 22:5 - 22:12 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 22:22 - 23:14 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 22:14 - 22:16 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 23:16 - 24:13 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 25:4 - 25:13 | | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 25:14 - 26:1 | | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 27:3 - 27:11 | S | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 27:13 - 27:13 | S | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 27:20 - 28:7 | S, V | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 28:9 - 28:18 | S, V, F | 26:12-23 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 28:21 - 28:25 | S, V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 29:2 - 30:1 | S, V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 30:4 - 30:13 | S, V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 30:17 - 31:6 | V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 31:8 - 31:16 | V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 31:18 - 31:24 | V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 32:1 - 32:10 | V, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 32:13 - 34:13 | V, S | 36:10-13. | |
| November 23, 2020 | Schanz_James_DE_20201123 | 32:5 - 32:10 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 34:16 - 35:18 | V, S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 35:21 - 35:21 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 35:16 - 35:18 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 35:23 - 36:1 | S, V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 36:3 - 36:8 | S, V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 36:14 - 36:21 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 36:23 - 36:24 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 37:13 - 37:14 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 37:17 - 37:22 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 37:1 - 37:12 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 37:24 - 38:8 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 39:20 - 40:4 | | 40:13-15, 18-24 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 41:1 - 41:3 | S, V, Sp | 40:13-15, 18-24 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 41:6 - 41:9 | S, V, Sp | 40:13-15, 18-24 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 41:11 - 41:17 | | 41:18-21, 41:24-43:24, 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 43:25 - 44:21 | | 41:18-21, 41:24-43:24, 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 44:22 - 45:1 | | 41:18-21, 41:24-43:24, 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 45:22 - 46:3 | | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 45:4 - 45:5 | | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 47:9 - 47:16 | | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 48:20 - 49:3 | S | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 49:5 - 50:1 | S | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 51:18 - 51:22 | S | 45:7-21, 46:4, 46:6-47:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 51:24 - 52:1 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 51:2 - 51:13 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 51:15 - 51:16 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 52:3 - 52:18 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 52:19 - 52:19 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 52:22 - 53:12 | S | | |

| | | | | |
|---|---|---|---|---|
| November 23, 2020 | Schanz_James_DE_20201123 | 53:21 - 53:24 | S | |
| November 23 2020 | Schanz_James_DE_20201123 | 54:1 - 54:5 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 54:7 - 54:24 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 55:2 - 55:14 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 55:17 - 56:2 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 56:4 - 56:14 | | 56:15-20 |
| November 23, 2020 | Schanz_James_DE_20201123 | 56:21 - 56:25 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 57:3 - 57:9 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 57:25 - 59:10 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 59:13 - 59:17 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 59:21 - 60:16 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 60:17 - 61:9 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 61:10 - 61:14 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 61:17 - 61:17 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 61:19 - 62:14 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 62:16 - 62:16 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 62:18 - 63:1 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 63:4 - 63:20 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 64:3 - 64:9 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 64:11 - 64:19 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 64:21 - 66:1 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 66:3 - 66:3 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 68:5 - 69:2 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 69:5 - 69:5 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 69:7 - 70:14 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 71:8 - 72:3 | | |
| November 23 2020 | Schanz_James_DE_20201123 | 72:4 - 72:7 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 72:9 - 72:17 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 72:19 - 72:21 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 72:22 - 74:1 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 74:4 - 74:5 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 74:7 - 74:12 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 74:14 - 74:23 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 74:24 - 75:14 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 75:16 - 76:7 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 76:19 - 76:25 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 77:2 - 77:10 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 77:13 - 77:14 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 77:16 - 78:8 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 78:12 - 78:24 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 83:14 - 83:16 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 83:18 - 83:24 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 84:1 - 84:3 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 84:18 - 84:23 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 85:2 - 85:14 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 87:16 - 87:21 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 87:24 - 88:9 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 89:4 - 89:9 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 89:12 - 89:15 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 89:17 - 89:23 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 89:24 - 90:10 | | |
| November 23 2020 | Schanz_James_DE_20201123 | 91:4 - 93:24 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 94:3 - 95:2 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 95:3 - 95:5 | V, F, AF | |
| November 23, 2020 | Schanz_James_DE_20201123 | 95:7 - 96:6 | V, F, AF | |
| November 23, 2020 | Schanz_James_DE_20201123 | 96:8 - 96:17 | V, F, AF | |

| November 23, 2020 | Schanz_James_DE_20201123 | 96:18 - 96:19 | V, F, AF | | |
|---|---|---|---|---|---|
| November 23 2020 | Schanz_James_DE_20201123 | 96:21 - 97:6 | V  F  AF | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 121:15 - 121:17 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 121:19 - 121:23 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 121:11 - 121:14 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 121:25 - 122:8 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 122:9 - 123:18 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 123:19 - 124:6 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 124:17 - 125:3 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 125:4 - 125:7 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 125:8 - 125:24 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 126:9 - 126:19 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 126:20 - 126:22 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 126:24 - 127:10 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 127:12 - 128:5 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 128:7 - 129:9 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 129:10 - 129:23 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 129:24 - 130:6 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 130:8 - 130:10 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 130:16 - 131:4 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 131:6 - 131:12 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 131:14 - 131:23 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 131:25 - 132:7 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 132:10 - 132:12 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 133:9 - 134:3 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 134:4 - 135:15 | | | |
| November 23 2020 | Schanz_James_DE_20201123 | 135:16 - 136:19 | F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 136:25 - 137:4 | F, V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 137:6 - 137:8 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 142:16 - 143:5 | F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 143:8 - 143:11 | F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 143:18 - 143:20 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 143:22 - 144:23 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 144:25 - 146:16 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 146:19 - 147:11 | S, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 147:14 - 147:20 | S, F | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 149:22 - 151:16 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 151:19 - 154:13 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 154:15 - 155:1 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 155:3 - 155:21 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 155:23 - 156:12 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 157:16 - 157:24 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 157:12 - 157:14 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 158:1 - 158:7 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 158:9 - 159:16 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 160:12 - 160:22 | | 160:23-161:8 | |
| November 23, 2020 | Schanz_James_DE_20201123 | 161:24 - 162:11 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 162:23 - 163:12 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 163:13 - 164:7 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 164:9 - 164:22 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 164:23 - 165:20 | S | | |
| November 23 2020 | Schanz_James_DE_20201123 | 165:22 - 166:12 | S  V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 166:13 - 167:2 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 167:3 - 167:9 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 167:11 - 167:15 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 167:17 - 167:19 | V | | |

| | | | | |
|---|---|---|---|---|
| November 23, 2020 | Schanz_James_DE_20201123 | 168:9 - 168:24 | V, S, R | |
| November 23 2020 | Schanz_James_DE_20201123 | 169:2 - 169:20 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 169:21 - 171:5 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 172:3 - 172:8 | S, R, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 173:6 - 174:10 | | 174:11-22, 174:25-175:18, 174:21-176:4 |
| November 23, 2020 | Schanz_James_DE_20201123 | 176:5 - 176:10 | | 174:11-22, 174:25-175:18, 174:21-176:4 |
| November 23, 2020 | Schanz_James_DE_20201123 | 177:4 - 177:13 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 177:22 - 178:7 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 178:8 - 178:23 | | 178:24-180:16, 180:20-181:10 |
| November 23, 2020 | Schanz_James_DE_20201123 | 182:15 - 183:3 | | 178:24-180:16, 180:20-181:10 |
| November 23, 2020 | Schanz_James_DE_20201123 | 183:4 - 183:13 | S | 178:24-180:16, 180:20-181:10 |
| November 23, 2020 | Schanz_James_DE_20201123 | 183:15 - 183:15 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 183:17 - 183:20 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 183:22 - 184:14 | S, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 184:17 - 185:21 | S, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 185:25 - 186:25 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 187:1 - 187:15 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 187:18 - 188:6 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 188:9 - 189:1 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 189:2 - 189:10 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 189:13 - 189:19 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 189:22 - 190:1 | S, V, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 190:3 - 190:13 | S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 190:16 - 190:22 | S, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 191:2 - 191:14 | S, V | 191:15-21, 191:23-192:3, 192:13-193:6, 193:8-10; 193:13-20 |
| November 23, 2020 | Schanz_James_DE_20201123 | 193:21 - 194:22 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 196:8 - 196:17 | R, P, F | |
| November 23, 2020 | Schanz_James_DE_20201123 | 196:21 - 197:19 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 197:21 - 201:10 | R, P, AF, V | |
| November 23, 2020 | Schanz_James_DE_20201123 | 201:16 - 201:19 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 201:20 - 201:25 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 202:20 - 202:24 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 203:6 - 203:20 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 204:22 - 205:9 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 205:13 - 206:15 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 206:18 - 208:4 | R, P, Sp | |
| November 23, 2020 | Schanz_James_DE_20201123 | 209:23 - 210:4 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 210:20 - 211:15 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 211:17 - 211:18 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 211:24 - 212:2 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 212:9 - 212:16 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 213:2 - 213:15 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 213:20 - 214:16 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 214:17 - 215:13 | R, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 215:14 - 216:4 | R, P, F, S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 216:7 - 216:22 | R, P, F, S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 216:24 - 216:24 | R, P, S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 217:1 - 217:3 | R, P, S | |
| November 23 2020 | Schanz_James_DE_20201123 | 217:6 - 217:6 | R P S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 217:8 - 217:24 | R, P, F, S | |
| November 23, 2020 | Schanz_James_DE_20201123 | 218:2 - 218:4 | R, P, F, S, P | |
| November 23, 2020 | Schanz_James_DE_20201123 | 220:2 - 220:19 | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 220:20 - 221:8 | F, S | |

