## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHURE INCORPORATED, and<br>SHURE ACQUISITION HOLDINGS, INC.,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>CLEARONE, INC.,<br><br>Defendant and Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1343 (RGA) (CJB)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This stipulation is made by and between Plaintiffs and Counter-Defendants Shure Incorporated and Shure Acquisition Holdings, Inc. (together, "Shure"), and Defendant and Counter-Plaintiff ClearOne, Inc. ("ClearOne") (collectively, "the Parties").

WHEREAS, Shure and ClearOne have asserted various claims, counterclaims, and requests for relief in the above-captioned case;

WHEREAS, the Parties have entered into a settlement agreement to resolve this action for good cause and valuable consideration, and mutually agree to voluntarily dismiss all claims, counterclaims, and requests for relief asserted in the above-captioned case with prejudice;

THEREFORE, IT IS HEREBY JOINTLY STIPULATED by the Parties that:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, including all claims, counterclaims, defenses, demands, and any other requests for relief are hereby dismissed in their entirety with prejudice. The parties shall bear their own attorney fees and costs. The parties agree that no party shall seek any award of costs, expenses and/or attorneys' fees in this matter, either pursuant to Rule 54 of the Federal Rules of Civil Procedure, or any other rule or statute.

2

Dated: December 27, 2022

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Alexandra M. Joyce* <br> Brian R. Lemon (#4730) <br> Alexandra M. Joyce (#6423) <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> blemon@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs* | */s/ Michael J. Flynn* <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> mflynn@morrisnichols.com <br><br> *Attorneys for Defendant* |