OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

TO:

**Michael J. Flynn**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: <u>Shure Incorporated et al. v. Clearone, Inc.</u>
C.A. No.: 19-1343-RGA

Dear Mr. Flynn,

The Clerk's office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess trial exhibits for the above referenced case (see D.I. 652). As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than **May 2, 2023,** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-4536.

Sincerely,

John A. Cerino
CLERK OF COURT

/s/ L. Hill
Courtroom Deputy