| November 23, 2020 | Schanz_James_DE_20201123 | 221:11 - 221:14 | F, S | | |
| November 23 2020 | Schanz_James_DE_20201123 | 221:15 - 222:15 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 222:16 - 223:1 | S | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 223:4 - 224:10 | S | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 226:3 - 226:5 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 226:14 - 227:1 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 227:5 - 227:15 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 228:4 - 228:18 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 229:15 - 229:16 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 229:25 - 230:17 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 232:24 - 233:1 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 233:24 - 234:8 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 234:12 - 234:13 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 234:15 - 234:16 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 234:21 - 235:15 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 235:16 - 235:25 | F, S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 236:4 - 236:11 | F, S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 237:5 - 237:22 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 238:2 - 238:4 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 239:12 - 240:6 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 240:7 - 240:24 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 241:2 - 242:1 | S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 247:13 - 248:3 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 248:5 - 249:11 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 250:1 - 250:13 | F, V | | |
| November 23 2020 | Schanz_James_DE_20201123 | 251:6 - 251:18 | V | | |
| November 23 2020 | Schanz_James_DE_20201123 | 251:20 - 252:7 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 252:8 - 252:16 | V | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 255:17 - 255:19 | S, V | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 255:22 - 256:8 | S, V, F | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 256:12 - 256:18 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 257:12 - 258:13 | | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 258:14 - 258:21 | | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 259:2 - 259:5 | F, S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 259:8 - 259:16 | F, S | | |
| November 23, 2020 | Schanz_James_DE_20201123 | 259:18 - 259:21 | S | | |
| November 23, 2020 | Schanz_James_DE 20201123 | 259:23 - 260:4 | S | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 9:9 - 9:11 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 12:12 - 12:17 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 12:23 - 13:1 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 12:5 - 12:6 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 25:14 - 26:4 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 26:18 - 26:24 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 28:5 - 28:6 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 28:21 - 28:24 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 29:17 - 30:13 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 30:23 - 31:11 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 33:4 - 33:8 | V, Sp | 33:11-13 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 33:15 - 33:21 | V, Sp | 33:11-13 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 33:24 - 34:1 | V, Sp | 33:11-13 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 36:18 - 36:22 | | | |
| April 16 2019 | Schanz_James_IL_20190416 | 37:5 - 37:7 | | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 38:4 - 38:12 | | 38:13-22 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 38:23 - 41:3 | | 38:13-22 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 44:17 - 45:2 | Sp, V | 48:7-13, 15-16 | |
| April 16, 2019 | Schanz_James_IL_20190416 | 45:5 - 46:8 | Sp, V | 48:7-13, 15-16 | |

| | | | | |
|---|---|---|---|---|
| April 16, 2019 | Schanz_James_IL_20190416 | 46:11 - 47:3 | Sp, V | 48:7-13, 15-16 |
| April 16 2019 | Schanz_James_IL_20190416 | 84:1 - 84:10 | V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 85:9 - 86:5 | V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 93:9 - 95:13 | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 100:18 - 101:3 | V | 100:7-17, 101:4-7 |
| April 16, 2019 | Schanz_James_IL_20190416 | 101:8 - 102:4 | V, Sp | 100:7-17, 101:4-7 |
| April 16, 2019 | Schanz_James_IL_20190416 | 102:8 - 103:4 | V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 108:24 - 109:7 | F, V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 111:19 - 111:21 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 115:6 - 118:9 | R, V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 139:6 - 139:23 | R, V, P, AF | 139:24 |
| April 16, 2019 | Schanz_James_IL_20190416 | 142:16 - 142:18 | R, F, P | 142:19 |
| April 16, 2019 | Schanz_James_IL_20190416 | 143:1 - 144:2 | V, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 147:4 - 149:1 | F, R, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 214:7 - 214:24 | | 213:12-214:7, 215:1-24 |
| April 16, 2019 | Schanz_James_IL_20190416 | 220:12 - 220:17 | | 219:15-220:5, 220:7-11, 218:18-21 |
| April 16, 2019 | Schanz_James_IL_20190416 | 220:6 - 220:6 | | 219:15-220:5, 220:7-11, 218:18-21 |
| April 16, 2019 | Schanz_James_IL_20190416 | 222:22 - 223:19 | V | 221:12-222:21 |
| April 16, 2019 | Schanz_James_IL_20190416 | 224:5 - 224:14 | | 221:12-222:21 |
| April 16, 2019 | Schanz_James_IL_20190416 | 225:11 - 225:18 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 227:13 - 227:16 | F | |
| April 16, 2019 | Schanz_James_IL_20190416 | 227:18 - 228:2 | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 228:15 - 228:20 | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 228:21 - 229:16 | V, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 230:7 - 230:18 | Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 230:19 - 231:9 | V | 231:10-18 |
| April 16 2019 | Schanz_James_IL_20190416 | 239:18 - 239:24 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 240:1 - 240:4 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 240:8 - 241:5 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 242:15 - 242:24 | R, V, Sp | 242:6-9, 242:12-14 |
| April 16, 2019 | Schanz_James_IL_20190416 | 243:1 - 243:16 | R, V, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 243:19 - 244:16 | R, F, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 244:19 - 245:2 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 245:5 - 245:10 | R, S, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 245:13 - 245:19 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 245:22 - 246:4 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 246:6 - 246:6 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 246:7 - 246:16 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 246:17 - 247:10 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 250:10 - 250:13 | Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 250:15 - 250:21 | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 256:13 - 256:15 | R, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 257:23 - 258:19 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 258:21 - 258:24 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 259:2 - 259:24 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 260:2 - 260:3 | R, S | |
| April 16, 2019 | Schanz_James_IL_20190416 | 260:23 - 261:2 | R, S, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 261:5 - 261:20 | R, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 263:21 - 263:24 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 264:4 - 264:16 | R | |
| April 16, 2019 | Schanz_James_IL_20190416 | 265:1 - 265:7 | R | |
| April 16 2019 | Schanz_James_IL_20190416 | 265:9 - 265:13 | R  Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 266:6 - 266:24 | R, Sp | |
| April 16, 2019 | Schanz_James_IL_20190416 | 268:1 - 268:6 | V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 268:7 - 268:23 | V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 269:3 - 270:2 | V | |

| | | | | |
|---|---|---|---|---|
| April 16, 2019 | Schanz_James_IL_20190416 | 275:10 - 275:19 | V, F | |
| April 16 2019 | Schanz_James_IL_20190416 | 275:21 - 275:24 | V F | |
| April 16, 2019 | Schanz_James_IL_20190416 | 276:2 - 276:6 | V, F | |
| April 16, 2019 | Schanz_James_IL_20190416 | 276:18 - 277:13 | V, F | |
| April 16, 2019 | Schanz_James_IL_20190416 | 277:14 - 277:24 | | |
| April 16, 2019 | Schanz_James_IL_20190416 | 278:17 - 279:19 | R, V, F | |
| April 16, 2019 | Schanz_James_IL_20190416 | 287:6 - 289:5 | R, V | |
| April 16, 2019 | Schanz_James_IL_20190416 | 289:16 - 290:21 | R, V | |
| November 13, 2020 | Schanz_James_IL_20201113 | 7:6 - 7:20 | | |
| November 13, 2020 | Schanz_James_IL_20201113 | 11:14 - 11:19 | | |
| November 13, 2020 | Schanz_James_IL_20201113 | 53:20 - 55:16 | V, Sp | 51:16-19, 51:23-53:13 |
| November 13, 2020 | Schanz_James_IL_20201113 | 69:7 - 70:9 | R, F, Sp | 68:1-23 |
| November 13, 2020 | Schanz_James_IL_20201113 | 133:14 - 133:16 | V, Sp, S, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 133:20 - 134:2 | V, Sp, S, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 134:15 - 137:5 | V, Sp, S, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 137:20 - 138:4 | V, Sp, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 140:1 - 140:12 | S, V, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 140:16 - 140:21 | Sp, V, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 140:24 - 141:2 | V, Sp, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 141:8 - 141:21 | V, Sp, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 141:24 - 142:2 | V, Sp, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 144:16 - 145:15 | V, Sp, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 147:1 - 147:7 | V, R | |
| November 13, 2020 | Schanz_James_IL_20201113 | 175:9 - 175:12 | V | 173:5-10, 173:13-174:5, 174:9-22, 175:1-8 |
| November 13, 2020 | Schanz_James_IL_20201113 | 175:14 - 176:14 | V | 173:5-10, 173:13-174:5, 174:9-22, 175:1-8 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 6:10-13 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 8:12-9:25 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 20:13-21:4 | | 19:24-23:11 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 21:7-22:13 | | 23:3-5, 9-11 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 23:12-24:6 | | 23:3-5, 9-11 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 24:8-24:8 | | 24:9-19 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 25:15-26:12 | | 26:13-18 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 29:15-30:10 | | 28:16-30:17 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 77:9-78:2 | | 77:9-80:18 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 78:21- 78:25 | | 78:11-12, 15 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 79:3-79:12 | | 78:11-12, 15 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 80:19-84:9 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 85:5-85:20 | | 85:5-89:8 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 86:3-86:5 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 86:8-86:10 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 87:10-88:15 | | |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 89:12-90:21 | | 89:2-91:11 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 95:17-95:20 | | 94:13-101:10 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 97:1-97:4 | | 96:20-25 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 98:16-96:18 | | 98:5-9 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 99:24-100:1 | | 99:16-23 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 101:8-101:10 | | 101:3-7 |
| July 24, 2020 | Schnibbe_John_DE_20200724 | 109:17-110:25 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 10:3 - 10:5 | | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 12:17 - 12:19 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 16:7 - 16:8 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 17:12 - 18:6 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 18:9 - 18:14 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 18:16 - 18:20 | | |

| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 18:21 - 19:1 | R, P | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 19:4 - 19:4 | R P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 19:6 - 19:15 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 19:18 - 19:23 | R, P, B, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 20:1 - 20:8 | R, P, B, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 20:12 - 20:21 | R, P, B, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 21:1 - 21:1 | R, P, B, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 21:3 - 21:11 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 21:13 - 21:21 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 21:23 - 23:3 | R, P, M, AA | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 23:5 - 23:14 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 25:3 - 25:10 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 29:3 - 29:21 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 29:24 - 30:6 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 30:8 - 30:13 | R, P, C, F | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 30:16 - 31:7 | R, P, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 31:10 - 31:18 | R, P, Sp, B, M | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 31:21 - 32:8 | R, P, V, Sp, H, F | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 32:11 - 32:13 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 32:15 - 33:5 | R, P, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 33:7 - 33:24 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 38:20 - 39:8 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 39:10 - 39:13 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 39:15 - 39:24 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 40:2 - 40:6 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 40:9 - 40:14 | R, P | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 40:16 - 41:10 | | 40:16 - 41:12 |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 41:14 - 41:17 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 42:24 - 43:6 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 44:12 - 44:15 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 44:19 - 45:2 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 45:3 - 45:8 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 45:10 - 45:17 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 48:4 - 48:7 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 49:11 - 49:18 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 51:1 - 51:16 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 51:19 - 51:21 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 53:17 - 53:21 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 53:23 - 54:10 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 54:13 - 54:20 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 54:23 - 55:10 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 55:12 - 56:2 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 71:7 - 71:13 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 73:12 - 73:21 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 80:1 - 80:18 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 86:20 - 86:22 | R, P, F, V | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 86:24 - 87:15 | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 87:22 - 88:18 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 89:10 - 89:14 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 89:17 - 90:3 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 90:5 - 90:8 | R, P | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 90:10 - 90:17 | R P  M | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 90:20 - 90:24 | R, P, M | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 91:3 - 91:9 | R, P, Sp | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 91:11 - 91:16 | R, P | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 91:19 - 91:20 | R, P | |

| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 91:22 - 91:23 | R, P | | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 92:1 - 92:2 | R P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 92:4 - 92:8 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 92:24 - 93:9 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 93:11 - 93:11 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 93:13 - 94:16 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 96:21 - 97:7 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 97:8 - 97:11 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 97:13 - 97:15 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 97:19 - 97:21 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 99:22 - 100:7 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 100:8 - 100:10 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 100:12 - 101:23 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 102:1 - 102:5 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 102:10 - 102:14 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 102:18 - 102:22 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 102:24 - 103:4 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 114:12 - 114:21 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 114:24 - 115:6 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 115:18 - 116:7 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 116:9 - 117:1 | M | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 117:3 - 117:4 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 117:6 - 117:8 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 117:11 - 118:11 | | 117:11 - 120:3 | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 120:4 - 120:8 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 120:11 - 121:5 | F, AF, M | | |
| April 19 2019 | Schyvinck_Christine_IL_20190419 | 121:7 - 121:10 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 121:12 - 121:20 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 121:22 - 121:22 | | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 121:24 - 122:2 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 122:4 - 122:19 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 122:20 - 122:22 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 123:1 - 123:7 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 123:8 - 123:13 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 123:14 - 124:5 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 124:7 - 124:10 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 124:13 - 124:21 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 124:24 - 125:8 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 126:24 - 127:13 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 127:14 - 127:16 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 127:18 - 128:9 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 128:11 - 128:18 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 129:2 - 129:4 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 129:6 - 129:24 | R, P, Sp | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 152:10 - 152:17 | R, P, Sp | 152:10 - 152:22 | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 157:13 - 157:19 | R, P | | |
| April 19, 2019 | Schyvinck_Christine_IL_20190419 | 158:7 - 158:8 | R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 9:16 - 9:18 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 12:10 - 13:9 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 13:10 - 13:13 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 13:25 - 14:1 | | 13:14-14:1 | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 14:12 - 14:20 | | 14:12-16:21 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 15:2 - 15:7 | | 14:12-16:21 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 16:22 - 17:1 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 17:4 - 17:4 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 20:20 - 23:4 | | | |

| | | | | |
|---|---|---|---|---|
| December 2, 2020 | Smith_Kevin_DE_20201202 | 20:3 - 20:9 | | 20:3 - 20:19 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 23:7 - 23:12 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 27:17 - 28:4 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 28:5 - 28:12 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 29:2 - 29:3 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 29:21 - 29:23 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 30:1 - 30:2 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 31:7 - 32:7 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 32:9 - 33:11 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 33:12 - 36:13 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 40:13 - 40:16 | | 38:7-41:2 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 41:3 - 41:7 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 42:7 - 42:24 | | 41:16-42:24 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 43:13 - 44:1 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 44:2 - 44:19 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 48:3 - 48:6 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 49:1 - 49:5 | | 49:1 - 50:14 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 50:15 - 51:1 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 51:4 - 51:20 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 51:22 - 51:24 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 52:2 - 52:8 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 56:1 - 56:6 | | 56:1 - 56:19 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 56:20 - 57:13 | | 56:20 - 58:7 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 58:8 - 59:6 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 63:2 - 64:21 | F, M | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 64:25 - 65:14 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 69:18 - 73:7 | R  P  B  AA | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 73:12 - 73:25 | R, P, B, AA | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 82:8 - 82:19 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 82:22 - 83:13 | | 82:22 - 84:17 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 84:18 - 85:13 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 85:14 - 85:18 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 85:21 - 85:24 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 87:10 - 87:15 | | 86:15-87:22 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 97:19 - 97:24 | | 97:3-98:3 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 98:4 - 98:14 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 101:5 - 101:20 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 102:6 - 102:19 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 103:7 - 104:9 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 104:22 - 104:25 | F | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 105:2 - 105:9 | F | 105:2 - 107:7 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 107:8 - 107:15 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 110:23 - 111:13 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 111:17 - 112:3 | | 111:17 - 112:11 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 112:12 - 113:1 | | 112:12 - 113:13 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 113:14 - 114:15 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 116:19 - 116:22 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 116:25 - 117:13 | F, V | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 117:16 - 117:18 | F, V | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 117:20 - 118:3 | | 117:20 - 118:25 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 124:20 - 125:1 | | 124:4 - 125:13 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 125:14 - 125:17 | | 125:14 - 126:6 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 127:13 - 127:17 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 127:19 - 128:1 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 128:20 - 128:22 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 129:4 - 129:9 | | | |

| December 2, 2020 | Smith_Kevin_DE_20201202 | 129:13 - 130:24 | F, V | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 131:2 - 131:14 | F V | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 132:14 - 133:8 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 133:11 - 133:15 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 133:23 - 134:20 | R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 134:23 - 135:5 | R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 135:6 - 135:9 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 136:5 - 136:8 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 136:11 - 136:16 | | 136:11 - 136:19 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 136:20 - 137:24 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 138:2 - 138:4 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 139:8 - 139:11 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 139:19 - 139:23 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 139:24 - 141:1 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 141:5 - 141:16 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 141:19 - 144:17 | F, Sp | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 144:22 - 145:11 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 145:12 - 145:23 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 145:24 - 146:2 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 147:21 - 148:11 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 148:12 - 148:25 | F, Sp, R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 149:3 - 150:2 | F, Sp, R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 150:6 - 151:5 | F, Sp, R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 151:6 - 151:15 | F, Sp, R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 152:1 - 152:17 | F, Sp, R, P | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 153:11 - 153:14 | R, P | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 153:25 - 154:5 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 154:6 - 154:25 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 155:1 - 155:24 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 155:25 - 156:3 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 156:11 - 156:14 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 158:17 - 158:25 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 160:3 - 160:6 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 160:14 - 160:16 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 161:19 - 162:7 | | 161:7-162:7 | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 162:12 - 163:1 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 166:1 - 166:4 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 166:12 - 166:14 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 166:15 - 167:16 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 167:17 - 168:17 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 168:18 - 168:21 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 169:3 - 169:12 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 169:24 - 170:2 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 170:3 - 170:6 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 170:18 - 170:25 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 171:4 - 171:8 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 171:9 - 171:17 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 174:17 - 174:20 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 175:11 - 175:17 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 176:20 - 176:23 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 177:5 - 177:12 | | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 177:15 - 178:9 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 178:10 - 179:9 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 179:10 - 179:13 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 180:2 - 180:23 | | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 181:1 - 181:7 | R, F, Sp | | |

| December 2, 2020 | Smith_Kevin_DE_20201202 | 181:9 - 181:25 | R, F, Sp | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 182:14 - 185:11 | R F Sp | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 185:15 - 186:1 | F, Sp | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 187:2 - 187:9 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 187:19 - 187:21 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 187:23 - 188:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 188:18 - 188:20 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 192:4 - 192:7 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 192:15 - 192:17 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 195:9 - 195:19 | | 195:9 - 195:24 |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 196:8 - 196:10 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 197:8 - 197:11 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 197:12 - 197:16 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 197:17 - 198:16 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 198:17 - 198:25 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 199:3 - 199:22 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 200:2 - 200:5 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 200:14 - 200:23 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 201:21 - 201:24 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 202:6 - 202:9 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 202:16 - 204:6 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 204:17 - 205:24 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 205:25 - 207:21 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 207:24 - 209:16 | Sp, M | 207:24 - 210:21 |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 209:20 - 210:1 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 210:22 - 210:25 | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 211:4 - 211:10 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 212:2 - 212:4 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 212:8 - 213:7 | | 212:8 - 213:20 |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 217:5 - 217:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 217:20 - 218:2 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 218:3 - 218:6 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 218:7 - 218:10 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 218:20 - 218:24 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 218:25 - 219:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 219:15 - 219:18 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 220:1 - 220:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 220:9 - 221:2 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 221:12 - 221:21 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 221:22 - 221:23 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 222:1 - 222:9 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 222:11 - 222:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 222:20 - 223:1 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 223:2 - 223:7 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 223:11 - 224:4 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 224:5 - 224:19 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 224:23 - 225:9 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 225:23 - 226:1 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 226:9 - 226:17 | | 226:9 - 227:9 |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 227:13 - 227:22 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 228:3 - 228:8 | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 228:9 - 228:12 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 228:18 - 228:21 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 228:25 - 229:12 | F, AF, M | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 229:15 - 229:23 | F, AF, M | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 230:11 - 231:8 | R | |

| | | | | |
|---|---|---|---|---|
| December 2, 2020 | Smith_Kevin_DE_20201202 | 236:21 - 236:24 | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 237:2 - 237:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 237:15 - 238:13 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 239:3 - 239:25 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 240:1 - 240:5 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 240:9 - 240:23 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 240:24 - 242:16 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 242:21 - 243:3 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 243:5 - 243:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 243:16 - 243:23 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 245:23 - 246:2 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 248:2 - 248:17 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 248:18 - 248:23 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 249:2 - 249:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 249:12 - 249:14 | Sp | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 251:18 - 251:20 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 253:3 - 253:10 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 263:4 - 263:12 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 263:18 - 264:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 264:9 - 264:13 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 264:24 - 265:7 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 265:9 - 266:15 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 266:18 - 266:19 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 268:16 - 269:1 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 269:4 - 270:1 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 270:7 - 270:8 | | |
| December 2 2020 | Smith_Kevin_DE_20201202 | 270:11 - 270:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 270:18 - 271:4 | Sp, V | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 271:7 - 271:13 | Sp, V | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 271:16 - 272:2 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 272:4 - 272:20 | Sp, V | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 272:23 - 273:4 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 273:7 - 273:8 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 273:11 - 273:14 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 273:17 - 273:24 | Sp, V | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 274:2 - 274:10 | Sp, F | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 274:13 - 274:17 | M | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 274:20 - 274:22 | | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 277:15 - 277:19 | M | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 278:3 - 278:15 | V, F | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 278:18 - 279:6 | V, F | |
| December 2, 2020 | Smith_Kevin_DE_20201202 | 279:9 - 280:6 | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 17:7 - 20:12 | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 20:17 - 24:2 | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 24:3 - 26:7 | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 26:10 - 31:8 | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 61:19 - 62:2 | | 60:21-62:2 |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 64:22 - 65:5 | R, P | 64:22 - 65:12 |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 65:13 - 65:24 | R, P | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 68:21 - 69:8 | R, P | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 77:22 - 79:2 | | |
| August 18 2020 | Smith_Kevin_IL_20200818 | 205:12 - 206:5 | R | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 244:21 - 245:21 | R | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 249:22 - 250:18 | R | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 264:1 - 264:25 | R | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 286:20 - 287:6 | R | |

| August 18, 2020 | Smith_Kevin_IL_20200818 | 293:6 - 293:15 | R | | |
| August 18 2020 | Smith_Kevin_IL_20200818 | 296:3 - 296:13 | R | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 309:24 - 310:18 | | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 310:19 - 311:2 | | | |
| August 18, 2020 | Smith_Kevin_IL_20200818 | 311:3 - 312:2 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 6:24 - 7:5 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 9:5 - 10:1 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 11:14 - 14:23 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 17:3 - 17:11 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 17:14 - 17:15 | R, V | 15:18-17:15 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 18:10 - 18:23 | R, V | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 18:25 - 18:25 | R, V | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 19:18 - 20:2 | R, V | 19:1-20:2 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 20:5 - 20:13 | R, V | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 22:7 - 22:24 | R, V, Sp | 20:14-24:17 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 23:2 - 23:10 | R, V, Sp | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 23:13 - 23:16 | R, V, Sp | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 23:20 - 24:17 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 25:15 - 26:3 | | 25:3-26:18 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 26:6 - 26:8 | R, V, Sp | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 26:19 - 27:25 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 28:2 - 28:4 | R, V | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 28:8 - 28:24 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 33:18 - 33:22 | | 29:4-36:16 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 34:1 - 34:3 | | | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 35:14 - 35:25 | | | |
| June 10 2020 | Staples_Jason_DE_20200610 | 37:3 - 37:12 | | 37:3-38:1 | |
| June 10, 2020 | Staples_Jason_DE_20200610 | 46:22 - 46:24 | | 46:8-24 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 10:13 - 10:19 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 11:10 - 11:18 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 13:12 - 14:4 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 16:12 - 17:12 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 18:15 - 19:4 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 21:4 - 21:10 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 21:14 - 21:24 | C, V | 22:20-23:1; 23:7-9; 24:10-25:1; 25:4-10. | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 22:3 - 22:19 | C, V | 22:20-23:1; 23:7-9; 24:10-25:1; 25:4-10. | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 25:12 - 25:24 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 27:6 - 27:9 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 27:17 - 28:9 | V, C | 28:10-29:12 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 27:10 - 27:16 | V, C | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 36:14 - 36:18 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 36:22 - 37:11 | | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 38:13 - 38:23 | V | 38:6-21; 38:24-39:1, 39:4; 39:6-40:1, 40:3 5 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 40:16 - 40:19 | V, H | 38:6-21; 38:24-39:1, 39:4; 39:6-40:1, 40:3 5 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 40:22 - 41:6 | V, H | 38:6-21; 38:24-39:1, 39:4; 39:6-40:1, 40:3 5 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 45:22 - 46:2 | R | | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 46:7 - 47:5 | R | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 54:21 - 55:15 | R | 43:15-24 | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 55:16 - 56:18 | R | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 60:3 - 60:18 | R | | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 61:17 - 61:23 | R | | |

| | | | | |
|---|---|---|---|---|
| October 23, 2020 | Tabor_Michael_IL_20201023 | 62:3 - 63:1 | R | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 65:24 - 66:12 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 73:4 - 73:14 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 73:24 - 74:1 | R, Sp | 43:15-24 |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 74:4 - 74:10 | R, Sp | 43:15-24 |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 74:12 - 75:11 | R, V, AF, M | 43:15-24 |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 75:18 - 77:2 | R, Sp | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 77:11 - 77:13 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 78:4 - 78:10 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 78:11 - 78:23 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 79:9 - 79:11 | R, F | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 79:12 - 79:20 | R, F | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 83:4 - 84:5 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 84:9 - 85:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 86:1 - 86:15 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 86:17 - 87:3 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 99:21 - 100:19 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 105:2 - 105:6 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 105:9 - 105:15 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 106:10 - 106:16 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 114:11 - 114:17 | R, F, Sp, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 114:19 - 115:3 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 118:20 - 119:7 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 119:17 - 119:24 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 120:4 - 120:13 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 121:24 - 122:17 | R | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 124:10 - 124:12 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 124:15 - 124:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 125:10 - 125:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 126:2 - 126:4 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 128:2 - 128:12 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 130:4 - 132:5 | R, Sp, AF, AA | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 132:9 - 132:16 | R, Sp, AF, AA | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 135:2 - 135:6 | R, H, AF, Sp | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 135:10 - 135:24 | R, H, AF, Sp | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 136:2 - 136:13 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 137:11 - 138:7 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 141:5 - 141:19 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 144:6 - 144:11 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 145:2 - 145:24 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 146:14 - 147:20 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 150:13 - 150:17 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 150:20 - 151:2 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 151:3 - 151:8 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 151:12 - 151:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 151:24 - 152:3 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 156:2 - 156:7 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 156:11 - 156:24 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 158:2 - 159:3 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 163:8 - 163:11 | R, M, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 163:14 - 164:1 | R, V | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 164:3 - 164:12 | R  V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 166:5 - 166:9 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 166:14 - 166:19 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 171:19 - 172:6 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 172:7 - 172:14 | R | 172:15-173:11 |

| October 23, 2020 | Tabor_Michael_IL_20201023 | 175:17 - 175:21 | R | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 175:22 - 176:1 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 176:9 - 176:21 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 177:2 - 177:10 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 178:4 - 178:7 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 178:12 - 179:4 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 179:7 - 179:14 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 180:24 - 181:5 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 181:7 - 181:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 183:16 - 183:17 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 183:23 - 183:24 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 184:2 - 184:5 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 184:7 - 184:18 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 188:1 - 188:6 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 188:10 - 188:22 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 188:23 - 189:10 | R, Sp | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 189:13 - 189:15 | R, Sp | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 192:7 - 192:10 | R, Sp, H, V | 192:20-193:2; 193:5-9; 193:19-194:2; 194:4-5. |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 192:13 - 192:18 | R, Sp, H, V | 192:20-193:2; 193:5-9; 193:19-194:2; 194:4-5. |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 194:6 - 194:10 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 194:13 - 194:17 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 196:22 - 197:2 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 198:19 - 199:10 | R, V | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 201:5 - 201:20 | R, AA | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 202:1 - 203:9 | R AA | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 203:10 - 203:15 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 204:1 - 204:9 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 205:8 - 205:11 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 206:16 - 207:3 | R | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 207:4 - 207:8 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 207:11 - 207:15 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 211:2 - 211:15 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 211:18 - 212:10 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 212:14 - 212:20 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 212:23 - 212:23 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 213:2 - 213:4 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 213:5 - 213:9 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 213:12 - 213:14 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 214:10 - 214:12 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 214:15 - 214:15 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 214:17 - 214:20 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 214:23 - 215:2 | R, P, V, H | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 215:4 - 215:17 | R, P, V, H, M | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 215:20 - 216:1 | R, P, V, H, M | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 216:3 - 216:7 | R, P, V, H, AF, SP | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 216:11 - 216:23 | R, P, V, H, AF, SP, M | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 216:24 - 217:6 | R, P, V, M | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 217:9 - 217:13 | R, P, V, M | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 217:14 - 217:18 | R, P, AF | |
| October 23 2020 | Tabor_Michael_IL_20201023 | 217:21 - 218:10 | R P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 218:15 - 219:2 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 219:3 - 219:12 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 219:13 - 219:17 | R, P | |
| October 23, 2020 | Tabor_Michael_IL_20201023 | 219:19 - 220:7 | R, P | |

| | | | | |
|---|---|---|---|---|
| October 23, 2020 | Tabor_Michael_IL_20201023 | 229:2 - 229:12 | R, P | |
| November 10 2020 | Tunnell_Shane_DE_20201110 | 9:12 - 9:14 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 10:20 - 11:5 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 11:12 - 14:12 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 15:9 - 18:1 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 18:2 - 18:20 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 21:14 - 24:2 | | 26:16-19, 26:21-27:15, 27:17 |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 27:18 - 28:25 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 33:3 - 33:18 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 33:20 - 33:22 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 34:5 - 34:25 | | 34:5-36:3 |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 36:4 - 36:14 | | 34:5-36:3 |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 38:14 - 39:2 | | 38:14-39:11 |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 51:13 - 52:5 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 57:4 - 57:13 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 67:23 - 70:18 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 70:22 - 73:5 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 74:4 - 74:9 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 74:10 - 75:6 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 82:8 - 83:10 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 88:1 - 88:14 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 88:19 - 89:22 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 89:23 - 90:20 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 90:23 - 91:12 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 91:15 - 91:15 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 91:21 - 92:1 | | |
| November 10 2020 | Tunnell_Shane_DE_20201110 | 91:16 - 91:20 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 93:15 - 94:6 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 94:25 - 95:5 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 94:17 - 94:24 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 96:9 - 96:19 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 96:20 - 97:1 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 97:21 - 97:25 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 97:2 - 97:20 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 98:3 - 100:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 100:9 - 101:18 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 101:22 - 102:12 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 102:13 - 104:18 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 104:21 - 105:9 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 109:14 - 110:10 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 110:13 - 110:16 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 110:17 - 111:13 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 111:16 - 113:13 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 113:16 - 113:16 | R, Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 113:23 - 114:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 117:13 - 117:18 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 117:24 - 118:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 118:9 - 118:22 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 119:10 - 119:22 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 119:23 - 120:18 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 120:21 - 121:14 | | |
| November 10 2020 | Tunnell_Shane_DE_20201110 | 121:15 - 122:14 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 123:17 - 123:25 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 124:1 - 126:22 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 126:25 - 127:1 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 127:3 - 127:5 | Sp, V | |

| | | | | |
|---|---|---|---|---|
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 127:7 - 127:14 | Sp, V | |
| November 10 2020 | Tunnell_Shane_DE_20201110 | 127:17 - 128:4 | Sp V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 128:7 - 128:20 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 128:23 - 130:11 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 130:16 - 131:1 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 131:2 - 131:10 | | 131:2-24 |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 131:25 - 133:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 133:25 - 137:17 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 138:17 - 139:9 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 139:10 - 139:20 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 139:21 - 141:4 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 141:5 - 144:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 147:5 - 147:12 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 147:13 - 148:10 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 148:17 - 149:1 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 149:2 - 149:12 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 150:25 - 151:14 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 151:15 - 152:6 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 152:9 - 152:11 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 154:8 - 154:13 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 154:16 - 154:21 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 154:23 - 155:2 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 155:5 - 155:14 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 155:17 - 156:22 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 156:23 - 158:19 | Sp, V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 158:22 - 159:20 | Sp, V | |
| November 10 2020 | Tunnell_Shane_DE_20201110 | 159:23 - 159:25 | Sp V | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 160:5 - 160:20 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 160:21 - 161:8 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 161:9 - 163:11 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 164:22 - 165:20 | R, V, AF | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 165:23 - 166:3 | R, V, AF | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 166:5 - 166:24 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 167:2 - 167:12 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 170:10 - 170:19 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 173:17 - 175:2 | | |
| November 10, 2020 | Tunnell_Shane_DE_20201110 | 175:3 - 177:1 | | 175:3 - 177:13 |
| November 17, 2020 | Valley_Tim_DE_20201117 | 6:10 - 6:13 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 11:8 - 11:12 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 11:13 - 11:24 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 11:25 - 12:6 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 13:6 - 13:13 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 13:15 - 13:23 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 13:25 - 14:5 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 14:22 - 14:24 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 15:2 - 15:10 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 15:12 - 16:13 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 18:8 - 19:12 | R, P | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 19:13 - 19:16 | R, P | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 20:20 - 21:11 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 23:13 - 25:6 | | |
| November 17 2020 | Valley_Tim_DE_20201117 | 25:11 - 25:14 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 26:15 - 27:15 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 28:18 - 29:12 | Sp | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 29:14 - 30:14 | Sp | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 31:5 - 32:24 | | |

| November 17, 2020 | Valley_Tim_DE_20201117 | 33:24 - 34:5 | AA | | |
| November 17 2020 | Valley_Tim_DE_20201117 | 34:8 - 34:12 | Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 34:14 - 34:14 | Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 34:21 - 37:8 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 37:9 - 37:13 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 38:16 - 39:9 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 39:22 - 40:5 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 40:6 - 41:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 42:5 - 42:12 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 42:15 - 42:17 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 43:11 - 44:10 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 44:18 - 45:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 46:3 - 46:5 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 46:11 - 47:3 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 47:12 - 47:20 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 47:23 - 48:5 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 48:8 - 48:15 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 49:8 - 49:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 49:17 - 50:2 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 50:3 - 50:21 | | 50:22-51:5 | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 51:18 - 52:4 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 52:5 - 53:5 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 53:11 - 54:2 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 54:4 - 54:9 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 55:12 - 55:21 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 55:22 - 56:9 | | | |
| November 17 2020 | Valley_Tim_DE_20201117 | 56:11 - 56:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 57:2 - 57:13 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 57:15 - 57:19 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 57:21 - 58:2 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 58:10 - 58:13 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 58:15 - 58:18 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 60:20 - 62:12 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 63:12 - 63:14 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 63:16 - 64:13 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 64:15 - 64:19 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 64:22 - 65:5 | F,V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 65:8 - 65:8 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 66:11 - 66:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 67:15 - 67:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 68:8 - 69:4 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 70:7 - 70:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 70:23 - 72:21 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 72:22 - 74:21 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 74:22 - 74:23 | R, P, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 74:25 - 75:23 | R, P, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 77:18 - 77:20 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 78:4 - 78:15 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 80:3 - 80:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 80:17 - 81:24 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 82:2 - 82:11 | | | |
| November 17 2020 | Valley_Tim_DE_20201117 | 83:8 - 84:3 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 84:25 - 85:14 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 86:3 - 86:10 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 86:11 - 86:23 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 86:25 - 87:7 | V | | |

| November 17, 2020 | Valley_Tim_DE_20201117 | 87:18 - 87:20 | | | |
|---|---|---|---|---|---|
| November 17, 2020 | Valley_Tim_DE_20201117 | 87:21 - 88:10 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 88:22 - 89:3 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 89:4 - 90:15 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 92:18 - 93:14 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 93:15 - 93:20 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 94:21 - 94:23 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 95:5 - 95:13 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 95:15 - 95:24 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 96:7 - 96:12 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 96:15 - 96:18 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 96:20 - 96:22 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 96:24 - 96:24 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 97:12 - 97:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 98:2 - 98:18 | | 98:19-100-4 | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 100:5 - 100:8 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 100:11 - 100:19 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 101:4 - 101:12 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 101:13 - 101:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 101:20 - 101:24 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 102:15 - 102:18 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 103:13 - 104:15 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 104:18 - 104:19 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 104:21 - 105:2 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 105:5 - 105:9 | F, V, Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 105:12 - 106:7 | F, V, Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 106:8 - 106:14 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 107:10 - 107:24 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 107:25 - 108:3 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 108:5 - 108:7 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 108:8 - 109:11 | | 109:12-15 | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 110:16 - 110:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 112:11 - 112:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 114:3 - 114:10 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 114:16 - 114:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 115:3 - 115:7 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 115:9 - 115:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 117:4 - 118:22 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 118:24 - 119:6 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 119:8 - 119:11 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 119:13 - 119:21 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 121:2 - 121:6 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 121:18 - 123:7 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 123:17 - 124:4 | R, P, Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 124:6 - 124:16 | R, P, Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 126:7 - 126:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 126:25 - 127:6 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 127:11 - 127:24 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 128:2 - 128:8 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 128:11 - 128:17 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 128:20 - 128:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 128:23 - 129:2 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 132:19 - 133:11 | V, C | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 133:14 - 133:19 | V, C | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 133:21 - 133:22 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 134:20 - 135:2 | F | | |

| November 17, 2020 | Valley_Tim_DE_20201117 | 135:4 - 135:9 | F, L, H | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 135:12 - 135:15 | F L H | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 136:5 - 136:13 | F | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 136:16 - 136:17 | F | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 136:18 - 137:6 | F, L | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 138:14 - 138:16 | R, F, M | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 138:25 - 139:3 | R, F, M, L | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 139:6 - 139:10 | F, L, M, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 139:13 - 139:22 | F, L, M, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 139:24 - 141:8 | F, V, L | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 141:10 - 141:20 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 141:22 - 141:24 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 148:24 - 149:23 | AA | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 150:4 - 150:10 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 151:12 - 152:7 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 152:16 - 152:25 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 153:2 - 154:11 | | 154:12-15. |
| November 17, 2020 | Valley_Tim_DE_20201117 | 154:25 - 155:15 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 155:16 - 157:4 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 157:7 - 157:20 | Sp, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 159:10 - 159:20 | F, R, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 161:13 - 161:18 | Sp | 161:21-24 |
| November 17, 2020 | Valley_Tim_DE_20201117 | 161:25 - 162:17 | Sp | 161:21-24 |
| November 17, 2020 | Valley_Tim_DE_20201117 | 165:9 - 165:13 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 165:14 - 166:24 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 167:15 - 168:14 | F, AA | 168:15-18 |
| November 17 2020 | Valley_Tim_DE_20201117 | 169:12 - 170:9 | | 168:15-18 |
| November 17, 2020 | Valley_Tim_DE_20201117 | 170:20 - 171:7 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 172:18 - 173:4 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 173:6 - 173:20 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 176:17 - 177:10 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 178:3 - 179:4 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 179:20 - 180:7 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 181:8 - 181:15 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 182:10 - 183:18 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 185:9 - 186:8 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 186:20 - 187:7 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 187:24 - 189:4 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 190:2 - 190:19 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 191:9 - 191:16 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 191:24 - 193:24 | R, P | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 196:14 - 196:19 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 196:21 - 197:9 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 197:11 - 198:25 | V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 199:2 - 199:9 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 199:11 - 199:22 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 200:9 - 200:18 | V, R, P | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 200:20 - 200:23 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 204:20 - 204:22 | V, P, R | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 204:25 - 205:4 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 206:3 - 206:25 | P, R, V, AA | |
| November 17 2020 | Valley_Tim_DE_20201117 | 207:2 - 207:7 | P R V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 207:9 - 207:18 | P, R, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 208:6 - 209:10 | P, R, V | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 209:22 - 210:19 | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 211:18 - 212:17 | | |

| | | | | | |
|---|---|---|---|---|---|
| November 17, 2020 | Valley_Tim_DE_20201117 | 212:18 - 212:19 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 212:22 - 212:24 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 214:13 - 215:16 | AA, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 215:17 - 215:19 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 215:21 - 215:25 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 216:3 - 216:20 | F, V, Sp | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 216:21 - 217:18 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 217:21 - 218:2 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 218:5 - 218:7 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 219:3 - 219:22 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 219:25 - 220:13 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 220:16 - 220:20 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 220:23 - 221:13 | AF, F, AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 221:15 - 221:20 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 221:22 - 225:4 | AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 225:7 - 225:20 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 225:23 - 226:25 | V, M | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 228:2 - 228:15 | R, P | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 229:3 - 229:11 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 229:13 - 231:4 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 231:6 - 231:15 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 231:17 - 231:21 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 231:23 - 232:7 | Sp, AF | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 232:9 - 233:3 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 233:5 - 233:8 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 233:22 - 234:24 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 235:15 - 235:23 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 235:24 - 236:20 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 238:2 - 239:17 | F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 240:6 - 240:10 | V, F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 242:9 - 242:14 | V, F | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 244:2 - 244:6 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 244:7 - 245:16 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 246:17 - 248:7 | F, AA | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 248:10 - 248:15 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 249:9 - 250:6 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 250:8 - 250:13 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 250:16 - 251:2 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 253:11 - 256:20 | V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 258:20 - 258:22 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 259:2 - 259:9 | | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 260:17 - 262:19 | F, V | | |
| November 17, 2020 | Valley_Tim_DE_20201117 | 262:22 - 262:25 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 8:25 - 9:4 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 9:11 - 10:5 | | 10:6-16 | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 21:2 - 21:8 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 23:6 - 23:13 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 23:16 - 23:20 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 58:11 - 61:8 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 61:9 - 61:20 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 61:23 - 62:9 | V, M | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 76:19 - 76:23 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 76:24 - 77:3 | AF | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 90:19 - 90:24 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 90:25 - 91:23 | | 91:24-92:5 | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 98:22 - 100:10 | | | |

| | | | | |
|---|---|---|---|---|
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 100:13 - 100:24 | | | |
| June 24  2020 | Wiggins_Chad_DE_20200624 | 107:20 - 107:24 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 107:6 - 107:8 | | | |
| June 24, 2020 | Wiggins_Chad_DE_20200624 | 107:11 - 107:19 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 12:7 - 12:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 15:18 - 15:21 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 16:16 - 17:2 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 36:23 - 36:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 37:2 - 37:12 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 38:4 - 38:8 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 39:25 - 39:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 40:2 - 40:8 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 42:19 - 42:22 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 43:13 - 43:16 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 45:18 - 45:24 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 46:24 - 46:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 47:2 - 47:17 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 47:23 - 47:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 48:2 - 48:14 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 50:5 - 50:14 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 57:19 - 58:6 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 60:20 - 60:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 61:2 - 61:23 | R | 61:24-62:5 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 62:6 - 62:9 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 62:12 - 62:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 63:15 - 63:18 | R | | |
| December 19  2017 | Wiggins_Chad_IL_20171219 | 65:3 - 65:6 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 65:7 - 65:9 | R, H, V | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 65:14 - 65:25 | R, H, V | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 66:12 - 66:15 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 66:17 - 66:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 67:2 - 67:6 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 68:9 - 68:17 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 68:24 - 68:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 69:5 - 69:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 69:2 - 69:3 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 70:2 - 70:11 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 70:14 - 70:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 71:2 - 71:7 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 71:9 - 71:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 72:2 - 72:3 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 72:21 - 72:24 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 84:6 - 84:21 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 85:7 - 85:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 86:2 - 86:20 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 86:21 - 86:24 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 87:2 - 87:20 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 87:22 - 87:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 88:12 - 88:23 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 89:11 - 89:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 90:2 - 90:4 | R | | |
| December 19  2017 | Wiggins_Chad_IL_20171219 | 90:23 - 90:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 91:2 - 91:7 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 91:11 - 91:17 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 92:12 - 92:15 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 92:21 - 92:25 | R | | |

| | | | | | |
|---|---|---|---|---|---|
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 93:2 - 93:17 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 93:24 - 93:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 94:2 - 94:16 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 94:20 - 94:20 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 95:2 - 95:21 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 95:24 - 95:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 96:2 - 96:12 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 96:15 - 96:17 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 96:25 - 96:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 97:2 - 97:9 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 97:11 - 97:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 97:15 - 97:17 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 98:11 - 98:17 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 98:20 - 98:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 99:2 - 99:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 100:4 - 100:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 100:17 - 100:19 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 101:13 - 101:15 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 101:18 - 101:18 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 105:5 - 105:15 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 110:18 - 110:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 111:7 - 111:12 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 111:2 - 111:4 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 118:4 - 118:4 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 118:9 - 118:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 118:16 - 118:23 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 121:22 - 121:25 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 122:5 - 122:23 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 123:2 - 123:7 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 123:9 - 123:9 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 123:12 - 123:14 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 123:17 - 123:17 | Sp | 123:18-124:6 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 124:7 - 124:13 | Sp, V | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 125:10 - 126:5 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 126:7 - 126:11 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 126:15 - 126:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 127:7 - 127:12 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 134:20 - 134:21 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 135:2 - 135:4 | R, F | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 137:2 - 137:3 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 140:13 - 140:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 141:5 - 141:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 143:14 - 143:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 144:2 - 144:9 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 144:12 - 144:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 145:2 - 145:11 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 146:24 - 146:25 | R, H, Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 146:15 - 146:20 | R, H, Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 147:2 - 147:7 | R, H, Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 147:10 - 147:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 148:7 - 148:13 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 149:6 - 149:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 151:22 - 151:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 152:5 - 152:9 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 152:2 - 152:2 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 153:23 - 153:25 | R | | |

| December 19, 2017 | Wiggins_Chad_IL_20171219 | 153:19 - 153:20 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 154:3 - 154:5 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 155:2 - 155:8 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 155:14 - 155:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 156:17 - 156:20 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 156:10 - 156:15 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 156:25 - 156:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 157:2 - 157:6 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 157:13 - 157:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 158:2 - 158:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 158:17 - 158:20 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 160:16 - 160:22 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 160:25 - 161:8 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 162:17 - 162:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 163:2 - 163:5 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 163:8 - 163:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 165:14 - 165:18 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 166:18 - 166:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 167:2 - 167:10 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 169:9 - 169:19 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 170:2 - 170:6 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 170:9 - 170:10 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 170:12 - 170:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 173:11 - 173:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 173:3 - 173:8 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 173:17 - 173:24 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 179:23 - 179:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 180:2 - 180:2 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 181:20 - 181:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 182:2 - 182:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 199:7 - 199:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 201:7 - 201:10 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 208:15 - 208:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 209:2 - 209:6 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 209:11 - 209:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 210:2 - 210:11 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 210:19 - 210:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 212:12 - 212:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 213:13 - 213:19 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 214:5 - 214:11 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 215:7 - 215:19 | V, Sp, R | 215:2-6 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 216:3 - 216:13 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 217:20 - 217:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 218:2 - 218:7 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 219:6 - 219:19 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 220:9 - 220:14 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 220:16 - 220:19 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 221:11 - 221:12 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 221:22 - 221:25 | R, AA | 221:14-18 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 222:2 - 222:4 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 235:21 - 235:22 | | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 236:5 - 236:9 | Sp | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 240:4 - 240:8 | | 240:9-14, 18-21 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 240:22 - 240:25 | | 240:9-14, 18-21 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 241:3 - 241:9 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 241:2 - 241:2 | | | |

| | | | | | |
|---|---|---|---|---|---|
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 241:21 - 241:23 | | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 241:14 - 241:19 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 241:10 - 241:11 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 275:11 - 275:25 | | 273:23-275:4 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 275:5 - 275:7 | | 273:23-275:4 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 276:2 - 276:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 277:2 - 277:19 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 279:15 - 279:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 280:2 - 280:3 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 280:7 - 280:7 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 280:18 - 280:22 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 281:3 - 281:7 | Sp, H | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 281:10 - 281:11 | Sp, H | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 282:6 - 282:14 | V, Sp, R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 282:18 - 282:25 | | 283:5-17 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 283:18 - 283:19 | | 283:5-17 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 283:2 - 283:4 | | 283:5-17 | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 285:23 - 285:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 286:2 - 286:4 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 289:24 - 289:25 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 290:2 - 290:4 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 291:6 - 291:11 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 291:17 - 291:22 | | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 293:21 - 293:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 294:2 - 294:3 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 294:6 - 294:25 | R | | |
| December 19 2017 | Wiggins_Chad_IL_20171219 | 295:2 - 295:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 296:2 - 296:25 | R | | |
| December 19, 2017 | Wiggins_Chad_IL_20171219 | 297:2 - 297:9 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 8:25 - 8:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 9:2 - 9:24 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 47:22 - 47:25 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 48:2 - 48:25 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 49:2 - 49:3 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 70:10 - 70:20 | Sp | 70:25-71:2; 71:19-72:12 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 71:3 - 71:4 | Sp, AA | 70:25-71:2; 71:19-72:12 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 71:7 - 71:9 | | 70:25-71:2; 71:19-72:12 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 71:12 - 71:17 | | 70:25-71:2; 71:19-72:12 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 72:13 - 72:14 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 72:16 - 72:25 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 73:14 - 73:17 | | 73:18-25 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 93:21 - 93:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 94:2 - 94:4 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 94:11 - 94:15 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 95:21 - 95:24 | M, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 95:14 - 95:17 | M, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 96:3 - 96:6 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 96:8 - 96:13 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 96:15 - 96:18 | M, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 96:21 - 96:25 | M, V | 97:22-98:3 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 97:2 - 97:3 | M, V | 97:22-98:3 | |
| November 1 2018 | Wiggins_Chad_IL_20181101 | 101:24 - 101:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 102:5 - 102:7 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 102:2 - 102:2 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 102:9 - 102:11 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 102:13 - 102:14 | | | |

| November 1, 2018 | Wiggins_Chad_IL_20181101 | 111:14 - 111:23 | | 97:22-98:3 | |
| November 1 2018 | Wiggins_Chad_IL_20181101 | 118:22 - 118:25 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 118:19 - 118:20 | V, Sp | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 118:13 - 118:16 | V, Sp | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:9 - 119:12 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:2 - 119:3 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:5 - 119:7 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:18 - 119:20 | V | 119:21-23 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:13 - 119:14 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 119:25 - 119:25 | V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 120:2 - 120:18 | V | 120:19-22 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 122:8 - 122:13 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 122:17 - 122:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 123:2 - 123:4 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 124:14 - 124:25 | Sp | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 125:2 - 125:12 | Sp | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 125:16 - 125:22 | Sp, M | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 153:2 - 153:8 | | 153:9-14 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 159:19 - 159:24 | V | 160:5-6, 9-11 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 160:2 - 160:3 | V | 160:5-6, 9-11 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 168:15 - 168:16 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 168:19 - 168:19 | R | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 171:18 - 171:25 | R, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 172:2 - 172:11 | R, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 172:12 - 172:19 | R, V | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 191:17 - 191:23 | | | |
| November 1 2018 | Wiggins_Chad_IL_20181101 | 192:14 - 192:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 193:2 - 193:10 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 203:23 - 203:25 | Sp | 203:22 | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 203:14 - 203:19 | Sp | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 204:2 - 204:4 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 211:16 - 211:17 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 212:11 - 212:17 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 217:14 - 217:25 | | | |
| November 1, 2018 | Wiggins_Chad_IL_20181101 | 218:2 - 218:17 | Sp, V | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 8:23 - 9:1 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 12:19 - 13:2 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 25:15 - 25:18 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 35:18 - 36:5 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 37:14 - 37:21 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 50:13 - 50:21 | R, P | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 134:23 - 135:3 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 138:12 - 138:13 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 138:15 - 138:17 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 149:23 - 150:16 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 150:18 - 150:20 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 150:22 - 151:7 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 163:7 - 163:15 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 192:13 - 192:18 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 198:12 - 198:17 | V | 198:17-22 | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 200:7 - 200:13 | | | |
| April 23 2019 | Wiggins_Chad_IL_20190423 | 210:11 - 211:11 | | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 215:14 - 215:22 | AA, V | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 216:5 - 216:11 | AA, V | | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 227:14 - 228:3 | V | 228:5-12 | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 227:11 - 227:12 | V | 228:5-12 | |

| | | | | |
|---|---|---|---|---|
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 255:14 - 256:4 | | |
| April 23  2019 | Wiggins_Chad_IL_20190423 | 255:5 - 255:8 | R | |
| April 23, 2019 | Wiggins_Chad_IL_20190423 | 256:9 - 256:12 | R | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 8:4 - 8:7 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 11:5 - 11:16 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 24:15 - 24:16 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 25:10 - 26:2 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 54:6 - 54:15 | | 54:16-20 |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 54:21 - 55:14 | R, P | 54:16-20 |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 59:5 - 59:13 | R, Sp, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 64:9 - 64:15 | R | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 70:1 - 70:12 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 70:15 - 70:18 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 70:22 - 71:22 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 72:16 - 72:19 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 72:23 - 73:8 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 73:9 - 74:5 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 74:8 - 75:20 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 75:23 - 77:5 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 79:10 - 79:24 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 89:14 - 89:15 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 91:6 - 92:10 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 93:1 - 93:6 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 93:19 - 94:1 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 94:14 - 95:2 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 99:11 - 99:16 | R, P | |
| November 6  2020 | Wiggins_Chad_IL_20201106 | 108:2 - 108:15 | R  P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 111:23 - 112:9 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 113:1 - 114:3 | V | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 114:15 - 115:7 | V | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 117:10 - 117:15 | V | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 117:22 - 117:23 | V | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 118:22 - 118:24 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 119:6 - 119:21 | M, AA, V | 120:3-16 |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 119:24 - 120:2 | M, AA, V | 120:3-16 |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 133:1 - 133:7 | | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 134:16 - 135:1 | R, P | |
| November 6, 2020 | Wiggins_Chad_IL_20201106 | 143:9 - 144:5 | R, P | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 5:2 - 5:8 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 7:12 - 8:15 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 8:17 - 10:8 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 10:11 - 11:7 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 11:9 - 13:6 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 22:8 - 22:14 | | 22:8-27:12 |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 26:2 - 26:8 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 36:19 - 36:21 | | 35:2-37:19 |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 37:12 - 37:19 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 37:1 - 37:10 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 63:4 - 63:9 | V, Sp | 61:19-64:9 |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 63:11 - 64:3 | V, Sp | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 64:6 - 64:9 | V, Sp | |
| June 23  2020 | Wilson_Michael_DE_20200623 | 73:21 - 73:22 | | 72:11-74:10 |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 74:4 - 74:10 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 75:4 - 75:10 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 80:2 - 80:22 | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 81:3 - 81:9 | | 81:3-82:5 |

| | | | | | |
|---|---|---|---|---|---|
| June 23, 2020 | Wilson_Michael_DE_20200623 | 83:1 - 85:1 | | | |
| June 23 2020 | Wilson_Michael_DE_20200623 | 85:3 - 85:5 | | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 85:12 - 86:11 | | 85:12-87:2 | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 87:15 - 89:1 | R, V, Sp | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 89:4 - 89:7 | | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 90:7 - 90:11 | R, V, Sp | | |
| June 23, 2020 | Wilson_Michael_DE_20200623 | 90:14 - 90:18 | | 90:14-91:13 | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 5:1 - 5:11 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 7:11 - 7:25 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 8:1 - 10:18 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 10:19 - 13:6 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 16:14 - 16:17 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 16:19 - 17:5 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 17:6 - 17:23 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 23:19 - 23:22 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 23:24 - 24:4 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 24:6 - 24:19 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 67:9 - 67:25 | | 68:7-71:12 | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 70:4 - 70:12 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 77:17 - 77:24 | | 77:17-78:6 | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 78:7 - 78:11 | | 78:23-79:16 | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 78:12 - 78:22 | | 78:23-79:16 | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 98:14 - 99:10 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 100:4 - 102:11 | | | |
| August 14, 2020 | Wolffe_Ed_DE_20200814 | 102:16 - 103:20 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 6:7 - 8:11 | | | |
| May 15 2020 | Yates_Glenn_DE_20200515 | 9:5 - 10:1 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 10:7 - 11:6 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 11:22 - 12:12 | | 11:22 - 12:25 | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 13:1 - 14:25 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 15:2 - 15:6 | | 15:2 - 15:25 | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 24:5 - 24:9 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 24:11 - 24:19 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 25:7 - 25:12 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 30:7 - 30:21 | | 30:7 - 30:25 | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 31:1 - 31:4 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 31:6 - 31:8 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 35:15 - 36:9 | | 35:15 - 36:19 | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 37:1 - 37:24 | | 37:1 - 39:25 | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 48:9 - 50:22 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 56:8 - 56:22 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 56:24 - 57:1 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 57:20 - 58:10 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 58:12 - 58:12 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 60:15 - 61:10 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 61:13 - 61:13 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 64:7 - 64:20 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 65:24 - 67:3 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 72:19 - 73:5 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 73:11 - 73:17 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 73:7 - 73:8 | F, L | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 76:8 - 77:1 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 81:4 - 81:16 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 82:18 - 83:20 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 83:24 - 84:5 | | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 84:10 - 84:18 | | | |

| | | | | |
|---|---|---|---|---|
| May 15, 2020 | Yates_Glenn_DE_20200515 | 87:11 - 87:22 | | |
| May 15  2020 | Yates_Glenn_DE_20200515 | 90:8 - 90:20 | | 90:8 - 90:23 |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 91:24 - 92:6 | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 92:7 - 93:20 | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 93:21 - 94:11 | | |
| May 15, 2020 | Yates_Glenn_DE_20200515 | 94:18 - 95:4 | | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHURE INCORPORATED,<br>and<br>SHURE ACQUISITION<br>HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARONE, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.: 19-1343-RGA-CJB |

## <u>PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS</u>

Pursuant to the Court's Amended Scheduling Order (D.I. 73), Plaintiffs Shure Incorporated and Shure Acquisition Holdings, Inc. ("Shure") hereby provide their objections to the deposition designations served by Defendant ClearOne, Inc. on August 27, 2021, and revised on September 1, 2021, September 15, 2021, and September 16, 2021.

In Shure's objections, the following abbreviations are used:

- 30(b)(6) = outside the scope of Fed. R. Civ. P. 30(b)(6) corporate testimony

- A = authenticity (Fed. R. Evid. 901-903)

- AF = assumes facts not in evidence

- B = best evidence (Fed. R. Evid. 1001-1008)

- E = expert opinion (Fed. R. Evid. 701-03)

- H = hearsay (Fed. R. Evid. 801-05)

- IH = incomplete hypothetical

- LC = calls for legal conclusion or opinion

- LF = lacks foundation

- ME = mistakes evidence or witness's testimony

- P = prejudice (Fed. R. Evid. 403)

- R = relevance (Fed. R. Evid. 401-02)

- SP = calls for speculation

- O = other (e.g., embedded objections to discovery requests)

- V = vague and ambiguous, compound, asked and answered, or lacks a question

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on October 19, 2021 on the following counsel in the manner indicated:

### BY EMAIL:

Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

Douglas J. Dixon
Christina V. Rayburn
HUESTON HENNIGAN LLP
620 Newport Center Drive, Ste. 1300
Newport Beach, CA 92660

Sourabh Mishra
Michael Acquah
Christine Woodin
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, California CA 90014

*Attorneys for ClearOne, Inc.*

Dated: October 19, 2021

/s/ *Alexandra M. Joyce*
Alexandra M. Joyce (#6423)